POMERANTZ LLP
Gustavo F. Bruckner
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:   (212) 661-8665
Email:  gfbruckner@pomlaw.com

*Attorney for Movants*
[Additional Counsel on signature page]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM WILSON, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AURORA CANNABIS INC., TERRY BOOTH, STEPHEN DOBLER, GLEN IBBOTT, CAM BATTLEY and MICHAEL SINGER,<br><br>Defendants. | Case No. 2:19-cv-20588-JMV-JBC<br><br>NOTICE OF MOTION OF AURORA INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL |
| ANDREW L. WARREN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AURORA CANNABIS INC., TERRY BOOTH, STEPHEN DOBLER, GLEN IBBOTT, CAMERON BATTLEY, MICHAEL SINGER and JASON DYCK,<br><br>Defendants. | Case No. 2:20-cv-00555-JMV-CBC |

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Bai Chao Chen and Michael Wood (collectively, the "Aurora Investor Group"), by and through their counsel, will and do hereby move this Court, pursuant to Fed. R. Civ. P. 42 and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for an Order: (1) consolidating the above-captioned actions; (2) appointing the Aurora Investor Group as Lead Plaintiff on behalf of all persons who purchased or otherwise acquired the securities of Aurora Cannabis Inc. between October 23, 2018 and January 6, 2020, both dates inclusive; and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

Dated:   January 21, 2020

Respectfully submitted,

POMERANTZ LLP

*/s/ Gustavo F. Bruckner*
Gustavo F. Bruckner
Jeremy A. Lieberman*
J. Alexander Hood II*
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:   (212) 661-8665
gfbrucknew@pomlaw.com
jalieberman@pomlaw.com
ahood@pomlaw.com

POMERANTZ LLP

1

Patrick V. Dahlstrom*
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone:  (312) 377-1181
Facsimile:   (312) 377-1184
pdahlstrom@pomlaw.com

*Counsel for the Aurora Investor Group
and Proposed Lead Counsel for the
Class*

BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC
Peretz Bronstein*
60 East 42nd Street, Suite 4600
New York, New York 10165
(212) 697-6484
peretz@bgandg.com

*Additional Counsel for the Aurora
Investor Group*

(**pro hac vice* application to be filed)

2