POMERANTZ LLP
Gustavo F. Bruckner
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:  (212) 661-8665
Email:  gfbruckner@pomlaw.com

*Attorney for Movants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM WILSON, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AURORA CANNABIS INC., TERRY BOOTH, STEPHEN DOBLER, GLEN IBBOTT, CAM BATTLEY and MICHAEL SINGER,<br><br>Defendants. | Case No. 2:19-cv-20588-JMV-JBC<br><br>DECLARATION OF GUSTAVO F. BRUCKNER IN SUPPORT OF MOTION OF THE AURORA INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL |
| ANDREW L. WARREN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AURORA CANNABIS INC., TERRY BOOTH, STEPHEN DOBLER, GLEN IBBOTT, CAMERON BATTLEY, MICHAEL SINGER and JASON DYCK,<br><br>Defendants. | Case No. 2:20-cv-00555-JMV-CBC |

I, Gustavo F. Bruckner, hereby declare as follows:

1.      I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Bai Chao Chen and Michael Wood (collectively, the "Aurora Investor Group"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the motion by the Aurora Investor Group for consolidation of the above-captioned actions (the "Related Actions"), appointment as Lead Plaintiff for the Class and approval of the Aurora Investor Group's selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:   Loss Chart of BRS;

Exhibit B:   Firm resume of Pomerantz;

Exhibit C:   Press release announcing the pendency of the first-filed of the Related Actions; and

Exhibit D:   Certifications executed by the members of the Aurora Investor Group.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on January 21, 2020, at New York, New York.

*/s/ Gustavo F. Bruckner*
Gustavo F. Bruckner

1