**Aurora Cannabis Inc. (ACB)**
**Class Period: October 23, 2018 to January 6, 2020**
**(Includes 90-Day Sales @ Statutory Pricing)**

11-Day*
Mean Price
$1.8778

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Chen, Bai Chao | 10/4/2019 | 2,385 | $4.4450 | ($10,601) | | | | | | | |
| Chen, Bai Chao | 10/4/2019 | 1,000 | $4.4490 | ($4,449) | | | | | | | |
| Chen, Bai Chao | 10/4/2019 | 106,615 | $4.4500 | ($474,437) | | | | | | | |
| Chen, Bai Chao | 10/15/2019 | 12,900 | $3.8000 | ($49,020) | | | | | | | |
| Chen, Bai Chao | 10/15/2019 | 29,000 | $3.8000 | ($110,200) | | | | | | | |
| Chen, Bai Chao | 11/12/2019 | 465 | $3.6759 | ($1,709) | | | | | | | |
| **Chen, Bai Chao** | | **152,365** | | **($650,416)** | | | | | **152,365** | **$286,108** | **($364,309)** |
| | | | | | | | | | | | |
| Wood, Michael | 3/20/2019 | 3,700 | $9.7299 | ($36,001) | 4/30/2019 | (5,000) | $9.1900 | $45,950 | | | |
| Wood, Michael | 3/20/2019 | 6,300 | $9.7300 | ($61,299) | 5/15/2019 | (15,000) | $8.0400 | $120,600 | | | |
| Wood, Michael | 3/21/2019 | 5,000 | $9.6785 | ($48,393) | 9/24/2019 | (121) | $5.0100 | $606 | | | |
| Wood, Michael | 3/22/2019 | 5,000 | $9.0387 | ($45,194) | 12/17/2019 | (104) | $2.3798 | $247 | | | |
| Wood, Michael | 4/8/2019 | 1,000 | $9.0199 | ($9,020) | 12/17/2019 | (500) | $2.3800 | $1,190 | | | |
| Wood, Michael | 4/8/2019 | 3,600 | $9.0193 | ($32,469) | 12/17/2019 | (9,396) | $2.3700 | $22,269 | | | |
| Wood, Michael | 4/8/2019 | 400 | $9.0150 | ($3,606) | 1/6/2020 | (1,100) | $1.9050 | $2,096 | | | |
| Wood, Michael | 4/15/2019 | 10,000 | $8.5400 | ($85,400) | 1/6/2020 | (23,779) | $1.9000 | $45,180 | | | |
| Wood, Michael | 5/28/2019 | 2,363 | $8.3962 | ($19,840) | 1/10/2020 | (25,000) | $1.7700 | $44,250 | | | |
| Wood, Michael | 5/28/2019 | 637 | $8.3953 | ($5,348) | | | | | | | |
| Wood, Michael | 5/29/2019 | 7,000 | $8.1380 | ($56,966) | | | | | | | |
| Wood, Michael | 7/12/2019 | 15,000 | $6.8200 | ($102,300) | | | | | | | |
| Wood, Michael | 8/15/2019 | 10,000 | $5.7000 | ($57,000) | | | | | | | |
| Wood, Michael | 11/21/2019 | 10,000 | $2.8000 | ($28,000) | | | | | | | |
| **Wood, Michael** | | **80,000** | | **($590,835)** | | **(80,000)** | | **$282,388** | **25,000** | | **($308,447)** |
| | | | | | | | | | | | |
| Summary | | | | | | | | | | | |
| Chen, Bai Chao | | 152,365 | | ($650,416) | | 0 | | $0 | 152,365 | | ($364,309) |
| Wood, Michael | | 80,000 | | ($590,835) | | (80,000) | | $282,388 | 25,000 | | ($308,447) |
| **Total** | | **232,365** | | **($1,241,251)** | | **(80,000)** | | **$282,388** | **177,365** | | **($672,756)** |

*Avg Closing Prices from January 7, 2020 to January 17, 2020
**Settlement Dates