**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM WILSON, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> AURORA CANNABIS INC., TERRY BOOTH, STEPHEN DOBLER, GLEN IBBOTT, CAM BATTLEY AND MICHAEL SINGER, <br><br> Defendants. | No.: 2:19-cv-20588-JMV-JBC <br><br> **NOTICE OF MOTION OF DILIP PARMANAND TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL** <br><br> CLASS ACTION <br><br> **Motion Date: February 18, 2020** |

[Additional caption on next page]

1

| | |
|---|---|
| ANDREW L. WARREN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AURORA CANNABIS INC., TERRY BOOTH, STEPHEN DOBLER, GLEN IBBOTT, CAMERON BATTLEY, MICHAEL SINGER and JASON DYCK,<br><br>Defendants. | No.: 2:20-cv-00555-JMV-JBC<br><br>CLASS ACTION |

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Plaintiff Dilip Parmanand ("Movant"), hereby moves the Honorable John Michael Vazquez, United States District Judge, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom PO 03, Newark, NJ 07101, for an order consolidating related actions, appointing Movant to serve as Lead Plaintiff in this action and approving his selection of The Rosen Law Firm, P.A. as Lead Counsel for the litigation and all subsequently filed related litigations.

In support of this Motion, Movant submits: (1) the Declaration of Laurence M. Rosen dated January 21, 2020 (with exhibits); (2) Memorandum of Law in support of Motion dated January 21, 2020; and (3) a [Proposed] Order.

2

Dated: January 21, 2020                    Respectfully submitted,

                                           **THE ROSEN LAW FIRM, P.A.**

                                           /s/ Laurence M. Rosen
                                           Laurence M. Rosen, Esq.
                                           One Gateway Center, Suite 2600
                                           Newark, NJ 07102
                                           Telephone: (973) 313-1887
                                           Fax: (973) 833-0399
                                           lrosen@rosenlegal.com

                                           *[Proposed] Lead Counsel for Plaintiff and
                                           the Class*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of January 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Laurence M. Rosen