**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM WILSON, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> AURORA CANNABIS INC., TERRY BOOTH, STEPHEN DOBLER, GLEN IBBOTT, CAM BATTLEY AND MICHAEL SINGER, <br><br> Defendants. | No.: 2:19-cv-20588-JMV-JBC <br><br> **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF DILIP PARMANAND TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL** <br><br> <u>CLASS ACTION</u> <br><br> **Motion Date: February 18, 2020** |

[Additional caption on next page]

1

| | |
|---|---|
| ANDREW L. WARREN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AURORA CANNABIS INC., TERRY BOOTH, STEPHEN DOBLER, GLEN IBBOTT, CAMERON BATTLEY, MICHAEL SINGER AND JASON DYCK,<br><br>Defendants. | No.: 2:20-cv-00555-JMV-JBC<br><br>CLASS ACTION |

## DECLARATION OF LAURENCE M. ROSEN

I, Laurence M. Rosen hereby declare under penalty of perjury:

1.      I am the Managing Partner of The Rosen Law Firm, P.A., [Proposed] Lead Counsel in this action and have personal knowledge of the facts set forth herein. I am duly admitted to practice law in the State of New Jersey and before this Court. I make this Declaration in support of the Motion of Plaintiff Dilip Parmanand ("Movant") to consolidate related actions, to be appointed as Lead Plaintiff and to approve of The Rosen Law Firm, P.A. to serve as Lead Counsel.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the PSLRA early notice.

2

3.     Attached hereto as Exhibit 2 is a true and correct copy of Movant's PSLRA certification.

4.     Attached hereto as Exhibit 3 is a true and correct copy of Movant's loss chart.

5.     Attached hereto as Exhibit 4 is a true and correct copy of The Rosen Law Firm, P.A.'s firm resume.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed: January 21, 2020                    /s/ Laurence M. Rosen
                                               Laurence M. Rosen

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of January 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Laurence M. Rosen