# EXHIBIT 3

**Aurora Cannabis Inc. Loss Chart**
**Class Period: October 23, 2018 through January 6, 2020**

**Lookback Price**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | $1.88 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Parmanand, Dilip | 3/19/2019 | 10,000 | ($10.10) | ($101,000.00) | | | | | | | | |
| | 3/19/2019 | 20,000 | ($10.10) | ($202,000.00) | | | | | | | | |
| | | 30,000 | | ($303,000.00) | | | | | 30,000 | $56,333.34 | ($246,666.66) | |