CARELLA, BYRNE, CECCHI, OLSTEIN,
  BRODY & AGNELLO, P.C.
JAMES E. CECCHI
5 Becker Farm Road
Roseland, NJ 07068
Telephone: 973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com

*Local Counsel*

[Additional counsel appear on signature page.]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM WILSON, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> vs.<br><br>AURORA CANNABIS INC., et al.,<br><br>     Defendants. | No. 2:19-cv-20588-JMV-JBC<br><br>CLASS ACTION |

[Caption continued on following page.]

ANDREW L. WARREN, Individually
and on Behalf of All Others Similarly
Situated,

                Plaintiff,

   vs.

AURORA CANNABIS INC., et al.,

              Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

No. 2:20-cv-00555-JMV-JBC

CLASS ACTION

**NOTICE OF MOTION OF THE AURORA INVESTOR GROUP
FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS
LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

PLEASE TAKE NOTICE that on February 18, 2020, at or such other date as the Court designates, and at a time designated by the Court, the undersigned counsel for proposed Lead Plaintiff Doug Daulton, Francisco Quintana, Matt Golis, Donald S. Parish, and Quang Ma (the "Aurora Investor Group") will respectfully move before the Honorable John Michael Vazquez at the United States District Court, District of New Jersey (Newark) for an Order: (1) consolidating the related actions; (2) appointing the Aurora Investors Group as Lead Plaintiff; (3) approving the Aurora Investors Group's selection of Robbins Geller Rudman & Dowd LLP and Hagens Berman Sobol Shapiro LLP to serve as Lead Counsel; and (4) granting such other and further relief as the Court may deem just and proper.

The undersigned intends to rely upon the annexed Brief and Declaration of James E. Cecchi.  A proposed Order accompanies this motion.

The undersigned hereby requests oral argument

DATED:  January 21, 2020          CARELLA, BYRNE, CECCHI, OLSTEIN,
                                    BRODY & AGNELLO, P.C.
                                   JAMES E. CECCHI

                                   _____
                                        *s/ James E. Cecchi*
                                      JAMES E. CECCHI

                                   5 Becker Farm Road
                                   Roseland, NJ  07068
                                   Telephone:  973/994-1700
                                   973/994-1744 (fax)
                                   jcecchi@carellabyrne.com

                                   *Local Counsel*

- 1 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
JACK REISE
SABRINA E. TIRABASSI
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
jreise@rgrdlaw.com
stirabassi@rgrdlaw.com

HAGENS BERMAN SOBOL SHAPIRO LLP
REED R. KATHREIN
LUCAS GILMORE
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: 510/725-3000
reed@hbsslaw.com
lucasg@hbsslaw.com

*[Proposed] Lead Counsel for [Proposed] Lead Plaintiff*

THE SCHALL LAW FIRM
BRIAN SCHALL
1880 Century Park East, Suite 404
Los Angeles, CA  90067
Telephone: 310/301-3335
877/590-0482 (fax)
brian@schallfirm.com

*Additional Counsel for Francisco Quintana*

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 21, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*s/ James E. Cecchi*
JAMES E. CECCHI
