CARELLA, BYRNE, CECCHI, OLSTEIN,
  BRODY & AGNELLO, P.C.
JAMES E. CECCHI
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com

*Local Counsel*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| WILLIAM WILSON, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | No. 2:19-cv-20588-JMV-JBC |
| Plaintiff, | ) ) ) | CLASS ACTION |
| vs. | ) ) | |
| AURORA CANNABIS INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

[Caption continued on following page.]

| | |
|---|---|
| ANDREW L. WARREN, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>    vs.<br><br>AURORA CANNABIS INC., et al.,<br><br>          Defendants. | No. 2:20-cv-00555-JMV-JBC<br><br>CLASS ACTION |

**DECLARATION OF JAMES E. CECCHI
IN SUPPORT OF MOTION OF THE AURORA INVESTOR GROUP
FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS
LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, James E. Cecchi, declare as follows:

1. I am a member in good standing of the bar of the State of New Jersey and of this Court. I am a member of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. ("Carella Byrne"), Local Counsel in this action. I submit this Declaration in support of the Motion of the Aurora Investor Group for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel.

2. Attached hereto as Exhibit A is a true and accurate copy of the notice published by the plaintiff in the first-filed action on *Business Wire*, a national, business-oriented newswire service, on November 21, 2019.

3. Attached hereto as Exhibit B is a true and accurate copy of the Certifications of Doug Daulton, Francisco Quintana, Matt Golis, Donald S. Parrish, and Quang Ma (the "Aurora Investor Group").

4. Attached hereto as Exhibit C is a true and accurate copy of a loss chart, prepared by counsel, presenting the estimated losses of the Aurora Investor Group at approximately $3,420,718 in connection with its transactions in Aurora Cannabis Inc.

5. Attached hereto as Exhibit D is a true and accurate copy of the Joint Declaration executed by the members of the Aurora Investor Group.

- 1 -

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED:  January 21, 2020

_s/ James E. Cecchi_
JAMES E. CECCHI

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 21, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

DATED:  January 21, 2020  CARELLA, BYRNE, CECCHI, OLSTEIN,
          BRODY & AGNELLO, P.C.


         *s/ James E. Cecchi*
         JAMES E. CECCHI

5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com

- 3 -