# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

DOUG DAULTON ("Plaintiff") declares:

1.    Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.    Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|----------|-------------|------|-----------------|

*See* attached Schedule A.

5.    Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*None.*

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26ᵗʰ day of January, 2020.

_____
DOUG DAULTON

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Doug Daulton account 1**

| Date Acquired | Amount of Shares Acquired | Price |
| --- | --- | --- |
| 10/04/2019 | 13,500 | $4.44 |

| Date Sold | Amount of Shares Sold | Price |
| --- | --- | --- |
| 12/23/2019 | 1,000 | $2.16 |
| 12/23/2019 | 1,000 | $2.16 |
| 12/23/2019 | 1,000 | $2.17 |
| 12/23/2019 | 1,000 | $2.16 |
| 12/23/2019 | 1,000 | $2.17 |
| 12/23/2019 | 1,000 | $2.17 |
| 12/23/2019 | 1,500 | $2.08 |
| 12/23/2019 | 1,500 | $2.08 |
| 12/23/2019 | 1,500 | $2.09 |
| 12/23/2019 | 1,000 | $2.07 |
| 12/23/2019 | 500 | $2.04 |
| 12/23/2019 | 500 | $2.04 |
| 12/23/2019 | 1,000 | $2.05 |

**Doug Daulton account 2**

| Date Acquired | Amount of Shares Acquired | Price |
| --- | --- | --- |
| 08/28/2019 | 10,000 | $5.55 |
| 08/29/2019 | 9,500 | $5.55 |
| 09/30/2019 | 3,500 | $4.45 |
| 09/30/2019 | 3,500 | $4.45 |
| 09/30/2019 | 3,500 | $4.45 |
| 09/30/2019 | 3,000 | $4.43 |
| 09/30/2019 | 3,000 | $4.43 |
| 09/30/2019 | 4,000 | $4.43 |
| 10/10/2019 | 1,000 | $3.90 |
| 10/22/2019 | 1,000 | $3.60 |
| 10/22/2019 | 1,000 | $3.59 |
| 10/22/2019 | 1,000 | $3.59 |
| 10/22/2019 | 1,000 | $3.60 |

| Date Sold | Amount of Shares Sold | Price |
| --- | --- | --- |
| 11/18/2019 | 500 | $2.29 |
| 11/18/2019 | 500 | $2.29 |
| 11/18/2019 | 500 | $2.30 |
| 11/18/2019 | 500 | $2.31 |
| 11/19/2019 | 500 | $2.20 |

| | | |
|---|---|---|
| 11/19/2019 | 500 | $2.20 |
| 11/19/2019 | 500 | $2.21 |
| 11/19/2019 | 500 | $2.20 |
| 11/19/2019 | 500 | $2.21 |
| 11/19/2019 | 500 | $2.22 |
| 11/19/2019 | 500 | $2.22 |
| 11/19/2019 | 500 | $2.23 |
| 11/19/2019 | 500 | $2.24 |
| 11/19/2019 | 500 | $2.24 |
| 11/19/2019 | 500 | $2.23 |
| 11/19/2019 | 500 | $2.24 |
| 11/19/2019 | 500 | $2.23 |
| 11/19/2019 | 500 | $2.26 |
| 11/19/2019 | 500 | $2.27 |
| 11/19/2019 | 500 | $2.25 |
| 11/19/2019 | 500 | $2.26 |
| 11/19/2019 | 500 | $2.24 |
| 11/19/2019 | 500 | $2.25 |
| 11/19/2019 | 500 | $2.27 |
| 11/19/2019 | 500 | $2.26 |
| 11/19/2019 | 500 | $2.30 |
| 11/19/2019 | 500 | $2.29 |
| 11/19/2019 | 500 | $2.31 |
| 11/19/2019 | 500 | $2.32 |
| 11/19/2019 | 500 | $2.33 |
| 11/19/2019 | 500 | $2.34 |
| 11/19/2019 | 500 | $2.35 |
| 11/19/2019 | 500 | $2.34 |
| 11/19/2019 | 500 | $2.36 |
| 11/19/2019 | 500 | $2.34 |
| 11/19/2019 | 500 | $2.35 |
| 11/19/2019 | 500 | $2.36 |
| 11/19/2019 | 500 | $2.35 |
| 11/19/2019 | 500 | $2.36 |
| 11/19/2019 | 500 | $2.37 |
| 12/23/2019 | 1,000 | $2.17 |
| 12/23/2019 | 1,000 | $2.16 |
| 12/23/2019 | 1,000 | $2.17 |
| 12/23/2019 | 500 | $2.16 |
| 12/23/2019 | 500 | $2.16 |
| 12/23/2019 | 1,000 | $2.17 |
| 12/23/2019 | 1,000 | $2.16 |
| 12/23/2019 | 1,000 | $2.08 |
| 12/23/2019 | 1,000 | $2.08 |
| 12/23/2019 | 1,500 | $2.06 |
| 12/23/2019 | 500 | $2.07 |
| 12/23/2019 | 1,000 | $2.07 |
| 12/23/2019 | 1,000 | $2.08 |
| 12/23/2019 | 1,500 | $2.08 |
| 12/23/2019 | 500 | $2.02 |
| 12/23/2019 | 2,000 | $2.02 |
| 12/23/2019 | 1,000 | $2.02 |
| 12/23/2019 | 1,000 | $2.02 |
| 12/23/2019 | 2,000 | $2.02 |
| 12/23/2019 | 500 | $2.02 |

| | | |
|---|---|---|
| 12/23/2019 | 1,000 | $2.02 |
| 12/23/2019 | 1,500 | $2.03 |
| 12/23/2019 | 1,000 | $2.02 |
| 12/23/2019 | 1,000 | $2.02 |

