# EXHIBIT D

CARELLA, BYRNE, CECCHI, OLSTEIN,
  BRODY & AGNELLO, P.C.
JAMES E. CECCHI
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com

*Local Counsel*

[Additional counsel appear on signature page.]


UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| WILLIAM WILSON, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | No. 2:19-cv-20588-JMV-JBC |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| AURORA CANNABIS INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

[Caption continued on following page.]

ANDREW L. WARREN, Individually and on Behalf of All Others Similarly Situated,

               Plaintiff,

vs.

AURORA CANNABIS INC., et al.,

               Defendants.

No. 2:20-cv-00555-JMV-JBC

CLASS ACTION

**JOINT DECLARATION OF DOUG DAULTON, FRANCISCO QUINTANA, MATT GOLIS, DONALD S. PARRISH, AND QUANG MA IN SUPPORT OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

Aurora Cannabis Inc. ("Aurora" or the "Company") investors Doug Daulton, Francisco Quintana, Matt Golis, Donald S. Parrish, and Quang Ma declare as follows:

1.      We respectfully submit this joint declaration in support of our motion for consolidation, to be appointed Lead Plaintiff in the above-captioned actions, and for approval of our selection of Robbins Geller Rudman & Dowd LLP ("Robbins Geller") and Hagens Berman Sobol Shapiro LLP ("Hagens Berman") to be appointed as Lead Counsel.  We each have personal knowledge of the facts set forth below relating to our own activities, actions and beliefs, and would testify competently thereto.

2.      As set forth in our certifications, we each purchased Aurora securities during the Class Period and suffered substantial losses.

3.      We are informed of and understand the requirements of serving as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA").

4.      I, Doug Daulton, suffered substantial losses as a result of my transactions in Aurora securities during the Class Period.  As a result, I am motivated to seek to obtain the best possible result for myself and the class. I have approximately 15 years of investing experience.  I am a producer and consultant on media projects including podcasts, web series, and live streams.  I currently reside

in Spokane, Washington. I am familiar with the obligations and fiduciary responsibilities a Lead Plaintiff owes to a class.

5.     I, Francisco Quintana, suffered substantial losses as a result of my transactions in Aurora securities during the Class Period.  As a result, I am motivated to seek to obtain the best possible result for myself and the class.  I have more than 15 years of investing experience.  I am a retired community liaison and social worker and currently reside in Orlando, Florida.  I am familiar with the obligations and fiduciary responsibilities a Lead Plaintiff owes to a class.

6.     I, Matt Golis, suffered substantial losses as a result of my transactions in Aurora securities during the Class Period.  As a result, I am motivated to seek to obtain the best possible result for myself and the class.  I have approximately 20 years of investing experience.  I am a software internet entrepreneur.  I currently reside in Columbus, Ohio. I am familiar with the obligations and fiduciary responsibilities a Lead Plaintiff owes to a class.

7.     I, Donald S. Parrish, suffered substantial losses as a result of my transactions in Aurora securities during the Class Period.  As a result, I am motivated to seek to obtain the best possible result for myself and the class. I have approximately 10 years of investing experience.  I am a retired technical analyst and currently reside in Ann Arbor, Michigan. I am familiar with the obligations and fiduciary responsibilities a Lead Plaintiff owes to a class.

8.      I, Quang Ma, suffered substantial losses as a result of my transactions in Aurora securities during the Class Period.  As a result, I am motivated to seek to obtain the best possible result for myself and the class.  I have approximately 25 years of investing experience.  I manage the profit and loss for a wireless industry company and currently reside in Pleasanton, California.  I am familiar with the obligations and fiduciary responsibilities a Lead Plaintiff owes to a class.

9.      We understand our responsibilities as class representatives and as Lead Plaintiff, including the duty to provide fair and adequate representation to all members of the class, and will fulfill these responsibilities to the best of our abilities. We understand that our duties as Lead Plaintiff include overseeing and monitoring the progress of the litigation and coordinating with counsel to vigorously prosecute the case on behalf of the class. In performing these duties, we will, among other things, review pleadings and motion papers, obtain regular status reports on the progress of the litigation, participate in discovery, and have input into litigation decisions, including settlement negotiations.

