CARELLA, BYRNE, CECCHI, OLSTEIN,
  BRODY & AGNELLO, P.C.
JAMES E. CECCHI
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com

*Local Counsel*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM WILSON, Individually and on Behalf of All Others Similarly Situated, ) ) ) | No. 2:19-cv-20588-JMV-JBC |
| ) | <u>CLASS ACTION</u> |
| Plaintiff, ) ) | |
| vs. ) ) | |
| AURORA CANNABIS INC., et al., ) ) | |
| Defendants. ) ) | |

[Caption continued on following page.]

| | | |
|---|---|---|
| ANDREW L. WARREN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | No. 2:20-cv-00555-JMV-JBC |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| AURORA CANNABIS INC., et al., | ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING THE AURORA INVESTOR GROUP LEAD PLAINTIFF, AND APPROVING SELECTION OF COUNSEL**

THIS MATTER having been opened to the Court by Carella, Byrne, Cecchi Olstein, Brody & Agnello, P.C., Robbins Geller Rudman & Dowd LLP, and Hagens Berman Sobol Shapiro LLP, attorneys for proposed Lead Plaintiff Doug Daulton, Francisco Quintana, Matt Golis, Donald S. Parrish, and Quang Ma (the "Aurora Investor Group"), and the Court having read the parties' papers and good cause appearing therefor, the Court ORDERS as follows:

1.    The Motion is GRANTED.

2.    Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Wilson v. Aurora Cannabis Inc.*, No. 2:19-cv-20588 (JMV)(JBC) and *Warren v. Aurora Cannabis Inc.*, No. 2:20-cv-00555 (JMV)(JBC) are consolidated as:

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re AURORA CANNABIS INC. SECURITIES LITIGATION | ) Master File No. 2:19-cv-20588 ) (JMV)(JBC) ) ) <u>CLASS ACTION</u> |
| This Document Relates To: ALL ACTIONS. | ) ) ) ) ) |

(a)    The file in Case No. 2:19-cv-20588 (JMV)(JBC) shall constitute the master file for every action in the consolidated action.  The Clerk shall administratively close the other actions  When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:".  When a pleading applies to some, but not all, of the actions,

- 1 -

the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)    All securities class actions on behalf of purchasers of Aurora Cannabis Inc. securities subsequently filed in, or transferred to, this District shall be consolidated into this action;

(c)    This Order shall apply to every such action, absent an order of the Court.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action; and

(d)    This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

3.    The Aurora Investor Group is hereby appointed Lead Plaintiff for the Class pursuant to the Private Securities Litigation Reform Act of 1995; and

2.    Robbins Geller Rudman & Dowd LLP and Hagens Berman Sobol Shapiro LLP are hereby appointed Lead Counsel.  Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

(a)    the briefing and argument of any and all motions;

(b)    the conduct of any and all discovery proceedings;

(c)    the examination of any and all witnesses in depositions;

(d)     the selection of counsel to act as spokesperson at all pretrial conferences;

(e)     the organization of meetings of plaintiffs' counsel as they deem necessary and appropriate from time to time;

(f)     settlement negotiations with counsel for defendants;

(g)     the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required;

(h)     the preparation and filing of all pleadings; and

(i)     the supervision of all other matters concerning the prosecution or resolution of the consolidated action.

5.     No motion, discovery request, or other pretrial proceedings shall be initiated or filed by any plaintiff without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery.  No settlement negotiations shall be conducted without the approval of Lead Counsel.

6.     Lead Counsel shall be the contact between plaintiffs' counsel and defendants' counsel, as well as the spokesperson for all plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel.

IT IS SO ORDERED.

Dated: _____

_____
JOHN MICHAEL VAZQUEZ, U.S.D.J.