| | |
|---|---|
| Kevin H. Marino<br>John D. Tortorella<br>MARINO, TORTORELLA & BOYLE, P.C.<br>437 Southern Boulevard<br>Chatham, New Jersey 07928-1488<br>Tel: (973) 824-9300<br>kmarino@khmarino.com<br>jtortorella@khmarino.com | Andrew J. Lichtman<br>Logan J. Gowdey†<br>JENNER & BLOCK, LLP<br>919 Third Avenue<br>New York, NY 10022-1600<br>Tel: (212) 891-1600<br>alichtman@jenner.com<br>lgowdey@jenner.com |
| | Howard S. Suskin (admitted *pro hac vice*)<br>353 N. Clark Street<br>Chicago, Illinois 60654-3456<br>Tel: (312) 222-9350 |
| *Attorneys for Defendants* | hsuskin@jenner.com |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE AURORA CANNABIS INC.<br>SECURITIES LITIGATION<br><br>This Document Relates To:<br>　　　ALL ACTIONS. | No. 19-cv-20588-JMV-JBC<br><br>Hon. John M. Vazquez, U.S.D.J. |

## REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

  1.  The Court entered an Order on March 5, 2020, admitting Howard S. Suskin to appear *pro hac vice* in Warren v. Aurora Cannabis, Inc., 2:20-cv-00555-JMV-JBC, which was consolidated with this case on July 23, 2020; and

---

† Application for admission *pro hac vice* forthcoming.

2. The Admission Fee, in the amount of $150, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

*(signature)*
John D. Tortorella
MARINO, TORTORELLA & BOYLE, P.C.
437 Southern Boulevard
Chatham, NJ 07928-1488
*Counsel for Defendants*

PRO HAC VICE ATTORNEY INFORMATION:
Howard S. Suskin
JENNER & BLOCK, LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Hsuskin@jenner.com