| | |
|---|---|
| Kevin H. Marino<br>John D. Tortorella<br>MARINO, TORTORELLA & BOYLE, P.C.<br>437 Southern Boulevard<br>Chatham, NJ  07928<br>Phone:  (973) 824-9300<br>Fax: (973) 824-8425<br>kmarino@khmarino.com<br>jtororella@khmarino.com | Stephen L. Ascher†<br>Andrew J. Lichtman<br>Logan J. Gowdey†<br>JENNER & BLOCK LLP<br>919 Third Avenue<br>New York, NY 10022-3908<br>Phone: (212) 891-1600<br>Fax: (212) 891-1699<br>sascher@jenner.com<br>alichtman@jenner.com<br>lgowdey@jenner.com<br><br>Howard S. Suskin†<br>JENNER & BLOCK LLP<br>353 N. Clark St.<br>Chicago, IL 60654-3456<br>Phone: (312) 222-9350<br>Fax: (312) 527-0484<br>hsuskin@jenner.com |

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re AURORA CANNABIS INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br>    ALL ACTIONS | Case No. 2:19-cv-20588-JMV-JBC<br><br>**CERTIFICATION OF<br>KEVIN H. MARINO<br>IN SUPPORT OF DEFENDANTS'<br>MOTION TO DISMISS THE<br>AMENDED CLASS ACTION<br>COMPLAINT** |

---

† Admitted *pro hac vice.*

KEVIN H. MARINO, of full age, hereby certifies and states:

1. I am an attorney at law of the State of New Jersey and a member of the law firm of Marino, Tortorella & Boyle, P.C., attorneys for Defendants Aurora Cannabis, Inc., Terry Booth, Stephen Dobler, Glen Ibbott, Cameron Battley, Michael Singer, Jason Dyck (collectively, "Defendants"), in the above-captioned matter. I am fully familiar with the facts set forth in this Certification, which I submit in support of Defendants' Motion to Dismiss the Amended Class Action Complaint ("AC").

2. Attached hereto as Exhibit A is a summary chart that identifies each forward-looking statement quoted in the Amended Complaint and sets forth the risk disclosures and cautionary language that accompanied each statement when it was made.

3. Attached hereto as Exhibit B is a true and correct copy of Cronos Group Shares Slide on Q1 Revenue Miss, Earnings Forecast, BNN Bloomberg (May 9, 2019), https://www.bnnbloomberg.ca/cannabis-canada-daily-cronos-group-shares-slide-on-q1-revenue-miss-earnings-forecast-1.1256630.

4. Attached hereto as Exhibit C is a true and correct copy of Ben Winck, *Canopy Growth Tumbles 12% After Reporting Sales that Missed the Lowest Forecast*, Markets Insider (Aug. 15, 2019), https://markets.businessinsider.com/news/stocks/canopy-stock-price-fiscal-1q-earnings-miss-2019-8-1028449820.

2

5. Attached hereto as Exhibit D is a true and correct copy of Aurora's September 24, 2018 FY2018 Management's Discussion & Analysis ("MD&A").

6. Attached hereto as Exhibit E is a true and correct copy of Aurora Sept. 11, 2019 FY2019 MD&A.

7. Attached hereto as Exhibit F is a true and correct copy of Aurora's November 9, 2018 Q1 2019 MD&A.

8. Attached hereto as Exhibit G is a true and correct copy of Aurora's September 25, 2017 FY2017 MD&A.

9. Attached hereto as Exhibit H is a true and correct copy of Aurora November 12, 2018 Q1 2019 Earnings Call Transcript.

10. Attached hereto as Exhibit I is a true and correct copy of Aurora's October 5, 2018 40-F Registration Statement.

11. Attached hereto as Exhibit J is a true and correct copy of Aurora's May 15, 2019 Q3 2019 Earnings Call Transcript.

12. Attached hereto as Exhibit K is a true and correct copy of Aurora's February 13, 2020 Q2 2020 MD&A.

13. Attached hereto as Exhibit L is a true and correct copy of Aurora's May 13, 2019 Q3 2019 MD&A.

14. Attached hereto as Exhibit M is a true and correct copy of Aurora's September 12, 2019 FY2019 Earnings Call Transcript.

