# EXHIBIT A

**Exhibit A**

**Forward-Look Statements Challenged in the Amended Complaint & Associated Cautionary Language.**

| No. | Statement | Cited | Identifying and Cautionary Language |
|---|---|---|---|
| 1 | "Aurora has rapidly developed into a globally mature organization with industry leading and technologically advanced production facilities available to produce at unprecedented scale **to meet the growing demand for high-quality cannabis both in Canada and abroad.** We are also uniquely committed to leveraging our deep knowledge base to further scientific research into medical applications of cannabis, and developing novel, higher-margin product offerings that strongly differentiate Aurora from our competition."<br><br>Ex. R, Oct. 18, 2018 press release, https://investor.auroramj.com/news-and-events/press-releases/122857. | ¶ 120 | This news release includes statements containing certain "forward-looking information" within the meaning of applicable securities law ("forward-looking statements"). Forward-looking statements are frequently characterized by words such as "plan", "continue", "expect", "project", "intend", "believe", "anticipate", "estimate", "may", "will", "potential", "proposed" and other similar words, or statements that certain events or conditions "may" or "will" occur and include, but are not limited to the variety of cannabis products that Aurora will supply to the adult use market. These statements are only predictions. Various assumptions were used in drawing the conclusions or making the projections contained in the forward-looking statements throughout this news release. Forward-looking statements are based on the opinions and estimates of management at the date the statements are made, and are subject to a variety of risks and uncertainties and other factors that could cause actual events or results to differ materially from those projected in the forward-looking statements. The Company is under no obligation, and expressly disclaims any intention or obligation, to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise, except as expressly required by applicable law. |
| 2 | In the release, Booth stated that "[g]**iven the strong unmet consumer demand evident across Canada, we are confident that our rapidly increasing production capacity will result in continued acceleration of revenue growth.**" The press release continued, in pertinent part:<br><br>**Facilities and Production update** | ¶ 122 | This news release includes statements containing certain "forward-looking information" within the meaning of applicable securities law ("forward-looking statements"). Forward-looking statements are frequently characterized by words such as "plan", "continue", "expect", "project", "intend", "believe", "anticipate", "estimate", "may", "will", "potential", "proposed" and other similar words, or statements that certain events or conditions "may" or "will" occur and include, but are not limited to the variety of cannabis products that Aurora will supply to the adult use market.. These statements are only predictions. Various |

1

During and subsequent to the quarter, the Company made significant progress towards increasing its production capacity, including receipt of various sales and production licenses. Based on grow rooms in production, the Company currently is running at an annualized run rate of 70,000 kg. **Management anticipates that around calendar year end 2018 into the beginning of calendar 2019, Aurora will have a production run rate in excess of 150,000 kg per annum based on grow rooms in production, with subsequent scale up to over 500,000 kg per annum (excluding additional capacity through the acquisition of ICC Labs).**

* * *

While the historic milestone of Canada becoming the first G7 nation to legalize the adult consumer-use market creates a very significant growth opportunity, the Company maintains its position that long term the international medical market has the most significant growth prospects, and is expected to grow to 10 million kilograms per annum according to industry observers. The Company has established significant early mover advantage, has a presence on five continents, and is currently Europe's largest distributor of medical cannabis. Aurora also currently owns two of the seven cannabis production facilities in the world that are EU GMP certified, and additionally owns one EU GMP certified distribution facility in Germany, ensuring continued access to restrictive markets. Management believes this early mover advantage, coupled with the strength of its growing international management teams, will enable the Company to continue expanding its significant market share in the global medical market.

assumptions were used in drawing the conclusions or making the projections contained in the forward-looking statements throughout this news release. Forward-looking statements are based on the opinions and estimates of management at the date the statements are made, and are subject to a variety of risks and uncertainties and other factors that could cause actual events or results to differ materially from those projected in the forward-looking statements. The Company is under no obligation, and expressly disclaims any intention or obligation, to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise, except as expressly required by applicable law.

| | | | |
|---|---|---|---|
| | Ex. S, Nov. 12, 2018 press release, https://investor.auroramj.com/news-and-events/press-releases/122864. | | |
| 3 | So again, while it's still early, it is clear that our brands have resonated strongly with the market, and we built a significant early market position. And that validates our preparation for the launch of the adult consumer use market and the success of our production and rollout strategies.<br><br>**Similar to other Canadian LPs, we are facing demand that outstrips supply. We anticipate this dynamic to continue for some time.** However, we are successfully and rapidly scaling up our capacity, increasing product availability and driving accelerated growth across our different markets.<br><br>* * *<br><br>Currently, based on rooms in production, the company is running at an annualized run rate of approximately 70,000 kilograms and anticipate getting to approximately 150,000 kilograms per year annual run rate around the end of this year, 2018.<br><br>On deck are the Sky Class facilities Nordic II in Denmark and an Aurora Sun in Medicine Hat, Alberta. Construction of Sun is underway with first planting expected in 2019, bringing our total funded capacity to over 500,000 kilograms annually.<br><br>Ex. H, Nov. 12, 2018 Q1 2019 earnings call tr. | ¶ 124 | Listeners are reminded that certain matters discussed in today's conference call, or answers that may be given to questions asked, could constitute forward-looking statements that are subject to risks and uncertainties relating to Aurora's future financial or business performance. Actual results could differ materially from those anticipated in these forward-looking statements. The risk factors that may affect results are detailed in Aurora's Annual Information Form and other periodic filings and registration statements. These documents may be accessed at SEDAR's database or on sedar.com. |
| 4 | The Company's financial results for the first quarter of fiscal 2019 continued to show strong growth in its core cannabis businesses. Compared to the prior quarter, total | ¶ 123 | **Risk Factors** |

| cannabis revenue increased by 65%, while at the same time Aurora was bolstering its inventory levels to continue serving multiple customer markets.<br><br>Ex. F, Nov. 9, 2018 Q1 2019 MD&A | | The production and sale of medical and adult-use cannabis involves many risks which may influence the ultimate success of the Company. While the management of Aurora Cannabis Inc. realizes these risks cannot be eliminated, they are committed to monitoring and mitigating these risks. These risks include, but are not limited to the following:<br><br>• ability to successfully obtain and renew Cannabis Act licenses and adhere to all regulatory requirements;<br>• actions by governmental authorities, including changes in laws, regulations and guidelines which may have adverse effects to the Company's operations;<br>• risk of failure to acquire regulatory approvals required to produce and sell cannabis;<br>• the Company has a limited operating history and no assurance of profitability;<br>• risks related to negative public perception of cannabis consumption which may have an adverse effect on the Company's operational results, consumer base, and financial results;<br>• competition in the Company's industry;<br>• risk of mismanagement of the Company's growth;<br>• ability to execute the Company's strategy without additional financing;<br>• operating hazards and uninsured risks;<br>• absence or loss of key employees;<br>• ability to expand operations into international jurisdictions;<br>• availability of strategic alliances which complement or augment the Company's existing business;<br>• possibility of product liability claims against the Company;<br>• risk of product recalls and returns;<br>• ability to successfully develop new products and obtain required regulatory approvals;<br>• conflicts of interest which may arise between the Company and its directors and officers;<br>• potential for legal proceedings arising in the normal course of business; |
|---|---|---|

- risks related to agricultural operations, including disease, insect pests, and changes in climate;
- the Company's dependence on transportation and the possibility of disruptions;
- fluctuating prices of raw materials;
- risks related to compliance with safety, health, and environmental regulations;
- ability to protect and preserve intellectual property rights;
- risk of political and economic instability in the jurisdictions in which the Company operates;
- execution of the Company's growth strategy;
- ability to successfully identify and make attractive acquisitions, joint ventures or investments, or successfully integrate future acquisitions;
- volatility in the Company's common share price on the TSX and NYSE;
- global economy risk, which may impact the Company's ability to raise equity or obtain additional financing;
- risks associated with the absence of dividends paid to shareholders;
- misappropriation of assets and security breaches;
- cyber security risks, loss of information and computer systems;
- risks associated with the Company's holding company status; and
- the Company's ability to effectively and efficiently integrate MedReleaf and realize all operational synergies.

For additional information regarding the risks that the Company is exposed to, see the disclosure provided under the heading "Risk Factors" in the Company's AIF dated September 24, 2018, which is available on the SEDAR website at www.sedar.com.

\* \* \*

**Forward-Looking Statements**

5

This MD&A may contain "forward-looking information" within the meaning of Canadian securities legislation ("forward-looking statements"). These forward-looking statements are made as of the date of this MD&A and Company does not intend, and does not assume any obligation, to update these forward-looking statements, except as required under applicable securities legislation. Forward-looking statements relate to future events or future performance and reflect Company management's expectations or beliefs regarding future events. In certain cases, forward-looking statements can be identified by the use of words such as "plans", "expects" or "does not expect", "is expected", "budget", "scheduled", "estimates", "forecasts", "intends", "anticipates" or "does not anticipate", or "believes", or variations of such words and phrases or statements that certain actions, events or results "may", "could", "would", "might" or "will be taken", "occur" or "be achieved" or the negative of these terms or comparable terminology. In this document, certain forward-looking statements are identified by words including "may", "future", "expected", "intends" and "estimates". By their very nature forward-looking statements involve known and unknown risks, uncertainties and other factors which may cause the actual results, performance or achievements of the Company to be materially different from any future results, performance or achievements expressed or implied by the forward-looking statements. The Company provides no assurance that forward-looking statements will prove to be accurate, as actual results and future events could differ materially from those anticipated in such statements. Accordingly, readers should not place undue reliance on forward-looking statements.

