# EXHIBIT P

# INVESTOR'S BUSINESS DAILY ®

New to Investors.com?     Start here!

**NEWS**

# Should You Buy Marijuana Stocks After The 2020 Election?

   

**BILL PETERS** | 11:57 AM ET 11/10/2020

Canadian marijuana stocks that trade on major U.S. exchanges largely rallied through early November, after five U.S. states voted to legalize cannabis and Democrat Joe Biden won the presidential election. Does that make those marijuana stocks good buys now?



New Jersey, Arizona, Montana and South Dakota on Election Day **approved ballot measures to legalize recreational marijuana**. South Dakotans also backed creating a medical marijuana program for people with severe medical conditions.

Biden has said he supports federal marijuana decriminalization. His running mate, Sen. Kamala Harris, has sponsored the MORE Act, a proposed measure that, among other things, would take pot off the list of controlled substances.

Cannabis-industry executives have also predicted a domino effect — with newly legal states pressuring neighboring states to legalize in an effort to prevent a flight of tax revenue. And they say more legal states increases the likelihood the government takes action to roll back restrictions on a national level.

Still, President Trump has yet to concede the race. GOP control of the Senate is also expected, potentially dampening legal reform. The industry's finances are, in many ways, still a mess.

## Market 'Misunderstanding'

Even as marijuana stocks shoot higher, Cowen analyst Vivien Azer said there was "no near-term U.S. catalyst" for Canadian pot producers to enter the nation.

"While we appreciate the excitement around incremental cannabis regulatory change in the U.S. from the election, principally in the form of four adult use state ballot initiatives and one for medical, the federal backdrop does not provide a pathway to a near-term catalyst for Canadian entry into the U.S. THC market," she said in a research note in November.

"We believe the markets are misunderstanding this," she continued.

Even if the balance in the Senate jostled to the left, she said the likeliest outcome was a modified version of the STATES Act. That law, introduced in 2018 by Sens. Cory Gardner and Elizabeth Warren, would keep the federal government out of states' cannabis legislation.

"Absent that, we do not see a mechanism for a Canadian operator to enter the U.S.," she wrote.

Cowen, in a separate note, also noted other limitations to the STATES Act.

"Given states would regulate cannabis sales with no federal government involvement, there would be no interstate commerce for cannabis (unless states were to enter compacts with each other to permit cannabis to move between them)," analyst Jaret Seiberg wrote in a note last month.

## Broader Industry Struggles

Before the election, and before the coronavirus pandemic, analysts predicted a tough stretch ahead for the industry, as cash and financing dried up.

Efforts by Canada's big pot companies to tap the U.S.' market for hemp, which is legal, and CBD, which comes from hemp, haven't always worked. New executives, focused more on balance sheets than startup swagger, aren't done cutting costs.

### IBD Live: A New Tool For Daily Stock Market Analysis

Layoffs, executive departures and steep write-downs have been common among the top Canadian players. Big producers, like **Canopy Growth** (**CGC**) and **Aurora Cannabis** (**ACB**), scaled back operations. The pandemic is still coursing through North America. Money in the bank will become more crucial.

Stifel analyst Andrew Carter has said Canada's big pot producers face increasing price competition, as rivals roll out cheap weed brands to compete with the illicit market.

As the coronavirus pandemic leaves the economy — and service levels at pot dispensaries — in flux, investors and analysts have focused more on which companies have enough cash to ride out the stoppages.

Analysts have pointed to Canopy Growth and **Cronos Group** (**CRON**) as having healthy cash positions, thanks to big investments from **Constellation Brands** (**STZ**) and **Altria** (**MO**), respectively. Bank of America analysts in March called **Aphria** (**APHA**) a solid defensive play, citing its cash cushion.

---

**IBD Stock Of The Day: See How To Find, Track And Buy The Best Stocks**

---

## Marijuana Stocks Fundamentals

Earnings growth, or at least the prospect of strong earnings, is a hallmark of top stocks. But the marijuana industry, broadly, is losing money.

The industry's billion-dollar valuations, in some cases, dwarf million-dollar quarterly sales figures. Not surprisingly, marijuana stocks have poor Earnings Per Share Ratings.

**Innovative Industrial Properties** (**IIPR**) leads with a 75 EPS Rating out of a best-possible 99. And in July, the cannabis-focused real-estate investment trust became the rare pot stock to make the **IBD 50 Stocks To Watch list**.

