# EXHIBIT Q



< Home

WATCH LIVE

Stream CTV News for breaking news updates

**BUSINESS** | News

# Aphria posts $98.8 million net loss in Q4, missing analyst estimates

Tara Deschamps

**The Canadian Press**
Staff
**Contact**

Published Wednesday, July 29, 2020 12:35PM EDT



An Aphria worker looks out over a crop of marijuana in this undated handout image. (THE CANADIAN PRESS / Aphria)

SHARE

Canadians may have clamoured to snatch up cannabis products as COVID-19 ravaged the country, but the demand was not enough to keep Aphria Inc. from incurring a multimillion-dollar loss and impairment charge.

The Leamington, Ont.-based company revealed Wednesday that in its fourth quarter, which ended May 31, it experienced a $98.8 million net loss and a $64 million non-cash asset impairment expense.

The impairment expenses were linked to international markets. About $40 million of the charge is connected to operations in Colombia, $19 million to Jamaica and $5 million to Lesotho.

## Related Stories

- 'In times like this, vices go up': Legal cannabis sales hit record high in May
- Are new cannabis strains key to fighting COVID-19? These Alta. researchers think so
- Some Canadian cannabis producers are growing outdoors, where the light is free
- Aphria suspends outlook, reports $144.4 million in revenue amid COVID-19

## Related Links

- Press release - Aphria Inc. Announces Fourth Quarter and Fiscal Year 2020 Results

---

Tourism, which Jamaica thrives on, was deeply impacted by COVID-19, forcing Aphria to reevaluate its relationships and cash-flow expectations, chief executive Irwin Simon told The Canadian Press.

"There's no one going to Jamaica right now, so there's no business and with that we just shut down those stores and said, 'why would we invest in those stores?'" he said.

Over in Lesthoto, where borders were closed, Aphria's partners and senior management team have not been able to access facilities because they reside outside the country.

"It was a small market that was really supposed to come along with some other acquisitions, but we just decided to close that down," Simon said.

The international struggles came as Aphria reported a loss that amounted to 39 cents per share for the quarter, compared with a year-earlier profit of $15.8 million or five cents per share.

Analysts had estimated a net loss of four cents per share, according to financial markets data firm Refinitiv.

The results caused Aphria's stock to slide by more than 16 per cent or $1.31 in midday trading to reach $6.71.

Aphria's net revenue, however, increased 18 per cent to $152.2 million from $128.6 million, as Canadians stocked up on cannabis while their companies forced them to work from home and to physically distance as much as possible.

"I think there was a little bit of pantry-loading, but we are seeing a good repeat in sales right now," said Irwin.

Those repeat sales pushed Aphria's recreational cannabis market share in Ontario to 16.1 per cent from 13 per cent in the prior quarter and snatch up 12 per cent of market share in Alberta.

Looking forward, Simon said the company would be looking at how to supply Latin American demand.

It will use products from Canada for now, but that could change, he said.

"We are exploring our mid- to long-term options of whether a smaller production footprint would be appropriate or whether to outsource production to a third-party or simply to ship product from Canada," he said on the company's earnings call.

The company is also looking at adding to its brands, which currently include Solei, Broken Coast Cannabis, RIFF and Good Supply.

Irwin said consumers can expect two new brands in fiscal 2021, but offered no details about how they will be positioned.

For the full year, Aphria's net loss attributable to shareholders surged to $92 million or 33 cents per share, from $14.7 million or seven cents in 2019. Revenues increased 130 per cent to $543.3 million from $237.1 million.

*This report by The Canadian Press was first published July 29, 2020*

SHARE

ⓘ **Report an error**

🛡 **Editorial standards and policies**

Ⓣ **Why you can trust CTV News**

## MORE BUSINESS STORIES



CFIB calls for freeze on Canada Pension Plan premiums set to rise on Jan. 1

Large railway shareholder seeks CN, CP climate plans and strategies to cut emissions



Women leaving workforce faster than men, childcare playing big role in exodus: study

S&P/TSX composite essentially flat as sentiment muted by rising COVID-19 infections



Brexit trade talks suspended because of COVID-19 case

Canada-Britain trade negotiation in final stages as Dec. 31 tariff deadline looms

---

## TOP VIDEOS



New modelling expected to show COVID-19 crisis worsening



B.C. barring all social gatherings as cases continue to rise



OPP officer, civilian fatally shot in northern Ontario

## CTVNEWS.CA TOP STORIES



NEW

Canada on track for 20K new COVID-19 cases a day without behaviour change: modelling

Facing another retirement home lockdown, 90-year-old seeks medically-assisted death

B.C. announces new restrictions on social gatherings, travel provincewide

Liberals legislate 2050 net-zero emissions, but critics say they're delaying action

A breakdown of Canada's latest climate accountability bill

Veteran OPP officer, civilian killed in Manitoulin Island shooting incident

## DON'T MISS



Two suspects sought after puppy stolen at gunpoint in Ont.

DON'T MISS



Early Christmas decorations can help with mental health



Watch last sunset before Alaska's months-long 'polar night'

Advertisement

## MOST-WATCHED



Duelling dinosaurs fossil donated to museum



Montrealer murdered during Cuban vacation

Puppy taken at gunpoint in Mississauga



Dire numbers expected in modelling update



## The Climate Barometer

Sign up for our weekly email newsletter delving into climate science and life on a changing planet.

## Join our Facebook group

Engage in respectful discussions on the U.S. election on our dedicated Facebook page



Canada's Most Trusted News. Download the CTV News app now.

## MOST-READ



INTERACTIVE

**Tracking every case of COVID-19 in Canada**

Border loophole? Canadian snowbirds shipping cars, RVs to U.S., then flying in

Ont. woman says she still can't use her arm four years after donating blood



**Don Martin: The second lockdown cometh, but Canadians may resist house arrest**

## FINANCES DURING THE CRISIS



PM calls for quick passage of COVID-19 aid bill



Pattie Lovett-Reid: More consumers checking credit report amid pandemic, survey finds

Extra income support for hard-hit workers may not stick around post-pandemic, PM says

Early figures for new aid and EI provide glimpse of how post-CERB supports to be used

**FOLLOW ON**

  

**Political Ads Registry**

Use of this Website assumes acceptance of **Terms & Conditions** and **Privacy Policy**

© 2020    All rights reserved.