Kevin H. Marino
John D. Tortorella
MARINO, TORTORELLA & BOYLE, P.C.
437 Southern Boulevard
Chatham, NJ  07928
Phone:  (973) 824-9300
Fax: (973) 824-8425
kmarino@khmarino.com
jtororella@khmarino.com

Stephen L. Ascher  (*pro hac vice*)
Andrew J. Lichtman
Logan J. Gowdey (*pro hac vice*)
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022-3908
Phone: (212) 891-1600
Fax: (212) 891-1699
sascher@jenner.com
alichtman@jenner.com
lgowdey@jenner.com

Howard S. Suskin (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654-3456
Phone: (312) 222-9350
Fax: (312) 527-0484
hsuskin@jenner.com

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re AURORA CANNABIS INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br>     ALL ACTIONS | Case No. 2:19-cv-20588-JMV-JBC<br><br>**CERTIFICATE OF SERVICE** |

JOHN D. TORTORELLA, of full age, hereby certifies and states:

1.     I am an attorney at law of the State of New Jersey and a member of the

law firm of Marino, Tortorella & Boyle, P.C., attorneys for Defendants Aurora

Cannabis, Inc., Terry Booth, Stephen Dobler, Glen Ibbott, Cameron Battley, Michael Singer, and Jason Dyck (collectively, "Defendants") in this matter.

2.      On February 18, 2021, I caused to be filed with the Clerk of the Court and all counsel of record, via the Court's electronic filing system, the following documents:

a. Defendants' Reply Brief in Support of Their Motion to Dismiss The Amended Class-Action Complaint;

b. Supplemental Certification of Kevin H. Marino and Exhibits A; and

c. this Certificate of Service.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 18, 2021
Chatham, New Jersey

_____
JOHN D. TORTORELLA