Kevin H. Marino
John D. Tortorella
MARINO, TORTORELLA & BOYLE, P.C.
437 Southern Boulevard
Chatham, NJ  07928
Phone:  (973) 824-9300
Fax: (973) 824-8425
kmarino@khmarino.com
jtororella@khmarino.com

Stephen L. Ascher (*pro hac vice*)
Andrew J. Lichtman
Logan J. Gowdey (*pro hac vice*)
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022-3908
Phone: (212) 891-1600
Fax: (212) 891-1699
sascher@jenner.com
alichtman@jenner.com
lgowdey@jenner.com

Howard S. Suskin (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654-3456
Phone: (312) 222-9350
Fax: (312) 527-0484
hsuskin@jenner.com

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re AURORA CANNABIS INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br>   ALL ACTIONS | Case No. 2:19-cv-20588-JMV-JBC<br><br>**CERTIFICATE OF SERVICE** |

KEVIN H. MARINO, of full age, hereby certifies and states:

1.     I am an attorney at law of the State of New Jersey and a member of the law firm of Marino, Tortorella & Boyle, P.C., attorneys for Defendants Aurora Cannabis, Inc., Terry Booth, Stephen Dobler, Glen Ibbott, Cameron Battley, Michael Singer, Jason Dyck (collectively, "Defendants") in this matter.

2.      On this date, I caused to be filed with the Clerk of the Court and to be served on all counsel of record via the Electronic Filing System the following documents:

    a.  Defendants' Notice of Supplemental Authority by letter memorandum to the Honorable John M. Vazquez, U.S.D.J., enclosing exhibits thereto; and

    b.  this Certificate of Service.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 14, 2021  
Chatham, New Jersey                       KEVIN H. MARINO