# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re* AURORA CANNABIS, INC. SECURITIES LITIGATION | Civil Action No. 19-20588 (JMV) (JBC) <br><br> **ORDER** |

**John Michael Vazquez, U.S.D.J.**

For the reasons expressed in the accompanying Opinion, and for good cause shown,

**IT IS** on this 6th day of July, 2021,

**ORDERED** that Defendants' motion to dismiss Plaintiffs' First Amended Complaint, D.E. 32, is **GRANTED**; and it is further

**ORDERED** that Plaintiffs shall have thirty (30) days to file a second amended complaint that addresses the deficiencies noted in the accompanying Opinion; and it is further

**ORDERED** that if Plaintiffs fail to file a second amended complaint within the allotted time period, this action will be dismissed with prejudice.

_____
John Michael Vazquez, U.S.D.J.