# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

CHARLES C. CARELLA
JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

JAMES D. CECCHI (1933-1995)
JOHN G. GILFILLAN III (1936-2008)
ELLIOT M. OLSTEIN (1939-2014)
BRENDAN T. BYRNE (1924-2018)

JAMES T. BYERS
DONALD F. MICELI
CARL R. WOODWARD, III
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
LINDSEY H. TAYLOR
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
MICHAEL CROSS
STEPHEN R. DANEK
MICHAEL A. INNES

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
PHONE (973) 994-1700
FAX (973) 994-1744
www.carellabyrne.com

July 13, 2021

PETER G. STEWART
FRANCIS C. HAND
AVRAM S. EULE
JAMES A. O'BRIEN III
JOHN G. ESMERADO
STEVEN G. TYSON

OF COUNSEL

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
+MEMBER FL BAR ONLY
**MEMBER NY BAR ONLY

RAYMOND J. LILLIE
MEGAN A. NATALE
CHRISTOPHER J. BUGGY
JOHN P. PETROZZINO
GREGORY G. MAROTTA
KEVIN COOPER
MARYSSA P. GEIST
JORDAN M. STEELE**

**BY ECF**

The Honorable John Michael Vazquez
United States District Judge
United States Post Office and Courthouse Building
Newark, NJ  07101

      Re: *In re Aurora Cannabis, Inc. Sec. Litig.*,
         Civil Action No. 19-20588(JMV)(JBC)

Dear Judge Vazquez:

  We are Liaison Counsel for Lead Plaintiffs Doug Daulton, Francisco Quintana, Matt Golis, Donald S. Parrish, and Quang Ma ("Plaintiffs") in the above matter.  We write to request an extension of 30 days to file a second amended complaint ("SAC").

  On July 6, 2021, the Court granted, without prejudice, Defendants' motion to dismiss Plaintiffs' amended complaint.  (ECF No. 42).  The Court provided Plaintiffs 30 days to file a SAC.  *Id*. at 33.  Other scheduling commitments and planned vacations by Plaintiffs' counsel are scheduled during July and early August.  Accordingly, Plaintiffs request a 30-day extension for the filing of the SAC, such that it will be due within 60 days of the Court's dismissal of the first amended complaint, or September 7, 2021.  Defendants consent to Plaintiffs' request for an extension.

  Relatedly, the parties propose the following schedule to brief Defendants' expected motion to dismiss: (i) Defendants' shall respond to Plaintiffs' SAC by no later than November 8, 2021; (ii) Plaintiffs shall file an opposition to any responsive motion(s) by no later than January 7, 2022; and (iii) Defendants shall file any reply in further support of any motion(s) to dismiss by no later than February 7, 2022.

  If Plaintiffs' request for an extension and the parties' proposed briefing schedule are acceptable to Your Honor, we respectfully request that the Court "So Order" it and return a "filed" copy to us via the Court's ECF system.

The Honorable John Michael Vazquez
July 13, 2021
Page  2

      Thank you or your attention to this matter.  If the Court has any questions, we are available at your convenience.

                    Respectfully submitted,

                    CARELLA, BYRNE, CECCHI,
                    OLSTEIN, BRODY & AGNELLO, P.C.

                    /s/ Lindsey H. Taylor

                    LINDSEY H. TAYLOR

cc: All Counsel (via ECF)