Kevin H. Marino
John D. Tortorella
MARINO, TORTORELLA & BOYLE, P.C.
437 Southern Boulevard
Chatham, NJ  07928
Phone:  (973) 824-9300
Fax: (973) 824-8425
kmarino@khmarino.com
jtororella@khmarino.com

Stephen L. Ascher†
Andrew J. Lichtman
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022-3908
Phone: (212) 891-1600
Fax: (212) 891-1699
sascher@jenner.com
alichtman@jenner.com

Howard S. Suskin†
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654-3456
Phone: (312) 222-9350
Fax: (312) 527-0484
hsuskin@jenner.com

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re AURORA CANNABIS INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 2:19-cv-20588-JMV-JBC |

**CERTIFICATION OF KEVIN H. MARINO IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS THE
SECOND AMENDED CLASS ACTION COMPLAINT**

KEVIN H. MARINO, of full age, hereby certifies and states:

---

† Admitted *pro hac vice.*

1.      I am an attorney at law of the State of New Jersey and a member of the law firm of Marino, Tortorella & Boyle, P.C., attorneys for Defendants Aurora Cannabis, Inc. ("Aurora"), Terry Booth, Stephen Dobler, Glen Ibbott, Cameron Battley, Michael Singer, Jason Dyck, and Allan Cleiren (collectively, "Defendants"), in the above-captioned matter.  I am fully familiar with the facts set forth in this Certification, which I submit in support of Defendants' Motion to Dismiss the Second Amended Class Action Complaint.

2.      Attached hereto as Exhibit A is a true and correct copy of Radient Technologies Inc.'s ("Radient") September 11, 2020 FY2020 MD&A.

3.      Attached hereto as Exhibit B is a true and correct copy of Aurora's September 11, 2019 FY2019 Annual Report.

4.      Attached hereto as Exhibit C is a true and correct copy of Aurora and Radient's November 5, 2017 Master Services Agreement.

5.      Attached hereto as Exhibit D is a true and correct copy of Radient's July 24, 2018 FY2018 MD&A.

6.      Attached hereto as Exhibit E is a true and correct copy of Radient's July 8, 2019 FY2019 MD&A.

7.      Attached hereto as Exhibit F is a true and correct copy of Aurora's February 13, 2020 Q2 2020 MD&A.

2

8.    Attached hereto as Exhibit G is a true and correct copy of Aurora's September 12, 2019 Q4 2019 Earnings Call Transcript.

9.    Attached hereto as Exhibit H is a true and correct copy of Radient's July 8, 2019 FY2019 Annual Report.

10.    Attached hereto as Exhibit I is a true and correct copy of Aurora's February 13, 2020 Q2 2020 Financial Statements.

11.    Attached hereto as Exhibit J is a true and correct copy of Aurora's May 14, 2020 Q3 2020 Financial Statements.

12.    Attached hereto as Exhibit K is a true and correct copy of excerpts from International Financial Reporting Standard 15.

13.    Attached hereto as Exhibit L is a true and correct copy of Radient's July 8, 2019 FY2019 Financial Statements.

14.    Attached hereto as Exhibit M is a true and correct copy of International Accounting Standard 24.

15.    Attached hereto as Exhibit N is a true and correct copy of International Accounting Standard 28.

Dated:  December 6, 2021        Respectfully submitted,

Kevin H. Marino

3

**EXHIBITS CITED IN DEFENDANTS' MEMORANDUM OF LAW
IN SUPPORT OF THEIR MOTION TO DISMISS
PLAINTIFFS' SECOND AMENDED COMPLAINT**

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Radient September 11, 2020 FY2020 MD&A |
| B | Aurora September 11, 2019 FY2019 Annual Report |
| C | Aurora and Radient November 5, 2017 Master Services Agreement |
| D | Radient July 24, 2018 FY2018 MD&A |
| E | Radient July 8, 2019 FY2019 MD&A |
| F | Aurora February 13, 2020 Q2 2020 MD&A |
| G | Aurora September 12, 2019 Q4 2019 Earnings Call Transcript |
| H | Radient July 8, 2019 FY2019 Annual Report |
| I | Aurora February 13, 2020 Q2 2020 Financial Statements |
| J | Aurora May 14, 2020 Q3 2020 Financial Statements |
| K | International Financial Reporting Standard 15 - Excerpts |
| L | Radient July 8, 2019 FY2019 Financial Statements |
| M | International Accounting Standard 24 |
| N | International Accounting Standard 28 |