**Doug Daulton account 3**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 10/25/2018 | 10,000 | $7.12 |
| 10/29/2018 | 9,600 | $5.85 |
| 10/29/2018 | 400 | $5.85 |
| 11/14/2018 | 10,000 | $6.15 |
| 11/14/2018 | 10,000 | $6.14 |
| 11/14/2018 | 10,000 | $6.05 |
| 11/26/2018 | 5,000 | $5.94 |
| 11/27/2018 | 5,000 | $5.52 |
| 11/27/2018 | 5,000 | $5.51 |
| 11/27/2018 | 5,000 | $5.50 |
| 11/27/2018 | 10,000 | $5.42 |
| 11/27/2018 | 10,000 | $5.42 |
| 11/27/2018 | 10,000 | $5.41 |
| 11/28/2018 | 19,477 | $5.75 |
| 11/28/2018 | 523 | $5.74 |
| 11/29/2018 | 10,000 | $5.65 |
| 12/06/2018 | 1,608 | $4.89 |
| 12/06/2018 | 8,392 | $4.89 |
| 01/25/2019 | 19,800 | $6.71 |
| 01/25/2019 | 200 | $6.70 |
| 01/25/2019 | 30,000 | $6.71 |
| 05/09/2019 | 1,660 | $8.40 |
| 07/18/2019 | 5,000 | $6.95 |
| 08/29/2019 | 500 | $5.56 |
| 10/04/2019 | 2,000 | $4.50 |
| 10/04/2019 | 3,000 | $4.41 |
| 10/04/2019 | 3,500 | $4.41 |
| 10/10/2019 | 1,500 | $3.90 |
| 10/10/2019 | 2,000 | $3.90 |
| 10/10/2019 | 10,000 | $3.90 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 11/06/2018 | 2,885 | $7.50 |
| 11/06/2018 | 2,115 | $7.50 |
| 11/06/2018 | 2,873 | $7.65 |
| 11/06/2018 | 200 | $7.65 |
| 11/06/2018 | 1,927 | $7.65 |
| 11/07/2018 | 2,500 | $7.55 |
| 11/07/2018 | 2,500 | $7.60 |
| 11/07/2018 | 3,073 | $7.65 |
| 11/07/2018 | 200 | $7.65 |
| 11/07/2018 | 1,727 | $7.65 |
| 12/20/2018 | 1,927 | $5.01 |

| Date | Shares | Price |
|---|---|---|
| 12/20/2018 | 3,073 | $5.01 |
| 12/20/2018 | 5,000 | $5.05 |
| 12/24/2018 | 5,000 | $4.70 |
| 12/28/2018 | 5,000 | $5.21 |
| 05/07/2019 | 500 | $8.70 |
| 05/07/2019 | 1,160 | $8.70 |
| 05/31/2019 | 2,115 | $7.55 |
| 05/31/2019 | 5,000 | $7.55 |
| 05/31/2019 | 2,885 | $7.55 |
| 05/31/2019 | 5,000 | $7.60 |
| 05/31/2019 | 3,340 | $7.55 |
| 05/31/2019 | 1,660 | $7.55 |
| 06/07/2019 | 2,500 | $7.75 |
| 06/07/2019 | 2,500 | $7.75 |
| 06/07/2019 | 2,500 | $7.77 |
| 06/07/2019 | 2,500 | $7.79 |
| 06/12/2019 | 2,500 | $7.67 |
| 06/12/2019 | 2,500 | $7.70 |
| 06/12/2019 | 5,000 | $7.75 |
| 06/12/2019 | 5,000 | $7.70 |
| 08/27/2019 | 1,000 | $5.60 |
| 08/27/2019 | 1,000 | $5.59 |
| 08/27/2019 | 1,000 | $5.64 |
| 09/16/2019 | 2,500 | $5.60 |
| 09/18/2019 | 2,500 | $5.26 |
| 09/18/2019 | 5,000 | $5.28 |
| 09/24/2019 | 2,000 | $4.76 |
| 09/30/2019 | 155 | $4.45 |
| 09/30/2019 | 2,345 | $4.45 |
| 09/30/2019 | 2,500 | $4.46 |
| 09/30/2019 | 2,400 | $4.42 |
| 09/30/2019 | 100 | $4.42 |
| 09/30/2019 | 500 | $4.36 |
| 09/30/2019 | 500 | $4.37 |
| 09/30/2019 | 500 | $4.38 |
| 09/30/2019 | 500 | $4.39 |
| 09/30/2019 | 500 | $4.40 |
| 09/30/2019 | 500 | $4.42 |
| 09/30/2019 | 133 | $4.43 |
| 09/30/2019 | 367 | $4.43 |
| 09/30/2019 | 500 | $4.42 |
| 09/30/2019 | 500 | $4.40 |
| 09/30/2019 | 500 | $4.41 |
| 09/30/2019 | 500 | $4.37 |
| 09/30/2019 | 500 | $4.37 |
| 09/30/2019 | 500 | $4.37 |
| 09/30/2019 | 500 | $4.35 |
| 09/30/2019 | 750 | $4.33 |
| 09/30/2019 | 750 | $4.34 |
| 09/30/2019 | 1,000 | $4.35 |
| 09/30/2019 | 750 | $4.35 |
| 09/30/2019 | 750 | $4.36 |
| 09/30/2019 | 1,000 | $4.37 |
| 09/30/2019 | 500 | $4.39 |
| 09/30/2019 | 250 | $4.39 |