10.     We understand that we are seeking to be appointed as Lead Plaintiff together. If appointed as Lead Plaintiff, we will work jointly to monitor and direct the efforts and activities of our proposed lead counsel, Robbins Geller and Hagens Berman, in the prosecution of this action. We understand that as Lead Plaintiff, we have fiduciary obligations to fairly and adequately represent the class by vigorously

prosecuting this case on behalf of the class. We understand that one of the primary responsibilities of the Lead Plaintiff in overseeing the work of lead counsel is to ensure that the litigation is handled efficiently.

11.    Prior to filing this motion, we spoke together and with counsel regarding this case. We discussed the claims against Defendants; our interest in serving jointly as Lead Plaintiff; and ensuring that the class's claims will be efficiently and zealously prosecuted, without duplicative efforts, by our oversight of our proposed Lead Counsel, Robbins Geller and Hagens Berman. We believe that five sophisticated, experienced, and geographically diverse investors serving as Lead Plaintiff will have a positive effect on the quality of the representation provided to absent class members.

12.    We also discussed a Lead Plaintiff's obligation to select Lead Counsel, and to supervise the prosecution of the case to guarantee that the action is prosecuted efficiently. Through supervision of our chosen counsel, we will ensure that the action is prosecuted for the benefit of the class in an efficient and effective manner. In order to achieve this result, we plan on consulting with each other and with counsel regarding the prosecution of this lawsuit via telephone and email.

13.    We have obtained each other's contact information. Either one of us may call for a meeting or conference call at any time, including on an emergency basis if necessary. We understand that these meetings or conference calls may be

conducted without counsel. We are able and willing to reconvene future calls, as well as attend in-person meetings, and communicate via email, as often and regularly as necessary to ensure responsible oversight and direction of counsel if we are appointed Lead Plaintiff. We do not foresee any problems communicating with one another or staying abreast of the progress of this litigation.

14.    We intend to work together to oversee the litigation in a manner that will best serve the interests of the class. If any disagreements arise, we will make decisions based on consensus.

15.    We decided, after careful consideration, to select the law firms of Robbins Geller and Hagens Berman to serve as Lead Counsel. We are satisfied that our chosen counsel is experienced in prosecuting actions of this nature and capable of diligently prosecuting the class's claims under our supervision. We have instructed our counsel to conduct the litigation in an efficient manner and to provide updates regularly, or as frequently as necessary.

16.    We are aware that we could select any counsel to represent us, and that we were not and are not required or compelled to recommend Robbins Geller and Hagens Berman as class counsel. By submitting this declaration, we are personally ratifying Robbins Geller and Hagens Berman as our choice for that role in this litigation.

17.     Before filing this motion, we were aware of each other's interest in leading this case. We considered the benefits and potential drawbacks of proceeding individually or jointly as Lead Plaintiff. After considering the options, we decided to file a joint motion. Because of the complexity of the case, our collective investing experience and sophistication, and the substantial losses suffered as a result of Defendants' alleged violations of the federal securities laws, we each have the incentive, ability, and desire to work together to control the litigation and maximize the recovery for the class.

18.     We have no interests antagonistic to the interests of the class and do not believe that we are subject to any unique defenses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this __th day of January, 2020.

01/20/2020

Doug Daulton

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 18th day of January, 2020.

Francisco Quintana

DocuSign Envelope ID: D780E8FC-0935-4EE4-82D8-A68A7C944FDF

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of January, 2020.

DocuSigned by:

*Matt Golis*

EC9116F3D53F49D...

Matt Golis

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this $\underline{18}$ th day of January, 2020.

Donald S. Parrish

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17 th day of January, 2020.

DocuSigned by:

53D4AA56E3024FD...

Quang Ma