15. Attached hereto as Exhibit N is a true and correct copy of Aurora's February 11, 2019 Q2 2019 Earnings Call Transcript.

16. Attached hereto as Exhibit O is a true and correct copy of the SEC Financial Reporting Manual 16210.1 (last updated Mar. 31, 2012), https://www.sec.gov/corpfin/cf-manual/topic-16.

17. Attached hereto as Exhibit P is a true and correct copy of Bill Peters, *Should You Buy Marijuana Stocks with Decriminalization on 2020 Ballot?*, Investors Business Daily (Oct. 14, 2020), https://www.investors.com/news/marijuana-stocks-good-buy.

18. Attached hereto as Exhibit Q is a true and correct copy of Tara Deschamps, *Aphria Posts $98.8 Million Net Loss in Q4, Missing Analyst Estimates*, CTV News (July 29, 2020), https://www.ctvnews.ca/business/aphria-posts-98-8-million-net-loss-in-q4-missing-analyst-estimates-1.5043822.

19. Attached hereto as Exhibit R is a true and correct copy of Aurora's October 18, 2018 press release, https://investor.auroramj.com/news-and-events/press-releases/122857.

20. Attached hereto as Exhibit S is a true and correct copy of Aurora's November 12, 2018 press release, https://investor.auroramj.com/news-and-events/press-releases/122864.

21. Attached hereto as Exhibit T is a true and correct copy of Aurora's January 8, 2019 press release, https://investor.auroramj.com/news-and-events/press-releases/122875.

22. Attached hereto as Exhibit U is a true and correct copy of Aurora's February 11, 2019 press release, https://investor.auroramj.com/news-and-events/press-releases/122883.

23. Attached hereto as Exhibit V is a true and correct copy of Aurora's April 10, 2019 press release, https://investor.auroramj.com/news-and-events/press-releases/122898.

24. Attached hereto as Exhibit W is a true and correct copy of Aurora's May 14, 2019 press release, https://investor.auroramj.com/news-and-events/press-releases/122908.

25. Attached hereto as Exhibit X is a true and correct copy of Aurora's June 21, 2019 press release, https://investor.auroramj.com/news-and-events/press-releases/122910.

26. Attached hereto as Exhibit Y is a true and correct copy of Aurora's August 6, 2019 press release, https://investor.auroramj.com/news-and-events/press-releases/122914.

27. Attached hereto as Exhibit Z is a true and correct copy of Aurora's September 11, 2019 press release, https://investor.auroramj.com/news-and-events/press-releases/122920.

28. Attached hereto as Exhibit AA is a true and correct copy of Aurora's October 3, 2019 press release, https://investor.auroramj.com/news-and-events/press-releases/122922.

29. Attached hereto as Exhibit BB is a true and correct copy of Aurora's November 14, 2019 Q1 2020 MD&A.

30. Attached hereto as Exhibit CC is a true and correct copy of Aurora's November 14, 2019 press release, https://investor.auroramj.com/news-and-events/press-releases/122929.

31. Attached hereto as Exhibit DD is a true and correct copy of Aurora's November 14, 2019 Q1 2020 Earnings Call Transcript.

32. A table listing the exhibits is attached to this Certification.

In accordance with 28 U.S.C. § 1746, I certify under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated:  November 20, 2020  Respectfully submitted,

MARINO, TORTORELLA & BOYLE, P.C.

_____
Kevin H. Marino
John D. Tortorella
437 Southern Boulevard
Chatham, NJ  07928
Telephone:  (973) 824-9300
Fax: (973) 824-8425
kmarino@khmarino.com
jtororella@khmarino.com

Stephen L. Ascher[†]
Andrew J. Lichtman
Logan J. Gowdey[†]
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022-3908
Phone: (212) 891-1600
Fax: (212) 891-1699
sascher@jenner.com
alichtman@jenner.com
lgowdey@jenner.com

Howard S. Suskin[†]
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654-3456
Phone: (312) 222-9350
Fax: (312) 527-0484
hsuskin@jenner.com