Certain forward-looking statements in this MD&A include, but are not limited to the following:

- pro forma measures including revenue, registered medical patients and grams produced;
- the completion of construction of production facilities, associated costs, and receipt of licenses from Health Canada to produce and sell cannabis and cannabis related products from these facilities;
- the successful integration of CanniMed and MedReleaf into Aurora's operations;

6

| | | | |
|---|---|---|---|
| | | | - strategic investments and capital expenditures, and related benefits;<br>- future growth expansion plans;<br>- expectations regarding production capacity, costs and yields; and<br>- product sales expectation and corresponding forecasted increase in revenue.<br><br>The above and other aspects of the Company's anticipated future operations are forward-looking in nature and, as a result, are subject to certain risks and uncertainties. Although the Company believes that the expectations reflected in these forward-looking statements are reasonable, undue reliance should not be placed on them as actual results may differ materially from the forward-looking statements. Such forward-looking statements are estimates reflecting the Company's best judgment based upon current information and involve a number of risks and uncertainties, and there can be no assurance that other factors will not affect the accuracy of such forward-looking statements. Such factors include but are not limited to the Company's ability to obtain the necessary financing and the general impact of financial market conditions, the yield from marijuana growing operations, product demand, changes in prices of required commodities, competition, government regulations and other risks as set out under "Risk Factors" in the Company's AIF dated September 24, 2018 filed on SEDAR at www.sedar.com. |
| 6 | Paired with strong current and future anticipated demand for the Company's products across its different market segments, this is expected to result in continued strong revenue growth.<br><br>* * *<br><br>Consequently, management believes the combination of substantial revenue growth and disciplined cost management positions the Company well to **achieve sustained positive EBITDA beginning in Fiscal Q4 2019 (Calendar Q2 2019).** | ¶ 125 | This news release also includes statements containing certain "forward-looking information" within the meaning of applicable securities law ("forward-looking statements"). Forward-looking statements are frequently characterized by words such as "plan", "continue", "expect", "project", "intend", "believe", "anticipate", "estimate", "may", "will", "potential", "proposed" and other similar words, or statements that certain events or conditions "may" or "will" occur. These statements are only predictions. Various assumptions were used in drawing the conclusions or making the projections contained in the forward-looking statements throughout this news release. Forward-looking statements are based on the opinions and estimates of management at the date the statements are made, and are subject to a variety of risks and |

| | | | |
|---|---|---|---|
| | * * *<br><br>"Aurora continues to execute effectively across all market segments, as demonstrated by its revenue growth anticipated to exceed 68% as compared to last quarter, supported by continued strong performance in the Canadian adult consumer use market," said Terry Booth, CEO of Aurora. "Our consistent and high-quality production continues to significantly ramp up as expected, fueling even further growth. **Going forward, we see sustained strong demand from the adult usage market,** as evidenced by public statements from the Canadian provinces, as well as strong patient-driven demand for medical cannabis in Canada and abroad. **These factors, together with our focus on disciplined management of operating expenses, and our growing portfolio of higher margin products, put us in a position to rapidly achieve positive EBITDA within the next two quarters."**<br><br>Ex. T, Jan. 8, 2019 press release, https://investor.auroramj.com/news-and-events/press-releases/122875. | | uncertainties and other factors that could cause actual events or results to differ materially from those projected in the forward-looking statements. These risks include, but are not limited to, the ability to retain key personal, the ability to continue investing in infrastructure to support growth, the ability to obtain financing on acceptable terms, the continued quality of our products, customer experience and retention, the development of third party government and non-government adult-use  sales channels, managements estimation of consumer demand in Canada and in jurisdictions where the Company exports, expectations of future results and expenses, the availability of additional capital to complete construction projects and facilities improvements, the risk of successful integration of acquired business and operations, management's estimation that SG&A will grow only in proportion of revenue growth, the ability to expand and maintain distribution capabilities, the impact of competition, and the possibility for changes in laws, rules, and regulations in the industry, as well as the risks identified under the heading "Risk Factors" in the company's Annual Information Form for the financial year ended June 30, 2018 filed in Canada on SEDAR at www.sedar.com and in the United States on Edgar under Form 40-F at www.sec.gov. The Company is under no obligation, and expressly disclaims any intention or obligation, to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise, except as expressly required by applicable law. |
| 7 | The press release stated that the Company had achieved "83% Sequential Net Revenue Growth to $54.2 Million."<br><br>Aurora Sky is now fully complete and commissioned, and is expected to reach its full production capacity, based on Health Canada approved planted rooms, shortly. Recent harvests completed to date at the facility have exceeded targeted yields, reflecting that the facility's commissioning has been successful, all environmental and nutrition systems, and operating protocols are dialed in, and technology components are functioning well. | ¶ 128 | This news release also includes statements containing certain "forward-looking information" within the meaning of applicable securities law ("forward-looking statements"). Forward-looking statements are frequently characterized by words such as "plan", "continue", "expect", "project", "intend", "believe", "anticipate", "estimate", "may", "will", "potential", "proposed" and other similar words, or statements that certain events or conditions "may" or "will" occur. These statements are only predictions. Various assumptions were used in drawing the conclusions or making the projections contained in the forward-looking statements throughout this news release. Forward-looking statements are based on the opinions and estimates of management at the date the |

| | | | |
|---|---|---|---|
| | * * *<br><br>The Company anticipates that with Aurora Sky operating at full capacity, as well as continued reduction in operating costs, the cash cost to produce per gram will trend significantly lower. Management reiterates its expectation that the sustainable long-term operating cost at its Sky Class facilities will be well below $1 per gram.<br><br>Ex. U, Feb. 11, 2019 press release, https://investor.auroramj.com/news-and-events/press-releases/122883. | | statements are made, and are subject to a variety of risks and uncertainties and other factors that could cause actual events or results to differ materially from those projected in the forward-looking statements. These risks include, but are not limited to, the ability to retain key personnel, the ability to continue investing in infrastructure to support growth, the ability to obtain financing on acceptable terms, the continued quality of our products, customer experience and retention, the development of third party government and non-government adult-use sales channels, managements estimation of consumer demand in Canada and in jurisdictions where the Company exports, expectations of future results and expenses, the availability of additional capital to complete construction projects and facilities improvements, the risk of successful integration of acquired business and operations, management's estimation that SG&A will grow only in proportion of revenue growth, the ability to expand and maintain distribution capabilities, the impact of competition, and the possibility for changes in laws, rules, and regulations in the industry, as well as the risks identified under the heading "Risk Factors" in the company's Annual Information Form for the financial year ended June 30, 2018 filed in Canada on SEDAR at www.sedar.com and in the United States on Edgar under Form 40-F at www.sec.gov. The Company is under no obligation, and expressly disclaims any intention or obligation, to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise, except as expressly required by applicable law. |
| 8 | Consequently, and consistent with previous guidance, management believes that the combination of substantial revenue growth, low cost of production, and disciplined operating cost management will position Aurora to **achieve sustained positive EBITDA beginning in fiscal Q4 2019 (calendar Q2 2019).**<br><br>* * *<br><br>**Management Commentary** | ¶ 129 | This statement is accompanied by the cautionary language quoted above in the response to Statement 7. |

"Aurora continues to execute strongly across all of its market segments, as demonstrated by the 83% revenue growth over last quarter and the significant increase in confirmed production results," said Terry Booth, CEO of Aurora. "Our brands continue to resonate extremely well in the consumer market, our patient numbers continue to increase steadily, and we have maintained our market leadership in Germany and other key international markets. **We are experiencing exceptional demand for our Canadian medical and consumer products, as well as sustained strong demand internationally. With our Aurora Sky and MedReleaf Bradford facilities ramping up production as anticipated and our other licensed facilities operating at full capacity, we are reiterating our earlier guidance of achieving sustained EBITDA positive results from the second calendar quarter of this year (our fiscal Q4)."**

Glen Ibbott, CFO of Aurora added, "We are also very pleased with our recent placement of US$345 million in convertible notes. These convertible notes were subscribed by high-quality US, Canadian, and international institutions and offer Aurora the flexibility and optionality to settle the entire principal amount of the notes in the future for cash, shares, or any combination thereof. This funding sufficiently supports the global opportunity for us to continue our commitment to growth in the legal, regulated medical and consumer cannabis systems across the globe. **This is a unique time and position as we maintain a high cadence of increasing product supply and international market expansion."**

Mr. Booth concluded, "With our strong performance in the Canadian medical and consumer markets, our early mover advantage in a growing list of important international

| | | | |
|---|---|---|---|
| | markets, together with our leadership in high-quality, CBD-rich hemp production, **Aurora is strategically positioned across the entire cannabis industry value chain to further extend our rapid growth.”**<br><br>Ex. U, Feb. 11, 2019 press release, https://investor.auroramj.com/news-and-events/press-releases/122883. | | |
| 9 | **To address the continued strong market demand from the Canadian and international medical market and the Canadian consumer market, we are ramping up production rapidly.** Currently, based on planted rooms approved by Health Canada, we are running at an annual production rate of about 120,000 kilograms or 120 million grams per year, and we expect to reach over 150,000 kilos of annual production by the end of next month based on planted and approved rooms.<br><br>Ex. N, Feb. 11, 2019 Q2 2019 earnings call tr. | ¶ 130 | Listeners are reminded that certain matters discussed in today’s conference call, or answers that may be given to questions asked, could constitute forward-looking statements that are subject to the risks and uncertainties relating to Aurora’s future financial or business performance. Actual results could differ materially from those anticipated in these forward-looking statements. The risk factors that may affect results are detailed in Aurora’s Annual Information Form and other periodic filings and registration statements. These documents may be accessed at SEDAR’s database or on sedar.com. |
| 10 | “If you take a look around the world, and some of you have heard me say this before, that there’s no shortage of cannabis in the world, but there is **a massive shortage of legal regulated cannabis,** particularly cannabis that can achieve – a cannabis products that can achieve EU GMP certification.”<br><br>Ex. N, Feb. 11, 2019 Q2 2019 earnings call tr. | ¶ 131 | This statement is accompanied by the cautionary language quoted above in the response to Statement 9. |
| 11 | **With the rapid scale-up of our production and the related increase in product availability, the continued very strong demand for our products,** our planned expansion of a derivative product portfolio of these higher-margin products and continued discipline in our operating cost, **we are very comfortable in reiterating our earlier** | ¶ 132 | This statement is accompanied by the cautionary language quoted above in the response to Statement 9. |