**Tilray** (**TLRY**) stock has an EPS Rating of 1, the worst possible.

---

**Is It Time To Buy Or Sell These Large-Cap Stocks?**

---

## Marijuana Stocks Technicals

Throughout much of 2019 and 2020, marijuana stocks have fallen on disappointing financials. The **Composite Ratings** for pure-play marijuana stocks listed on the major U.S. exchanges mostly aren't great. The best rating for a pure-play pot producer went to Canopy Growth stock, which stood at 77 out of a best-possible 99.

Innovative Industrial Properties has a 93 Composite Rating, the best overall.

IBD research says investors should focus on stocks with Composite Ratings higher than 90. The Composite Rating is a broad measure of a stock's performance, including earnings and various technical factors.

The **relative strength lines** of most marijuana stocks, which measure their performance against the broader S&P 500, have largely eased lower.

---

### Stocks To Watch: Top-Rated IPOs, Big Caps And Growth Stocks

---

## Marijuana Stocks' Chart Patterns

When a stock dips or flattens out into a base after a charge higher, that can indicate that investors are taking a breather, shaking out bearish traders before more sustained support comes in.

Investors should also look for **stocks with strong fundamentals that are breaking out** of proper bases, IBD's research shows.

## Aphria Stock Chart

Aphria stock is in a **cup base**, with a 6.25 **buy point**. The stock briefly broke out on Oct. 12, putting shares in a **buy zone**. But they retreated a day later.

Stifel in July upgraded shares to buy.

"We find a discount multiple for the shares which we believe undervalues its improving growth prospects," analyst Carter said. "We estimate robust sales growth validated by consistent market share gains complemented by profitability, disciplined capital allocation, and progressive capital structure management."

## Aphria Inc (APHA)                                    $6.12 0.23 ⬇ 3.62%





11/19/2020 (Market Close)

## Cronos Stock Chart

Cronos Group in September said it had **appointed Kurt Schmidt as its new CEO**. Mike Gorenstein, who'd been Cronos' top executive, was appointed executive chairman.

In August, Cronos **reported a steeper-than-expected second-quarter loss.** Lower pot prices in Canada and coronavirus-related store closures in the U.S. triggered millions in impairments and write-downs.

After consolidating through July, Cronos Group stock fell hard on the earnings report. The company also racked up costs related to a review of last year's financial results. That review concerned purchases and sales made through its business-to-business channel.

Cronos Group in November **reported third-quarter results that beat estimates**.

Before the pandemic, Canadian pot companies said U.S. retailers had expressed reluctance on selling CBD products after the FDA began cracking down on some sales.

## Cronos Group Inc (CRON)                    $7.22  0.04 ⬇ 0.55%





11/19/2020 (Market Close)

## Canopy Growth Stock Chart

Canopy Growth stock had been in a consolidation with a 22.29 buy point. The company, **when it reported fiscal second-quarter earnings in November**, said it would channel products through its U.S. infrastructure when U.S. marijuana laws allowed it.

"We've already developed a U.S. ecosystem that positions us well as a hemp and cannabis powerhouse — when, not if, U.S. permissibility happens," CEO David Klein said.

Canopy also said its market share in Canada had increased, as more pot shops opened there. And it said it was "firmly on a path" to hit positive adjusted EBITDA at some point next fiscal year. EBITDA stands for earnings before interest, taxes, depreciation and amortization.

The company, when it reported first-quarter results August, said it was seeing "improved sales velocity and market share performance," after losing ground in Canada's recreational weed market in the fourth quarter.

The company also said its cheap pot brand, TWD, made up a bigger sale percentage of its flower — or dry bud — products.

When the company reported results for the prior quarter, management said they didn't move quickly enough to capture more of the cheap weed market.

Under the leadership of Klein, Canopy's new CEO, the company has worked to undo the efforts by former CEO Bruce Linton. Linton tried to expand globally into early, undeveloped cannabis markets and strike big, headline-grabbing deals elsewhere. But as losses piled up, he was ousted last year.

## Canopy Growth Corp (CGC)    $23.87  0.20 ⬆ 0.84%



11/19/2020 (Market Close)

## Tilray Stock Chart

Tilray in November reported third-quarter sales that missed expectations. But its loss was narrower than expected. The company said it was "poised to deliver positive or break even" adjusted EBITDA in the fourth quarter of this year.

Tilray has been trying to grow sales via its international medical marijuana business, its Canadian recreational business, and its hemp food business, which comes from Manitoba Harvest. Tilray acquired Manitoba Harvest last year.