| | | |
|---|---|---|
| 09/30/2019 | 750 | $4.41 |
| 09/30/2019 | 1,000 | $4.43 |
| 09/30/2019 | 750 | $4.44 |
| 09/30/2019 | 500 | $4.40 |
| 09/30/2019 | 500 | $4.42 |
| 09/30/2019 | 500 | $4.41 |
| 10/02/2019 | 2,500 | $3.90 |
| 10/02/2019 | 2,500 | $3.91 |
| 10/02/2019 | 200 | $3.77 |
| 10/02/2019 | 1,050 | $3.80 |
| 10/02/2019 | 1,500 | $3.82 |
| 10/02/2019 | 2,500 | $3.82 |
| 10/02/2019 | 5,000 | $3.84 |
| 10/02/2019 | 2,500 | $3.83 |
| 10/02/2019 | 2,500 | $3.93 |
| 10/02/2019 | 3,000 | $3.94 |
| 10/02/2019 | 2,800 | $3.95 |
| 10/02/2019 | 2,200 | $3.95 |
| 10/02/2019 | 1,500 | $3.80 |
| 10/02/2019 | 2,500 | $3.81 |
| 10/02/2019 | 1,000 | $3.82 |
| 10/10/2019 | 500 | $3.76 |
| 10/11/2019 | 500 | $3.77 |
| 10/11/2019 | 500 | $3.78 |
| 10/11/2019 | 500 | $3.79 |
| 10/11/2019 | 100 | $3.82 |
| 10/11/2019 | 100 | $3.81 |
| 10/11/2019 | 100 | $3.83 |
| 10/11/2019 | 100 | $3.84 |
| 10/11/2019 | 100 | $3.85 |
| 10/11/2019 | 100 | $3.81 |
| 10/11/2019 | 100 | $3.82 |
| 10/11/2019 | 100 | $3.80 |
| 10/11/2019 | 100 | $3.81 |
| 10/11/2019 | 70 | $3.79 |
| 10/11/2019 | 100 | $3.67 |
| 10/11/2019 | 100 | $3.68 |
| 10/11/2019 | 100 | $3.69 |
| 10/11/2019 | 200 | $3.68 |
| 10/11/2019 | 200 | $3.69 |
| 10/11/2019 | 200 | $3.70 |
| 10/11/2019 | 130 | $3.81 |
| 11/13/2019 | 4,500 | $3.50 |
| 11/18/2019 | 500 | $2.29 |
| 11/18/2019 | 500 | $2.29 |
| 11/18/2019 | 500 | $2.30 |
| 11/19/2019 | 500 | $2.35 |
| 11/19/2019 | 1,000 | $2.33 |
| 11/19/2019 | 1,000 | $2.34 |
| 11/19/2019 | 1,000 | $2.35 |
| 11/19/2019 | 1,000 | $2.35 |
| 11/19/2019 | 1,000 | $2.35 |
| 11/19/2019 | 1,000 | $2.34 |
| 11/19/2019 | 1,000 | $2.35 |
| 11/19/2019 | 1,000 | $2.36 |

| | | |
|---|---|---|
| 11/19/2019 | 1,000 | $2.37 |
| 11/19/2019 | 500 | $2.36 |
| 11/19/2019 | 1,000 | $2.35 |
| 11/19/2019 | 1,000 | $2.35 |
| 11/19/2019 | 1,000 | $2.37 |
| 11/19/2019 | 1,000 | $2.37 |
| 11/19/2019 | 500 | $2.37 |
| 11/19/2019 | 500 | $2.38 |
| 11/19/2019 | 500 | $2.38 |
| 11/19/2019 | 500 | $2.38 |
| 11/19/2019 | 496 | $2.36 |
| 11/19/2019 | 500 | $2.37 |
| 11/19/2019 | 504 | $2.33 |
| 11/19/2019 | 500 | $2.34 |
| 11/19/2019 | 500 | $2.35 |
| 11/19/2019 | 500 | $2.35 |
| 11/19/2019 | 500 | $2.33 |
| 11/19/2019 | 500 | $2.34 |
| 11/19/2019 | 500 | $2.35 |
| 11/19/2019 | 500 | $2.36 |
| 11/19/2019 | 1,000 | $2.35 |
| 11/19/2019 | 1,000 | $2.36 |
| 11/19/2019 | 500 | $2.37 |
| 11/19/2019 | 1,000 | $2.37 |
| 11/19/2019 | 1,000 | $2.36 |
| 11/19/2019 | 1,000 | $2.33 |
| 11/19/2019 | 1,000 | $2.34 |
| 11/19/2019 | 1,000 | $2.36 |
| 11/19/2019 | 1,000 | $2.35 |
| 11/19/2019 | 1,000 | $2.35 |
| 11/19/2019 | 1,000 | $2.36 |
| 11/19/2019 | 1,000 | $2.36 |
| 11/19/2019 | 1,000 | $2.37 |
| 11/19/2019 | 1,000 | $2.37 |
| 11/19/2019 | 1,000 | $2.37 |
| 11/19/2019 | 500 | $2.38 |
| 11/19/2019 | 1,000 | $2.38 |
| 11/19/2019 | 1,000 | $2.39 |
| 11/19/2019 | 1,000 | $2.38 |
| 11/19/2019 | 500 | $2.35 |
| 11/19/2019 | 500 | $2.15 |
| 11/19/2019 | 500 | $2.16 |
| 11/19/2019 | 500 | $2.17 |
| 11/19/2019 | 500 | $2.18 |
| 11/19/2019 | 500 | $2.19 |
| 11/19/2019 | 500 | $2.20 |
| 11/19/2019 | 1,000 | $2.22 |
| 11/19/2019 | 1,000 | $2.21 |
| 11/19/2019 | 1,000 | $2.22 |
| 11/19/2019 | 995 | $2.23 |
| 11/19/2019 | 5 | $2.23 |
| 11/19/2019 | 1,000 | $2.23 |
| 11/19/2019 | 1,000 | $2.24 |
| 11/19/2019 | 1,000 | $2.24 |
| 11/19/2019 | 1,000 | $2.23 |