*Attorneys for Defendants*

7

**EXHIBITS CITED IN DEFENDANTS' MEMORANDUM OF LAW
IN SUPPORT OF THEIR MOTION TO DISMISS
PLAINTIFFS' AMENDED COMPLAINT**

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Summary chart that identifies each forward-looking statement quoted in the Amended Complaint and sets forth the risk disclosures and cautionary language that accompanied each statement when it was made. |
| B | *Cronos Group Shares Slide on Q1 Revenue Miss, Earnings Forecast*, BNN Bloomberg (May 9, 2019), https://www.bnnbloomberg.ca/cannabis-canada-daily-cronos-group-shares-slide-on-q1-revenue-miss-earnings-forecast-1.1256630 |
| C | Ben Winck, *Canopy Growth Tumbles 12% After Reporting Sales that Missed the Lowest Forecast*, Markets Insider (Aug. 15, 2019), https://markets.businessinsider.com/news/stocks/canopy-stock-price-fiscal-1q-earnings-miss-2019-8-1028449820 |
| D | Aurora Sept. 24, 2018 FY2018 MD&A |
| E | Aurora Sept. 11, 2019 FY2019 MD&A |
| F | Aurora Nov. 9, 2018 Q1 2019 MD&A |
| G | Aurora Sept. 25, 2017 FY2017 MD&A |
| H | Aurora Nov. 12, 2018 Q1 2019 Earnings Call Tr. |
| I | Aurora Oct. 5, 2018 40-F Registration Statement |
| J | Aurora May 15, 2019 Q3 2019 Earnings Call Tr. |
| K | Aurora Feb. 13, 2020 Q2 2020 MD&A |
| L | Aurora May 13, 2019 Q3 2019 MD&A |
| M | Aurora Sept. 12, 2019 FY2019 Earnings Call Tr. |
| N | Aurora Feb. 11, 2019 Q2 2019 Earnings Call Tr. |
| O | SEC Financial Reporting Manual 16210.1 (last updated Mar. 31, 2012), https://www.sec.gov/corpfin/cf-manual/topic-16 |
| P | Bill Peters, *Should You Buy Marijuana Stocks with Decriminalization on 2020 Ballot?*, Investors Business Daily (Oct. 14, 2020), https://www.investors.com/news/marijuana-stocks-good-buy |
| Q | Tara Deschamps, *Aphria Posts $98.8 Million Net Loss in Q4, Missing Analyst Estimates*, CTV News (July 29, 2020), https://www.ctvnews.ca/business/aphria-posts-98-8-million-net-loss-in-q4-missing-analyst-estimates-1.5043822 |
| R | Aurora Oct. 18, 2018 press release, https://investor.auroramj.com/news-and-events/press-releases/122857 |
| S | Aurora Nov. 12, 2018 press release, https://investor.auroramj.com/news-and-events/press-releases/122864 |

| | |
|---|---|
| **T** | Aurora Jan. 8, 2019 press release, https://investor.auroramj.com/news-and-events/press-releases/122875 |
| **U** | Aurora Feb. 11, 2019 press release, https://investor.auroramj.com/news-and-events/press-releases/122883 |
| **V** | Aurora Apr. 10, 2019 press release, https://investor.auroramj.com/news-and-events/press-releases/122898 |
| **W** | Aurora May 14, 2019 press release, https://investor.auroramj.com/news-and-events/press-releases/122908 |
| **X** | Aurora June 21, 2019 press release, https://investor.auroramj.com/news-and-events/press-releases/122910 |
| **Y** | Aurora Aug. 6, 2019 press release, https://investor.auroramj.com/news-and-events/press-releases/122914 |
| **Z** | Aurora Sept. 11, 2019 press release, https://investor.auroramj.com/news-and-events/press-releases/122920 |
| **AA** | Aurora Oct. 3, 2019 press release, https://investor.auroramj.com/news-and-events/press-releases/122922 |
| **BB** | Aurora Nov. 14, 2019 Q1 2020 MD&A |
| **CC** | Aurora Nov. 14, 2019 press release, https://investor.auroramj.com/news-and-events/press-releases/122929 |
| **DD** | Aurora Nov. 14, 2019 Q1 2020 Earnings Call Tr. |