| | | | |
|---|---|---|---|
| | guidance of achieving positive EBITDA in our fiscal Q4, that's April to June 2019, with positive operational cash flow following shortly thereafter. We are executing well as reflected in these results and in our expectations going forward, and we are exceptionally well positioned as one of the clear leaders in the global cannabis industry.<br><br>Ex. N, Feb. 11, 2019 Q2 2019 earnings call tr. | | |
| 12 | Booth claimed that Aurora had an "awesome demand" for its products. Defendant Booth also stated that he would "lose sleep over our ability to supply this global cannabis market. It is – it's coming in. It's very fast." He continued: "I see this world expansion [into] the cannabis[ space as not even] being close to being [fed] properly. And it's at least 5 years before we have an oversupply situation for companies that can export under EU GMP-compliant facility."<br><br>Ex. N, Feb. 11, 2019 Q2 2019 earnings call tr. | ¶ 133 | This statement is accompanied by the cautionary language quoted above in the response to Statement 9. |
| 13 | If in fact there is a lot of supply in the Canadian consumer market at any point, whether it's next year or the year after that, that's a scenario that we planned for. And as a low-cost producer, we're going to continue to thrive in that market. Glen has modeled out what our margins will be at each of the different wholesale price points, and it continues to look extremely healthy for us, well below points at which other companies would have to stop competing because they simply can't produce at that low cost. And they won't be able to compete.<br><br>Ex. N, Feb. 11, 2019 Q2 2019 earnings call tr. | ¶ 134 | This statement is accompanied by the cautionary language quoted above in the response to Statement 9. |
| 14 | "Aurora Sun represents the next evolution in our Sky Class facility design, delivering massive scale, low cost | ¶ 136 | This news release includes statements containing certain "forward-looking information" within the meaning of applicable securities law |

| | | |
|---|---|---|
| production, and consistent, high-quality cannabis," said Terry Booth, CEO of Aurora. "Particularly in newly-opened markets, establishing first-mover position and embedding Aurora's market share and brand requires a stable and reliable supply of high-quality cannabis for these markets. **The increased scale of Aurora Sun reflects our expectations for the long-term growth in global demand, especially the higher margin international medical markets which will be faced with significant supply shortages for the foreseeable future.** Sun is also designed with flexibility in mind to enable us to quickly meet changing market demands, particularly as breeding and cultivation technologies evolve and as customer preferences and requirements change."<br><br>\* \* \*<br><br>**Ground work at the facility is nearing completion, erection of the steel structure is advancing and installation of the glass at Sun is expected to be completed in May 2019.** Like Aurora Sky, Health Canada licensing requests have determined that rooms will be available for planting before the entire facility is completed.<br><br>Ex. V, Apr. 10, 2019 press release, https://investor.auroramj.com/news-and-events/press-releases/122898. | | ("forward-looking statements"). Forward-looking statements are frequently characterized by words such as "plan", "continue", "expect", "project", "intend", "believe", "anticipate", "estimate", "may", "will", "potential", "proposed" and other similar words, or statements that certain events or conditions "may" or "will" occur. Forward looking statements made in this release include: (i) statements regarding the completion of the facility, (ii) facility characteristics including its size, and cultivation capacity; (ii) statements regarding the rapid growth of international markets, Aurora's intention to supply those markets, and Aurora's intention to use products grown at Aurora Sun to supply those markets and the Canadian marketplace; and (iii) information regarding key metrics including predicted production costs. These statements are only predictions. Various assumptions were used in drawing the conclusions or making the projections contained in the forward-looking statements throughout this news release. Certain of the assumptions relied upon include: (i) that the facility as permitted and constructed will meet the design characteristics described in this news release, (ii) that international markets for cannabis will continue to grow, and Aurora will be able to obtain necessary licenses and permits not only for the Aurora Sun facility, but to be able to sell its products in such international markets; and (iii) that the facility will perform in line with Aurora's past practices and expected design parameters. Forward-looking statements are based on the opinions and estimates of management at the date the statements are made, and are subject to a variety of risks and uncertainties and other factors that could cause actual events or results to differ materially from those projected in the forward-looking statements. The Company is under no obligation, and expressly disclaims any intention or obligation, to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise, except as required by applicable law. |
| 16 | "I'm exceptionally proud of our company and team as Aurora continues to deliver on our domestic and international growth strategy. We achieved solid revenue growth and strong operating results in a quarter proven challenging across the industry. We are laser focused on | ¶ 138 | This news also release includes statements containing certain "forward-looking information" within the meaning of applicable securities law ("forward-looking statements"). Forward-looking statements are frequently characterized by words such as "plan", "continue", "expect", "project", "intend", "believe", "anticipate", "estimate", "may", "will", |

13

building a long-term sustainable business," said Terry Booth, CEO. "During the quarter, we formally welcomed Nelson Peltz a key strategic advisor. He has been incredibly engaged, collaborative, and strategically focused on assisting our pursuit of growth in global markets and with mature companies in adjacent industries."

Glen Ibbott, CFO, added, "Aurora is an extremely active and diversified company, leading the industry in cannabis research, product development, cultivation, global scale, and revenue growth. With a solid Q3 on all fronts, it's time to move the yardsticks for the industry again. **The company we have built with purpose through both organic growth and targeted acquisitions has provided a unique opportunity: continue to lead the industry in revenue growth while also progressing to positive operating earnings in the near term."**

* * *

Supply to Europe and other international markets is expected to increase as more of Aurora's production facilities receive EU GMP certification. The Bradford facility has recently undergone an audit to obtain EU GMP certification. In Q3, the Company began exports of full spectrum cannabis extracts in Germany. Management anticipates these sales will contribute to growth given the higher margins in extracts.

* * *

**With Aurora Sky now operating at full capacity, the Company anticipates continued reduction in production and manufacturing costs allowing cash costs per gram to continue to trend lower.** Management reiterates its

"potential", "proposed" and other similar words, or statements that certain events or conditions "may" or "will" occur and include, but are not limited to the execution of definitive agreements and the closing of the transaction. These statements are only predictions. Various assumptions were used in drawing the conclusions or making the projections contained in the forward-looking statements throughout this news release. Forward-looking statements are based on the opinions and estimates of management at the date the statements are made, and are subject to a variety of risks and uncertainties and other factors that could cause actual events or results to differ materially from those projected in the forward-looking statements. These risks include, but are not limited to, the ability to retain key personnel, the ability to continue investing in infrastructure to support growth, the ability to obtain financing on acceptable terms, the continued quality of our products, customer experience and retention, the development of third party government and non-government adult-use sales channels, managements estimation of consumer demand in Canada and in jurisdictions where the Company exports, expectations of future results and expenses, the availability of additional capital to complete construction projects and facilities improvements, the risk of successful integration of acquired business and operations, the ability to expand and maintain distribution capabilities, the impact of competition, and the possibility for changes in laws, rules, and regulations in the industry. The Company is under no obligation, and expressly disclaims any intention or obligation, to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise, except as expressly required by applicable law.

14

| | | |
|---|---|---|
| | expectation that the average cash cost to produce per gram at its Sky Class facilities will be below $1.<br><br>With disciplined cost management, **the Company expects SG&A costs to grow modestly over the remainder of the fiscal year.** Consequently, management anticipates that with sustained revenue growth and lower cash costs per gram, **Aurora is well positioned to achieve positive EBITDA beginning in fiscal Q4 2019 (calendar Q2 2019).**<br><br>Ex. W, May 14, 2019 press release, https://investor.auroramj.com/news-and-events/press-releases/122908. | | |
| 17 | Furthermore, **we believe that there will be a significant shortage of regulated, quality-controlled cannabis.** With the industry at such an early stage, well-controlled, quality supply chains do not exist at the scale required globally. We are, therefore, focused on building, operating and replicating our world-class scalable production facilities.<br><br>* * *<br><br>**With our increased availability of supply and broad global reach, Aurora is well on its way to near term profitability and the shift to a strong cash flow position.** Based on currently planted, regulator approved, cultivation rooms, Aurora is on track to harvest and dry in excess of 25,000 kilograms of high-quality cannabis in the quarter ended June 30, 2019, with additional production through the remainder of the calendar year as Sky and Bradford achieve optimal production levels. With additional capacity coming onstream over the next 12 to 18 months, product availability will continue to increase materially. | ¶ 138 | **Risk Factors**<br><br>In addition to the other information included in this Report, you should consider carefully the following factors, which describe the risks, uncertainties and other factors that may materially and adversely affect our business, products, financial condition and operating results. There are many factors that affect our business and our results of operations, some of which are beyond our control. The following is a description of important factors that may cause our actual results of operations in future periods to differ materially from those currently expected or discussed in the forward-looking statements ("FLS") set forth in this report relating to our financial results, operations and business prospects. Except as required by law, we undertake no obligation to update any such FLS to reflect events or circumstances after the date of this MD&A.<br><br>These risks include, but are not limited to the following:<br>• ability to successfully obtain and renew Cannabis Act licenses, adhere to all regulatory requirements, and maintain the good standing of our licenses; |

15

* * *

As we continue to scale up our production capacity, we are also focused on initiatives to reduce our manufacturing constraints and timelines as we scale up our manufacturing capabilities to meet market demand.

* * *

**Aurora continues to construct purpose-built facilities with a strong focus on producing a consistent supply of quality, low-cost product to meet market demand.** We also remain committed to establishing, expanding and securing significant market share in the Canadian and International medical market and Canadian consumer market, which was legalized effective October 17, 2018 pursuant to the *Cannabis Act*.