However, Tilray said it was waiting for more clarity on FDA regulations before advancing into the U.S. CBD market. And it noted that restrictions related to the coronavirus pandemic could rattle business in the European Union. A number of nations there have legalized medical cannabis.

Tilray's **second-quarter results**, reported in August, missed expectations. The stock is off lows reached in March, but has largely fallen since its 2018 IPO.

Tilray in May said a subsidiary, High Park Gardens, would shut down over the next six weeks, in an attempt to cut costs.

Tilray had to book millions in impairments for a deal it struck last year with marketing and entertainment company Authentic Brands Group. That arrangement, Tilray said, would put Tilray-made CBD foot balms and beauty products in mainstream retailers.

"Given the uncertainty of the FDA stance on the sale of CBD products in the U.S., we concluded the near-term expectations for sales under this agreement did not support our balance sheet value," Tilray CFO Michael Kruteck said in May.

## Tilray Inc Cl 2 (TLRY)                        $6.73 0.40 ↓ 5.61%



11/19/2020 (Market Close)

## Aurora Cannabis Stock Chart

In November, Aurora reported falling quarterly sales, and said it was "not satisfied" with its Canadian recreational business. It also said it would focus more on its premium products. Analysts, as they have in the past, expressed concerns about the company's

cash burn and cash balance.

In September, **Aurora announced a new CEO**. Later in the month, **Aurora forecast falling cannabis sales**. It took a non-cash write-down of good will and intangible assets of 1.6 billion Canadian dollars. For the full fiscal year, it lost 34 Canadian dollars per share.

The company is trying to close smaller facilities. But Bill Kirk, an analyst with MKM Partners, still said demand was lacking.

In a research note about Aurora last month, he said: "Please Stop Growing So Much Weed." He added that there was no demand for the 35,000 kilograms of pot the company expects to grow, on average, per quarter.

"Aurora grows more stuff that people don't want than they grow stuff people want," he said in a research note. "While Aurora's cost to grow is low, it would be more noteworthy if a larger percentage of the harvests were sellable."

In July, Aurora said it would **cut staff in Europe and shrink other operations there**.

# Aurora Cannabis Inc (ACB)    $7.07 0.05 ⬆ 0.71%



11/19/2020 (Market Close)

## Innovative Industrial Properties Stock Chart

Innovative Industrial Properties buys properties from pot growers and then leases them back. Roth Capital has said in a research note that more purchases were likely ahead. The real-estate investment trust, it said, will try to lock in gains before potential federal reforms open up more banking and financing options to the cannabis industry.

Roth said "the sale-leaseback model remains the nondilutive capital raising method of choice for many operators and (Innovative Industrial) remains the industry leader with unmatched access to capital compared to its peers."

Shares fell on Nov. 6 and 9, even as other marijuana stocks jumped on those days.



11/19/2020 (Market Close)

## Marijuana Industry ETFs

Amid the volatility in marijuana stocks, one way to avoid stock-specific risk is via ETFs. The ETFMG Alternative Harvest (**MJ**) ETF, which tracks the cannabis industry, is still down from highs reached in 2018.

The AdvisorShares Pure Cannabis (**YOLO**) ETF was extended from a cup-with-handle base with a 12.79 buy point. But it, too, is down from highs reached last year.

## Are Marijuana Stocks Buys Right Now?

The coronavirus pandemic will be a crucial test of how much people want, or need, weed if the economy endures further suffering. It's not clear which marijuana stocks will be longer-term winners. Profits are still inconsistent. Federal legalization in the U.S. and other markets isn't guaranteed.

But are marijuana stocks a good buy right now? Maybe.

Investors who are particularly eager to get into the sector could pick up marijuana stocks that are consolidating once they clear their current patterns and enter into a **buy zone**. But the earnings outlook remains tough, and the legalized pot market continues to face challenges from illicit suppliers.

Ideally, IBD's research shows, investors would be better served looking for stocks with better fundamentals and that are closer to their highs.

Check out IBD Stock Lists and other IBD content to find dozens of the **best stocks to buy or watch.**

**YOU MIGHT ALSO LIKE:**

**Why The Future Marijuana Superpower Could Come From This Region**

**Catch The Next Big Winning Stock With MarketSmith**

**Warren Buffett Stocks: What's Inside Berkshire Hathaway's Portfolio?**

**Listen To IBD's Investing Podcast For Key Market Insights, Stock Analysis**

**Stocks To Buy: Is It Time To Buy Or Sell These Large-Cap Stocks?**