| Date | Quantity | Price |
|---|---|---|
| 11/19/2019 | 1,000 | $2.25 |
| 11/19/2019 | 500 | $2.27 |
| 11/19/2019 | 500 | $2.28 |
| 11/19/2019 | 500 | $2.29 |
| 11/19/2019 | 1,000 | $2.30 |
| 11/19/2019 | 500 | $2.30 |
| 11/19/2019 | 1,000 | $2.31 |
| 11/19/2019 | 500 | $2.31 |
| 11/19/2019 | 1,000 | $2.32 |
| 11/19/2019 | 1,000 | $2.33 |
| 11/19/2019 | 1,000 | $2.34 |
| 11/19/2019 | 1,000 | $2.35 |
| 11/19/2019 | 1,000 | $2.36 |
| 11/19/2019 | 1,000 | $2.36 |
| 11/19/2019 | 1,000 | $2.37 |
| 11/19/2019 | 1,000 | $2.35 |
| 11/19/2019 | 1,000 | $2.36 |
| 11/19/2019 | 1,000 | $2.33 |
| 11/19/2019 | 1,000 | $2.34 |
| 11/19/2019 | 200 | $2.36 |
| 11/19/2019 | 300 | $2.36 |
| 11/19/2019 | 500 | $2.22 |
| 11/19/2019 | 499 | $2.20 |
| 11/19/2019 | 500 | $2.21 |
| 11/19/2019 | 500 | $2.20 |
| 11/19/2019 | 500 | $2.21 |
| 11/19/2019 | 1 | $2.23 |
| 11/19/2019 | 499 | $2.25 |
| 11/19/2019 | 500 | $2.27 |
| 11/19/2019 | 500 | $2.26 |
| 11/19/2019 | 500 | $2.26 |
| 11/19/2019 | 500 | $2.27 |
| 11/19/2019 | 500 | $2.28 |
| 11/19/2019 | 500 | $2.28 |
| 11/19/2019 | 499 | $2.26 |
| 11/19/2019 | 1 | $2.26 |
| 11/19/2019 | 500 | $2.24 |
| 11/19/2019 | 500 | $2.24 |
| 11/19/2019 | 500 | $2.24 |
| 11/19/2019 | 1 | $2.23 |
| 11/19/2019 | 127 | $2.23 |
| 11/19/2019 | 372 | $2.23 |
| 11/19/2019 | 1 | $2.24 |
| 11/19/2019 | 499 | $2.23 |
| 11/19/2019 | 500 | $2.22 |
| 11/19/2019 | 500 | $2.22 |
| 11/19/2019 | 500 | $2.24 |
| 11/19/2019 | 1 | $2.25 |
| 11/19/2019 | 499 | $2.24 |
| 11/19/2019 | 1,001 | $2.23 |
| 11/22/2019 | 100 | $2.82 |
| 11/22/2019 | 400 | $2.82 |
| 11/22/2019 | 500 | $2.81 |
| 11/22/2019 | 500 | $2.82 |
| 11/22/2019 | 500 | $2.84 |

| | | |
|---|---|---|
| 11/22/2019 | 500 | $2.83 |
| 11/22/2019 | 500 | $2.83 |
| 11/22/2019 | 50 | $2.80 |
| 11/22/2019 | 50 | $2.76 |
| 11/22/2019 | 50 | $2.77 |
| 11/22/2019 | 50 | $2.78 |
| 11/22/2019 | 50 | $2.79 |
| 11/22/2019 | 50 | $2.78 |
| 11/22/2019 | 50 | $2.79 |
| 11/22/2019 | 50 | $2.77 |
| 11/22/2019 | 50 | $2.73 |
| 11/22/2019 | 50 | $2.73 |
| 11/22/2019 | 100 | $2.73 |
| 11/22/2019 | 100 | $2.74 |
| 11/22/2019 | 100 | $2.75 |
| 11/22/2019 | 100 | $2.75 |
| 11/22/2019 | 100 | $2.76 |
| 11/22/2019 | 100 | $2.77 |
| 11/22/2019 | 100 | $2.74 |
| 11/22/2019 | 100 | $2.75 |
| 11/22/2019 | 100 | $2.75 |
| 11/22/2019 | 100 | $2.75 |
| 11/22/2019 | 100 | $2.72 |
| 11/22/2019 | 100 | $2.73 |
| 11/22/2019 | 100 | $2.74 |
| 11/25/2019 | 100 | $2.70 |
| 11/25/2019 | 500 | $2.69 |
| 11/25/2019 | 500 | $2.69 |
| 11/25/2019 | 500 | $2.69 |
| 11/25/2019 | 500 | $2.70 |
| 11/25/2019 | 500 | $2.69 |
| 11/25/2019 | 500 | $2.69 |
| 11/25/2019 | 500 | $2.67 |
| 11/25/2019 | 500 | $2.68 |
| 11/25/2019 | 500 | $2.66 |
| 11/25/2019 | 400 | $2.65 |
| 11/25/2019 | 100 | $2.65 |
| 11/25/2019 | 490 | $2.65 |
| 11/25/2019 | 10 | $2.65 |
| 11/25/2019 | 500 | $2.66 |
| 11/25/2019 | 500 | $2.65 |
| 11/25/2019 | 500 | $2.65 |
| 11/25/2019 | 500 | $2.64 |
| 11/25/2019 | 500 | $2.65 |
| 11/25/2019 | 500 | $2.66 |
| 11/25/2019 | 500 | $2.66 |
| 11/25/2019 | 500 | $2.65 |
| 11/25/2019 | 500 | $2.66 |
| 11/25/2019 | 500 | $2.66 |
| 11/25/2019 | 500 | $2.66 |
| 11/25/2019 | 500 | $2.65 |
| 11/25/2019 | 500 | $2.66 |
| 11/25/2019 | 724 | $2.65 |
| 11/25/2019 | 500 | $2.66 |
| 11/25/2019 | 500 | $2.64 |