* * *

The Company expects adjusted EBITDA to continue to improve due to higher sales, improved gross margins through economies of scale, and contained SG&A growth. **For fiscal Q4 2019, the Company is targeting to achieve positive adjusted EBITDA.**

* * *

**Facility Updates**

On April 10, 2019, the Company announced an update on the status of Aurora Sun, the Company's latest and largest "Sky Class" facility, which is currently under construction in Medicine Hat, Alberta. **To support rapidly growing global demand for high-quality medical cannabis in Canada and abroad, the facility will be expanded to 1.62**

- actions by governmental authorities, including changes in laws, regulations and guidelines, which may have adverse effects on the Company's operations;
- risk of failure or delay to acquire regulatory approvals required to produce and sell cannabis;
- the Company has a limited operating history and no assurance of profitability;
- risks related to negative public perception of cannabis consumption which may have an adverse effect on the Company's operational results, consumer base, financial results, and the desire of third parties doing business with us;
- competition in the Company's industry where current and future competitors may have longer operating histories, more financial resources, and lower costs than the Company;
- risk of whether the Company is able to realize its growth targets;
- ability to execute the Company's strategy without additional financing;
- operating hazards and uninsured risks;
- attracting and retaining key employees;
- ability to expand operations into international jurisdictions;
- availability of strategic alliances which complement or augment the Company's existing business;
- possibility of product liability claims against the Company;
- risk of product recalls and returns;
- ability to successfully develop new products and obtain required regulatory approvals;
- conflicts of interest which may arise between the Company and its directors and officers;
- potential for legal proceedings arising in the normal course of business;
- risks related to agricultural operations, including disease, insect pests, and changes in climate;
- the Company's dependence on transportation services and the possibility of disruptions;

| | | |
|---|---|---|
| **million square feet, representing a 33% increase from its originally planned 1.2 million square feet.** With the Sky Class production philosophy proven at Aurora Sky, the Company is confident in projecting an expected production capacity at Aurora Sun in excess of 230,000 kg of high-quality cannabis per annum.<br><br>Ex. L, May 13, 2019 Q3 2019 MD&A | | • the price of production of cannabis will vary based on a number of factors outside our control;<br>• risks related to compliance with safety, health, and environmental regulations;<br>• ability to protect and preserve intellectual property rights;<br>• risk of political and economic instability in the jurisdictions in which the Company operates;<br>• execution of the Company's growth strategy;<br>• ability to successfully identify and make attractive acquisitions, joint ventures or investments, or successfully integrate future acquisitions;<br>• volatility in the Company's common share price on the TSX and NYSE;<br>• global economy risk, which may impact the Company's ability to raise equity or obtain additional financing;<br>• risks associated with foreign currency translation losses;<br>• restrictions and covenants from the Company's loan facilities may limit the Company's ability to execute its plans;<br>• future issuances of equity could decrease the value of the Company's shares;<br>• the regulated nature of the industry could discourage any takeover offers;<br>• risks associated with the absence of dividends paid to shareholders;<br>• misappropriation of assets and security breaches;<br>• risks associated with breaches of security at our facilities or in respect of electronic documents and data storage and risks related to breaches of applicable privacy laws;<br>• cyber security risks, loss of information and computer systems;<br>• no assurance we will continue to meet listing standards of the NYSE and TSX;<br>• risk that the Company will not be able to maintain strong internal controls and be SOX compliant by the mandated deadline<br>• risks associated with the Company's holding company status; and<br>• the Company's ability to effectively and efficiently integrate MedReleaf and realize all operational synergies. |

17

For additional information regarding the risks that the Company is exposed to, see the disclosure provided under the heading "Risk Factors" in the Company's AIF dated September 24, 2018, which is available on the SEDAR website at www.sedar.com.

* * *

**Cautionary Statement Regarding Forward-Looking Statements**

This MD&A includes statements containing certain "forward-looking information" within the meaning of applicable securities law. Such FLS are made as of the date of this MD&A and the Company is under no obligation, and expressly disclaims any intention or obligation, to update or revise such FLS, whether as a result of new information, future events or otherwise, except as expressly required by applicable law. FLS are frequently characterized by words such as "plans", "continues", "expects", "does not expect", "projects", "budgets", "forecasts", "intends", "believes", "anticipates", "estimates", "may", "will", "potential", "proposed" and other similar words, or statements that certain events or conditions "may" or "will" occur. These statements are only predictions. FLS are based on the opinions and estimates of management at the date the statements are made, and are subject to a variety of risks and uncertainties and other factors that could cause actual events or results to differ materially from those projected in the FLS. The Company provides no assurance that FLS will prove to be accurate, accordingly, readers should not place undue reliance on FLS. These risks include, but are not limited to, the ability to retain key personnel, the ability to continue investing in infrastructure to support growth, the ability to obtain financing on acceptable terms, the continued quality of our products, customer experience and retention, the development of third party government and non-government consumer sales channels, management's estimates of consumer demand in Canada and in jurisdictions where the Company exports, expectations of future results and expenses, the availability of additional capital to complete construction projects and facilities improvements, the risk of

18

| | | | |
|---|---|---|---|
| | | | successful integration of acquired business and operations, management's estimation that selling, general and administrative expense ("SG&A") will grow only in proportion of revenue growth, the ability to expand and maintain distribution capabilities, the impact of competition, the general impact of financial market conditions, the yield from marijuana growing operations, product demand, changes in prices of required commodities, competition, and the possibility for changes in laws, rules, and regulations in the industry, as well as "Risk Factors" in the company's AIF for the financial year ended June 30, 2018 as well as updates provided herein. <br><br> Certain FLS in this MD&A include, but are not limited to the following: <br> • pro forma measures including revenue, registered medical patients and grams produced; <br> • the completion of construction of production facilities, associated costs, and receipt of licenses from Health Canada to produce and sell cannabis and cannabis related products from these facilities; <br> • the successful integration of CanniMed and MedReleaf into Aurora's operations; <br> • strategic investments and capital expenditures, and related benefits; <br> • future growth expansion plans; <br> • expectations regarding production capacity, costs and yields; and <br> • product sales expectations and corresponding forecasted increases in revenues. |
| 18 | Battley reiterated prior guidance, stating, "**I'm happy to say that we are still tracking for positive EBITDA in this quarter,**" ending June 30, 2019. Additionally, Battley further articulated his view that "substantial additional capacity is needed" in the international markets, purportedly justifying the Company's "upscaling of Aurora Sun in Medicine Hat and the construction of Aurora Nordic in Denmark." <br><br> We -- looking at the -- our view of the need for capacity, first thing is that, **you're right, the market is** | ¶ 140 | Listeners are reminded that certain matters discussed in today's conference call or answers that may be given to questions asked could constitute forward-looking statements that are subject to the risks and uncertainties relating to Aurora's future financial or business performance. Actual results could differ materially from those anticipated in these forward-looking statements. The risk factors that may affect results are detailed in Aurora's Annual Information Form and other periodic filings and registration statements. These documents may be accessed via SEDAR and Edgar databases. |

| | | | |
|---|---|---|---|
| | **undersupplied in Canada.** We're -- and **we see continued strong demand.** We also were not necessarily in line with some people's expectations as to what max capacity will be, particularly given the advent of the new products as per the new regulations that will be coming out this year. So there's that.<br><br>Second thing is that -- and we said this before, **the central fact of the global cannabis sector is a massive excess of demand over supply.** And we know that we're going to have to supply a lot of international markets with product that we cultivated in Canada. So that's why we're doing this. And also, we have a massive cost advantage here. And there are a lot of companies that are promising to have X capacity available in 12 or 18 to 24 months; we're delivering it now but we're also delivering it incredibly economically. **So we're going to have massive capacity to supply the Canadian market, to supply international markets and we don't see any shortage anytime soon.**<br><br>Ex. J, May 15, 2019 Q3 2019 earnings call tr. | | |
| 19 | I think I said last quarter that if there's **one thing I lose sleep about is our ability to supply the global demand for cannabis.** And I'll lose a little bit more sleep with my 2-week-old baby, but it is definitely something that still is at the top of our agenda, increasing our capacity to feed the globe's need.<br><br>Ex. J, May 15, 2019 Q3 2019 earnings call tr. | ¶ 141 | This statement is accompanied by the cautionary language quoted above in response to Statement 18. |
| 20 | Booth repeated himself one more time during the same call: "Again, I lose sleep over being able to supply this global market."<br><br>Ex. J, May 15, 2019 Q3 2019 earnings call tr. | ¶ 142 | This statement is accompanied by the cautionary language quoted above in response to Statement 18. |

| | | | |
|---|---|---|---|
| 21 | Battley echoed Booth's point, stating, "I think anybody who tells you they know when the market will be properly – or supplied is probably pulling your leg."<br><br>Ex. J, May 15, 2019 Q3 2019 earnings call tr. | ¶ 143 | This statement is accompanied by the cautionary language quoted above in response to Statement 18. |
| 22 | In Q3 2019, our adjusted EBITDA loss decreased by 20% in the quarter to $36.6 million from the $45.5 million in Q2. I should note that we have defined adjusted EBITDA in our Q3 2019 MD&A.<br><br>Through the combination of substantial revenue growth, a declining unit cost of production, increased availability of higher-margin derivative products, increased shipments to the EU and ongoing disciplined operating cost management, **Aurora continues to track towards achieving positive EBITDA beginning in this current fiscal Q4 2019.**<br><br>Ex. J, May 15, 2019 Q3 2019 earnings call tr. | ¶ 144 | This statement is accompanied by the cautionary language quoted above in response to Statement 18. |
| 23 | During the call, when asked by an analyst about how quickly the markets will open in Europe, Battley referred to Germany, "where most of [the Company's] international medical cannabis sales have gone thus far," as "a really exciting market," stating in pertinent part:<br><br>We talked about Canada having more than 1% of the population with a script for medical cannabis. If we assume that, that's going to happen in Europe and probably faster because most patients are getting insurance reimbursement, you're talking about very short-term to like 850,000 patients in that one country alone. So these markets are opening up so fast. | ¶ 145 | This statement is accompanied by the cautionary language quoted above in response to Statement 18. |