| Date | Quantity | Price |
|---|---|---|
| 11/25/2019 | 500 | $2.62 |
| 11/25/2019 | 500 | $2.63 |
| 11/25/2019 | 1,000 | $2.64 |
| 11/25/2019 | 300 | $2.68 |
| 11/25/2019 | 176 | $2.73 |
| 11/25/2019 | 200 | $2.66 |
| 11/25/2019 | 100 | $2.74 |
| 11/25/2019 | 100 | $2.73 |
| 11/25/2019 | 100 | $2.73 |
| 11/25/2019 | 100 | $2.73 |
| 11/25/2019 | 100 | $2.74 |
| 11/25/2019 | 100 | $2.74 |
| 11/25/2019 | 500 | $2.74 |
| 11/25/2019 | 500 | $2.75 |
| 11/25/2019 | 500 | $2.75 |
| 11/25/2019 | 100 | $2.74 |
| 11/25/2019 | 100 | $2.74 |
| 11/25/2019 | 100 | $2.72 |
| 11/25/2019 | 100 | $2.73 |
| 11/25/2019 | 500 | $2.72 |
| 11/25/2019 | 500 | $2.73 |
| 11/25/2019 | 500 | $2.71 |
| 11/25/2019 | 500 | $2.72 |
| 11/25/2019 | 500 | $2.65 |
| 11/25/2019 | 500 | $2.65 |
| 11/25/2019 | 500 | $2.63 |
| 11/25/2019 | 500 | $2.63 |
| 11/25/2019 | 500 | $2.62 |
| 11/25/2019 | 100 | $2.61 |
| 11/25/2019 | 100 | $2.62 |
| 11/25/2019 | 500 | $2.62 |
| 11/25/2019 | 100 | $2.63 |
| 11/25/2019 | 500 | $2.63 |
| 11/25/2019 | 500 | $2.64 |
| 11/25/2019 | 500 | $2.62 |
| 11/25/2019 | 500 | $2.63 |
| 11/25/2019 | 377 | $2.64 |
| 11/25/2019 | 123 | $2.64 |
| 11/25/2019 | 400 | $2.64 |
| 11/25/2019 | 100 | $2.64 |
| 11/25/2019 | 500 | $2.63 |
| 11/25/2019 | 500 | $2.63 |
| 11/25/2019 | 500 | $2.64 |
| 11/25/2019 | 500 | $2.65 |
| 11/25/2019 | 500 | $2.64 |
| 11/25/2019 | 500 | $2.65 |
| 11/25/2019 | 500 | $2.65 |
| 11/25/2019 | 500 | $2.65 |
| 11/25/2019 | 500 | $2.65 |
| 11/25/2019 | 500 | $2.65 |
| 11/25/2019 | 500 | $2.63 |
| 11/25/2019 | 500 | $2.64 |
| 11/25/2019 | 500 | $2.62 |
| 11/25/2019 | 500 | $2.64 |
| 11/25/2019 | 500 | $2.63 |

| Date | Quantity | Price |
|---|---|---|
| 11/25/2019 | 500 | $2.64 |
| 11/25/2019 | 500 | $2.65 |
| 11/25/2019 | 500 | $2.67 |
| 11/25/2019 | 390 | $2.68 |
| 11/25/2019 | 110 | $2.68 |
| 11/25/2019 | 400 | $2.70 |
| 11/26/2019 | 100 | $2.41 |
| 11/26/2019 | 100 | $2.40 |
| 11/26/2019 | 100 | $2.42 |
| 11/26/2019 | 100 | $2.42 |
| 11/26/2019 | 100 | $2.42 |
| 11/26/2019 | 100 | $2.41 |
| 11/26/2019 | 100 | $2.41 |
| 11/26/2019 | 100 | $2.44 |
| 11/26/2019 | 100 | $2.43 |
| 11/26/2019 | 100 | $2.43 |
| 11/26/2019 | 100 | $2.44 |
| 11/26/2019 | 100 | $2.44 |
| 11/26/2019 | 100 | $2.46 |
| 11/26/2019 | 100 | $2.45 |
| 11/26/2019 | 100 | $2.45 |
| 11/26/2019 | 100 | $2.45 |
| 11/26/2019 | 100 | $2.43 |
| 11/26/2019 | 100 | $2.42 |
| 11/26/2019 | 100 | $2.43 |
| 11/26/2019 | 100 | $2.44 |
| 11/26/2019 | 100 | $2.44 |
| 11/26/2019 | 100 | $2.44 |
| 11/26/2019 | 100 | $2.41 |
| 11/26/2019 | 100 | $2.42 |
| 11/26/2019 | 100 | $2.41 |
| 11/26/2019 | 100 | $2.40 |
| 11/26/2019 | 100 | $2.41 |
| 11/26/2019 | 100 | $2.42 |
| 11/26/2019 | 100 | $2.42 |
| 11/26/2019 | 100 | $2.43 |
| 11/26/2019 | 100 | $2.43 |
| 11/26/2019 | 100 | $2.47 |
| 11/26/2019 | 100 | $2.48 |
| 11/26/2019 | 200 | $2.49 |
| 12/23/2019 | 1,000 | $2.17 |
| 12/23/2019 | 1,000 | $2.17 |
| 12/23/2019 | 1,000 | $2.16 |
| 12/23/2019 | 1,000 | $2.08 |
| 12/23/2019 | 176 | $2.06 |
| 12/23/2019 | 824 | $2.06 |
| 12/23/2019 | 1,000 | $2.06 |
| 12/23/2019 | 1,000 | $2.07 |
| 12/23/2019 | 1,600 | $2.04 |
| 12/23/2019 | 1,500 | $2.04 |
| 12/23/2019 | 1,500 | $2.04 |
| 12/23/2019 | 1,500 | $2.04 |
| 12/23/2019 | 1,500 | $2.05 |
| 12/23/2019 | 400 | $2.05 |
| 12/23/2019 | 1,600 | $2.05 |

| | | |
|---|---|---|
| 12/23/2019 | 8 | $2.05 |
| 12/23/2019 | 1,492 | $2.05 |
| 12/23/2019 | 1,000 | $2.03 |
| 12/23/2019 | 1,000 | $2.04 |
| 12/23/2019 | 1,500 | $2.03 |
| 12/23/2019 | 1,000 | $2.04 |
| 12/23/2019 | 1,000 | $2.03 |
| 12/23/2019 | 1,000 | $2.03 |
| 12/23/2019 | 400 | $2.08 |

Prices listed are rounded up to two decimal places.