| | | | |
|---|---|---|---|
| | **I'll recall what Terry said that our biggest nightmare is we just want to produce more cannabis and be able to supply these opportunities. So that's happening.**<br><br>Remember that, when we emphasize we'll have about 400,000 kilograms of production in Canada, **we don't see any constraints for years and years on the ability to export.** And a lot of those export markets are premium priced. Europe, for example, we get the benefits of the currency differences.<br><br>Ex. J, May 15, 2019 Q3 2019 earnings call tr. | | |
| 24 | "[O]ne thing I lose sleep about is our ability to supply the global demand for cannabis. . . . [W]ith Australia, Mexico and other countries that are coming online, it would take nearly 50 years to meet that demand."<br><br>Ex. J, May 15, 2019 Q3 2019 earnings call tr. | ¶ 77 | This statement is accompanied by the cautionary language quoted above in response to Statement 18. |
| 25 | "Aurora is the world's leading producer of high-quality cannabis and we're ready to introduce high-value product additions to this improved, federally legal market," said the Company's CEO Terry Booth. "From the beginning, we've invested in industry-leading production and distribution technology, and in consumer research to drive products to market that consumers will desire. These things, together with the dynamic partnerships we've entered into on the accessory and technology fronts, position us well for this new market launch in December as per Health Canada's recent regulatory amendments."<br><br>Ex. X, June 21, 2019 press release, https://investor.auroramj.com/news-and-events/press-releases/122910. | ¶ 147 | This news release includes statements containing certain "forward-looking information" within the meaning of applicable securities law ("forward-looking statements"). Forward-looking statements are frequently characterized by words such as "plan", "continue", "expect", "project", "intend", "believe", "anticipate", "estimate", "may", "will", "potential", "proposed" and other similar words, or statements that certain events or conditions "may" or "will" occur, and include, but are not limited to, the completion of the launch of the vape and edibles products, the successful launch of the public education campaign, and the completion of licensing for the Air facility. These statements are only predictions. Various assumptions were used in drawing the conclusions or making the projections contained in the forward-looking statements throughout this news release, including, but not limited to consumer demand for the new products. Forward-looking statements are based on the opinions and estimates of management at the date the statements are made, and are subject to a variety of risks and |

22

| | | | |
|---|---|---|---|
| | | | uncertainties and other factors that could cause actual events or results to differ materially from those projected in the forward-looking statements. The Company is under no obligation, and expressly disclaims any intention or obligation, to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise, except as expressly required by applicable law. |
| 26 | "Our Q4 2019 guidance highlights Aurora's continued leadership," said Terry Booth, CEO of Aurora. "We set out to be best-in-class cultivators, and through carefully evaluated acquisitions, that vision continues to drive exceptional results today. We are the leader in cultivation capacity, production available for sale and revenues for cannabis in the Canadian medical and consumer markets. We continue to lead the build out of European and other international medical cannabis markets. Our success to date comes from a focus on quality, regulatory compliance, appropriate Board of Directors oversight, and delivering a profitable, low risk and sustainable business for our shareholders."<br><br>Ex. Y, Aug. 6, 2019 press release, https://investor.auroramj.com/news-and-events/press-releases/122914. | ¶ 148 | This news release also includes statements containing certain "forward-looking information" within the meaning of applicable securities law ("forward-looking statements"). Forward-looking statements are frequently characterized by words such as "plan", "continue", "expect", "project", "intend", "believe", "anticipate", "estimate", "may", "will", "potential", "proposed" and other similar words, or statements that certain events or conditions "may" or "will" occur and include, but are not limited to the Company's achievement of its production and revenue estimates and the Company's ability to report positive adjusted EBITDA for cannabis operations and production available for sale for Q4 2019. These statements are only predictions. Various assumptions were used in drawing the conclusions or making the projections contained in the forward-looking statements throughout this news release. Forward-looking statements are based on the opinions and estimates of management at the date the statements are made, and are subject to a variety of risks and uncertainties and other factors that could cause actual events or results to differ materially from those projected in the forward-looking statements. These risks include, but are not limited to, the ability to retain key personnel, the ability to continue investing in infrastructure to support growth, the ability to obtain financing on acceptable terms, the continued quality of our products, customer experience and retention, the development of third party government and non-government consumer sales channels, managements estimation of consumer demand in Canada and in jurisdictions where the Company exports, expectations of future results and expenses, the availability of additional capital to complete construction projects and facilities improvements, the risk of successful integration of acquired business and operations, the impact of competition, and the possibility for changes in laws, rules, and regulations in the industry. The Company is |

| | | | |
|---|---|---|---|
| | | | under no obligation, and expressly disclaims any intention or obligation, to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise, except as expressly required by applicable law. |
| 27 | **Company continues to track toward positive adjusted EBITDA, and in particular adjusted EBITDA from cannabis operations.**<br><br>Ex. Y, Aug. 6, 2019 press release | ¶¶ 12, 149 | This statement is accompanied by the cautionary language quoted above in the response to Statement 26. |
| 28 | [T]he Canadian consumer channel continues to experience challenges at the retail level in key markets and resolution of this issue is beyond the Company's control. Aurora is working closely with all our regulatory and channel partners to streamline distribution as the Company continues to track toward positive adjusted EBITDA on a consolidated basis.<br><br>Ex. Z, Sept. 11, 2019 press release, https://investor.auroramj.com/news-and-events/press-releases/122920. | ¶ 153 | This news also release includes statements containing certain "forward-looking information" within the meaning of applicable securities law ("forward-looking statements"). Forward-looking statements are frequently characterized by words such as "plan", "continue", "expect", "project", "intend", "believe", "anticipate", "estimate", "may", "will", "potential", "proposed" and other similar words, or statements that certain events or conditions "may" or "will" occur and include, but are not limited to the execution of definitive agreements and the closing of the transaction. These statements are only predictions. Various assumptions were used in drawing the conclusions or making the projections contained in the forward-looking statements throughout this news release. Forward-looking statements are based on the opinions and estimates of management at the date the statements are made, and are subject to a variety of risks and uncertainties and other factors that could cause actual events or results to differ materially from those projected in the forward-looking statements. These risks include, but are not limited to, the ability to retain key personnel, the ability to continue investing in infrastructure to support growth, the ability to obtain financing on acceptable terms, the continued quality of our products, customer experience and retention, the development of third party government and non-government adult-use sales channels, managements estimation of consumer demand in Canada and in jurisdictions where the Company exports, expectations of future results and expenses, the availability of additional capital to complete construction projects and facilities improvements, the risk of successful integration of acquired business |

| | | | |
|---|---|---|---|
| | | | and operations, the ability to expand and maintain distribution capabilities, the impact of competition, and the possibility for changes in laws, rules, and regulations in the industry. The Company is under no obligation, and expressly disclaims any intention or obligation, to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise, except as expressly required by applicable law. |
| 29 | Glen Ibbott, CFO, added, "**We continue to see strong growth in cannabis revenues in both medical and consumer categories. Our cultivation execution continues to drive production costs lower and improve gross margins. Aurora's diversified product portfolio remains in demand with patients and consumers alike.** With the Canadian launch of derivative products in the coming months, we have made the necessary investments to ensure readiness and focus on a variety of value added products. We are very excited to supply an expanded consumer market with premium cannabis and new product forms." <br><br> * * * <br><br> The global cannabis and hemp markets represent a significant opportunity for Aurora and the Company will continue to make the necessary investments today to build long-term value for shareholders. However, Aurora will take a balanced approach to these investments with a focus on operating a sustainable and profitable business. <br><br> The introduction of new product formats to the Canadian consumer market this fall represents a significant opportunity for the Company. Aurora expects to have a robust product line-up ready to launch in December. Given the very early stage of development of the consumer market in Canada and international medical markets, management | ¶ 154 | This statement is accompanied by the cautionary language quoted above in the response to Statement 28. |

| | anticipates that quarter to quarter sales volumes and revenues may be volatile. **The Company expects adjusted EBITDA to continue to improve in the future due to expected revenue growth, improvements in gross margin and prudent SG&A growth.**<br><br>Ex. Z, Sept. 11, 2019 press release, https://investor.auroramj.com/news-and-events/press-releases/122920. | | |
|---|---|---|---|
| 30 | While we continue to expand our business into international markets, we have faced supply shortages in Europe. Our ability to allocate more product to international markets in 2019 is increasing significantly as we continue to develop our international infrastructure and distribution channels as more of our facilities become European Union ("EU") Good Manufacturing Practice ("GMP") certified.<br><br>* * *<br><br>**We also expect that demand for our products will increase as the Canadian consumer market evolves and new regulations in Canada and international markets legalize these products.** We are focused on ramping up growth and supply to the Canadian and international medical markets and will continue to introduce other higher margin products, such as softgel capsules and pre-rolls, into our product portfolio.<br><br>* * *<br><br>Aurora continues to be the leader in developing purpose-built growing facilities with a focus on producing a consistent supply of high-quality, low-cost product to meet evolving market demands. Our design philosophy allows us to respond to market conditions quickly with shorter lead | ¶ 155 | **Risk Factors**<br><br>In addition to the other information included in this report, you should consider carefully the following factors, which describe the risks, uncertainties and other factors that may materially and adversely affect our business, products, financial condition and operating results. There are many factors that affect our business and our results of operations, some of which are beyond our control. The following is a description of important factors that may cause our actual results of operations in future periods to differ materially from those currently expected or discussed in the forward-looking statements ("FLS") set forth in this report relating to our financial results, operations and business prospects. Except as required by law, we undertake no obligation to update any such FLS to reflect events or circumstances after the date of this MD&A.<br><br>*We operate in a highly regulated business and any failure or significant delay in obtaining regulatory approvals could adversely affect our ability to conduct our business.*<br><br>Achievement of our business objectives are contingent, in part, upon compliance with the regulatory requirements enacted by applicable government authorities, including those imposed by Health Canada, and obtaining all regulatory approvals, where necessary. We cannot predict the time required to secure all appropriate regulatory approvals for our products, or the extent of testing and documentation that may be |

| | | |
|---|---|---|
| times, increased harvest cycles and higher plant yields, which allows us to be more flexible in our facilities and reactive to changes in demand.<br><br>Ex. E, Sept. 11, 2019 FY2019 MD&A | | required by government authorities. The impact of regulatory compliance regimes and any delays in obtaining, or failure to obtain, regulatory approvals may significantly delay or impact the development of our business and operations. Non-compliance could also have a material adverse effect on our business, financial condition and operations.<br><br>***Change in the laws, regulations and guidelines that impact our business may cause adverse effects on our operations.***<br><br>Our business is subject to a variety of laws, regulations, and guidelines relating to the marketing, acquisition, manufacturing, management, transportation, storage, sale, packaging and labeling, and disposal of cannabis. We are also subject to laws, regulations, and guidelines relating to health and safety, the conduct of operations, taxation of products and the protection of the environment. As the laws, regulations and guidelines pertaining to the cannabis industry are relatively new, it is possible that significant legislative amendments may still be enacted - either provincially or federally - that address current or future regulatory issues or perceived inadequacies in the regulatory framework. Changes to such laws, regulations and guidelines may cause material adverse effects on our operations.<br><br>The legislative framework pertaining to the Canadian non-medical cannabis market is subject to significant provincial and territorial regulation. The legal framework varies across provinces and territories and results in asymmetric regulatory and market environments. Different competitive pressures, additional compliance requirements, and other costs may limit our ability to participate in such markets.<br><br>***We compete for market share with a number of competitors and expect even more competitors to enter our market, and many of our current and future competitors may have longer operating histories, more financial resources and lower costs than us.*** |