*Opening position of 100,000 shares.

## ASSIGNMENT

Kelly Daulton, the undersigned Assignor ("Assignor"), hereby assigns, transfers, and sets over to Doug Daulton all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Aurora Cannabis Inc. securities. Further, the Assignor hereby appoints Doug Daulton as her true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Doug Daulton agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Doug Daulton.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

We declare under penalty of perjury that the foregoing is true and correct.

Executed this __20th__ day of January, 2020

_____
Kelly Daulton

Executed this __20th__ day of January, 2020

_____
Doug Daulton

- 1 -

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

FRANCISCO QUINTANA ("Plaintiff") declares:

1.    Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.    Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|----------|-------------|------|-----------------|

See attached Schedule A.

5.    Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*None.*

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _17_ day of January, 2020.

FRANCISCO QUINTANA

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Francisco Quintana account 1 (NYSE)**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 10/23/2018 | 5,000 | $8.00 |
| 10/23/2018 | 5,900 | $7.80 |
| 10/23/2018 | 100 | $7.78 |
| 10/23/2018 | 5,000 | $7.78 |
| 11/05/2018 | 3,000 | $7.00 |
| 11/14/2018 | 1,700 | $6.15 |
| 12/10/2018 | 30,000 | $5.50 |
| 12/27/2018 | 1,160 | $4.95 |
| 12/28/2018 | 10,070 | $4.95 |
| 01/03/2019 | 5,900 | $5.15 |
| 01/08/2019 | 10,000 | $5.02 |
| 01/14/2019 | 2,300 | $6.50 |
| 01/16/2019 | 10,000 | $6.80 |
| 01/16/2019 | 10,000 | $6.75 |
| 01/16/2019 | 10,000 | $6.65 |
| 01/18/2019 | 10,000 | $6.60 |
| 01/18/2019 | 5,000 | $6.30 |
| 01/29/2019 | 10,000 | $6.85 |
| 01/29/2019 | 10,000 | $6.80 |
| 01/29/2019 | 5,000 | $6.80 |
| 01/30/2019 | 100 | $6.96 |
| 02/04/2019 | 10,100 | $8.17 |
| 02/05/2019 | 21,000 | $7.70 |
| 02/06/2019 | 10,000 | $7.45 |
| 02/06/2019 | 10,000 | $7.40 |
| 02/08/2019 | 5,000 | $7.50 |
| 02/08/2019 | 10,000 | $7.50 |
| 03/04/2019 | 3,500 | $7.10 |
| 04/25/2019 | 2,100 | $8.99 |
| 06/21/2019 | 1,000 | $7.12 |
| 06/21/2019 | 9,000 | $7.12 |
| 07/18/2019 | 3,586 | $6.97 |
| 07/29/2019 | 5,314 | $6.25 |
| 08/12/2019 | 2,700 | $6.40 |
| 08/26/2019 | 4,300 | $5.57 |
| 08/30/2019 | 2,000 | $5.50 |
| 09/20/2019 | 2,490 | $5.10 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 12/07/2018 | 3,830 | $5.75 |
| 01/09/2019 | 21,000 | $5.45 |
| 01/11/2019 | 855 | $6.42 |
| 01/14/2019 | 11,145 | $6.75 |
| 01/14/2019 | 2,100 | $6.75 |

| 01/14/2019 | 9,000 | $6.85 |
| 01/15/2019 | 10,000 | $7.21 |
| 01/28/2019 | 25,000 | $7.10 |
| 02/04/2019 | 25,000 | $8.05 |
| 02/04/2019 | 21,200 | $8.21 |
| 03/13/2019 | 8,500 | $9.05 |
| 09/03/2019 | 2,000 | $5.65 |
| 09/05/2019 | 8,000 | $5.70 |
| 12/09/2019 | 10,000 | $2.55 |
| 12/09/2019 | 1,490 | $2.60 |
| 12/12/2019 | 5,000 | $2.60 |
| 12/27/2019 | 16,000 | $1.93 |
| 12/30/2019 | 4,000 | $1.90 |

*Opening position of 27,800 shares.

**Francisco Quintana account 2 (NYSE)**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 10/23/2018 | 9,500 | $8.00 |
| 01/08/2019 | 6,411 | $5.02 |
| 01/16/2019 | 10,000 | $6.75 |
| 01/18/2019 | 10,000 | $6.60 |
| 01/23/2019 | 11,000 | $6.19 |
| 02/06/2019 | 10,000 | $7.40 |
| 02/06/2019 | 12,845 | $7.50 |
| 03/01/2019 | 10,032 | $7.35 |
| 08/30/2019 | 12,200 | $5.55 |
| 11/25/2019 | 11,500 | $2.60 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 01/15/2019 | 10,000 | $7.11 |
| 01/15/2019 | 10,511 | $7.25 |
| 02/04/2019 | 21,000 | $8.05 |
| 02/07/2019 | 2,068 | $7.82 |
| 02/26/2019 | 9,777 | $7.60 |
| 03/13/2019 | 10,032 | $9.05 |
| 09/05/2019 | 3,200 | $5.70 |

*Opening position of 4,600 shares.

**Francisco Quintana account 3 (NYSE)**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 02/06/2019 | 4,450 | $7.50 |
| 03/04/2019 | 4,055 | $7.15 |
| 09/20/2019 | 1,230 | $5.10 |
| 11/05/2019 | 5,600 | $3.60 |

| Date Sold | Amount of Shares Sold | Price |
|-----------|----------------------|-------|
| 12/07/2018 | 9,500 | $5.70 |
| 03/13/2019 | 3,505 | $9.05 |
| 09/05/2019 | 5,000 | $5.80 |

Prices listed are rounded up to two decimal places.

*Opening position of 9,500 shares.