As the cannabis market continues to mature, both domestically and internationally, the overall demand for products and the number of competitors are expected to increase. Consumers that once solely relied on the medical cannabis market may shift some, or all, of their consumption or preferences away from medical cannabis and towards consumer cannabis. The Cannabis Act also permits patients to produce a limited amount of cannabis for their own purposes or to designate a person to produce a limited amount of cannabis on their behalf. Such shifts in market demand, and other factors that we cannot currently anticipate, could potentially reduce the market for our products, which could ultimately have a material adverse effect on our business, financial condition and operations.

Some companies may have significantly greater financial, technical, marketing and other resources compared to us. Such companies may be able to devote greater resources to the development, promotion, sale and support of their products and services, and may have more extensive customer bases and broader customer relationships. Such competition may make it diffcult to enter into supply agreements, negotiate favourable prices, recruit or retain qualified employees and acquire the capital necessary to fund our capital investments.

In addition, there are currently hundreds of applications for licensed producer's status being processed by Health Canada. The number of licenses granted and the number of licensed producers ultimately authorized by Health Canada could have an adverse impact on our ability to compete for market share in Canada's cannabis market. We also face competition from illegal cannabis dispensaries, who do not have a valid license, that are selling cannabis to individuals.

In order for us to be competitive, we will need to invest significantly in research and development, market development, marketing, production expansion, new client identification, distribution channels and client support. If we are not successful in obtaining sufficient resources to invest in these areas, our ability to compete in the market may be

28

adversely affected, which could materially and adversely affect our business, financial conditions and operations.

Our future success depends upon our ability to achieve competitive production costs through increased production, economies of scale and our ability to recognize higher margins through the sale of higher margin products. To the extent that we are not able to produce our products at competitive prices or consumers prioritize established low margin products over innovative, higher margin products, our business, financial conditions and operations could be materially adversely affected.

***We have a limited operating history and there is no assurance we will be able to achieve or maintain profitability.***

Aurora Marijuana Inc. was the entity in which our operating business was originally organized. This company was incorporated in 2013 and our business began operations in 2015. We started generating revenues from the sale of cannabis in January 2016. Because we are an early-stage enterprise, we are subject to all of the associated business risks and uncertainties which include, but are not limited to, under-capitalization, cash shortages, limitations with respect to personnel, financial and other resources, and lack of revenues.

We have incurred operating losses in recent periods. We may not be able to achieve or maintain profitability and may continue to incur significant losses in the future. In addition, we expect to continue to increase operating expenses as we explore and implement initiatives to grow our business. If our revenues do not increase to offset these expected increases in costs and operating expenses, we may not be profitable. Our limited operating history may make it difficult for investors to evaluate our prospects for success. There is no assurance that we will be successful in achieving a return on shareholders' investments and the likelihood of success is uncertain in light of the early stage of our operations.

***Selling prices and the cost of cannabis production may vary based on a number of factors outside of our control.***

Our revenues are in a large part derived from the production, sale, and distribution of cannabis. The cost of production, sale, and distribution of cannabis is dependent on a number of key inputs and their related costs, including equipment and supplies, labour and raw materials related to our growing operations, as well other overhead costs such as electricity, water, and utilities. Any significant interruption or negative change in the availability or economics of the supply chain for key inputs could materially impact our financial condition and operating results. Any inability to secure required supplies and services or to do so on appropriate terms could have a materially adverse impact on our business, financial condition, results of operations and prospects. This includes any change in the selling price of products set by the applicable province or territory. There is currently no established market price for cannabis and the price of cannabis is affected by numerous factors beyond our control. Any price decline may have a material adverse effect on our business, financial condition and operations.

***We may not be able to realize our growth targets.***

Our ability to continue the production of cannabis products at the same pace as we are currently producing or at all, and our ability to continue to increase both our production capacity and our production volumes, may be affected by a number of factors, including plant design errors, non-performance by third party contractors, increases in materials or labor costs, construction performance falling below expected levels of output or effciency, contractor or operator errors, breakdowns, aging or failure of equipment or processes, and labor disputes. Factors specifically related to indoor agricultural and processing practices, such as reliance on provision of energy and utilities to our facilities, those specifically related to outdoor cultivation practices, such as droughts, environmental pollution and inadvertent contamination, and any major incidents or catastrophic events affecting the premises, such as fires,

30

explosions, earthquakes or storms, may all materially and adversely impact the growth of our business.

\* \* \*

***Our expansion efforts may not be successful.***

There is no guarantee that our intentions to acquire and/or construct additional cannabis production and manufacturing facilities in Canada and in other jurisdictions with legal cannabis markets will be successful. There is also no guarantee that expansions to our marketing and sales initiatives will be successful. Any such activities will require, among other things, various regulatory approvals, licenses and permits (such as additional licenses from Health Canada under the Cannabis Act, as applicable) and there is no guarantee that all required approvals, licenses and permits will be obtained in a timely fashion or at all. There is also no guarantee that we will be able to complete any of the foregoing activities as anticipated or at all. Our failure to successfully execute our expansion strategy (including receiving required regulatory approvals and permits) could adversely affect our business, financial condition and results of operations and may result in our failing to meet anticipated or future demand for our cannabis-based pharmaceutical products, when and if it arises.

In addition, the construction of current and future Aurora facilities are subject to various potential problems and uncertainties, and may be delayed or adversely affected by a number of factors beyond our control, including the failure to obtain regulatory approvals, permits, delays in the delivery or installation of equipment by our suppliers, difficulties in integrating new equipment with its existing facilities, shortages in materials or labor, defects in design or construction, diversion of management resources, or insufficient funding or other resource constraints. Moreover, actual costs for construction may exceed our budgets. As a result of construction delays, cost overruns, changes in market circumstances or other factors, we may not be able to achieve the intended economic benefits from the construction of the new

31

facilities, which in turn may materially and adversely affect our business, prospects, financial condition and results of operations.

***We have expanded and intend to further expand our business and operations into jurisdictions outside of Canada, and there are risks associated with doing so.***

We intend to continue to expand our operations and business into jurisdictions outside of Canada, some of which are emerging markets, but there can be no assurance that any market for our products will develop in any such foreign jurisdiction. The continuation or expansion of our operations internationally will depend on our ability to renew or secure the necessary permits, licenses, or other approvals in those jurisdictions. An agency's denial of or delay in issuing or renewing a permit, license or other approval, or revocation or substantial modification of an existing permit or approval, could prevent us from continuing our operations in or exports to other countries.

Foreign operations in emerging markets may expose us to new or unexpected risks or significantly increase our exposure to one or more existing risk factors. Some governmental regulations may require us to award contracts in, employ citizens of, and/or purchase supplies from the jurisdiction. These factors may limit our capability to successfully expand our operations and may have a material adverse effect on our business, financial condition and results of operations.

In addition, we are further subject to a wide variety of laws and regulations domestically and internationally with respect to the flow of funds and product across international borders and the amount of medical cannabis we export may be limited by the various drug control conventions to which Canada is a signatory.

While we continue to monitor developments and policies in the emerging markets, in which we operate and assess the impact thereof to our operations, such developments cannot be accurately predicted and

32

could have an adverse effect on the Corporation's business, operations or profitability.

* * *

**Cautionary Statement Regarding Forward-Looking Statements**
This MD&A contains certain statements which may constitute "forward-looking information" and "forward-looking statements" within the meaning of Canadian securities law requirements (collectively, "forward-looking statements" or "FLS"). These forward-looking statements are made as of the date of this MD&A and the Company does not intend, and does not assume any obligation, to update these FLS, except as required under applicable securities legislation. FLS relate to future events or future performance and reflect Company management's expectations or beliefs regarding future events. In certain cases, FLS can be identified by the use of words such as "plans", "expects" or "does not expect", "is expected", "budget", "scheduled", "estimates", "forecasts", "intends", "anticipates" or "does not anticipate", or "believes", or variations of such words and phrases or statements that certain actions, events or results "may", "could", "would", "might" or "will be taken", "occur" or "be achieved" or the negative of these terms or comparable terminology. In this document, certain forward-looking statements are identified by words including "may", "future", "expected", "intends" and "estimates". By their very nature FLS involve known and unknown risks, uncertainties and other factors which may cause the actual results, performance or achievements of the Company to be materially different from any future results, performance or achievements expressed or implied by the FLS. The Company provides no assurance that FLS will prove to be accurate, as actual results and future events could differ materially from those anticipated in such statements. Accordingly, readers should not place undue reliance on FLS. Certain FLS in this MD&A include, but are not limited to the following:

- pro forma measures including revenue, registered medical patients and grams produced;

33

- the completion of construction of production facilities, associated costs, and receipt of licenses from Health Canada to produce and sell cannabis and cannabis related products from these facilities;
- the successful integration of CanniMed and MedReleaf and other subsidiaries into Aurora's operations;
- strategic investments and capital expenditures, and related benefits;
- future growth expansion plans;
- expectations regarding production capacity, costs and yields; and
- product sales expectations and corresponding forecasted increases in revenues.