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

MATT GOLIS ("Plaintiff") declares:

1.       Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.       Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.       Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.       Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|----------|-------------|------|-----------------|

*See* attached Schedule A.

5.       Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*None.*

6.       Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this  17th  day of January, 2020.



DocuSigned by:

Matt Golis

EC9116F3D53F49D...

MATT GOLIS

## SCHEDULE A

### SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 10/23/2018 | 2,947 | $7.32 |
| 10/23/2018 | 3,000 | $7.33 |
| 10/23/2018 | 14,053 | $7.33 |
| 10/29/2018 | 1,900 | $5.84 |
| 10/29/2018 | 12,801 | $5.85 |
| 10/29/2018 | 25,299 | $5.86 |
| 11/09/2018 | 10,000 | $7.02 |
| 11/14/2018 | 600 | $6.06 |
| 11/14/2018 | 24,400 | $6.06 |
| 12/06/2018 | 5,000 | $4.81 |
| 12/06/2018 | 5,000 | $4.81 |
| 12/20/2018 | 293 | $5.01 |
| 12/20/2018 | 500 | $5.01 |
| 12/20/2018 | 8,100 | $5.01 |
| 12/20/2018 | 10,600 | $5.04 |
| 12/20/2018 | 14,400 | $5.05 |
| 12/20/2018 | 16,107 | $5.01 |

Prices listed are rounded up to two decimal places.

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

DONALD S. PARRISH ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*None.*

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __18__ day of January, 2020.

DocuSigned by:

*Donald S. Parrish*

629BB2C5B063461...

DONALD S. PARRISH

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Donald Parrish**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 01/15/2019 | 10,000 | $6.89 |
| 01/16/2019 | 10,000 | $7.05 |
| 01/17/2019 | 13,747 | $6.69 |
| 01/17/2019 | 10,000 | $6.79 |
| 01/25/2019 | 10,000 | $6.75 |
| 01/29/2019 | 10,000 | $7.09 |
| 01/29/2019 | 10,000 | $7.00 |
| 01/31/2019 | 10,000 | $6.95 |
| 02/05/2019 | 10,000 | $7.89 |
| 02/06/2019 | 10,000 | $7.59 |
| 05/30/2019 | 8,000 | $7.95 |
| 08/19/2019 | 8,000 | $5.99 |
| 09/09/2019 | 7,500 | $6.05 |
| 09/11/2019 | 6,500 | $6.19 |
| 10/04/2019 | 300 | $4.54 |
| 10/04/2019 | 9,700 | $4.54 |
| 10/28/2019 | 10,000 | $3.81 |
| 10/29/2019 | 100 | $3.63 |
| 11/07/2019 | 3,900 | $3.71 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 01/15/2019 | 10,000 | $7.10 |
| 01/16/2019 | 10,000 | $7.26 |
| 01/28/2019 | 10,000 | $6.91 |
| 01/31/2019 | 10,000 | $7.07 |
| 08/16/2019 | 8,000 | $6.09 |
| 09/06/2019 | 8,000 | $6.13 |
| 09/10/2019 | 7,500 | $6.21 |
| 09/30/2019 | 6,500 | $4.42 |
| 10/02/2019 | 5,000 | $3.80 |
| 10/02/2019 | 5,000 | $3.81 |
| 10/22/2019 | 10,000 | $3.62 |
| 01/06/2020 | 64,747 | $1.93 |
| 01/06/2020 | 1,000 | $1.91 |
| 01/06/2020 | 116 | $1.90 |
| 01/06/2020 | 884 | $1.90 |
| 01/06/2020 | 1,000 | $1.91 |

**Donald Parrish - IRA**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 10/23/2018 | 1,000 | $8.07 |
| 10/23/2018 | 1,000 | $7.99 |
| 10/29/2018 | 1,000 | $6.09 |
| 10/30/2018 | 1,000 | $5.55 |
| 10/31/2018 | 1,000 | $6.78 |
| 11/01/2018 | 2,000 | $6.94 |
| 11/05/2018 | 2,900 | $7.05 |
| 11/05/2018 | 2,100 | $6.99 |
| 11/06/2018 | 5,000 | $7.58 |
| 11/07/2018 | 6,500 | $7.55 |
| 11/08/2018 | 1,750 | $7.53 |
| 11/08/2018 | 1,500 | $7.79 |
| 11/08/2018 | 1,500 | $7.75 |
| 11/08/2018 | 1,500 | $7.69 |
| 11/08/2018 | 1,500 | $7.79 |
| 11/08/2018 | 750 | $7.88 |
| 11/12/2018 | 1,000 | $7.49 |
| 11/12/2018 | 1,000 | $7.29 |
| 11/12/2018 | 1,000 | $7.19 |
| 11/12/2018 | 1,000 | $6.99 |
| 11/15/2018 | 1,000 | $6.00 |
| 12/10/2018 | 1,000 | $5.79 |
| 12/13/2018 | 1,000 | $6.05 |
| 12/17/2018 | 1,000 | $5.79 |
| 12/17/2018 | 1,000 | $5.59 |
| 12/19/2018 | 1,000 | $5.49 |
| 12/19/2018 | 1,000 | $5.39 |
| 12/19/2018 | 1,000 | $5.39 |
| 12/19/2018 | 3,000 | $5.37 |
| 12/21/2018 | 4,900 | $4.86 |
| 12/26/2018 | 20 | $5.01 |
| 01/07/2019 | 1,333 | $5.26 |
| 01/29/2019 | 12,500 | $6.87 |
| 02/04/2019 | 7,340 | $7.95 |
| 02/05/2019 | 45 | $7.89 |
| 03/06/2019 | 10,000 | $7.78 |
| 03/07/2019 | 10,000 | $7.69 |
| 03/07/2019 | 10,000 | $7.74 |
| 03/15/2019 | 8,877 | $8.90 |
| 03/18/2019 | 8,248 | $9.85 |
| 06/28/2019 | 10,462 | $7.75 |
| 07/01/2019 | 8,148 | $7.89 |
| 09/24/2019 | 5,000 | $4.73 |
| 09/26/2019 | 6,000 | $4.70 |
| 10/03/2019 | 10,000 | $4.15 |
| 10/04/2019 | 10,000 | $4.54 |
| 10/16/2019 | 5,000 | $3.65 |
| 10/16/2019 | 1,253 | $3.60 |
| 10/17/2019 | 10,000 | $3.73 |
| 10/18/2019 | 10,000 | $3.83 |