The above and other aspects of the Company's anticipated future operations are forward-looking in nature and, as a result, are subject to certain risks and uncertainties. Although the Company believes that the expectations reflected in these FLS are reasonable, undue reliance should not be placed on them as actual results may differ materially from the forward-looking statements. Such FLS are estimates reflecting the Company's best judgment based upon current information and involve a number of risks and uncertainties, and there can be no assurance that other factors will not affect the accuracy of such forward-looking statements. These risks include, but are not limited to, the ability to retain key personnel, the ability to continue investing in infrastructure to support growth, the ability to obtain financing on acceptable terms, the continued quality of our products, customer experience and retention, the development of third party government and non-government consumer sales channels, management's estimates of consumer demand in Canada and in jurisdictions where the Company exports, expectations of future results and expenses, the availability of additional capital to complete construction projects and facilities improvements, the risk of successful integration of acquired business and operations, management's estimation that selling, general and administrative expense ("SG&A") will grow only in proportion of revenue growth, the ability to expand and maintain distribution capabilities, the impact of competition, the general impact of financial market conditions, the yield from marijuana growing operations, product demand, changes in prices of required commodities,

34

| | | | |
|---|---|---|---|
| | | | competition, and the possibility for changes in laws, rules, and regulations in the industry, the "Risk Factors" section of the MD&A, as well as updates provided herein. |
| 31 | **While retail distribution in key provinces has been a constraint in fiscal 2019, we will see retail infrastructure expand in 2020 through the launch of new brick-and-mortar stores across Canada.** With more stores, we expect to see further consumer engagement.<br><br>Ex. M, Sept. 12, 2019 FY2019 earnings call tr. | ¶ 156 | Listeners are reminded that certain matters discussed in today's conference call or answers that may be given to questions asked could constitute forward-looking statements, are subject to the risks and uncertainties relating to Aurora's future financial or business performance. Actual results could differ materially from those anticipated in these forward-looking statements. The risk factors that may affect results are detailed in Aurora's Annual Information Form and other periodic filings and registration statements. These documents may be accessed via SEDAR and EDGAR databases. |
| 32 | **Now would we have liked to be at positive EBITDA at this point? Sure. Part of the reason that we're still working towards that is, as Glen mentioned earlier, we would have liked to have seen greater retail infrastructure in Canada. More stores, obviously is better for the whole sector and disproportionately beneficial to us as the leaders in the consumer market.**<br><br>Ex. M, Sept. 12, 2019 FY2019 earnings call tr. | ¶ 157 | This statement is accompanied by the cautionary language quoted above in the response to Statement 31. |
| 33 | **There are remaining constraints to face the growth in the Canadian market that we would like to see resolved, including the timing of currently approved and future retail stores.** The resolution of these constraints will impact the timing of our EBITDA positive target, but we do expect these constraints become less of an issue over the next several quarters. **As we continue to execute on our strategy, the company expects adjusted EBITDA to improve in the future due to higher sales, improved gross margins and prudent SG&A growth.** | ¶ 158 | This statement is accompanied by the cautionary language quoted above in the response to Statement 31. |

* * *

**I should also note that we continue to evaluate our global capacity expansion.** We have identified opportunities to defer certain CapEx as we rebalance the growth of demand with our increase in supply. **We're continuing to build out our full production facility pipeline but in concert with the growth of the total global cannabis market.**

* * *

The revenue curve is a nice, smooth continuously increasing curve, and we specifically for us just want to call out the fact that **there are constraints on the consumer system right now and the provinces are starting to show that as well and have seen in July and August where they're trying to work through some of the inventories that they have and slowed their buying** and we expected to pick up and continue to pick up through the next quarter, but we did want to kind of signal that our continuing sort of 48% quarter-to-quarter growth may take a bit of a pause just due to industry dynamics.

* * *

In terms of our language, **how we're doing is we are still at the mercy, I think, of the timing of the retail footprint rollout, how strong it is. We're excited that Ontario has licensed a number of new stores, but they should be licensing hundreds of new stores.** So there's still a lot of room to go, and the timing of that will dictate exactly how large the market grows over what period of time. And certainly, we don't yet know exactly when the provinces will start loading in for the new products for consumer 2.0. So will they start buying in advance in December? Or will

36

| | | |
|---|---|---|
| | they wait until towards the end of the year? So there's some timing there quarter-to-quarter that we're a little comfortable with, and we'll have to wait to see how that rolls out specifically.<br><br>Ex. M, Sept. 12, 2019 FY2019 earnings call tr. | | |
| 34 | But the bigger question you're asking is with respect to volatility. And I think what we're signaling here is just to be aware. **As a lot of observers have suggested, we're anticipating that there may be a bit of a plateau between now and the advent of the cannabis legalization 2.0 products anticipated somewhere around the end of the year. I think that's really what we're anticipating. This is likely to be across the sector, little bit of plateau between now and then.**<br><br>Ex. M, Sept. 12, 2019 FY2019 earnings call tr. | ¶ 159 | This statement is accompanied by the cautionary language quoted above in the response to Statement 31. |
| 35 | Booth stated, "I don't see price compression around the corner."<br><br>Ex. M, Sept. 12, 2019 FY2019 earnings call tr. | ¶ 160 | This statement is accompanied by the cautionary language quoted above in the response to Statement 31. |
| 36 | "Aurora takes its leadership position in the global cannabis industry seriously, and is committed to being open and transparent with all of our stakeholders," said Terry Booth, CEO of Aurora. "The Aurora team is working to advance several major strategic initiatives in Canada, the United States and abroad aimed at further strengthening Aurora's global position. We are laser-focused on delivering on our business plan and prudently managing our investors' capital."<br><br>**Update on Facilities in Construction:** | ¶ 167 | This news release includes statements containing certain "forward-looking information" within the meaning of applicable securities law ("forward-looking statements"). Forward-looking statements are frequently characterized by words such as "plan", "continue", "expect", "project", "intend", "believe", "anticipate", "estimate", "may", "will", "potential", "proposed" and other similar words, or statements that certain events or conditions "may" or "will" occur, including, but not limited to, the time frames associated with the completion of the Company's facilities, the ability of the Company to scale up construction projects to mirror the global demand, the Company's control over  environmental and harvest conditions in "Sky Class" facilities and the associated yield and quality of cannabis produced at |

As Aurora executes on its strategy of leading scalable, purpose-built cultivation, it continues to prudently manage capital allocation decisions driven by global forecasts for demand. Many of the Company's significant construction projects are nearing completion of major milestones with significant capital investments concluded.

**Aurora Sun and Aurora Nordic 2 Construction Update**

**Aurora continues to progress construction of its 1.6 million square foot facility, Aurora Sun, located in Medicine Hat, Alberta,** and its 1 million square foot facility, Nordic Sky, strategically located in Odense, Denmark. **The new purpose-built, "Sky Class" facilities Aurora are constructing will have full control over all anticipated environmental and harvest conditions, resulting in the production of consistently high yielding, high-quality cannabis at low-cost.**

Mr. Booth added, "**Aurora Sun in Medicine Hat and Aurora Nordic in Denmark represent the next evolution of our "Sky Class" cultivation philosophy and construction of these projects is proceeding well. Aurora Sun is nearing completion with the majority of capital investment now behind us, while at Aurora Nordic the primary outdoor construction, including the enclosure of the facility, nears completion.** Our design philosophy allows for flexibility in licensing and commissioning in-line with the long-term growth in global demand for medical cannabis."

Ex. AA, Oct. 3, 2019 press release, https://investor.auroramj.com/news-and-events/press-releases/122922.

such facilities, and the potential increase in the Company's capacity to ship product to the European market related to obtaining EU GMP certification. These statements are only predictions. Various assumptions were used in drawing the conclusions or making the projections contained in the forward-looking statements throughout this news release. Forward-looking statements are based on the opinions and estimates of management at the date the statements are made, and are subject to a variety of risks and uncertainties and other factors that could cause actual events or results to differ materially from those projected in the forward-looking statements. The Company is under no obligation, and expressly disclaims any intention or obligation, to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise, except as expressly required by applicable law.

| 37 | Consumer cannabis revenue was $30.0 million in Q1 2020, a decrease of $14.9 million or 33% from the prior quarter. Consumer cannabis revenue comprises 40% of our total consolidated net revenue. **Constraints in the provincial retail distribution network have caused a temporary decrease in provincial ordering of consumer cannabis. Overall, the roll-out of retail stores across Canada has been slower than expected, impacting the pace of growth in consumer revenue.** As the consumer cannabis infrastructure continues to develop and expand throughout calendar 2020 with the launch of new retail stores across Canada, we expect demand to resume its sequential increases through further consumer engagement.<br><br>Ex. BB, Nov. 13, 2019 Q1 2020 MD&A | ¶ 170 | **Risk Factors**<br><br>In addition to the other information included in this report, readers should consider carefully the following factors, which describe the risks, uncertainties and other factors that may materially and adversely affect our business, products, financial condition and operating results. There are many factors that affect our business and our results of operations, some of which are beyond our control. The following is a description of important factors that may cause our actual results of operations in future periods to differ materially from those currently expected or discussed in the forward-looking statements ("FLS") set forth in this report relating to our financial results, operations and business prospects. Except as required by law, we undertake no obligation to update any such FLS to reflect events or circumstances after the date of this MD&A.<br><br>These risks include, but are not limited to the following:<br>• ability to successfully obtain and renew Cannabis Act licenses, adhere to all regulatory requirements, and maintain the good standing of our licenses;<br>• actions by governmental authorities, including changes in laws, regulations and guidelines, which may have adverse effects on the Company's operations;<br>• risk of failure or delay to acquire regulatory approvals required to produce and sell cannabis;<br>• the Company has a limited operating history and no assurance of profitability;<br>• risks related to negative public perception of cannabis consumption which may have an adverse effect on the Company's operational results, consumer base, financial results, and the desire of third parties doing business with us;<br>• competition in the Company's industry where current and future competitors may have longer operating histories, more financial resources, and lower costs than the Company;<br>• risk of whether the Company is able to realize its growth targets; |