| | | |
|---|---|---|
| 10/28/2019 | 10,000 | $3.84 |
| 11/06/2019 | 6,153 | $3.82 |
| 11/07/2019 | 20,000 | $3.72 |
| 11/21/2019 | 6,100 | $2.75 |
| 11/25/2019 | 1,200 | $2.71 |
| 11/25/2019 | 1,600 | $2.70 |
| 01/02/2020 | 5,000 | $2.19 |
| 01/02/2020 | 5,000 | $2.16 |
| 01/06/2020 | 2,691 | $1.91 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 10/30/2018 | 1,000 | $6.07 |
| 10/31/2018 | 1,000 | $6.50 |
| 11/07/2018 | 7,900 | $7.36 |
| 11/07/2018 | 7,100 | $7.39 |
| 02/01/2019 | 8,083 | $7.22 |
| 03/05/2019 | 10,000 | $7.79 |
| 03/05/2019 | 10,135 | $7.89 |
| 03/05/2019 | 10,000 | $7.79 |
| 03/08/2019 | 4,500 | $7.85 |
| 03/08/2019 | 5,500 | $7.86 |
| 03/15/2019 | 6,377 | $9.15 |
| 03/15/2019 | 2,500 | $9.16 |
| 06/27/2019 | 10,000 | $7.79 |
| 06/27/2019 | 8,248 | $7.79 |
| 09/23/2019 | 10,000 | $5.19 |
| 09/23/2019 | 5,750 | $5.19 |
| 09/30/2019 | 2,398 | $4.35 |
| 09/30/2019 | 5,750 | $4.37 |
| 09/30/2019 | 6,000 | $4.38 |
| 10/01/2019 | 10,000 | $4.19 |
| 10/01/2019 | 10,000 | $4.20 |
| 10/01/2019 | 7,632 | $4.18 |
| 10/03/2019 | 10,000 | $4.29 |
| 10/17/2019 | 1,000 | $3.81 |
| 10/17/2019 | 1,000 | $3.81 |
| 10/17/2019 | 1,000 | $3.84 |
| 10/17/2019 | 7,000 | $3.84 |
| 10/23/2019 | 5,000 | $3.62 |
| 10/23/2019 | 5,000 | $3.61 |
| 10/23/2019 | 5,000 | $3.63 |
| 10/23/2019 | 5,000 | $3.65 |
| 10/23/2019 | 6,253 | $3.69 |
| 12/19/2019 | 100 | $2.31 |
| 12/19/2019 | 100 | $2.31 |
| 12/19/2019 | 100 | $2.31 |
| 12/19/2019 | 100 | $2.31 |
| 12/19/2019 | 2,600 | $2.31 |
| 12/19/2019 | 7,000 | $2.31 |
| 12/19/2019 | 400 | $2.32 |
| 12/19/2019 | 300 | $2.32 |
| 12/19/2019 | 64 | $2.32 |
| 12/19/2019 | 1 | $2.32 |

DocuSign Envelope ID: 6AF3BB69-72E1-44C8-BD2F-2285C2B41405

| | | |
|---|---|---|
| 12/19/2019 | 100 | $2.32 |
| 12/19/2019 | 400 | $2.32 |
| 12/19/2019 | 1 | $2.32 |
| 12/19/2019 | 246 | $2.32 |
| 12/19/2019 | 1 | $2.32 |
| 12/19/2019 | 300 | $2.32 |
| 12/19/2019 | 200 | $2.32 |
| 12/19/2019 | 3 | $2.32 |
| 12/19/2019 | 5,000 | $2.32 |
| 12/19/2019 | 43 | $2.32 |
| 12/19/2019 | 900 | $2.32 |
| 12/19/2019 | 1 | $2.32 |
| 12/19/2019 | 15 | $2.32 |
| 12/19/2019 | 5 | $2.32 |
| 12/19/2019 | 100 | $2.32 |
| 12/19/2019 | 1 | $2.32 |
| 12/19/2019 | 4 | $2.32 |
| 12/19/2019 | 3 | $2.32 |
| 12/19/2019 | 2 | $2.32 |
| 12/19/2019 | 8 | $2.32 |
| 12/19/2019 | 4 | $2.32 |
| 12/19/2019 | 2 | $2.32 |
| 12/19/2019 | 501 | $2.32 |
| 12/19/2019 | 1,395 | $2.32 |
| 12/23/2019 | 7,300 | $2.09 |
| 12/23/2019 | 17,753 | $2.09 |
| 01/06/2020 | 7,309 | $1.90 |

Prices listed are rounded up to two decimal places.

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

QUANG MA ("Plaintiff") declares:

1.     Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.     Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.     Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.     Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5.     Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*None.*

6.     Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17 day of January, 2020.

DocuSigned by:

53D4AA56E3024FD...

QUANG MA

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 02/14/2019 | 20,000 | $7.05 |
| 03/20/2019 | 30,000 | $9.69 |
| 03/20/2019 | 25,000 | $9.55 |
| 03/27/2019 | 1,000 | $8.78 |
| 05/31/2019 | 21,800 | $7.70 |
| 05/31/2019 | 1,000 | $7.70 |
| 05/31/2019 | 1,200 | $7.70 |
| 09/12/2019 | 49,000 | $5.95 |
| 09/12/2019 | 1,000 | $5.95 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 04/12/2019 | 11,100 | $8.82 |

Prices listed are rounded up to two decimal places.