|  |  |  | <ul><li>ability to execute the Company's strategy without additional financing;</li><li>operating hazards and uninsured risks;</li><li>attracting and retaining key employees;</li><li>ability to expand operations into international jurisdictions;</li><li>availability of strategic alliances which complement or augment the Company's existing business;</li><li>possibility of product liability claims against the Company;</li><li>risk of product recalls and returns;</li><li>ability to successfully develop new products and obtain required regulatory approvals;</li><li>conflicts of interest which may arise between the Company and its directors and officers;</li><li>potential for legal proceedings arising in the normal course of business;</li><li>risks related to agricultural operations, including disease, insect pests, and changes in climate;</li><li>the Company's dependence on transportation services and the possibility of disruptions;</li><li>the price of production of cannabis will vary based on a number of factors outside of our control;</li><li>risks related to compliance with safety, health, and environmental regulations;</li><li>ability to protect and preserve intellectual property rights;</li><li>risk of political and economic instability in the jurisdictions in which the Company operates;</li><li>execution of the Company's growth strategy;</li><li>ability to successfully identify and make attractive acquisitions, joint ventures or investments, or successfully integrate future acquisitions;</li><li>volatility in the Company's common share price on the TSX and NYSE;</li><li>global economy risk, which may impact the Company's ability to raise equity or obtain additional financing;</li><li>risks associated with foreign currency translation losses;</li></ul> |

- restrictions and covenants from the Company's loan facilities may limit the Company's ability to execute its plans;
- future issuances of equity could decrease the value of the Company's shares;
- the regulated nature of the industry could discourage any takeover offers;
- risks associated with the absence of dividends paid to shareholders;
- misappropriation of assets and security breaches;
- risks associated with breaches of security at our facilities or in respect of electronic documents and data storage and risks related to breaches of applicable privacy laws;
- cyber security risks, loss of information and computer systems;
- no assurance we will continue to meet listing standards of the NYSE and TSX;
- risk that the Company will not be able to develop and maintain strong internal controls and be SOX compliant by the mandated deadline
- risks associated with the Company's holding company status; and
- the Company's ability to effectively and efficiently integrate MedReleaf and realize all operational synergies.

For additional information regarding the risks that the Company is exposed to, see the disclosure provided under the heading "Risk Factors" in the Company's AIF dated September 10, 2019, which is available on the SEDAR website at www.sedar.com.

* * *

**Cautionary Statement Regarding Forward-Looking Statements**

This MD&A contains certain statements which may constitute "forward-looking information" and "forward-looking statements" within the meaning of Canadian securities law requirements (collectively, "forward-looking statements" or "FLS"). These forward-looking statements are made as of the date of this MD&A and the Company does not intend, and does not assume any obligation, to update these

41

FLS, except as required under applicable securities legislation. FLS relate to future events or future performance and reflect Company management's expectations or beliefs regarding future events. In certain cases, FLS can be identified by the use of words such as "plans", "expects" or "does not expect", "is expected", "budget", "scheduled", "estimates", "forecasts", "intends", "anticipates" or "does not anticipate", or "believes", or variations of such words and phrases or statements that certain actions, events or results "may", "could", "would", "might" or "will be taken", "occur" or "be achieved" or the negative of these terms or comparable terminology. In this document, certain forward-looking statements are identified by words including "may", "future", "expected", "intends" and "estimates". By their very nature FLS involve known and unknown risks, uncertainties and other factors which may cause the actual results, performance or achievements of the Company to be materially different from any future results, performance or achievements expressed or implied by the FLS. The Company provides no assurance that FLS will prove to be accurate, as actual results and future events could differ materially from those anticipated in such statements. Accordingly, readers should not place undue reliance on FLS. Certain FLS in this MD&A include, but are not limited to the following:

- pro forma measures including revenue, registered medical patients and grams produced;
- the completion of construction of production facilities, associated costs, and receipt of licenses from Health Canada to produce and sell cannabis and cannabis related products from these facilities;
- the successful integration of CanniMed and MedReleaf and other subsidiaries into Aurora's operations;
- strategic investments and capital expenditures, and related benefits;
- future growth expansion plans;
- expectations regarding production capacity, costs and yields; and
- product sales expectations and corresponding forecasted increases in revenues.

The above and other aspects of the Company's anticipated future operations are forward-looking in nature and, as a result, are subject to

| | | | |
|---|---|---|---|
| | | | certain risks and uncertainties. Although the Company believes that the expectations reflected in these FLS are reasonable, undue reliance should not be placed on them as actual results may differ materially from the forward-looking statements. Such FLS are estimates reflecting the Company's best judgment based upon current information and involve a number of risks and uncertainties, and there can be no assurance that other factors will not affect the accuracy of such forward-looking statements. These risks include, but are not limited to, the ability to retain key personnel, the ability to continue investing in infrastructure to support growth, the ability to obtain financing on acceptable terms, the continued quality of our products, customer experience and retention, the development of third party government and non-government consumer sales channels, management's estimates of consumer demand in Canada and in jurisdictions where the Company exports, expectations of future results and expenses, the availability of additional capital to complete construction projects and facilities improvements, the risk of successful integration of acquired business and operations, management's estimation that SG&A will grow only in proportion of revenue growth, the ability to expand and maintain distribution capabilities, the impact of competition, the general impact of financial market conditions, the yield from marijuana growing operations, product demand, changes in prices of required commodities, competition, and the possibility for changes in laws, rules, and regulations in the industry, the "*Risk Factors*" section of the MD&A, as well as updates provided herein. |
| 38 | Given the early stage of development of the consumer market in Canada, **quarter to quarter sales volumes and revenues are difficult to forecast with precision. Factors that are expected to continue to affect the ramp and growth of Aurora's revenue includes, but are not limited to, the pace of provincial licensing of new retail stores,** the ability to capitalize on wholesale bulk sales opportunities, the impact of industry supply and demand balance on average market pricing, and the ability of Aurora | ¶ 171 | This statement is accompanied by the cautionary language quoted above in the response to Statement 37. |

| | | | |
|---|---|---|---|
| | and its competitors to meet rapidly evolving consumer preferences for certain product forms and strains.<br><br>Ex. BB, Nov. 14, 2019 Q1 2020 MD&A | | |
| 39 | Management **continues to monitor** the forecast balance of supply and demand in the Canadian and international cannabis markets in order to time the scale-up of further Aurora production capacity as needed.<br><br>Ex. BB, Nov. 14, 2019 Q1 2020 MD&A | ¶ 172 | This statement is accompanied by the cautionary language quoted above in the response to Statement 37. |
| 40 | The decline in cannabis net revenues is primarily attributable to previously identified constraints in Canadian consumer retail and distribution infrastructure coupled with a decline in wholesale revenues. The Canadian wholesale market is rapidly evolving and remains an important long-term opportunity for Aurora.<br><br>Ex. CC, Nov. 14, 2019 press release, https://investor.auroramj.com/news-and-events/press-releases/122929. | ¶ 15 | This news also release includes statements containing certain "forward-looking information" within the meaning of applicable securities law ("forward-looking statements"). Forward-looking statements are frequently characterized by words such as "plan", "continue", "expect", "project", "intend", "believe", "anticipate", "estimate", "may", "will", "potential", "proposed" and other similar words, or statements that certain events or conditions "may" or "will" occur and include, but are not limited to the settlement of the March Convertible Debentures, reduction in capital investments, and the successful launch and replenishment strategy for Cannabis 2.0 . These statements are only predictions. Various assumptions were used in drawing the conclusions or making the projections contained in the forward-looking statements throughout this news release. Forward-looking statements are based on the opinions and estimates of management at the date the statements are made, and are subject to a variety of risks and uncertainties and other factors that could cause actual events or results to differ materially from those projected in the forward-looking statements. These risks include, but are not limited to, the ability to retain key personnel, the ability to continue investing in infrastructure to support growth, the ability to obtain financing on acceptable terms, the continued quality of our products, customer experience and retention, the development of third party government and non-government adult-use  sales channels, managements estimation of consumer demand in Canada and in jurisdictions where the Company exports, expectations of future results |

44

| | | | |
|---|---|---|---|
| | | | and expenses, the availability of additional capital to complete construction projects and facilities improvements, the risk of successful integration of acquired business and operations, the ability to expand and maintain distribution capabilities, the impact of competition, and the possibility for changes in laws, rules, and regulations in the industry. The Company is under no obligation, and expressly disclaims any intention or obligation, to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise, except as expressly required by applicable law. |
| 41 | **[Y]es, we had a drop in cannabis sales, but it was anticipated. The provinces were oversupplied.**<br><br>Ex. DD, Nov. 14, 2019 Q1 2020 earnings call tr. | ¶ 173 | Listeners are reminded that certain matters discussed in today's conference call or answers that may be given to questions asked could constitute forward-looking statements that are subject to the risks and uncertainties relating to Aurora's future financial or business performance. Actual results could differ materially from those anticipated in these forward-looking statements. The risk factors that may affect results are detailed in Aurora's annual information form and other periodic filings and registration statements. These documents may be accessed via SEDAR and EDGAR databases. |
| 42 | "We monitor the sell-through rates from the provinces to the retailers very carefully as we believe that to be a strong indicator that our products are meeting the needs of consumers for both quality and pricing."<br><br>Ibbott also said, "We continue to monitor and forecast the supply and demand in the Canadian and international cannabis market in order to time our scale up of further Aurora production capacity as needed." Ibbott further explained Defendants' monitoring of sell-through data, stating:<br><br>I mentioned in my prepared comments that **we monitor sell-through from the provinces to the retailers closely. I think that's a good indicator of the viability of the health** | ¶ 174 | This statement is accompanied by the cautionary language quoted above in the response to Statement 41. |

| **of the business.** So you're producing products that consumer wants.<br><br>Ex. DD, Nov. 14, 2019 Q1 2020 earnings call tr. | | |
|---|---|---|