# EXHIBIT D



## *Management's Discussion & Analysis*

Year ended March 31, 2018

Dated July 24, 2018



**July 24, 2018**

This Management Discussion and Analysis ("MD&A") for Radient Technologies Inc. (the "Company" or "Radient") should be read in conjunction with Radient's audited consolidated financial statements and related notes for the year ended March 31, 2018 and the MD&A and audited financial statements for the year ended March 31, 2017. The statements and additional information about Radient can be found on SEDAR at www.sedar.com.  Such additional information is not incorporated by reference herein, unless otherwise specified, and should not be deemed to be part of this MD&A.

The Company's audited consolidated financial statements are prepared in accordance with International Financial Reporting Standards (IFRS) as issued by the International Accounting Standards Board (IASB). All dollar amounts are expressed in Canadian currency unless otherwise indicated.

## CORE BUSINESS AND STRATEGY

Radient Technologies Inc. ("Radient") was initially incorporated on June 12, 2001 pursuant to the provisions of the Company Act (British Columbia), transitioned pursuant to the provisions of the Business Corporations Act (British Columbia) on July 7, 2004 and was continued under the Canada Business Corporations Act on February 3, 2010.  On May 22, 2014, pursuant to a plan of arrangement, Radient amalgamated with Madison Capital Corporation, a Capital Pool Company ("CPC") as defined pursuant to Policy 2.4 of the TSX Venture Exchange, incorporated pursuant to the provisions of the Alberta Business Corporations Act ("ABCA") on June 13, 2011 and continued under the Canada Business Corporations Act on May 14, 2014, forming a new entity called "Radient Technologies Inc."  This transaction constituted the qualifying transaction of Madison in accordance with the requirements of the TSX Venture Exchange Policy 2.4 – *Capital Pool Companies*.  Radient has one wholly owned subsidiary, Radient Technologies (Cannabis) Inc. ("RTC").  Radient trades on the TSX Venture Exchange under the symbol "RTI".

Radient manufactures high-value natural ingredients for global customers in the Food and Beverage, Nutrition and Supplements, Pharmaceuticals and Active Care industries. Since the latter part of fiscal 2017, the Company has expanded its offerings to the fast-growing cannabinoids market utilizing an extraction platform to process and extract cannabinoids including cannabidiol ("CBD") and tetrahydrocannabinol ("THC") from cannabis biomass.

Using the Company's proven MAP™ technology, Radient creates these natural ingredients at lower cost, higher quality, and at greater throughput than competing methods. MAP™ is Radient's patented, core technology.  Additional details on the business and technology follows.

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 2 of 53



**Background**

Radient was founded in 2001 by Dr. Steven Splinter, its current Chief Technology Officer, and Vizon SciTec Inc. ("Vizon"), formerly BC Research Inc., to pursue commercial opportunities related to the patented platform Microwave Assisted Process natural product extraction technology for applications in the pharmaceutical, nutraceutical, food and beverage and personal care industries.

Vizon was a scientific research and development company and technology incubator located in Vancouver, British Columbia, specializing in consulting and applied research and development in the areas of plant biotechnology, health and safety, transportation, specialized chemical analysis and chemical and environmental process development. In 1999, Vizon acquired a license to MAP™ from Environment Canada giving it the right to use, market and sub-license the technology for the field of industrial-scale extraction processing of organic matter. At the time of Radient's inception, Dr. Splinter was leading Vizon's activities in chemical and environmental process development.

In 2002, concurrent with an initial seed investment from select angel investors, Radient entered into an agreement with Vizon to acquire the rights to the MAP™ license Vizon had with Environment Canada. In consideration for rights to the license, other intangible assets and a cash contribution, Radient issued common shares to Vizon and began operations in laboratory and pilot plant facilities located within an Environment Canada facility in Burlington, Ontario. Access to these facilities was provided under the terms and conditions of the original license agreement between Radient and Vizon granting a sub-license to Radient for Radient to use the MAP™ technology. In 2003, Radient raised a first round of venture capital financing, led by Foragen Technologies Limited Partnership, a Canadian life-sciences venture capital fund. Additional management and technical personnel were hired, a marketing and sales program was initiated, and proofs of concepts and pilot-scale testing of various products were undertaken for third parties, proving the broad scale applicability and scalability of the technology across various natural product classes. In 2005, Radient signed its first supply agreement with a US-based biopharmaceutical company to supply a purified pharmaceutical raw ingredient extracted and isolated from a natural plant source using the MAP™ technology for use as an intermediate to an experimental oncology drug entering clinical trials.

In 2006, Radient migrated to its own leased laboratory and pilot plant facilities in North York, Ontario and Whitby, Ontario, respectively. During this period, Radient continued to successfully commercialize its technology platform to produce the higher value, higher margin pharmaceutical intermediate, while simultaneously continuing to grow the pipeline of prospective customers and demonstrate a higher value proposition of the technology versus conventional processes. From 2003 to 2009, Radient grew revenues from nil to $1.8 million and processing demands began to exceed the capacity of its Whitby pilot plant. In 2008, therefore, the decision was made to consolidate operations and scale up production capacity to meet customer requirements and to demonstrate the technology at a meaningful industrial scale.

In 2009, Radient commissioned the design and construction of a new, demonstration-scale MAP™ extraction facility, to be based in Alberta, designed to process up to 5 tonnes of biomass material per day. Alberta was deemed to offer unique infrastructure and expertise that was of strategic interest to Radient, including access to unique bio-processing research infrastructure, proximity to biomass feedstocks of interest to Radient's strategic partners and a critical mass of research and processing expertise. Radient moved into new headquarters and laboratory space in Edmonton and began construction of the Edmonton production facility in late 2010. The Edmonton production facility, housed in a 23,000 square feet building including the 3,000 square feet expansion currently in progress, is designed to be Good Manufacturing Practises (GMP) compliant for natural health products and is now in commercial operations.

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 3 of 53



On May 22, 2014, pursuant to a plan of arrangement, Radient amalgamated with Madison Capital Corporation, a Capital Pool Company ("CPC") as defined pursuant to Policy 2.4 of the TSX Venture Exchange, incorporated pursuant to the provisions of the Alberta Business Corporations Act ("ABCA") on June 13, 2011 and continued under the Canada Business Corporations Act on May 14, 2014, forming a new entity called "Radient Technologies Inc.". This transaction constituted the qualifying transaction of Madison in accordance with the requirements of the TSX Venture Exchange Policy 2.4 – *Capital Pool Companies*. Radient trades on the TSX Venture Exchange under the symbol "RTI".

In December 2016, Radient signed a Memorandum of Understanding ("MOU") with Aurora Cannabis Inc. ("Aurora") to evaluate an exclusive partnership for the Canadian market regarding the joint development and commercialization of high quality and standardized cannabinoid extracts. In January 2017, the two companies, pursuant to the MOU, entered into a Joint Venture research agreement to confirm the effectiveness of MAP™ technology for the extraction of cannabinoids. As part of the JV, Aurora invested $2,000,000 into Radient via a convertible debenture. All or a portion of the principal amount of the debenture was convertible into units of the Company at a conversion price of $0.14 per unit, at the option of the holder, at any time prior to the maturity date of February 13, 2019. As well, the convertible debenture would automatically convert into units of the Company in certain circumstances. Each unit was comprised of one common share of the Company and one common share purchase warrant, exercisable within 24 months, for one common share of the Company at an exercise price of $0.33 per warrant. The total number of common shares that could be issued on conversion was 14,285,714 with an additional 14,285,714 that would be issued if the warrants were exercised

In February 2017, the companies announced that preliminary assessments produced encouraging results. As a result, the research collaboration was furthered to the second phase, which involved preliminary scale up activities and testing. This second phase was completed after the Company's fiscal year-end, with the results being announced on June 5, 2017. Aurora provided notice to the Company that it wished to pursue a definitive exclusive agreement.

On July 28, 2017, the convertible debenture of $2,000,000 was converted pursuant to the acceleration provisions contained therein into 14,285,714 units of the Company. These units included the issuance of 14,285,714 common shares and 14,285,714 common share purchase warrants exercisable prior to February 13, 2019 for one additional common share of the Company at an exercise price of $0.33.

During the year ended March 31, 2018, 181,707 units of the Company were issued in exchange for $91,096 of interest payments due up to the conversion date of July 28, 2017. These units included the issuance of 181,707 common shares and 181,707 common share purchase warrants exercisable prior to February 13, 2019 for one additional common share of the Company at weighted average exercise price of $0.50. Units were issued based on the closing market price of the Company's common shares on the dates the interest payments were made which is also the exercise price of the warrants.

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 4 of 53



On November 6, 2017, the Company announced that it had finalized a Master Services Agreement ("MSA") with Aurora, pursuant to which the Company has agreed to perform certain services for Aurora using its proprietary MAP™ technology, in relation to supply of standardized cannabis extracts. The agreement has an initial term of five years, with an option for Aurora to renew the agreement for an additional five years. The agreement will cover services delivered in Canada, Australia, and the European Union with Aurora having the right to negotiate with the Company to expand the jurisdictions covered. Within the covered jurisdictions, the Company will deliver its services under preferential terms to Aurora. On February 5, 2018, the Company announced it had received its Licensed Dealer status for its research laboratory which will allow it to work with controlled substances for research and development purposes. As well, the Company will be able to commence production of cannabis extracts in its manufacturing facility, as contemplated under the Aurora MSA, upon obtaining Licensed Producer or Licensed Dealer status from Health Canada expected later in calendar 2018.

The MSA includes an Investor Rights Agreement that provides Aurora with certain rights to participate in future offerings, providing Aurora with the option to expand its ownership in the Company up to 19.99%. Terry Booth, Founder and CEO of Aurora, was appointed to the board of directors of Radient pursuant to certain rights granted to Aurora under the Investor Rights Agreement.

On December 12, 2017, the Company announced that Aurora completed an additional $12 million investment in Radient. The investment was structured as follows:

- Aurora exercised all 15,856,321 common share purchase warrants previously held by Aurora for total proceeds of $5.8 million; and

- Aurora participated in a private placement with the Company. A total of 4,541,889 units were issued at $1.37 per unit for gross proceeds of $6.2 million. These units included issuance of 4,541,889 common shares and 4,541,889 common share purchase warrants with each warrant exercisable for $1.71 for a period of 24 months.

As of March 31, 2018, Aurora held 37,643,431 Common Shares and 4,541,889 common share purchase warrants of Radient representing approximately 16.77% of the issued and outstanding Common Shares and 15.55% of the issued and outstanding Common Shares on a fully-diluted basis.

Additionally, on December 11, 2017, the Company announced the signing of an MSA with Terra Life Sciences group ("TLS") pursuant to which the Company has agreed to perform certain services for TLS using its proprietary MAP™ technology, in relation to supply of standardized cannabis extracts.

On January 9, 2018, the Company announced that it had entered into a binding letter of intent with Amnor Group Inc. (previously 1396730 Alberta Ltd.), to acquire a 100% interest in 1631807 Alberta Ltd. (the "JV Company"). The Amnor Group Inc. is controlled by Harry Kaura, a director of the Company. The JV Company owns the land and building that contains the 20,000 square feet manufacturing facility in Edmonton, Canada operated by Radient. Pursuant to this transaction, Radient issued 1,246,449 Common Shares to Amnor Group Inc. as consideration for a 100% ownership in the JV Company. On May 3, 2018, the Company completed the acquisition (the "JV Transaction") of 100% interest in 1631807 Alberta Ltd.

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 5 of 53



On February 22, 2018, the Company was named to the 2018 TSX Venture 50 list of companies. The Venture 50 are the top ten companies listed on the TSX Venture Exchange in each of five major industry sectors – mining, energy & energy services, clean technology & life sciences, diversified industries and technology – based on a ranking formula with equal weighting given to return on investment, market cap growth, trading volume and analyst coverage. All data was as of December 31, 2017. Radient was ranked #1 of the 10 companies to have qualified within the diversified industries sector.

On February 26, 2018, the Company announced the signing of an MSA with Bonify pursuant to which the Company has agreed to perform certain services for Bonify using its proprietary MAP™ technology, in relation to supply a variety of cannabis extracts. The agreement has an initial term of five years, with an option for Bonify to renew the agreement for an additional five years.

On April 18, 2018, the Company, via 1631807 Alberta Ltd., entered into a real estate purchase agreement with the Amnor Group pursuant to which 1631807 Alberta Ltd. would purchase two parcels of land (the "Adjacent Lands") adjacent to Radient's production facility. The Adjacent Lands are being purchased for the future expansion of Radient's production facilities housing its unique MAP™ based extraction platform to produce high quality cannabis extracts. The acquisition of the Adjacent Lands will add approximately 80,000 sq. ft. of real estate that will complement the existing industrial scale MAP™ Facility. As consideration for the Adjacent Lands, Radient issued 1,553,190 common shares to the Amnor Group, at a price of $1.34, equivalent to $4.3 million minus the existing mortgage of $2.2 million on the closing date of the transaction. 1631807 Alberta Ltd. also secured a $5.5 million mortgage from Moskowitz Capital (the "Mortgage"). 1631807 Alberta Ltd. shall use a portion of the proceeds of the Mortgage to repay the $2.4 million mortgage from BDC Canada on the existing production facility as well as the mortgage on the Adjacent Lands on the closing of both transactions. The Mortgage has a term of 24 months with monthly interest payments calculated at the greater of 8.50% or the Bank of Nova Scotia Prime Rate plus 5.05% per annum. The Mortgage will be secured by the production facility and the Adjacent Lands. On May 3, 2018, 1631807 Alberta Ltd. completed the real estate purchase transaction.

On June 05, 2018, the Company announced that it had filed a provisional patent application with the U.S. Patent and Trademark Office (the "USPTO") for innovation related to methods for obtaining nicotine depleted tobacco, without materially altering certain desirable properties of the tobacco. The patent application provides a method to selectively extract nicotine from tobacco via Radient's continuous-flow microwave-assisted processing (MAP™) extraction technology and provides a composition of tobacco that is depleted in nicotine but retains its appearance and organoleptic properties. The invention discloses the ability of Radient's proprietary MAP™ technology to achieve nicotine depletions of over 95% across multiple cured tobacco types, leaving the reduced nicotine tobacco intact and fit for processing into cigarettes and other combustible tobacco products.

On June 12, 2018, Company announced that it had made a submission to the U.S. Food and Drug Administration (the "FDA") to consider the Company's proprietary technology as a method to reduce nicotine levels in tobacco.

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 6 of 53



On July 5, 2018, the Company entered into an underwriting agreement with a syndicate of underwriters including Canaccord Genuity Corp. (the Lead Underwriter), GMP Securities L.P. and Laurentian Bank Securities Inc. for a bought deal offering of 18,000,000 units of the Company at a price of $1.20 per unit for aggregate gross proceeds of $21,600,000.  Each unit consists of one common share and one-half of one common share purchase warrant, exercisable within two years from the closing date of the offering at a price of $1.50 per share.  Each warrant is exercisable to acquire one additional common share.  The warrants will expire within 30 days' notice to the warrant holders through a news release issued by the Company if the volume weighted average price of the Common Shares exceeds $2.25 for 20 consecutive trading days.  Further, the underwriters have been granted the option to purchase up to an additional 2,700,000 units at $1.20 per unit at any time up to 30 days from the closing date of this offering.  As compensation, the Company has agreed to pay to the underwriters a cash commission equal to 6% of the gross proceeds from this offering and will issue to the underwriters, compensation options to purchase such number of units as is equal to 6% of the aggregate number of units sold at an exercise price of $1.20 within two years of the closing date.

Concurrently with the bought deal offering announced on July 5, 2018, the Company has arranged a private placement for aggregate gross proceeds of up to $15,000,000 (12,500,000 units at $1.20 per unit).  This private placement can be increased to $25,000,000 (20,833,333 units at $1.20 per unit) with the consent of the Lead Underwriter.  Each unit consists of one common share and one-half of one common share purchase warrant.  Each warrant entitles the holder to acquire one common share at a price of $1.50 within two years from the closing date.  The expiration date can be accelerated if the Company provides the warrant holders 30 days notice should the weighted average price of the common shares exceed $2.25 for 20 consecutive trading days.  The Company will compensate eligible finders a cash commission equal to 6% of the gross proceeds raised and finder warrants equal to 6% of the number of units sold by the finder. Each finder warrant will entitle the holder to purchase one common share at a price of $1.50 within two years from the closing date.  Shares bought through private placement will be subject to a statutory hold period of four months plus one day from the closing date.

**The Technology**

Radient's MAP™ technology is based on a method of transferring energy to a material that is fundamentally different from any other conventional process. MAP™ involves the selective and localized heating of the moisture present in all-natural materials using a very familiar energy source: microwaves.  This instant volumetric heating of the biomass and solvent mixture results in a rapid buildup of pressure within cells leading to a pressure-driven enhanced mass transfer of target compounds out of the source material.  This mechanism for extraction is unique to MAP™ and results in very fast extraction rates and high extraction yield. In addition, because the microwave energy is selectively deposited in the target biomass and less so in the surrounding solvent, the mixture stays cool, leading to energy efficiency and reduced heat degradation of sensitive products.

In general, microwaves interact with materials in three ways:

1. reflective materials such as metals do not heat (i.e. they do not absorb energy, but rather reflect the energy);

2. transparent materials such as non-polar liquids do not heat or reflect, and microwaves pass right through them and are only absorbed to a small extent; and

3. absorptive materials such as water absorb microwaves and are heated.

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 7 of 53



The ease, or degree by which a particular material will absorb microwave energy is determined by the dielectric properties of the material. Microwaves do not heat by the conventional processes of convection, conduction and radiation phenomena through the external material surface but rather by direct molecular interactions with the electromagnetic field via dielectric loss. The dielectric properties of the material (i.e. dielectric constant and loss factor) determine how much of the microwave energy is absorbed and dissipated as heat. Water, in particular, is a strong absorber of microwave energy. It has a large dielectric constant, meaning it absorbs microwave energy more efficiently than the target compounds and much more efficiently than the surrounding liquid solvent. It is this ability to selectively deposit microwave energy into different parts of a complicated chemical system that is at the core of Radient's MAP™ technology.

An important element of MAP™ is that the driving force for extraction is not limited to the process of diffusion. Conventional solid-liquid extraction involves soaking, washing or contacting the solid material with usually hot (i.e. 50°C to 80°C) solvent to extract the target compounds. Extraction occurs by diffusion, meaning that the only driving force for the process is the concentration gradient of the product between the source material and the solvent. With MAP™, the microwave energy is selectively absorbed by the residual water present in the biomass. This creates a very rapid temperature increase within the biomass cells, leading to pressure build-up and, in some cases this can cause cell rupture, forcing the contents out into the surrounding cool solvent by a pressure-enhanced mass transfer. This mass transfer may be further enhanced by the fact that the thermal gradient is in the same direction as the mass transfer. In all extraction processes, mass transfer occurs from the inside of the biomass to the outside solvent. In conventional extraction, heat transfer occurs from the outside to the inside of the material. With MAP™, however, there is a volumetric in-core heating of the moisture in the biomass while the solvent remains relatively cool, leading to a heat gradient in the same direction as the mass transfer.

### *Conventional Extraction v. Microwave Assisted Extraction*

Another key aspect of MAP™ is the fact that Radient understands that it is the microwave energy density and, more specifically, the electric field strength that can be a very important factor in achieving desired results. The heating rate within the core of the biomass is directly proportional to the energy density of the applied microwave. This energy density is in turn determined by the applied power at the chosen frequency (driven by the microwave generator), by the dielectric properties of the biomass being treated and – importantly – by the electric field strength. The latter is influenced only by proper equipment (i.e. microwave cavity) design and control. Much of Radient's intellectual property is centered on the use of properly focused microwave energy having a generally uniform energy density level to achieve the desired high field control. These features are captured, for example, in Radient's proprietary large-scale continuous flow MAP™ extractor design.

Finally, a further important feature of Radient's MAP™ technology is the ability to effect precise control over extraction time and temperature, both of which greatly affect extract purity and profile. A key feature of microwaves is that they allow for instant, volumetric heating by direct molecular interactions with the electromagnetic field. Radient's continuous-flow MAP™ extractor has been designed such that the application of controlled energy-density microwaves to the continuously-flowing material enables precise control of temperature and extraction time. It also ensures that any possible effects of excessive heating can be minimized and that all material is extracted for the same time at the same temperature. This level of control is not possible to achieve at large scale with different techniques. Conventional methods, which require heating by the normal processes of convection, conduction and radiation phenomena through hot external surfaces, require significant time when applied at scale and thermal gradients are inevitable meaning certain parts of the material experiences different temperature than others at various times.

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 8 of 53



**Competitive Advantages**

When compared to competing conventional extraction methods, Radient's MAP™ platform offers some combination of the following competitive advantages:

- much faster extraction rates leading to reduced processing time, increased throughput and reduced processing and capital costs;
- efficient "single stage" extraction leading to increased overall recovery / yield of valuable active compounds and reduced solvent and energy usage;
- reduced heat degradation of sensitive molecules leading to improved products;
- improved extraction selectivity and purity leading to novel, differentiated products;
- improved solvent flexibility leading to the potential to replace solvents with more acceptable alternatives;
- ease of commercial scalability; and
- improved customer acceptance of products made through "cleaner, greener" technology

These technical improvements manifest themselves as distinct product or process advantages and create Radient's core value proposition of improving existing products, reducing costs, and enabling potential novel, differentiated products while consistently offering improved environmental benefits.  Further details with respect to each of these advantages are provided below.


By significantly reducing extraction time, often from hours to minutes, it is possible to increase throughput, thereby reducing plant time and so lowering labour and overhead costs per unit of product produced.  At the same time, the reduced plant time required for extraction opens the door to the possibility to use the freed-up plant time to perform efficient downstream purification and isolation steps that may not be economical with conventional methods.

Further, conventional diffusion-driven solvent extraction processes are slow and eventually reach an equilibrium point before full exhaustion of the active of interest from the biomass. To achieve a reasonable yield, therefore, it is usually necessary to extract in multiple "stages", often with fresh solvent in each stage, leading to high solvent usage, high energy consumption to recover the large amount of solvent from the product, and reduced purity of the active of interest in the final extract. With MAP™, on the other hand, the pressure-driven mass transfer is not as influenced by the equilibrium state. Mass transfer continues as long as energy is applied and so it is often possible to achieve efficient, full extraction in a single stage, leading to reduced solvent and energy usage and better crude extract properties.

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 9 of 53



With MAP™, the microwave energy is selectively deposited in the core of the biomass while the surrounding solvent absorbs less energy and remains relatively cool. Because of this, thermally unstable compounds spend only a brief time at elevated temperature and so, in some cases, less degradation is observed, and higher purity final products can be prepared. Similarly, with MAP™, there are more processing variables available to manipulate. In addition to solvent composition, temperature and extraction time, the applied microwave energy and power density, microwave duration and post-microwave diffusional mixing can be varied to, in some cases, achieve more selective extractions leading to different product profiles. In addition, because the extraction step is fast and efficient, alternative processing schemes can be devised, for example extracting a first in one solvent system to first recover compounds of a particular chemical property – or remove unwanted impurities - and then re-extracting the first-extracted biomass in a different solvent system to recover additional valuable compounds, often at a higher purity. Such a scheme is often not economically feasible when the extraction step is long and inefficient.

In any extraction method, the selection of the solvent to be used in the process can be an important factor in the success of the process. With MAP™, however, there is more flexibility and much greater opportunity to effect improved extraction results by proper solvent selection than with any other conventional extraction process. In both conventional and MAP™ processing, the solvent selection depends on the solubility of the compounds of interest along with other properties such as solvent penetration into and its interaction with the biomass. With MAP™, another important aspect not relevant to conventional extraction is the ability of the solvent to absorb and dissipate the microwave energy. The capacity of the solvent to absorb microwave energy is related to its dielectric properties (dielectric constant and dielectric loss). In general, low polarity solvents such as hexane are almost completely transparent to microwave energy while higher polarity solvents such as ethanol can absorb and dissipate more. In this context, there is an opportunity to be more flexible than conventional processes by understanding the impact of dielectric properties on the microwave interaction and using this to advantage. For example, the dielectric properties can be modified when combining different solvents (allowing for varying solvent selectivity for different compounds) or additions of small amounts of water or even salts to the mixture to increase heating rates. These properties can therefore often be manipulated to achieve different results than are possible with conventional processes.

The MAP™ process is also easily scalable to industrial-relevant production requirements. Because the extraction rates are fast, the equipment can be relatively small and therefore capital costs can be relatively low. Further, Radient's industrial-scale extractor is a continuous flow extractor which comes with several benefits. First, this design allows for increased flexibility with respect to operation. The contact time between the biomass and solvent before, during and after microwave treatment can be adjusted much more easily and it is possible to precisely control biomass residence time in the microwave zone and – if desired – separate the biomass from the solvent very quickly after treatment or continue contact for any length of time at any temperature, depending on the desired outcome. Finally, this approach lends itself well to scale-up. The continuous flow approach eliminates the requirement for having geometric similarity between scales (i.e. the equipment shape, and dimensions do not have to scale proportionately). Classically, even geometric similarity does not ensure thermal similarity in scaled systems – for example, heat transfer is an interface-controlled process and so the surface area relative to the volume is critical. As volumetric scale increases, the area relative to the volume decreases and the overall efficiency of heat transfer can decline considerably. There is no thermal inertia with microwaves, on the other hand. Since penetration depth is not an issue with the continuous flow design, the energy is deposited uniformly throughout the mixture resulting in rapid energy transfer and direct "in-core" dielectric heating – hence the thermal inertia inherent to classical methods is not an issue.

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 10 of 53



Finally, the Radient Solution is firmly aligned with the principles of "green chemistry", which is concerned with developing processes and products to reduce or eliminate hazardous substances. One of the goals of green chemistry is to prevent pollution at its source, as opposed to dealing with pollution after it has occurred. Radient's proprietary extraction technology allows for more efficient extraction of starting raw materials, lower temperature processing, the use of more benign solvents and lesser quantities of solvent and energy.

**Lines of Business**

Since its inception, Radient has completed numerous technical assessments and has proven the effectiveness of MAP™ for a broad range of biomass inputs, including plants (seeds, leaves, stems, roots) and single-cell biomasses (algae, fungi) using widely varying solvent systems and for all commercially-relevant classes of natural products, including lipids, glycosides, alkaloids, phenolics, terpenes and proteins. The majority of this work has been supported and paid for by industrial clients using customer-sourced biomass and seeking to achieve commercially relevant product and processing technical goals.

Scalability has been demonstrated by continuous processing at the Edmonton production facility, which has provided final validation for operating MAP™ at a scale appropriate to capture immediate value for partners. Further, the Edmonton production facility was originally designed to handle up to 5 tonnes per day of input biomass. The facility's current capacity is between 1 and 2.5 tonnes per day depending on the type of biomass with the ability to increase to design capacity should business activity warrant. To increase capacity to design capacity, the most significant requirement would be to add additional utilities (chilling and steam). The cost of this upgrade is currently estimated to be approximately $1-1.5 million however there are no plans to undertake an upgrade of this nature at that this time.

The Company, to facilitate its initial cannabis extraction and oil production, began a $7 million expansion of the facility to 1) provide dedicated cannabinoid extraction capacity over and above existing plant capacity as noted above and 2) to provide this capacity in an ACMPR compliant manner including all appropriate security measures. Construction began on this expansion in fiscal Q3 2018 and is substantially complete as at the date of this MD&A. Installation of production equipment and related testing along with the Company's submission of its confirmation of readiness for its ACMPR license are scheduled to occur in fiscal Q2 2019.

The actual cost of the expansion exceeded the initial estimates released by the Company: (i) on August 28, 2017 in connection with the Company's June 30, 2017 quarterly results ($1.5 to 2 million) and (ii) on November 28, 2017 in connection with the Company's September 30, 2017 quarterly results ($3.5 to 4 million). The estimate released by the Company on August 28, 2017 assumed that the Edmonton Manufacturing Facility would have security upgrades across the entire facility. However, as the project developed, the Company determined that modification of equipment would also be required (resulting in the $3.5 to 4 million estimate). Finally, the Company determined that in order to properly address issues of cross contamination of products and to comply with GMP standards, a 3,000 square foot addition to the building would be required, resulting in the final cost of approximately $7 million.

MAP™ has been demonstrated to be an effective extraction technology for a broad range of biomasses. Many industries such as the pharmaceutical, nutraceutical, food, beverage and personal care industries use extracts from natural materials. These industries rely on several different extraction technologies including conventional solvent and super-critical $CO_2$ methods. The Company's MAP™ technology has been successfully demonstrated as a suitable replacement for these technologies across multiple industries.

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 11 of 53

 RADIENT

A discussion of the Company's two lines of business follows.

***1. Health and Wellness***

Radient can manufacture high-value natural ingredients for global customers in the Food and Beverage, Nutrition and Supplements, Pharmaceuticals and Active Care industries. Radient uniquely combines its patented MAP™ technology with considerable know-how and expertise in downstream purification and isolation of natural products. The Company's Edmonton facility has been designed so that it can process materials for each of these industries. The Edmonton facility is a GMP facility and has its Health Canada Natural and Non-prescription Product Directorate ("NNHPD") site license. This designation allows the Company to manufacture natural health products pursuant to Health Canada's regulations.

In certain situations where clients have manufacturing requirements in excess of the capacity of the Edmonton facility or in situations where the client manufactures its own extracts but requires the benefits of MAP™ technology, the Company will consider a licensing arrangement.

Radient is executing a three-pronged commercialization strategy to best align its resources and skills with market opportunities:

- *Industrial-Scale Extraction*: Radient is leveraging its know-how and infrastructure to produce higher value, higher margin products on behalf of its customers. This also serves to validate and prove to a wider audience the value proposition inherent in the "Radient Solution". The "Radient Solution" is a combination of Radient's MAP™ based extraction process and Radient's substantial expertise in the critical downstream processing areas of purification and isolation.

- *Licensing*: Radient will encourage select customers to incorporate all or part of the Radient Solution in their in-house or supplier's extraction facilities to enhance productivity or efficiency of such plants.

- *Proprietary ('Captive') Products*: Radient is also evaluating select applications where Radient is developing captive products distributed through partners/distributors to capture a larger portion of the value chain. Radient will seek to secure a proprietary position where appropriate on such products, typically through process patents.

Radient is building its customer pipeline. Radient's expanding business development and sales efforts are designed to specifically target high-value sustainable markets and customers. Radient recognizes that potential customers want to fully validate the MAP™ technology before finalizing purchasing or manufacturing decisions. For this reason, Radient has designed and has started the implementation of a partnership development program that is intended to incrementally establish the feasibility and the industrial application of MAP™ for a specific client requirement through a three-stage program:

- *Stage 1 Technical Assessment*: Demonstrates lab-scale proof-of-concept to client-defined product specifications;

- *Stage 2 Scale-up / Process Development*: Demonstrates scalability and optimization via larger scale pilot testing and technology transfer from pilot to commercial production; and

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 12 of 53



- *Stage 3 Partnership*: Develops commercialization steps for preferential supply agreement, or licensing agreement.

Each step of the process results in a separate agreement with the client and is revenue generating for the Company with levels increasing as a candidate advances. The process builds on each stage and there is no guarantee that a client, even with successful results, will move its candidate to the next level.

Projects undertaken recently by the Company include:

1. The Company is currently manufacturing multiple personal care ingredients for a large multi-national fragrance and flavouring company. The Company expects to increase the number of ingredients manufactured for this client during fiscal 2019 and beyond and has adequate capital and sufficient plant capacity to meet the production requirements for its existing clients. The Company is also pursuing a number of early stage opportunities which it expects to be conducting, at a minimum, Stage 1 studies during the current fiscal year.

2. A large multi-national personal care company – The Company has signed a technical agreement with this client. The key term of the agreement was to extract a product that assists in alleviating insomnia. The Company has completed the technical assessment on this product and is waiting for feedback from the client. The next phase of this project would be to scale up the product at Radient's facility to validate the process. The Company anticipates that the client will be able to move to the next phase during the current fiscal year. If the initial project is successful, the client has identified a number of additional products that could be developed at the Company.

3. Mid-size US food ingredients company – The Company has signed Joint Development Agreement with this client; the research programme encompasses a number of projects the client has identified. The projects include enhancing the client's core offering as well expanding the client's specialty ingredients business. The initial project has been identified and the technical assessment framework is being finalized. Additional projects will be added as the biomass becomes available in the new growing season.

4. Small US specialty health ingredients company – This project was completed in the second half of 2017. Key terms for this project was to concentrate a proprietary extract from a certain biomass as the client has no volume manufacturing capability. Two rounds of concentrations have been completed to date. The client is conducting research on the product the Company provided. Further revenue on this project is not anticipated until fiscal 2019.

5. Small Canadian specialty cosmetics company – The Company began working with this client in the second half of 2017. The key term for this project was to develop a proprietary extract from a certain plant as the client has no extraction capability. Work completed to date included (a) technical assessment and (b) scale and (c) first commercial run at the end of 2017. The Company does not anticipate additional manufacturing revenues from this project until fiscal 2019.

The Company currently has adequate capital and sufficient plant capacity to meet the production requirements for its existing clients. The Company plans to actively recruit highly qualified personal ("HQP) from across North America to meet requirements from a process and quality perspective to execute on such opportunities.

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 13 of 53



The Company, to fully take advantage of its ability to market its proprietary Health and Wellness products, along with the manufacture of certain Health and Wellness client ingredients, will require certain additional production equipment. To pursue these opportunities, the Company would require a capital outlay (including installation) of approximately $2.0 million for certain drying equipment. This equipment has long-lead times for ordering and the Company expects that it would take approximately 12 months for the equipment to be ordered, designed, built and installed should the Company decide to acquire this equipment. Installation of the equipment is not expected to have a material disruption on current activities. This upgrade is not included in the current plant expansion and is not planned as part of the Company's immediate capital expansion strategy.

## 2. *Cannabinoids Extraction*

In November 2016, the Company announced its intention to develop a line of business to address the fast-growing cannabinoids market.

Whilst cannabis has been approved only for medical purposes at this time, the Canadian cannabis industry has shown significant growth. Health Canada reports that sales of dry cannabis products increased 11.7% to 16.9 tonnes from June 30, 2017 to December 31, 2017. Further, cannabis oil sales have grown 43.7% to 17.8 tonnes for the same period. Health Canada also reports that registered patients have increased 34% from approximately 201,000 at June 30, 2017 to approximately 269,000 as at December 31, 2017.

The Cannabis industry currently favours the use of super critical $CO_2$ extraction to perform cannabinoids extraction. Extraction units in a typical 80-120L vessel configuration can handle up to 40kg of dry biomass and take approximately 6 hours to run a batch followed by a lengthy refining process. For companies using super critical $CO_2$, to extract at higher levels, they will require several of these units to be able to produce at industrial scale.

Moreover, for those companies looking to extract cannabinoids from hemp specifically, their volume requirements will be difficult to meet by using super critical $CO_2$ extraction. This is because the cannabinoids in hemp are present at substantially lower levels than marijuana and, as such, super critical $CO_2$ extraction processes are likely not to be economically used to achieve the levels of production that many hemp producers require. These producers require high throughput extraction to process the volume of materials required to meet their needs.

Radient believes it is well positioned to deal with a key concern of the cannabis industry, the industrial scale production of cannabinoid extracts. This is due to the fact that a number of licensed producers have announced or are already building much larger production facilities. The current form of super critical $CO_2$ equipment will be challenged to meet these increased production levels.

Radient possesses extraction technology at its Edmonton plant that has been designed to handle input of 5,000 kgs of material per day. Radient has proven this technology, at this rate, on a number of different biomasses and believes that its know-how and proprietary equipment can be used successfully in the extraction of cannabinoids. Radient anticipates using its MAP™ technology to extract cannabinoids with higher efficiency and at a high purity level from both marijuana and hemp whilst meeting the strict Quality Assurance standards of the industry as the regulatory environment changes.

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 14 of 53



Compared to conventional extraction technologies, Radient believes it is capable of extracting cannabinoids with a higher efficiency, and to develop standardized extracts with specific concentrations of cannabinoids of interest to the therapeutic industry. Further, Radient's industrial-scale GMP extraction facility is an important resource to the industry in meeting the necessary capacity to meet demand. In addition to large-scale capacity, Radient's MAP™ technology, based on the Company's past extraction activities, typically allows for:

- precise control of temperature;
- control of extraction time of continuously flowing material; and
- retained terpene profiles.

Control of these parameters typically allows for a high-quality product and a broader extract profile. Conventional methods existing in the Cannabis industry today do not allow for precise control at larger scales of production.

Furthering the Company's initiative in the Cannabinoid industry, the Company signed, in December 2016, a Memorandum of Understanding ("MOU") with Aurora to evaluate Radient's MAP™ for purposes of an exclusive collaboration for the Canadian market regarding the joint development and commercialization of high quality and standardized cannabinoid extracts. The terms of the MOU provided for a technical assessment to be performed pursuant to a Joint Venture research agreement. Research was started, in qualified third-party laboratories, in January 2017. Results of the research program were announced on June 5, 2017.

Aurora is one of the largest licensed producers of medical cannabis under Health Canada's Access to Cannabis for Medical Purposes Regulations ("ACMPR") and is currently building a "state of the art" 800,000 square foot greenhouse facility, known as Aurora Sky, in the Edmonton region. Aurora has announced that Aurora Sky has the design production capacity of 100,000kgs of dried material annually. Aurora is a Radient shareholder following their participation as a lead investor in successive financings in December 2016, March 2017 and December 2017. As of March 31, 2018, Aurora held 37,643,431 common shares and 4,541,889 common share purchase warrants of Radient representing approximately 16.77% of the issued and outstanding common shares, and 15.55% of the issued and outstanding common shares on a fully-diluted basis.

Since the signing of the joint venture research agreement, Radient and Aurora have commissioned technical assessments to evaluate the applicability of Radient's proprietary technology for the extraction of cannabinoids from cannabis, the establishment of parameters of extraction yields, recovery rates of available cannabinoids, purity of the extracts obtained, and the determination of cannabinoids and terpene profiles. In addition, the technical assessment evaluated an assessment of potential processing throughput achievable using Radient's continuous-flow MAP™ extractor. The results of the studies were validated by a cannabis industry qualified third-party laboratory. The results of the research, found to be encouraging by both parties, were announced on June 5, 2017 and included the following points:

- MAP™ has the potential to deliver high quality and broad extraction profiles, all while reducing extraction times from several hours to minutes;

- While conventional processes allowed for extraction efficiencies of approximately 80%, MAP™ has the potential for efficiencies in excess of 95%;

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 15 of 53



- High throughputs of up to 1,500 kg/day are potentially possible; and

- Extraction profiles indicated near full retention of cannabinoid and terpene profiles unlike other technologies.

As a result of the success shown through the research program, on November 6, 2017, the Company announced that it had finalized an MSA with Aurora which also includes an Investor Rights Agreement (as previously described in the "Core Business and Strategy - Background" section of this MD&A).

It is anticipated that Radient will be extracting cannabis oil from certain of Aurora's dried cannabis. Timing of the production of cannabinoid oils is tied to the following:

- $1^{st} - 3^{rd}$ Quarter (Calendar), 2018: Enhancements to Edmonton Facility. The Company has installed enhanced security systems including significant video storage capabilities and a storage vault. The Company was also required to modify certain production equipment to handle the biomass. When complete, these enhancements, as well as additional equipment required to support the initiative will approximate $7.0 million. Certain of the equipment has long lead times (up to 8 months) with orders currently in progress. Radient has sufficient working capital to fund these enhancements as well as the capital expenditures. As of the date of this MD&A, the construction work is substantially complete, and the placement and validation of production equipment has commenced.

- 3rd - 4th Quarter (Calendar), 2018: Expected Receipt of ACMPR License to Produce Cannabis Extracts. Radient has filed its license to produce under Health Canada's ACMPR. The license was applied for during February 2017. The next step in the licencing process for the Company is to submit a Confirmation of Readiness, in which Radient provides evidence to demonstrate that the security and Good Production Practices features of the building are operational. The evidence for this report is dependent on the completion of plant expansion construction. Once this submission occurs, which is expected in calendar Q3 2018, Health Canada will issue the license to produce.

- 3rd - 4th Quarter (Calendar) 2018: Commissioning of Aurora Sky. The Company anticipates receiving harvested cannabis for extraction from the Aurora Sky facility.

With one of the world's largest cannabis cultivators as a cornerstone customer and with its capabilities validated, Radient has an industrial-scale, cost-efficient extraction platform that it believes is unique within the cannabis industry globally. As licensed producers across Canada announce large cultivation facility expansions, and as more countries legalize cannabis for medical and adult use, Radient expects that its global growth opportunities will be significant. Moreover, Radient expects hemp cultivators, importers, and brands extracting cannabinoids from hemp specifically to find difficulty processing with supercritical $CO_2$ extraction, the incumbent commercial-scale extraction method for hemp currently. This is due to the fact that the cannabinoids in hemp are present at substantially lower levels than in marijuana and, as such, Radient expects supercritical $CO_2$ extraction processes to be challenged in scaling to levels that large hemp producers require. This too presents a global opportunity for Radient.

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 16 of 53



The Company has adequate production capacity, personnel (assuming current pace of activity) and capital resources to implement its entry into the Cannabis industry. The Company, if granted an ACMPR license, does not intend to establish its own growing operation. Rather, Radient intends to focus on the extraction of cannabinoids and the downstream refining and formulation of cannabinoid products. The Company expects that its Edmonton facility, following proper Good Manufacturing Practices ("GMP") and procedures, can be used to produce cannabis and non-cannabis extracts.

**Regulatory Considerations**

1. **Canadian Requirements**

*Expected Legalization of Cannabis in Canada*

On April 13, 2017, the federal government of Canada introduced before parliament Bill C-45 an Act respecting cannabis and to amend the Controlled Drugs and Substances Act, the Criminal Code and Other Acts (the "Cannabis Act"), the draft legislation setting out the regulatory framework for legalization of cannabis. Under the proposed Cannabis Act, the federal government would be responsible for regulating cannabis production. Cannabis and its derivatives would be removed from Schedule II of the Controlled Drugs and Substances Act("CDSA") and instead be subject to the new act and relevant regulations.

On October 3, 2017, the Parliamentary Standing Committee on Health adopted amendments to the Cannabis Act including, amongst other things, an amendment that would permit legal cannabis edibles and concentrates to be sold, to come into force no later than twelve months after the Cannabis Act comes into force. Moreover, in accordance with the Access to Cannabis for Medical Purposes Regulations ("ACMPR") and the Industrial Hemp Regulations ("IHR"), the Cannabis Act and pending regulations also provide for licences and permits for the import or export of cannabis for medical or scientific purposes and for industrial hemp.

On June 19, 2018, Prime Minister Justin Trudeau announced that the Cannabis Act and its regulations will come into force in Canada on October 17, 2018 to provide the provinces time to prepare for retail sales. At that time, the ACMPR and the current IHR will be repealed under the CDSA, and certain regulations under the Food and Drugs Act also will be amended, including the Cannabis Exemption (Food and Drugs Act) Regulations and the Natural Health Products Regulations. The Cannabis Act passed its final legislative step and received Royal Assent on June 21, 2018. Until the Cannabis Act is in force, existing laws remain in place and the provisions discussed below are subject to change.

While the Cannabis Act provides for the regulation of the commercial production and related matters of legal cannabis by the federal government, the provinces and territories of Canada have the authority to regulate other aspects of cannabis for adult use (similar to what is currently the case for liquor and tobacco products), such as sale and distribution, minimum age requirements, places where cannabis can be consumed, and a range of other matters. The governments of all the provinces and territories of Canada have announced regulatory regimes for the distribution and sale of legal cannabis within their jurisdictions, which to date, have all received Royal Assent, except for Nunavut and Prince Edward Island.

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 17 of 53



On June 27, 2018 the Cannabis Regulations and the Industrial Hemp Regulations (collectively, the "Regulations") were introduced by the Government of Canada. The Regulations outline the rules for the legal cultivation, processing, research, testing, distribution, sale, importation and exportation of cannabis and hemp in Canada, and set standards for cannabis and hemp products that will be available for legal sale once the Cannabis Act comes into force in October 2018.

Under the new Industrial Hemp Regulations, a number of requirements applicable under the ACMPR regime have been eliminated, including criminal record checks for applicants, requirements for secured storage, and the need for third-party sampling for testing. Furthermore, licensed cultivators will be able to sell the flowering heads, leaves, and branches of hemp plants to licensed processors for the purpose of extracting cannabidiol. The Company expects these changes will stimulate larger harvests of hemp.

The Company expects that it will receive a Producer's Licence and a Dealer's Licence for its Edmonton Manufacturing Facility before the Cannabis Act comes into force on October 17, 2018. The Company believes that these licences will allow the Company to legally process and develop cannabis products at its manufacturing facility and additionally, after the Cannabis Act comes into force, to legally process and develop hemp products.

There is no guarantee that the Company will obtain the Dealer License or the Producer's License at its Edmonton Manufacturing Facility or that any of the federal or provincial frameworks which have been announced prior to the date of this MD&A supporting the legalization of cannabis in Canada will be implemented as currently announced. See "Risk Factors – Cannabis Industry".

*Licenses*

To be able to extract cannabinoids and conduct research related activities in Canada, the Company is required to have its Office of Controlled Substances Dealers License (for its research and development laboratory) and its ACMPR license to produce. The Company has submitted its license applications. Below is a discussion of requirements to obtain each license and the stage that the Company is at.

Office of Controlled Substances Dealer's License

As per Health Canada's website:

"The Office of Controlled Substances (OCS) works to ensure that drugs and controlled substances are not diverted for illegal use. This involves developing legislation, regulations, policies and operations that support the control of illicit drugs and other substances.

Activities in this area include:

- licencing manufacturers and distributors of drugs and controlled substances and issuing import/export permits when necessary, to manage and track the movement of drugs and controlled substances across the Canadian border;

- authorizing the disposal of illegal drugs that have been discovered or seized;

- licencing individuals and companies to undertake activities under the *Industrial Hemp Regulations*;

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 18 of 53



- managing an exemption process that allows individuals with legitimate scientific or medical reasons to possess a controlled substance; and

- working with other groups such as the law enforcement community to address compliance issues.

The *Controlled Drugs and Substances Act* (CDSA) prohibit certain activities with controlled substances – including possession, trafficking, importation, exportation and production – except as authorized by regulations. The *Benzodiazepines and Other Targeted Substances Regulations*, *Narcotic Control Regulations*, Part G of the *Food and Drug Regulations*, and Part J of the *Food and Drug Regulations* are regulations under the CDSA, which set out detailed requirements for persons involved in carrying out activities with controlled substances, including the requirement to seek and obtain a new controlled substances licence before conducting certain activities. The licence authorizes the person to conduct the activities specified by the licence."

To apply for a new dealer's licence for controlled substances, Companies applying are required to submit a completed application and supporting documentation to the OCS.   The OCS then screens the applications for completeness, and incomplete applications may be returned. Once an application is deemed complete, it is reviewed in detail and a Begin Construction Notice is issued.  Once facility security is complete, an inspection is completed, and a licence is issued, or the application is refused.

**Radient, in December 2016, applied, for a Dealer's License for its research laboratory, to work with controlled substances for research and development and on February 2, 2018, this Dealer's License was granted.**

**In July 2017, Radient applied for a Dealer's License for its manufacturing facility.  This license would be in addition to the ACMPR license previously applied for and would provide the Company with additional flexibility for its cannabis activities including the export of cannabis oil.  A Begin Construction Notice was received on February 28, 2018 following the submission of an updated security plan.  Once construction is complete, a confirmation of the security features will be submitted, and an inspection will be scheduled.**

<u>ACMPR License</u>

Per Health Canada's website: "effective May 25, 2017, the application process for becoming a licensed producer of cannabis for medical purposes is as follows:

1. Intake and Initial Screening
2. Detailed Review and Initiation of Security Clearance Process
3. Issuance of Licence to Produce
4. Introductory Inspection (as cultivation begins)
5. Pre-Sales Inspection
6. Issuance of Licence to Sell

Licences are only issued once it has been determined that all information submitted demonstrates compliance with the Access to Cannabis for Medical Purposes Regulations (ACMPR) and the facility has been built. Each application undergoes a detailed assessment and review, including in-depth security checks undertaken by the RCMP."

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 19 of 53



**The Company submitted its ACMPR application in February 2017 and is currently in stage 2 of the application process. The company received confirmation in May 2018 that the application was in active review.**

According to Health Canada's website, the following is a description of activities conducted during stage 2:

"All information submitted to Health Canada, and any other relevant information, is reviewed to:

- complete the assessment of the application to ensure that it meets the requirements of the Regulations;
- establish that the issuance of the licence is not likely to create risks to public health, safety or security, including the risk of cannabis being diverted to an illicit market or use; and
- establish that there are no other grounds for refusing the application.

An application will be thoroughly reviewed to ensure that the level of detail included in the application is sufficient to assess the requirements of the ACMPR and validate the information provided. Consideration is also given to the proposed security measures including those required by Subdivision C of the ACMPR and the description of the storage area for cannabis as required by the Security Directive; the credentials of the proposed quality assurance person to meet the good production requirements outlined in Subdivision D of the ACMPR and the details listed in the quality assurance report relating to premises, equipment and sanitation program. Physical security plans will be reviewed and assessed in detail at this stage.

While the application is in the Detailed Review stage, the security clearance forms for key personnel will be sent for processing.

Once Health Canada confirms that the requirements of the ACMPR have been met, and the application successfully completes the Detailed Review and Security Clearance stage, a licence to produce will be issued."

**The company has communicated anticipated construction completion timelines to Health Canada as well as timelines for the submission of the Confirmation of Readiness. The timeline for review of the submission will be dependent on Health Canada and the number of submissions that they would have in progress.**

*Canadian Securities Regulatory Update Regarding U.S. Cannabis Activities*

Currently, certain U.S. states permit the use and sale of marijuana within state specific regulatory frameworks notwithstanding that marijuana continues to be listed as a controlled substance under U.S. federal law. This clearly creates a conflict between state and federal law where at present the U.S. Department of Justice has communicated that it will generally not enforce federal prohibitions on U.S. states that have authorized this conduct if the state has implemented a strong and effective regulatory program. As this federal guidance is subject to change, rescission or alteration, risk and uncertainty would exist for any issuer undertaking U.S. marijuana-related activities with consequences being potentially material and pervasive.

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 20 of 53



On October 16, 2017, the Canadian Securities Administrators, through Staff Notice 51-352 *Issuers with U.S. Marijuana-Related Activities* announced specific disclosure expectations of issuers that currently have, or are in the process of developing, marijuana-related activities in the U.S. states where such activity has been authorized within a state's regulatory framework.

Further, the TSX published bulletin 2017-0009 with respect to Sections 306 and 325 *Minimum Listing Requirements and Management* and Part VII *Halting of Trading, Suspension and Delisting of Securities* (collectively, the "Requirements") to provide clarity regarding the application of the Requirements to applicants and listed issuers in the marijuana sector. Although the TSX acknowledges the current state/federal circumstances and the guidance concerning enforcement of the provisions, it concludes that the guidance does not have force of law and can be revoked or amended at any time. As a result, the TSX has stated that issuers with ongoing marijuana-related business activities in the U.S. are not complying with the Requirements of the TSX Company Manual.

**At present, Radient is not conducting any U.S. cannabis related activities and further, has no plans to do so. As a result, the Company is in full compliance with the Canadian regulatory requirements.**

### 2. EU Requirements

Manufacturers, importers and distributors of medicines in the EU must be licensed before they can carry out those activities. Manufacturers listed in the application of a medicine to be marketed in the EU are inspected by an EU competent authority. If the medicinal product is imported from a third country, the application should also include information on GMP inspections of the manufacturing site(s) concerned carried out in the last 2-3 years by European Economic Area (EEA) competent authorities and/or by competent authorities of countries where a Mutual Recognition Agreement (MRA) is in operation. Obtaining a favorable GMP compliance inspection result from an EU competent authority against the European Union GMP requirements will allow product manufactured at Radient to be sold in Europe. Radient is currently working with a consultant in Germany to provide guidance for EU GMP compliance and the application for a final inspection process.

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 21 of 53



**Patents, Patent Applications and Registered Trade-Marks**

A summary of Radient's patents, patent applications and registered trade-marks is as follows:

| Title | Jurisdiction | Status | Number | Expiry Date |
|---|---|---|---|---|
| *Patents and Trade-Marks* | | | | |
| Controlled energy density microwave assisted processes | USA | Granted | 6061926 | Nov 2018 |
| Controlled energy density microwave assisted processes | Canada | Granted | 2287841 | Nov 2019 |
| Methods for making Cyclopamine | Canada | Granted | 2727986 | July 2029 |
| Methods for making Cyclopamine | USA | Granted | 9000168 | July 2029 |
| Trade-mark | Canada | Registered | 933950 | N/A |
| Trade-mark | France | Registered | 94/512023 | N/A |
| Trade-mark | Italy | Registered | 0001601704 | N/A |
| Trade-mark | USA | Registered | 2012278 | N/A |
| Trade-mark | Canada | Application | 1861307 | N/A |
| Trade-mark | Canada | Application | 1868465 | N/A |
| | | | | |
| *Patent Applications* | | | | |
| Method for direct extraction and concentration of naturally-derived active compounds | Canada | Application | 2780578 | N/A |
| Process for reducing nicotine in tobacco biomass and tobacco composition | Canada | Application | 62/678704 | N/A |

Radient negotiated the right to purchase the MAP™ patents US 6061926 and CA 2287841 from the Government of Canada, and as of May 1, 2014 has completed the purchase of these patents. These patents expire in November 2018 and November 2019, respectively. Radient does not believe that the expiration of these patents will negatively impact the Company's business as the claims for these patents do not specifically include the specifics of how Radient implements the MAP™ technology. The Company has spent over 15 years innovating MAP™ and MAP™-based processes for the extraction and processing of natural ingredients and has developed significant know-how and trade secrets in applying the technology at commercially-relevant scales. Radient has proprietary know-how and domain expertise, including a rigorous documented trade secret program. In addition, Radient has identified a number of invention disclosures that have been filed as provisional patent applications. Finally, Radient engaged a world-class intellectual property and innovation consulting firm to help strategically enhance the Company's intellectual property portfolio and install processes to manage and protect the intellectual property which supports Radient's competitive advantage.

**Corporate Structure**

The head office of Radient is located at 8223 Roper Road NW, Edmonton, Alberta, T6E 6S4 and the registered and records office is located at 2900 – 550 Burrard Street, Vancouver, British Columbia, V6C 0A3. Radient also operates a production facility located at 4035 - 101 St NW, Edmonton, Alberta, T6E 0A4.

As at March 31, 2018, Radient owned a 50% interest in 1631807 Alberta Ltd., a corporation duly incorporated under the ABCA, which is the owner and landlord of real estate relating to the Edmonton production facility.

On January 9, 2018, the Company announced that it had entered into a binding letter of intent with Amnor Group Inc., a company controlled by one of the directors of the Company, to acquire a 100% interest in 1631807 Alberta Ltd. (the "JV"). The JV owns the land and building that contains the 20,000 square foot manufacturing facility in Edmonton, Canada operated by Radient. Pursuant to this transaction, the

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 22 of 53



Company has issued 1,246,449 common shares, at a price of $1.40 to Amnor Group Inc. as consideration for a 100% ownership in the JV.  This transaction was completed on May 3, 2018.

Radient also owns 100% of RTC which was incorporated on February 20, 2018.  It is intended that RTC will hold certain of the Company's Canadian cannabis related licenses when granted by Health Canada.

## RESULTS OF OPERATIONS

### Annual Highlights

|  | Year ended March 31, 2018 | Year ended March 31, 2017 | Year ended March 31, 2016 |
|---|---|---|---|
| Revenues | $ 455,827 | $ 293,447 | $ 626,457 |
| Loss before other income and expenses | (7,897,461) | (4,352,900) | (4,035,600) |
| Loss per share, before other income and expenses (basic and diluted) | (0.04) | (0.05) | (0.08) |
| Net loss and comprehensive loss | (14,048,317) | (4,316,270) | (4,366,665) |
| Net loss per share (basic and diluted) | (0.07) | (0.05) | (0.09) |
| Cash used in operating activities | (8,291,603) | (5,062,554) | (1,510,312) |
| Cash provided by financing activities | 23,320,870 | 13,542,851 | 1,625,394 |
| Cash (used in) provided by investing activities | (1,681,710) | (397,566) | 308,492 |
| Total assets | 30,012,654 | 15,107,628 | 5,233,606 |
| Working capital ¹ | 22,029,885 | 6,723,110 | (3,982,244) |
| Total non-current liabilities | $ 2,124,160 | $ 6,597,174 | $ 6,718,530 |
| Weighted average number of common shares outstanding | 188,638,932 | 85,862,057 | 49,327,549 |

Notes:
1. Working capital is a non-IFRS term defined as current assets less current liabilities.

At the end of March 31, 2016, the Company was in a working capital shortfall position.  Due to the severe working capital shortage during this period the Company took the measure of idling the plant to preserve working capital.  This resulted in minimal staffing, reduced utilities and other related operating costs. The Company was able to secure modest amounts of working capital in August 2016 which allowed a restart of plant operations in September.  Additionally, the restart was tied to entering into the first (of a number) of manufacturing contracts with a personal care ingredients client which were delivered in the second half of the 2017 fiscal year.

During the year ended March 31, 2017 the Company completed four private placements that raised gross proceeds of $14.2 million as well as the placement of a convertible debenture with Aurora for gross proceeds of $2.0 million.  These additional funds resulted in a working capital surplus at March 31, 2017 of $6,723,110 in comparison to a working capital deficiency of $3,982,244 at March 31, 2016. The working capital surplus was used to fund operations including the restart of the Company's plant in September 2016.

Fiscal 2018 found the Company preparing and positioning itself for expected growth in fiscal 2019 and beyond.  The following highlights key activities, milestones and initiatives undertaken in the year ended March 31, 2018:

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 23 of 53

 **RADIENT**

***Significant Milestones and Initiatives***

- ➢ In February 2018, the Company was named to the 2018 TSX Venture top 50, ranked #1 within the diversified industries sector.
- ➢ The Company initiated a $7 million expansion of its Edmonton manufacturing facility to facilitate the set up of a dedicated cannabis oil production line. This included the retrofit of a portion of the existing facility along with the construction of a new addition to the facility adding approximately 3,000 square feet. The expansion also includes the acquisition of separate, dedicated production equipment along with security enhancements designed to meet all ACMPR requirements. At July 10, 2018, approximately $3.5 million of costs were incurred.

***Cannabinoids Extraction***

- ➢ In January 2017, the Company entered into a Joint Venture Research Agreement with Aurora to initiate the evaluation work pursuant to the MOU. The first phase of work was completed in February 2017 and a positive direction to move forward with the second and final phase of work was taken. The second phase was completed during fiscal Q1 2018. On November 6, 2017 the Company finalized an MSA with Aurora that governs the use of the Company's technology and services to be provided to Aurora.
- ➢ In July 2017, the Company applied for a Controlled Drugs and Substances Dealers License through the OCS for its manufacturing facility. The Company anticipates receipt of the license in Q2 fiscal 2019.
- ➢ On February 2, 2018, the Company received its Controlled Drugs and Substances Dealers License for its laboratory facility. The laboratory facility is located at a different site than the manufacturing facility and each site requires its own license.
- ➢ The Company continued to work with Health Canada to move the Company's ACMPR application for its manufacturing facility through the approval process. The Company's application is currently in active review. The Company anticipates receiving its license in Q2 fiscal 2019.
- ➢ Throughout the year, the Company added a number of scientific, engineering, operating, QA/QC and analytical personnel to support the aforementioned expansion and anticipated commencement of cannabis oil production in fiscal 2019.
- ➢ The Company entered into MSAs with TLS and Bonify.

***Health and Wellness***

- ➢ The Company launched its "RTI Health and Wellness" business unit. Activities of this unit include actively pursuing partnership, co-branding and direct investment in emerging technology opportunities.
- ➢ Pursuant to a continuing relationship with a large multinational ingredients company, the Company entered into a series of manufacturing agreements for multiple ingredients. The companies continue to discuss a broader, long-term supply relationship comprising multiple additional ingredients along with certain development opportunities.
- ➢ With the launch of the business unit, the Company added veteran business development and technology scouting personnel along with senior microwave chemistry/engineering expertise.

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 24 of 53

 **R A D I E N T**

***Balance Sheet Strengthening***

> ➢ The Company successfully restructured its repayable contribution obligation with Agriculture and Agri-Food Canada ("AAFC"), resulting in an upfront payment of $92,000 with the remaining balance to be repaid over an 8-year term.
> ➢ The $2 million convertible debenture with Aurora was converted into 14,285,714 common shares of the Company.
> ➢ The Company reached an agreement with AVAC Ltd. ("AVAC") to settle its royalty liability in exchange for 9,424,330 common shares of the Company. The transaction closed in fiscal Q3 2018.
> ➢ In late Q3 2018, Aurora exercised 15,856,321 warrants for total proceeds of $5.8 million and participated in a private placement with the Company which yielded gross proceeds of $6.2 million for the Company. 4,541,889 units were issued to Aurora at $1.37 per unit. The units included a full warrant exercisable for a period of 24 months and an exercise price of $1.71.
> ➢ During the year, 41,561,932 shares were issued for proceeds of $13,505,214 for warrant exercises by warrant holders [in addition to the Aurora exercise]. Stock options and finders' options were also exercised during the year for $1.7 million and $0.5 million in proceeds respectively.

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 25 of 53

 **RADIENT**

**Summary of Results by Quarter**

| Quarter ended | | March 31, 2018 | | December 31, 2017 | | September 30, 2017 | | June 30, 2017 |
|---|---|---|---|---|---|---|---|---|
| Revenues | $ | 117,304 | $ | 138,899 | $ | 103,702 | $ | 95,922 |
| Loss before other income and expenses | | (2,439,546) | | (1,968,511) | | (1,753,977) | | (1,735,427) |
| Loss per share, before other income and expenses (basic and diluted) | | (0.01) | | (0.01) | | (0.01) | | (0.01) |
| Net loss | | (2,768,047) | | (3,541,287) | | (2,102,361) | | (5,636,622) |
| Net loss per share (basic and diluted) | $ | (0.01) | $ | (0.01) | $ | (0.01) | $ | (0.04) |
| Weighted average number of common shares outstanding | | 223,367,719 | | 197,549,414 | | 175,147,455 | | 158,923,114 |
| Total assets | $ | 30,012,654 | $ | 30,835,344 | $ | 14,651,260 | $ | 16,634,789 |
| Long term liabilities | | 2,124,160 | | 2,196,646 | | 7,509,318 | | 7,434,920 |

| Quarter ended | | March 31, 2017* | | December 31, 2016* | | September 30, 2016* | | June 30, 2016* |
|---|---|---|---|---|---|---|---|---|
| Revenues | $ | 145,962 | $ | 116,235 | $ | 31,250 | $ | - |
| Loss before other income and expenses | | (1,295,756) | | (1,091,035) | | (1,054,471) | | (911,638) |
| Loss per share, before other income and expenses (basic and diluted) | | (0.01) | | (0.01) | | (0.01) | | (0.02) |
| Net loss | | (1,212,038) | | (1,114,509) | | (1,059,261) | | (930,462) |
| Net loss per share (basic and diluted) | $ | (0.01) | $ | (0.01) | $ | (0.01) | $ | (0.02) |
| Weighted average number of common shares outstanding | | 136,107,594 | | 85,290,762 | | 65,171,117 | | 57,059,178 |
| Total assets | $ | 15,107,628 | $ | 8,077,320 | $ | 4,987,193 | $ | 4,960,703 |
| Long term liabilities | | 6,597,174 | | 7,057,445 | | 6,921,487 | | 6,836,654 |

* Restated: Unaudited interim financial results for the quarters ended June 30, September 30, and December 31, 2016 as well as for the quarter ended March 31, 2017 have been restated to reflect adjustments made to the March 31, 2017 audited annual financial statements with respect to the calculation of share-based payments expense.

The impact of this change on the interim condensed consolidated statements of operations and comprehensive loss for each quarterly period is shown below:

| Quarter ended | | March 31, 2017* | | December 31, 2016* | | September 30, 2016* | | June 30, 2016* |
|---|---|---|---|---|---|---|---|---|
| *Increase (decrease)* | | | | | | | | |
| Share-based payments | $ | 111,305 | $ | (47,042) | $ | (35,863) | $ | (28,400) |
| Net loss | | 111,305 | | (47,042) | | (35,863) | | (28,400) |
| Contributed surplus | | (111,305) | | 47,042 | | 35,863 | | 28,400 |
| Deficit | | 111,305 | | (47,042) | | (35,863) | | (28,400) |

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 26 of 53

 **RADIENT**

**Consolidated Statement of Operations and Comprehensive Loss**

| (Unaudited) | | Quarter ended March 31 2018 | | 2017 | | Year ended March 31 2018 | | 2017 Note 1 |
|---|---|---|---|---|---|---|---|---|
| Revenues | $ | 117,304 | $ | 145,962 | $ | 455,827 | $ | 293,447 |
| Cost of revenues | | 60,290 | | 100,223 | | 269,915 | | 178,876 |
| | | 57,014 | | 45,739 | | 185,912 | | 114,571 |
| Expenses | | | | | | | | |
| General and administrative | | 882,221 | | 807,784 | | 3,112,138 | | 1,885,836 |
| Production plant | | 525,637 | | 180,171 | | 1,506,866 | | 774,977 |
| Business development | | 404,813 | | 97,498 | | 1,183,143 | | 255,329 |
| Process development | | 350,574 | | 247,537 | | 919,034 | | 592,636 |
| Depreciation and amortization | | 173,756 | | 115,042 | | 539,888 | | 455,829 |
| Financing fees | | 40,364 | | (125,088) | | 454,066 | | 483,669 |
| Quality control and assurance | | 119,195 | | 18,551 | | 368,238 | | 19,195 |
| | | 2,496,560 | | 1,341,495 | | 8,083,373 | | 4,467,471 |
| Loss before other income (expenses) | | (2,439,546) | | (1,295,756) | | (7,897,461) | | (4,352,900) |
| | | | | | | | | |
| Other income (expenses) | | | | | | | | |
| Rental income | | 9,812 | | 31,869 | | 87,716 | | 114,475 |
| Interest and other income | | 22,735 | | 19,665 | | 66,252 | | 22,823 |
| Forgiveness of repayable grant | | - | | 30,000 | | - | | 30,000 |
| Share-based payments | | (339,934) | | (34,882) | | (6,187,910) | | (184,531) |
| Allocation of related company (loss) income | | (15,963) | | 40,469 | | (75,133) | | 61,318 |
| Foreign exchange loss | | (5,151) | | (3,403) | | (28,435) | | (6,833) |
| Other expenses | | - | | - | | (13,346) | | (622) |
| | | (328,501) | | 83,718 | | (6,150,856) | | 36,630 |
| Net loss and comprehensive loss | $ | (2,768,047) | $ | (1,212,038) | $ | (14,048,317) | $ | (4,316,270) |

**Note 1**

The Company reclassified amounts in the Consolidated Statement of Operations and Comprehensive Loss relating to salary, travel, maintenance and property taxes to present these costs consistently with the current fiscal year. The 2017 comparatives have been reclassified as follows:

| Year ended March 31, 2017 | | Previously presented | | Reclassification | | Amount after reclassification |
|---|---|---|---|---|---|---|
| Cost of revenues | $ | 234,388 | $ | (55,512) | $ | 178,876 |
| | | | | | | |
| Expenses | | | | | | |
| General and administrative | | 1,963,909 | | (78,073) | | 1,855,836 |
| Production plant | | 677,666 | | 97,311 | | 774,977 |
| Business development | | 230,048 | | 25,281 | | 255,329 |
| Quality control and assurance | | 8,206 | | 10,989 | | 19,195 |
| | | | | | | |
| Other income (expenses) | | | | | | |
| Interest and other income | | 22,201 | | 622 | | 22,823 |
| Other expenses | | - | | (622) | | (622) |

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 27 of 53

 **RADIENT**

The reclassifications presented in the table above did not impact the net earnings of the Company for the year ended March 31, 2017.

### *Variance analysis related to the Consolidated Statement of Operations and Comprehensive Loss*

Beginning March 2016 through to September 2016, the production plant was idled, and all other activity and departments scaled down to minimal staffing levels. Most staff were laid off in February 2016 and then recalled at the start of September 2016. The Company was experiencing a working capital shortage during this period and took these measures to preserve working capital. This resulted in minimal staffing and reduced operating expenses through the period. Preserved activities were limited to keeping the plant secure and supporting corporate functions related to raising capital, new financing arrangements and marketing opportunities. These measures impact the specific variances discussed in more detail below.

*Revenues*

| | Quarter ended March 31 | | | | Year ended March 31 | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | **2018** | | 2017 | | **2018** | | 2017 |
| Contract manufacturing | $ | **117,304** | $ | 145,962 | $ | **451,450** | $ | 293,447 |
| Technical assessments | | **-** | | - | | **4,377** | | - |
| **Total revenues** | $ | **117,304** | $ | 145,962 | $ | **455,827** | $ | 293,447 |

Total revenue increased by $162,380 during the year ended March 31, 2018 with activity focused on executing the manufacturing agreements secured for specific personal care ingredients. As previously explained, with the production plant idled from March to September 2016, this increase in revenue is consistent with a full year of operations in the current fiscal year.

*Cost of revenues*

A further break-down of the cost of revenue expenses are as follows:

| | Quarter ended March 31 | | | | Year ended March 31 | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | **2018** | | 2017 | | **2018** | | 2017 |
| Contract manufacturing | | | | | | | |
| Supplies and materials | $ | **21,029** | $ | 71,654 | $ | **110,072** | $ | 116,692 |
| Salaries and benefits | | **27,532** | | 22,552 | | **117,585** | | 48,448 |
| Waste removal | | **1,051** | | 587 | | **16,844** | | 1,028 |
| Transportation fees | | **1,495** | | 4,846 | | **9,041** | | 7,916 |
| Equipment and rentals | | **5,727** | | 584 | | **7,637** | | 4,792 |
| Product development | | **3,456** | | - | | **7,005** | | - |
| Maintenance | | **-** | | - | | **1,731** | | - |
| **Total cost of revenues** | $ | **60,290** | $ | 100,223 | $ | **269,915** | $ | 178,876 |

Total cost of revenue increased by $91,039 during the year ended March 31, 2018 which directly relates to the increase in revenue for the same period.

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 28 of 53



*General and administrative expenses*

A further break-down of the general and administrative expenses are as follows:

| | Quarter ended March 31 | | | Year ended March 31 | |
| | 2018 | 2017 | | 2018 | 2017 |
|---|---|---|---|---|---|
| Salaries and benefits | $ 229,571 | $ 199,991 | $ | 731,156 | $ 544,808 |
| Consulting fees | 254,557 | 39,150 | | 912,835 | 274,400 |
| Travel | 107,635 | 23,103 | | 320,567 | 58,026 |
| Professional fees | 90,529 | 92,025 | | 282,813 | 208,007 |
| Investor relations | 51,426 | 61,175 | | 211,926 | 61,175 |
| Rent and utilities | 42,922 | (5,823) | | 159,253 | 105,504 |
| Public company compliance | 32,741 | 35,908 | | 146,542 | 151,830 |
| Directors' fees | 17,375 | 16,375 | | 80,750 | 53,000 |
| Office | 16,068 | 60,209 | | 81,051 | 81,129 |
| Doubtful debts provision | - | 263,424 | | 65,687 | 263,424 |
| Insurance | 15,969 | 13,365 | | 59,626 | 63,531 |
| Maintenance | 8,311 | 3,214 | | 44,815 | 15,334 |
| Computer software | 15,117 | 5,668 | | 15,117 | 5,668 |
| **Total general and administrative** | **$ 882,221** | $ 807,784 | **$** | **3,112,138** | $ 1,885,836 |

General and administrative expenses for the quarter increased by $74,437 and by $1,226,302 for the year ended March 31, 2018 with variances in several cost categories.

Salaries and benefits increased by $29,580 for the quarter and by $186,348 for the year ended March 31, 2018. During the prior year while the plant was idled, and the Company was experiencing a working capital shortage, the President and CEO as well as the Chief Technology Officer were the only administrative staff initially retained with the Controller added in the quarter ended September 30, 2016. During fiscal 2018, the Company commenced the year with the aforementioned staff and added two additional staff late in the quarter ended June 30, 2017 and a third staff member early in the quarter ended March 31, 2018.

Consulting fees have increased by $215,407 and $638,435 for the quarter and year ended March 31, 2018 respectively. The change relates to resumed or increased levels of service required of the CFO, COO and IT providers. As well, additional resources supporting the Company's regulatory filing requirements and other analytical support projects were engaged in the current year. The increased level of service is consistent with the various initiatives and undertakings of the Company in the current fiscal year.

Travel costs are $84,532 greater for the quarter and $262,541 for the year ended March 31, 2018 than the prior year with activity related to new business initiatives and alternative financing arrangements that the Company has been exploring. As well, a face to face Board of Directors meeting was conducted whereas typically, the Board of Directors meetings are held by way of conference calls. Additionally, management has participated in various investor and technical conferences and training which have involved increased travel throughout the year.

Professional fees increased by $74,806 for the year ended March 31, 2018. These expenses relate to supportive legal, audit, capital market and corporate finance services as the Company pursues new business initiatives and alternative financing arrangements.

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 29 of 53



With the increasing growth in the shareholder base throughout the latter part of the year ended March 31, 2017 and the year ended March 31, 2018, along with the Company's intent to secure adequate levels of future capital, the Company has undertaken various initiatives around enhancing communications and information available to adequately support investor needs. These new investor relations initiatives resulted in increased costs of $150,751 for the year ended March 31, 2018.

Rent and utilities expense has increased by $48,745 for the quarter and by $53,749 for the year ended March 31, 2018. During the year ended March 31, 2016 the Company was significantly in arrears with one of its utility suppliers related to utilities costs and as a result accrued termination fees associated with those arrears. During the quarter ended March 31, 2017, the Company reached a settlement with the utilities supplier which resulted in a recovery of the amount previously accrued.

Directors' meetings were kept to a minimum in the early months of fiscal 2017 with a regular schedule only resuming in the quarter ended September 30, 2016. As a result, directors' fees are $27,750 greater for the year ending March 31, 2018 as compared to the prior year.

During the quarter ended March 31, 2017, the Company incurred approximately $60,000 of penalties associated with late payment of government remittances and property taxes which arose during the period when the Company was in a cashflow deficit position. During the current fiscal year, amounts owing were paid on a timely basis and no similar charges have been incurred. In absence of these penalties, office expenses would be greater during the fiscal year ended March 31, 2018 than the prior year due to the re-start of operations.

During the year ended March 31, 2017, the Company assessed that a receivable from its subtenant was impaired resulting in a recognized allowance for impairment of $263,424. In the current fiscal year an additional amount of $65,687 was recorded related to the same subtenant. In September 2017, the subtenant's space was reduced, rent adjusted accordingly with the subtenant paying the new, reduced rent while searching for alternate space. The Company is still pursuing collection of the original amounts owing.

Maintenance expenses increased by $29,481 for the year ended March 31, 2018. The increase relates to building repairs due to water damage, repairs to the hot water tank, painting and an ongoing preventative maintenance program that began in October of 2017.

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 30 of 53



*Production plant*

A further break-down of the production plant expenses are as follows:

| | Quarter ended March 31 | | | Year ended March 31 | |
|---|---|---|---|---|---|
| | **2018** | 2017 | | **2018** | 2017 |
| Salaries and benefits | **$ 249,670** | $ 154,967 | **$** | **734,085** | $ 364,117 |
| Rent and utilities | **149,375** | (38,204) | | **485,901** | 291,287 |
| Maintenance | **92,610** | 54,972 | | **228,297** | 88,576 |
| Supplies | **14,307** | (231) | | **24,172** | 2,777 |
| Office | **12,432** | 7,578 | | **21,889** | 16,173 |
| Travel | **7,243** | 210 | | **10,771** | 4,071 |
| Equipment and rentals | **-** | - | | **890** | 1,691 |
| Waste removal | **-** | 879 | | **543** | 6,285 |
| Product development | **-** | - | | **318** | - |
| **Total production plant** | **$ 525,637** | $ 180,171 | **$** | **1,506,866** | $ 774,977 |

Total production plant salaries and benefits expense for the quarter increased by $94,703 and $369,968 for the year ended March 31, 2018 as compared to the prior year. The production plant was idled from the beginning of March 2016 to early September 2016. During this idled period, minimum levels of staffing were maintained to keep the plant secure. Most staff were laid off in February 2016 and then recalled at the start of September 2016. Additional hires occurred in the current fiscal year as the Company positions for expected growth in fiscal 2019. The hires along the with costs related to the Company's reinstituted benefit plan, all contribute to the variance.

Rent and utilities expense has increased by $187,579 for the quarter and by $194,614 for the year ended March 31, 2018. During the year ended March 31, 2016 the Company was significantly in arrears with one of its utility suppliers related to utilities costs and as a result accrued termination fees associated with those arrears. During the quarter ended March 31, 2017, the Company reached a settlement with the utilities supplier which resulted in a recovery of the amount previously accrued. Additionally, due to the re-start of the plant in early September 2016, utility usage has increased over the prior year.

Total maintenance expense increased by $37,638 for the quarter and $139,721 for the year ended March 31, 2018 as compared to the prior year. During the current fiscal year, a significant portion of routine maintenance associated with the restart of plant activity occurred. As well, the Company commenced a new ongoing preventative maintenance program and incurred costs related to a water leak and clean-up, as well as the repair and inspection of the plant's two failed chiller pumps.

Total supplies expense for the quarter increased by $14,538 and $21,395 for the year ended March 31, 2018. The increase is due to the increase in plant activity in the current fiscal year.

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 31 of 53



*Business development*

A further break-down of the business development expenses are as follows:

| | Quarter ended March 31 | | Year ended March 31 | |
| | **2018** | 2017 | **2018** | 2017 |
|---|---|---|---|---|
| Consulting fees | $ **361,537** | $ 95,364 | $ **974,809** | $ 253,764 |
| Salaries and benefits | **33,842** | - | **140,371** | - |
| Salary recovery - IRAP | **(12,000)** | - | **(12,000)** | - |
| Travel | **9,460** | - | **48,925** | - |
| Marketing material | **8,435** | 2,134 | **22,807** | 1,565 |
| Office | **3,539** | - | **8,231** | - |
| **Total business development** | $ **404,813** | $ 97,498 | $ **1,183,143** | $ 255,329 |

Business development expenses for the quarter ended March 31, 2018 increased by $307,315 and by $927,814 for the year ended March 31, 2018. To support the Company's efforts in actively pursuing new business initiatives and opportunities, the consulting team was increased from one to six during the fiscal year with the sixth added during the quarter ended March 31, 2018. As well, a full-time sales employee was hired at the beginning of the fiscal year of which the Company recovered $12,000 from a non-repayable Contribution Agreement with the National Research Council Canada as represented by its Industrial Research Assistance Program ("IRAP"). Significant travel costs, the development of marketing materials and office expenses were also incurred pursuing these opportunities and initiatives.

*Process development*

A further break-down of the process development expenses are as follows:

| | Quarter ended March 31 | | Year ended March 31 | |
| | **2018** | 2017 | **2018** | 2017 |
|---|---|---|---|---|
| Salaries and benefits | $ **208,038** | $ 166,390 | $ **598,069** | $ 382,994 |
| Salary recovery - IRAP | **(18,000)** | - | **(18,000)** | - |
| Rent and utilities | **34,146** | 14,011 | **134,877** | 118,230 |
| Maintenance | **44,669** | 2,562 | **65,013** | 4,711 |
| Supplies | **22,638** | 23,385 | **41,021** | 29,655 |
| Product development | **29,122** | 31,617 | **35,547** | 31,617 |
| Consulting fees | **26,864** | - | **29,064** | - |
| Travel | **(3,024)** | 1,114 | **12,591** | 1,621 |
| Equipment and rentals | **533** | 8,117 | **9,071** | 21,332 |
| Office | **1,694** | 341 | **6,790** | 972 |
| Production materials | **3,894** | - | **4,617** | 616 |
| Waste removal | **-** | - | **374** | 888 |
| **Total process development** | $ **350,574** | $ 247,537 | $ **919,034** | $ 592,636 |

Total process development expenses for the quarter increased by $103,037 and $326,398 for the year ended March 31, 2018 as compared to the prior year.

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 32 of 53



Process development salaries and benefits increased by $41,648 for the quarter and $215,075 for the year. The increase includes salary adjustments for existing staff as well as increases in total staff over the current year. During fiscal 2017, process development started with three staff at April 2016 and moved to 4 staff in the month of August. For fiscal 2018, the department started the year with four staff, added a fifth in June 2017, two additional staff in the third quarter and five in the fourth quarter. During the current fiscal year, the Company recovered $18,000 in salaries from a non-repayable Contribution Agreement with the National Research Council Canada as represented by its Industrial Research Assistance Program ("IRAP").

Rent and utilities expense has increased by $20,135 for the quarter and by $16,647 for the year ended March 31, 2018. During the year ended March 31, 2016 the Company was significantly in arrears with one of its utility suppliers related to utilities costs and as a result accrued termination fees associated with those arrears. During the quarter ended March 31, 2017, the Company reached a settlement with the utilities supplier which resulted in a recovery of the amount.

Total maintenance expense for the quarter increased by $42,107 and $60,302 for the year ended March 31, 2018 as compared to the prior year. The current quarter maintenance expense consists of repairs for a water leak as well as drywall and insulation replacement. In addition, during the year, an exhaust system overhaul and equipment repairs were undertaken, and the Company commenced an ongoing preventative maintenance program.

Consulting fees for the quarter increased by $26,864 and $29,064 for the year ended March 31, 2018. The increase relates to the engagement of technical consulting services for development and applications.

Equipment and rentals expense decreased by $7,584 for the quarter and by $12,261 for the year ended March 31, 2018. The decrease is due to the completion of three equipment operational leases which were not renewed. The remaining increases in travel, supplies, product development, production supplies and office are the result of the Company's resumption of development and commercial activity which only commenced in September 2016.

### *Depreciation and amortization*

Depreciation and amortization expense increased by $58,714 and $84,059 for the three months and year ended March 31, 2018. The increase is due to the purchase of computer equipment, R&D equipment, production equipment and leasehold improvements during the current fiscal year.

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 33 of 53

 **RADIENT**

*Financing fees*

A further break-down of the financing fees are as follows:

| | Quarter ended March 31 | | Year ended March 31 | |
| --- | --- | --- | --- | --- |
| | **2018** | 2017 | **2018** | 2017 |
| Accretion of royalty financial liability | $ **-** | $ 145,416 | $ **281,816** | $ 564,575 |
| Accretion of repayable gov't contributions | **-** | 21,613 | **-** | 94,108 |
| Accretion of convertible debenture | **-** | - | **1,703** | - |
| Change in royalty financial liability estimate | **-** | (444,098) | **-** | (444,098) |
| Adjustment of convertible debenture to fair value | **-** | - | **(43,868)** | - |
| Interest on convertible debenture | **-** | 26,404 | **64,692** | 26,404 |
| Interest on loan due to related company | **16,104** | 16,681 | **62,569** | 61,682 |
| Interest on long-term debt | **20,081** | (13,863) | **56,381** | 37,451 |
| Interest on repayable gov't contributions | **-** | 36,954 | **7,998** | 36,954 |
| Interest on lease obligation | **1,822** | 3,040 | **3,177** | 3,040 |
| Interest on promissory notes | **-** | - | **-** | 19,820 |
| Amortization of financing costs on convertible debenture | **-** | 4,017 | **10,170** | 4,017 |
| Amortization of financing costs on due to related company | **2,357** | 9,429 | **9,428** | 9,429 |
| Other | **-** | 69,319 | **-** | 70,287 |
| **Total financing fees** | $ **40,364** | $ (125,088) | $ **454,066** | $ 483,669 |

Total financing fees for the quarter ended March 31, 2018 are $165,452 more than the same period in the prior year, for the year ended March 31, 2018 however, financing fees have decreased by $29,603.

The quarterly variance is predominantly driven by the conversion of the royalty financial liability to shares. Accretion recorded in the same quarter last year was $145,416 which is no longer an expense to the Company and this variance carries through to the year ended March 31, 2018. As well, the change in royalty financial liability estimate in the same quarter last year was $(444,098). With the liability settled, changes in the fair value no longer need be recorded. Similarly, the repayable government contributions were converted to long-term debt on May 18, 2017. As a result, interest recorded was the actual interest incurred by the Company while the debt was in arrears and prior to the conversion as opposed to accretion which was recorded in the prior year.

For the year ended March 31, 2018, $64,692 of interest and $10,170 amortization of financing costs were recorded related to the Company's convertible debenture. These costs offset the other decreases noted above. On issuance, the debenture contained two components consisting of a liability and an equity element. However, as the debenture had a demand provision during the period of February 13, 2017 to July 13, 2017, the liability component was initially recorded at the full amount of the debenture payable on demand and the equity component was valued at $nil. This demand period ended on July 13, 2017 and the liability element was measured as at that date at the fair value of the future payments using an effective interest rate of 12% per annum. This created a residual difference of $43,868 which was recognized as a change in fair value and was recorded as a reduction to financing fees. Subsequently, the liability component was measured at amortized cost using the effective interest method from July 14, 2017 to July 28, 2017 and $1,703 of accretion was recognized during this period.

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 34 of 53



Additional amounts which contribute to the overall financing fees variance include:

- The promissory notes were fully paid during the year end March 31, 2017 and as a result, no interest has been recorded during the current fiscal year.
- Other arrears interest incurred in the fourth quarter of fiscal 2017 of $69,319 was isolated to liabilities associated with that year and results in a positive variance when compared to the quarter and year ended March 31, 2018.

*Quality control and assurance*

A further break-down of the quality control and assurance expenses are as follows:

|  | Quarter ended March 31 | | Year ended March 31 | |
|  | 2018 | 2017 | 2018 | 2017 |
| --- | ---: | ---: | ---: | ---: |
| Salaries and benefits | $ 101,971 | $ 18,288 | $ 332,968 | $ 18,742 |
| Maintenance | 8,155 | - | 18,097 | - |
| Office | 4,003 | 263 | 6,033 | 453 |
| Supplies | 4,874 | - | 5,900 | - |
| Travel | 192 | - | 5,240 | - |
| Total quality control and assurance | $ 119,195 | $ 18,551 | $ 368,238 | $ 19,195 |

For most of the year ended March 31, 2017, the quality control and assurance department was vacant with staff being rehired in the quarter ended March 31, 2017. As a result, current expenses reflect the two rehires and one new hire that occurred in the last quarter of the March 31, 2017 fiscal year, a fourth hire in June 2017, a fifth hire in July 2017 and three hires in the quarter ended March 31, 2018. As at March 31, 2018, the department consists of eight full-time employees and one part-time. With the increase in staff and related activities that they are undertaking, a modest amount of office expense, supplies and travel are also being experienced.

*Rental income*

Rental income decreased by $22,057 for the quarter and decreased by $26,759 for the year ended March 31, 2018. Effective August 31, 2017, the Company's subtenant vacated the majority of the leased premises and continues to occupy only a small portion of the previously leased space while searching for alternate arrangements. As a result, rental income has been reduced effective September 2017. Included in rental income are charge backs to the subtenant for cleaning, disposal, moving and storage costs incurred by the Company to move the subtenant from the space it previously occupied.

*Interest and other income*

Interest and other income for the year ended March 31, 2018 is $43,429 greater than the same year ended March 31, 2017 with interest earned on excess cash being the main driver.

*Forgiveness of repayable grant*

On August 5, 2004, the Company signed a Contribution Agreement with Sustainable Development Technology Canada (SDTC) to fund the Company's manufacturing facility and its pilot plant expansion. SDTC would contribute 40% of all eligible costs to a maximum of $1,000,000. That Agreement was amended November 11, 2009.

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 35 of 53

 **RADIENT**

SDTC requested an audit of the expenses incurred from 2004 to 2010 on the project. As a result of this audit during the year ended March 31, 2014, it was agreed that $90,000 would be repaid by the Company to SDTC in 18 monthly installments, beginning March 1, 2014. The balance owing to SDTC at March 31, 2016 was $30,000. On March 9, 2017, the Company received notification from SDTC that the remaining balance of $30,000 was forgiven. This amount was recognized in income during the year ended March 31, 2017.

*Share-based payments*

Share based payments for the three months and year ended March 31, 2018 were $339,934 (2017 - $34,882) and $6,187,910 (2017 - $184,531) respectively. These amounts include the impact of 8,517,765, 700,000 and 1,278,000 stock options that were granted by the Company on April 3, August 28, and December 6, 2017 respectively to certain officers, directors, employees and consultants with a weighted average exercise price of $0.68. There were no stock option grants during the three months and year ended March 31, 2017.

*Allocation of related company (loss) income*

The Company holds a 50% interest in 1631807 Alberta Ltd., which has a year end of August 31. During 1631807 Alberta Ltd.'s year ended August 31, 2017, a one-time management fee of $165,000 was incurred resulting in an operating loss for that fiscal year. Consequently, the Company's 50% allocation of 1631807 Alberta Ltd.'s results yielded a loss for the Company's own fiscal year.

On January 9, 2018, the Company announced that it had entered into a binding letter of intent with Amnor Group Inc. to acquire a 100% interest in 1631807 Alberta Ltd in exchange for 1,246,449 common shares. A share purchase agreement was finalized on April 17, 2018 and subsequently closed on May 3, 2018.

*Other expenses*

Other expenses for the year ended March 31, 2018 of $13,346 is predominantly comprised of $13,313 related to a reassessment of the Company's SR&ED claim for the fiscal year ended March 31, 2014 where it was determined that certain expenses claimed were ineligible.

## LIQUIDITY AND CAPITAL RESOURCES

|  | | March 31, 2018 | | March 31, 2017 |
|---|---|---|---|---|
| Non-current assets | $ | 5,966,400 | $ | 4,270,158 |
| Current assets | | 24,046,254 | | 10,837,470 |
| Current liabilities | | (2,016,369) | | (4,114,360) |
| Total assets less current liabilities | $ | 27,996,285 | $ | 10,993,268 |
| Non-current liabilities | | 2,124,160 | | 6,597,174 |
| Shareholders' equity | | 25,872,125 | | 4,396,094 |
| | $ | 27,996,285 | $ | 10,993,268 |

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 36 of 53



**Non-Current Assets**

Non-current assets increased by $1,696,242 primarily due to the purchase of plant, equipment and intangible assets of $1,924,072 offset by depreciation and amortization of $539,888 and an increase in long-term prepaids and deposits of $490,293 related to various patent update initiatives.  This increase was offset by a decrease in advances to a related company of $103,102 and a decrease in the investment in related company of $75,133 due to the allocation of related company loss.

Advances to/from related company include amounts owed for rent, property taxes and other required operating costs to the Company's joint venture 1631807 Alberta Ltd related to the leased plant offset by payments made for these expenses.  There will be timing differences between when expenses are recognized and when payments are made resulting in an overall balance that fluctuates.  Any balances due from or to the related party are non-interest bearing, unsecured and do not have conversion features.

**Current Assets**

Current assets increased by $13,208,784 at March 31, 2018 as compared to March 31, 2017, which is attributable to:

### *Cash and restricted cash*

Cash and restricted cash increased by $11,387,557 primarily due to proceeds from the exercise of warrants and options of $15,687,871 and proceeds from the private placement with Aurora of $6,222,388.  Offsetting these increases were cash requirements for operating activities of $8,291,603, repayments of debt and interest of $475,849, the investment in long-term patent initiatives previously referred to of $490,293, cash purchases of production and laboratory equipment purchases for $1,252,717 and cash purchase of intangible assets of $73,089.

### *Prepaids and deposits*

Prepaids and deposits increased by $1,737,580 primarily due to deposits of $861,652 on production equipment not yet received, $181,478 of costs incurred during the year ended March 31, 2018 related to various license applications and a new ERP system which upon successful completion will be added to the Company's intangible non-current assets and $670,481 for costs incurred related to future initiatives the Company is currently undertaking.

### *Accounts receivable*

Furthering the increase in current assets is $79,372, which $38,788 is attributable to the timing of invoicing for the three months ended March 31, 2018 where the majority of the fourth quarter invoicing occurred in March 2018 and was therefore not yet collected by March 31, 2018 as well as an overall increase in the number of production runs invoiced for work completed during the period.  Also contributing to the increase, is an increase in sales tax receivable of $40,584 which is attributable to two months of sales tax not yet received as of March 31, 2018.

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 37 of 53



**Current Liabilities**

Current liabilities of $2,016,369 decreased by $2,097,991 as compared to the prior year. This is attributable to:

*Convertible debenture*

$1,941,631 of the decrease arises as current liabilities previously included a convertible debenture. On July 28, 2017, the outstanding debenture was converted into 14,285,714 units of the Company, pursuant to the acceleration provisions. Details of the convertible debenture conversion are included in the "Background" section.

*Repayable government contributions*

On May 18, 2017, the Company reached an agreement with Agri-Food Canada to restructure the debt which had a balance of $878,300 at March 31, 2017. The new agreement is substantially different than the preceding one and is therefore accounted for as an extinguishment with the amount payable being converted to a long-term debt. The new long-term debt agreement includes an initial payment of $92,000 which was made during the three months ended June 30, 2017 and a repayment schedule commencing July 1, 2017 which results in the remaining balance being repaid over 8 years. Interest is compounded monthly at the Bank of Canada policy interest rate plus 3%.

*Accounts payable and accrued liabilities*

Accounts payable and accrued liabilities increased by $575,222. This increase is predominantly due to an increase in activity in the quarter as the Company undertakes various initiatives which are designed to position it for growth expected from its recently finalized MSAs.

*Current portion of long-term debt*

The current portion of long-term debt has increased by $54,612 due to the repayable government contributions being restructured as long-term debt during the first quarter of the 2018 fiscal year.

*Current portion of finance lease obligations*

The Company entered into three new lease agreements in the current year related to the purchase of production and R&D equipment. The new leases have a duration of three years with underlying interest rates ranging from 4.7% - 5.0%. The resulting increase to the current portion of lease obligations is $87,698.

**Non-Current Liabilities**

Non-current liabilities decreased by $4,473,014, which is attributable to:

*Royalty financial liability*

The conversion of the royalty financial liability to common shares resulted in a decrease of $5,185,847 in the Company's non-current liabilities as compared to March 31, 2017. On July 19, 2017, the Company reached an agreement with AVAC to settle the total amount owing of $5,453,457 at September 30, 2017 in exchange for 9,424,330 common shares. The conversion was completed on October 2, 2017. The settlement results in the termination of AVAC's entitlement to any future royalty payments by the Company to AVAC.

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 38 of 53



### *Long-term debt*

Long-term debt increased by $589,681 to $1,090,015 as compared to March 31, 2017. The increase was due to the extinguishment and conversion of the repayable government contributions to long-term debt of $883,493, offset by an initial repayment of $92,000 on that debt and $147,200 related to regular monthly repayments on all long-term debts. As well, the incremental portion classified to current of $54,612 is a further offset to the increase resulting from the conversion of the repayable government contribution to long-term debt.

### *Finance lease obligations*

As noted in the current portion of finance lease obligations above, three new lease agreements were entered into during the year ended March 31, 2018. Accordingly, the long-term portion of these obligations increased by $182,438 to $187,828 as compared to March 31, 2017.

### *Due to related company*

Further impacting non-current liabilities is a decrease in the due to related company amount owing of $40,761.

The amount outstanding represents advances from the Company's joint venture 1631807 Alberta Ltd. that were used for the construction of leasehold improvements required by the Company. The Company agreed to repay 1631807 Alberta Ltd. the advanced amount under the same terms and conditions as funds advanced to 1631807 Alberta Ltd. from BDC. As such, the BDC loan bears interest at 6% per annum and is repayable in fixed monthly amounts of $10,000 principal plus interest of which the Company pays their pro-rata share of $4,171 plus interest per month. In addition, the Company paid Amnor Group Inc., the joint venture owner of 1631807 Alberta Ltd. and a company controlled by Harry Kaura, a director of the Company, a guarantee fee of $250,000 for providing security to BDC and has provided the shares of 1631807 Alberta Ltd as security to Amnor Group Inc.

On February 9, 2016, Amnor Group Inc., issued a notice of default to the Company regarding the loan between the Company and 1631807 Alberta Ltd. that is guaranteed by Amnor Group Inc. Pursuant to the agreement, Amnor Group Inc. has the right to the shares of 1631807 Alberta Ltd. that the Company pledged as collateral in exchange for the guarantee provided by Amnor Group Inc. For the year ended March 31, 2016, the Company reached an agreement with Amnor Group Inc. to continue repaying the loan on existing terms and repay the arrears during fiscal 2017. During the year ended March 31, 2017 the Company paid all arrears related to this loan. Amnor Group Inc. agreed that the joint venture and existing loan would continue pending the removal of the existing guarantee by way of refinancing of the loan.

On January 9, 2018, the Company announced that it had entered into a binding letter of intent with Amnor Group Inc. to acquire a 100% interest in 1631807 Alberta Ltd in exchange for 1,246,449 common shares. A share purchase agreement was finalized on April 17, 2018 and subsequently closed on May 3, 2018. In connection with the closing of this transaction, the Company discharged the existing loan held on the facility which extinguished the related guarantee.

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 39 of 53



**Shareholders' Equity**

Shareholders' equity at March 31, 2018 increased by $21,476,031 as compared to the balance at March 31, 2017 primarily due to the exercise of existing warrants and options, an additional private placement and conversion of certain debt instruments.  Increases due to exercises included an increase from the exercise of 41,561,932 warrants for total proceeds of $13,505,214, an increase from the exercise of 2,584,090 stock options for total proceeds of $1,705,432, and an increase from the exercise of 1,060,500 finders' options for total proceeds of $477,225. An increase from the private placement with Aurora resulted in the issuance of 4,541,889 common shares for total proceeds of $6,222,388.

The conversion of certain debt instruments resulted in an increase in shareholders' equity on the issuance of 14,285,714 common shares on conversion of the debenture valued at $1,909,636, an increase from the issuance of 181,707 common shares on conversion of interest payable of $91,096 on the debenture, an increase on the issuance of 9,424,330 common shares on conversion of the royalty financial liability valued at $5,453,457 and an increase on the issuance of 74,824 common shares for payment of business development and consulting services valued at $75,530. Shareholders' equity also increased due to the recognition of share-based payments of $6,187,910 which was offset by share issuance costs of $103,540 and the recognition of a net loss of $14,048,317 for the year ended March 31, 2018.

## CONTINGENCIES AND COMMITMENTS

**Facility Leases**

### 1. Head Office

The Company is party to a facility lease in Edmonton, Alberta which requires minimum monthly lease payments of $12,216 plus monthly operating costs of approximately $6,800 commencing on October 1, 2014 through September 30, 2019.

### 2. Production Facility

On September 1, 2011, the Company entered into a 10-year lease with Amnor Group Inc. (subsequently transferred on December 14, 2011 to 1631807 Alberta Ltd., a related party through 50% ownership) for the property at 4035 - 101 Street, Edmonton, AB.  Base rent under the lease is:

| | |
|---|---|
| Years 1 - 3 | $186,435 per annum payable in equal monthly instalments |
| Years 4 - 6 | $222,687 per annum payable in equal monthly instalments |
| Years 7 - 9 | $238,223 per annum payable in equal monthly instalments |
| Year 10 | $268,259 per annum payable in equal monthly instalments |

In addition to the above base rent, the Company is responsible to pay $25,344 per annum in equal monthly instalments as additional rent in respect of landlord capital improvements and to pay additional rent to cover operating costs.

On January 9, 2018, the Company announced that it had entered into a binding letter of intent with Amnor Group Inc. to acquire a 100% interest in 1631807 Alberta Ltd in exchange for 1,246,449 common shares.  A share purchase agreement was finalized on April 17, 2018 and subsequently closed on May 3, 2018.

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 40 of 53

 **RADIENT**

**Manufacturing Facility Expansion**

During the year ended March 31, 2018, the Company entered into various contracts related to expansion of the Edmonton manufacturing facility and equipment that would be required in the newly renovated building. Total cost for these contracts was $3,672,025 ($2,347,189 for leasehold improvements and $1,324,836 for equipment) with completion expected during the coming fiscal year. As of March 31, 2018, the remaining balance owing on these contracts is $3,171,152 ($2,118,092 for leasehold improvements and $1,053,060 for equipment).

**Claim for Amounts Owing**

During the year ended March 31, 2016 a utility provider to the Company commenced a civil claim against the Company for unpaid amounts of $205,304, including an early termination fee of $127,797, for the early termination of a supply contract. During the year ended March 31, 2017, the Company and the utility provider reached an agreed upon schedule of payments for amounts owing that eliminated the early termination fee. As at March 31, 2017, all amounts were fully paid, and the utility provider has withdrawn its civil claim.

## OFF-BALANCE SHEET ARRANGEMENTS

There are no off-balance sheet arrangements.

## RELATED PARTY TRANSACTIONS

The Company's related parties are its Board of Directors and key management personnel (President and Chief Executive Officer (CEO), Chief Operating Officer (COO), Chief Financial Officer (CFO) and Chief Technology Officer (CTO)) as well as any companies controlled by key management personnel or directors. Transactions conducted with related parties took place in the normal course of operations and are measured at the amount of consideration established and agreed to by the related parties. Details of the related party transactions follow:

**Key Management Personnel and Director Remuneration**

The remuneration of directors and key management personnel follows:

| | Quarter ended March 31 | | | | Year ended March 31 | | |
|---|---|---|---|---|---|---|---|
| | | **2018** | | 2017 | | **2018** | 2017 |
| Compensation | $ | **222,875** | $ | 211,238 | $ | **920,100** | $ 659,613 |
| Short-term benefits | | **6,121** | | 36,990 | | **24,483** | 37,404 |
| Share-based compensation | | **147,047** | | 34,883 | | **4,060,547** | 115,251 |
| | $ | **376,043** | $ | 283,111 | $ | **5,005,130** | $ 812,268 |
| Number of stock options issued | | **-** | | - | | **6,589,102** | - |
| Weighted average exercise price | $ | **-** | $ | - | $ | **0.80** | $ - |

Compensation includes key management salaries, consulting fees and director's fees.

As at March 31, 2018, $106,895 (March 31, 2017 - $368,331) was included in accounts payable and accrued expenses for amounts owing to key management personnel, directors and companies controlled by key management personnel or directors.

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 41 of 53



**Equity Transactions**

Pursuant to the private placement that closed on October 14, 2016, the CEO and one director, Armand Lavoie, participated in the placement for total proceeds of $85,000 and $17,250 respectively.

Pursuant to the private placement that closed on December 22, 2016, two directors and three key management personnel participated directly or indirectly in the placement for total proceeds of $364,500. The directors included Armand Lavoie ($46,500) and Francesco Ferlaino ($105,000) and the officers included the CEO ($157,000), the CFO ($45,500) and the CTO ($10,500).

During the year ended March 31, 2017, 2,228,569 common shares were issued to certain directors and key management personnel of the Company as settlement for compensation related payables of $234,000. These officers and directors included the CEO ($50,000), COO ($50,000) and CFO ($50,000), two current directors Steve Dauphin ($36,000) and Harry Kaura ($24,000) as well as one former director, Wolfgang Muhs ($24,000).

During the year ended March 31, 2018, 460,973 common shares were issued to certain directors and key management personal of the Company for warrants exercised for total proceeds of $103,777. These officers and directors included the CEO ($75,000), CFO ($12,500), two directors Dimitris Tzanis ($7,974) and Jan Petzel ($8,303).

During the year ended March 31, 2018, the COO and one director, Jan Petzel, exercised 406,250 options for total proceeds of $103,125 and $165,000 respectively.

**Debt Transactions**

On August 4, 2015, the Company received a bridge loan from the CEO for $50,000. The loan was repaid during the three months ended December 31, 2016.

## FUTURE CHANGES IN ACCOUNTING STANDARDS

The following are the new IFRS pronouncements that have been issued, that are not yet effective, that have not been early adopted, and that may have an impact on the Company in the future, as discussed below.

*IFRS 9 - Financial Instruments* replaces the current standard *IAS 39 - Financial Instruments: Recognition and Measurement*. The new standard includes guidance on the recognition and derecognition of financial assets and financial liabilities, impairment and hedge accounting. IFRS 9 is effective for annual periods beginning on or after January 1, 2018, with early adoption permitted. The Company does not expect any material impact from the adoption of IFRS 9 on these consolidated financial statements

*IFRS 15 - Revenue from Contracts with Customers,* replaces *IAS 11 – Construction Contracts, IAS 18 – Revenue and IFRIC 13 – Customer Loyalty Programmes.* This standard outlines a single comprehensive revenue recognition model and provides additional guidance in many areas not covered in detail under existing IFRS, including how to account for arrangements with multiple performance obligations, variable pricing, customer refund rights, supplier repurchase options, and other common complexities. IFRS 15 is effective for annual periods beginning on or after January 1, 2018, with early adoption permitted. The Company does not expect any material impact from the adoption of IFRS 15 on these consolidated financial statements.

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 42 of 53



*IFRS 16 – Leases*, replaces *IAS 17 – Leases, IFRIC 4 – Determining whether an arrangement contains a lease, SIC 15 – Operating Leases and SIC 27 – Evaluating the substance of transactions involving the legal form of a lease*. IFRS 16 eliminates the classification of leases as either operating or finance leases and requires the recognition of assets and liabilities for all leases unless the lease term is twelve months or less or the underlying asset has a low value. Lessor accounting is substantially unchanged from IAS 17. IFRS 16 is effective for annual periods beginning on or after January 1, 2019. The Company has not yet evaluated the impact of IFRS 16 on the consolidated financial statements.

## FINANCIAL INSTRUMENTS AND RELATED RISK

The fair value of cash, restricted cash, accounts receivable, deposits, advances to/from related company, and accounts payable and accrued liabilities approximate their carrying amount due to their short-term nature. The fair value of long-term debt, finance lease obligations, due to related company and the convertible debenture are estimated to approximate their carrying value because the interest rates do not differ significantly from current interest rates for similar types of borrowing arrangements (level 2).

Repayable government contributions included in the March 31, 2017 balances are recorded at the amount drawn under the agreement using a discounted market rate which represents the estimated fair value of the obligation. The fair value of the repayable government contributions is not materially different from their carrying amounts as funding received has been discounted using an estimate of a market rate of interest and is being accreted back to its nominal amount (level 2). On May 18, 2017, the repayable government contributions were restructured with the amount payable being converted to long-term debt with fair value estimated to approximate carrying value as the interest rate does not differ significantly from current interest rates for similar types of borrowing arrangements.

The Company has exposure to credit, liquidity, foreign exchange and interest rate risk as follows:

**Credit Risk**

Credit risk is the risk that the counterparty to a financial asset will default, resulting in the Company incurring a financial loss. The Company is exposed to credit risk on its cash, restricted cash, accounts receivable and advances to related company to a maximum of the carrying value of the items at the reporting date.

The Company mitigates its exposure to credit risk by maintaining its Canadian domiciled bank accounts with a Canadian Chartered Bank.

The Company's trade receivables are monitored on an ongoing basis for impairment. During the year ended March 31, 2018, the Company assessed that a receivable from its subtenant was impaired and an allowance of $65,686 for the impairment was made. This was in addition to the allowance at March 31, 2017 of $263,424 that had been made for impaired receivables from a customer and the Company's subtenant. Effective August 31, 2017, the subtenant had vacated the majority of the leased premises and continues to occupy a small amount of space while searching for alternate arrangements. The Company continues to pursue collection of the balance owed.

At March 31, 2018, $373,393 (March 31, 2017 - $265,652) of the trade accounts receivable balance of $497,313 (March 31, 2017 - $355,685) was past due. $345,566 of the past due amount less Goods and Services Tax (GST) of $16,456 is impaired and has been allowed for. The GST portion of $16,456 (March 31, 2017 - $12,650), billed but not yet collected, can be recovered. Other receivables at March 31, 2018 consist primarily of GST $76,235 (March 31, 2017 - $35,652) and revenue earned but not yet billed of $nil (March 31, 2017 - $37,153).

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 43 of 53



**Liquidity Risk**

Liquidity risk is the risk that the Company will encounter difficulties in meeting its financial obligations.

The Company manages its liquidity risk by forecasting cash flow requirements for its planned development, production and corporate activities and anticipating investing and financing activities. Management and the Board of Directors are actively involved in the review, planning and approval of annual budgets and significant expenditures and commitments.

The Company could encounter difficulty in meeting its financial obligations if certain risks were to occur. See the "Risk Factor – Need for Additional Financing" and "Risk Factor – Ability to Implement Business Plan" sections for additional related discussion and details.

The Company's contractual liabilities and obligations are as follows:

| | <1 year | 1 to 3 years | 4 to 5 years | >5 years | Total |
|---|---|---|---|---|---|
| Accounts payable and accrued liabilities | $ 1,669,206 | $ - | $ - | $ - | $ 1,669,206 |
| Long-term debt | 220,950 | 479,400 | 317,195 | 438,737 | 1,456,282 |
| Lease obligation | 110,784 | 189,633 | - | - | 300,417 |
| Due to related company | 108,488 | 207,967 | 195,955 | 1,087,006 | 1,599,416 |
| **Balance December 31, 2017** | **$ 2,109,428** | **$ 877,000** | **$ 513,150** | **$ 1,525,743** | **$ 5,025,321** |
| | | | | | |
| Accounts payable and accrued liabilities | $ 1,093,984 | $ - | $ - | $ - | $ 1,093,984 |
| Convertible debenture | 1,941,631 | - | - | - | 1,941,631 |
| Repayable government contributions | 878,300 | - | - | - | 878,300 |
| Long-term debt | 142,950 | 285,899 | 237,162 | 30,982 | 696,993 |
| Lease obligation | 13,371 | 5,571 | - | - | 18,942 |
| Royalty financial liability | 158,914 | 1,412,022 | 2,081,675 | 5,949,785 | 9,602,396 |
| Due to related company | 111,492 | 213,974 | 201,961 | 1,183,481 | 1,710,908 |
| Balance March 31, 2017 | $ 4,340,642 | $ 1,917,466 | $ 2,520,798 | $ 7,164,248 | $ 15,943,154 |

The contractual liabilities and obligations included in the tables above include both principal and interest cashflows.

As the Company's working capital position continues to improve, reducing the Company's contractual liabilities and obligations is a priority. Details of activities undertaken to date (and their impact) are included in the "Liquidity and Capital Resources" section.

**Foreign Exchange Risk**

The Company earns certain revenues and incurs certain operating expenses and capital expenditures in U.S. dollars. Accordingly, the fluctuations in the exchange rate between the U.S. and Canadian dollar can impact the Company's reported results. The following table provides an indication of the Company's exposure to changes in the value of the U.S. dollar relative to the Canadian dollar as at March 31, 2018. The analysis is based on financial assets and liabilities denominated in US dollars at the end of the year ("balance sheet exposure").

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 44 of 53

 **RADIENT**

| (in U.S. dollars) | | March 31, 2018 |
|---|---|---|
| Cash | $ | 120,162 |
| Accounts receivable | | 20,000 |
| Accounts payable and accrued liabilities | | (95,625) |
| Total balance sheet exposure | $ | 44,537 |

The translation rate as at March 31, 2018 was 1.2894. Based on the Company's balance sheet exposure noted above, with other variables unchanged, net income would change by $561 for each one percent change in the foreign exchange rate.

**Interest Rate Risk**

Interest rate risk is the risk that the value of a financial instrument will fluctuate because of changes in market interest rates. The Company has minimal interest rate risk on its long-term liabilities as all are at fixed rates except for the recently converted repayable government contributions, classified as long-term debt.

For the year ended March 31, 2018 the increase or decrease in annual net income for each one percent change in interest rate on the variable rated long-term debt would amount to $7,568 (2017 - $nil).

## RISK FACTORS

Readers are cautioned that the following is a summary only of certain risk factors and is not exhaustive and is qualified in its entirety by reference to and must be read in conjunction with the additional information on these and other factors that could affect the Company's operations and financial results that may be accessed through the Company's profile on SEDAR (www.sedar.com), including the Management Information Circular dated October 20, 2017.

**Ability to Implement Business Plan**

Radient's business and financial plan focuses on a relatively new technology and is therefore largely untested at commercial scale in its anticipated markets. There can be no assurance that Radient will successfully market its technology and earn sufficient revenue to permit the level of research and development spending required to maintain the stream of new technological advances and product development. Radient's success will depend upon market acceptance of its technology and products, its ability to enhance its existing technology and products and its ability to introduce new products and features that meet customer requirements. There can be no assurance that Radient will be successful in developing, manufacturing, marketing or enhancing its technology and products. Radient's business would be adversely affected if it incurs delays in developing its technology, products or enhancements or if such technology, products or enhancements do not gain market acceptance. In addition, there can be no assurance that products or technologies developed by others will not render Radient's technology or products non-competitive or obsolete.

Radient's sales and marketing plan and its professional sales and marketing function have not yet progressed significantly into commercial scale and are based on several assumptions which may or may not prove to be accurate. Poor market acceptance of Radient's technology, products or other unanticipated events may result in lower revenues than anticipated.

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 45 of 53



**Limited Operating History**

Radient has a limited commercial operating history and no recent, significant revenues. The likelihood of the success of Radient must be considered in light of the risks, costs, complications and delays frequently encountered in the establishment of a new technology and product. Radient may encounter unforeseen difficulties or delays in its operations and the development of its market.

**Cannabis Industry**

In November 2016, the Company entered into the Cannabinoids market by applying for the relevant accreditation and permits from the Canadian Government for conducting research and the eventual commercial production of standardized cannabinoids extracts. The Company's initial application for a Controlled Drugs and Substances Dealers license was prepared for submission at that time.

*Licensing*

The ability of Radient to build its business in extracting and processing cannabinoids derived from cannabis is dependent on obtaining all licenses, including the licenses to produce cannabis oil products, and adherence to all regulatory requirements related to such activities. Radient has applied for a Controlled Drugs and Substances Dealer's License at the Edmonton Manufacturing Facility, specifically to allow for import and export of cannabis oil as well to perform analytical testing for third parties. Radient has also applied for its Producer's License for the purposes of extracting cannabinoids from cannabis. There is no guarantee that these licenses will be obtained.

Any failure to comply with the terms of the licenses, or to renew the licenses after their expiry dates, could have a material adverse impact on the financial condition and operations of the business of the Company. Although the Company believes that it will meet the requirements of the ACMPR and the Controlled Drugs and Substances regulations for its license applications, there can be no assurance that Health Canada will grant the license. Should Health Canada not grant the license, the business, financial condition and operating results of the Company could be materially adversely affected.

Achievement of the Company's business objectives are contingent, in part, upon compliance with the regulatory requirements, including those imposed by Health Canada and other government authorities and obtaining all regulatory approvals, where necessary, for its cannabis related activities. Radient cannot predict the time required to secure all appropriate regulatory approvals for its activities, or the extent of testing and documentation that may be required by government authorities. Any delays in obtaining, or failure to obtain regulatory approvals would significantly delay the development of markets and products and could have a material adverse effect on the Company's business, results of operation and financial condition.

Radient's business will be subject to a variety of laws, regulations and guidelines relating to marketing, acquisition, manufacture, management, transportation, storage, sale and disposal of medical marijuana but is also subject to laws and regulations relating to health and safety, the conduct of operations and the protection of the environment. Changes to such laws, regulations and guidelines may cause adverse effects to the Company's operations.

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 46 of 53



On October 16, 2017, the TSX issued guidance stating that issuers with ongoing marijuana-related business activities in the U.S. would not be complying with the requirements of the TSX company manual and therefore could be subject to a delisting review at the discretion of the TSX. At present, the Company is not conducting any U.S. marijuana-related activities and further has no plans to do so. As a result, the Company is in full compliance with the Canadian regulatory requirements.

*Medical Marijuana*

The success of the medical cannabis industry may be significantly influenced by the public's perception of cannabis's medicinal applications. Medical cannabis is a controversial topic, and there is no guarantee that future scientific research, publicity, regulations, medical opinion and public opinion relating to medical cannabis will be favourable. The medical cannabis industry is an early-stage business that is constantly evolving with no guarantee of viability. The market for medical cannabis is uncertain, and any adverse or negative publicity, scientific research, limiting regulations, medical opinion and public opinion relating to the consumption of medical cannabis may have a material adverse effect on our operational results, consumer base and financial results.

Should the size of the medical cannabis market increase as projected the demand for products will increase as well, and for the Company to be competitive, it will need to invest significantly in research and development, marketing, and production expansion. If the Company is not successful in obtaining sufficient resources to invest in these areas, the Company's ability to compete in the market may be adversely affected, which could materially and adversely affect the Company's business, its financial condition and operations.

*Potential Adult-Use Cannabis Market*

In June 2018, the government of Canada passed the Cannabis Act, the Canadian federal legislation allowing individuals over the age of 18 to legally purchase, process and cultivate limited amounts of cannabis for adult use in Canada. It is expected that the Cannabis Act will become effective in October 2018. As a result, individuals who currently rely upon the medical cannabis market to supply their medical cannabis and cannabis-based products may cease this reliance, and instead turn to the adult-use cannabis market to supply their cannabis and cannabis-based products.

Factors that will influence this decision include the price of medical cannabis products in relation to similar adult-use cannabis products, the amount of active ingredients in medical cannabis products in relation to similar adult-use cannabis products, the types of cannabis products available to adult users and limitations on access to adult-use cannabis products imposed by the regulations under the Cannabis Act and the legislation governing distribution of cannabis that is expected to be enacted by the individual provinces and territories of Canada. These factors will not be ascertainable until after the regulations under the Cannabis Act and the individual provincial and territorial legislation providing for the legalization of adult-use cannabis are implemented.

While it is currently proposed that existing holders of licenses relating to medical cannabis under the ACMPR, including the Company, will be automatically licensed under the Cannabis Act for these activities, other individuals and corporations would be able to apply for such licenses. Moreover, in conjunction with the implementation of the Cannabis Act, the ACMPR regulation of cannabis for medical purposes is expected to be reviewed. The effect on the Company's business, and the cannabis market in general, as a result of this review is uncertain.

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 47 of 53



**The Company's Relationship with Aurora**

*Aurora's Shareholdings and Conflicts of Interest with Aurora*

Following closing of the Offering, Aurora will hold a significant and influential voting interest in the Company, including with respect to the right to vote for the election of directors to the Company's board of directors. See "Disclosure of Certain Additional Matters – Conflicts of Interests".

The Company's relationship with Aurora does not impose any duty on Aurora or its affiliates to act in the best interest of the Company. The Company's ownership structure involves a number of relationships that may give rise to conflicts of interest between the Company and the Company's shareholders, on the one hand, and Aurora, on the other hand. In certain instances, the interests of Aurora may differ from the interests of the Company and its shareholders, including with respect to future acquisitions or strategic decisions involving the Company's business. It is possible that conflicts of interest may arise between the Company and Aurora, and that such conflicts may not be resolved in a manner that is in the best interests of the Company or its shareholders. Additionally, Aurora and its affiliates will have access to material confidential information respecting the Company.

*Future Changes in Relationship with Aurora*

The arrangements between the Company and Aurora do not require Aurora, either directly or indirectly, to maintain any ownership level in the Company. Accordingly, Aurora may transfer all or a substantial portion of its interest in the Company to a third party, including in a merger or consolidation or sale of the Common Shares, without the consent of the Company or its shareholders, but subject to market conditions, Aurora's requirements for capital or other circumstances that may arise in the future. The interests of a transferee of the Common Shares may be different from Aurora's and may not align with those of other shareholders. The Company cannot predict with any certainty the effect that any such transfer would have on the trading price of the Common Shares or the Company's ability to raise capital in the future. As a result, the future of the Company would be uncertain and the Company's business and financial condition may suffer.

**Environmental**

Safety, health and environmental laws and regulations affect nearly all aspects of the Company's operations, including product development, working conditions, waste disposal, emission controls, the maintenance of air and water quality standards and land reclamation, and, with respect to environmental laws and regulations, impose limitations on the generation, transportation, storage and disposal of solid and hazardous waste.

Continuing to meet GMP standards, which the Company follows voluntarily, requires satisfying additional standards for the conduct of its operations and subjects the Company to ongoing compliance inspections in respect of these standards. Compliance with safety, health and environmental laws and regulations can require significant expenditures, and failure to comply with such safety, health and environmental laws and regulations may result in the imposition of fines and penalties, the temporary or permanent suspension of operations, the imposition of clean-up costs resulting from contaminated properties, the imposition of damages and the loss of or refusal of governmental authorities to issue permits or licenses to us or to certify our compliance with GMP standards.

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 48 of 53



Exposure to these liabilities may arise in connection with the Company's existing and future operations as well as its historical operations. The Company could also be held liable for worker exposure to hazardous substances and for accidents causing injury or death. There can be no assurance that the Company will always be in compliance with all safety, health and environmental laws and regulations notwithstanding the Company's attempts to comply with such laws and regulations.

Changes in applicable safety, health and environmental standards may impose stricter standards and enforcement, increased fines and penalties for non-compliance, more stringent environmental assessments of proposed projects and a heightened degree of responsibility for companies and their officers, directors and employees. The Company is not able to determine the specific impact that future changes in safety, health and environmental laws and regulations may have on the Company's industry, operations and/or activities and its resulting financial position; however, the Company anticipates that capital expenditures and operating expenses will increase in the future as a result of the implementation of new and increasingly stringent safety, health and environmental laws and regulations. Further changes in safety, health and environmental laws and regulations, new information on existing safety, health and environmental conditions or other events, including legal proceedings based upon such conditions or an inability to obtain necessary permits in relation thereto, may require increased compliance expenditures by the Company.

## Cost Control

Success will largely be predicated upon Radient's ability to use its technology to develop, sell and distribute consistent, high quality, products at competitive prices, and at a commercial scale. There can be no assurance that Radient will be able to develop, sell and distribute its products and technology at competitive prices. Failure to do so will result in smaller profit margins or losses.

## Technology Scale-Up

Radient has successfully completed scale-up of its technology to commercial scale. The success of Radient's business will be largely dependent on the ability to replicate its technology, and its inherent benefits on a commercial scale for different biomasses. Failure to do so will result in an inability to secure commercial contracts.

## Competition

While the Radient MAP™ technology is potentially disruptive in the marketplace, the industrial technology industry is intensely competitive in all its phases, and Radient will compete with many companies that have substantially greater financial and technical resources.

New technology may be developed, and new advances may significantly reduce the value of Radient's MAP™ technology. In recent history, Radient has not sold its technology on a commercial scale, and it will compete against more established companies, some of which have greater financial, marketing and other resources than that of Radient.

There can be no assurance that potential competitors of Radient, which may have greater financial, R&D, sales and marketing and personnel resources than Radient, are not currently developing, or will not in the future develop, products and strategies that are equally or more effective and/or economical as any products or strategies developed by Radient or which would otherwise render its products or strategies obsolete.

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 49 of 53



Radient operates within competitive markets and the Company believes that it has adopted a competitive business strategy. However, Radient's business, results, operations and financial condition could be materially adversely affected by the actions of its competitors (including their marketing and pricing strategies and product and services). Radient may be forced to change the nature of its business as a result of competitive factors and there is no assurance that Radient will be able to compete successfully in the market place in which it seeks to operate.

**Customer Concentration**

Although Radient has not generated significant revenue in recent history, nor is there any assurance thereof, its marketing strategy is not to rely on large volumes of customers but instead on a small number of high volume customers. As Radient expects to have a small number of customers, the loss of any one could have a material adverse effect on its revenues and financial results.

**Dependence on Key Personnel**

The success of Radient depends upon attracting and retaining the services of its management team as well as Radient's ability to attract and retain a sufficient number of other highly qualified personnel to run the business. There is substantial competition for highly qualified personnel in the biotechnology industry, as well as the Alberta marketplace. As most key personnel devote their full time to the business, the loss of any member of Radient's management team or other key person could have a material adverse effect on its business. As Radient's level of business activity grows, it will require additional key administrative and marketing personnel. There can be no assurance that the Company will be successful in hiring such personnel.

**Volatility in the Capital Markets**

Under present market conditions, publicly traded securities in the industrial technology and cannabis industries, have at times, seen significant price volatility. The market for securities of industrial technology and cannabis companies may be subject to market trends regardless of the success of Radient. A volatile capital market may impede the ability to undertake future financings, strategic alliances and acquisitions.

**Additional Financing**

Radient has not generated significant revenues in its recent history. As a growing business, Radient's need for operational capital will also grow. The continued operation of the Company will be dependent upon its ability to generate operating revenues and to procure additional financing. There can be no assurance that additional financing can be obtained on terms favourable to Radient or on any terms. Failure to raise the necessary funds in a timely fashion may also limit Radient's ability to move its programs forward in a timely and satisfactory manner, or to abandon the programs or force it to pursue alternative strategic options; any of which would harm its business, financial condition and results of operations, or affect its ability to continue operating.

**Government Regulation**

If Radient, or any future marketing collaborators or contract manufacturers, fail to comply with applicable regulatory requirements, the Company may be subject to sanctions including fines, product recalls or seizures and related publicity requirements, injunctions, total or partial suspension of production, civil penalties, suspension or withdrawals of previously granted regulatory approvals, warning or untitled letters, refusal to approve pending applications for marketing approval of new products, import or export bans or restrictions, and criminal prosecution and penalties. Any of these penalties could delay or prevent the promotion, marketing or sale of Radient products and product candidates.

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 50 of 53

 **RADIENT**

**Risks Related to Intellectual Property**

Radient's success and ability to compete effectively will depend, in part, on its ability to maintain the proprietary nature of its technology and manufacturing processes, the ability to secure and protect its patents, trade secrets, trademarks and other intellectual property rights either developed internally or acquired, and to operate without infringing on the proprietary rights of others or having third parties circumvent the rights that it owns or licenses. There can be no assurance that any of Radient's patents will be sufficiently broad to protect the Company's technology or that they will not be challenged or found to be invalid.

## OUTSTANDING SHARE DATA

As at the date of this MD&A, the Company has:

Common shares issued and outstanding: 229,884,345

Stock options issued and outstanding: 11,288,759 with a weighted average exercise price of $0.87. Each stock option entitles its holder to purchase one common share of the Company with varying expiry dates up to June 23, 2024.

Finders' options issued and outstanding: 70,000 with an exercise price of $0.45. Each finders' option entitles its holder to purchase one unit of the Company until March 9, 2019. If exercised, these units would include 70,000 common shares and 35,000 common share purchase warrants entitling the holder to subscribe for additional common shares at a price of $0.70 per common share until March 9, 2019.

Warrants issued and outstanding: 30,758,073 with a weighted average exercise price of $0.54. Each warrant entitles its holder to purchase one common share of the Company with varying expiry dates up to June 22, 2020.

During the year ended March 31, 2018, the Company approved multiple share for service agreements with third parties in exchange for business development and consulting services. Pursuant to the terms of the agreements the Company may issue common shares in exchange for a maximum of $352,000 USD and $96,000 CAD of services provided in the fiscal year at the option of the third party. The number of shares will be issued quarterly based on the closing price of the Company's shares on the last trading day each quarter. The agreements were approved by the TSX Venture Exchange and will be subject to approval for each successive 2-year renewal term. Common shares with a value of $97,775 USD and $16,422 CAD have been issued as of the date of this MD&A for services rendered during the year ended March 31, 2018. Common shares with a value of $56,825 USD and $14,705 CAD have been issued as of the date of this MD&A for services rendered during the three months ended June 30, 2018.

The fully diluted capital of the Company, including common shares, options, warrants and pending conversion of liabilities is 272,036,177 common shares as at the date of this MD&A.

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 51 of 53

 **RADIENT**

## FORWARD LOOKING STATEMENTS

The MD&A offers our assessment of Radient's future plans and operations as of July 24, 2018 and contains forward-looking statements.  By their nature, forward-looking statements are subject to numerous risks and uncertainties, including those discussed below. You are cautioned that the assumptions used in the preparation of forward-looking information, although considered reasonable at the time of preparation, may prove to be imprecise and, as such, undue reliance should not be placed on forward-looking statements. Actual results, performance or achievements could differ materially from those expressed in, or implied by, these forward-looking statements. No assurance can be given that any of the events anticipated will transpire or occur, or if any of them do so, what benefits Radient will derive from them. The Company disclaims any intention or obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise unless required by law.

Certain statements in this MD&A constitute forward-looking statements, based on management's expectations, estimates and projections. All statements that address expectations or projections about the future, including statements about the Company's strategy for growth, research and development, market position, expected expenditures and financial results are forward-looking statements**.**  Forward-looking statements are statements about the future and are inherently uncertain, and actual achievements of the Company and other results and occurrences may differ from those reflected in the forward–looking statements due to a variety of risks, uncertainties and other factors, including, without limitation:  the Company's forward-looking statements, including all "Risk Factors" are based on the beliefs, expectations and opinions of management on the date the statements were made, and the Company does not assume any obligation to update forward-looking statements if circumstances of management's beliefs, expectations or opinions should change. For the reasons set forth above, investors should not place undue reliance on forward-looking statements.

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 52 of 53

 **RADIENT**

## OTHER SHAREHOLDER INFORMATION

**Directors**

Denis Taschuk, CA (Board Member, Compensation Governance & Nominating Committee) (Non-Independent)
Harry Kaura (Board Member, Health & Safety Committee) (Non-Independent)
Mike Cabigon (Board Member, Health & Safety Committee) (Non-Independent)
Steve Dauphin (Board Member, Audit Committee (Chairman) Compensation Governance & Nominating Committee)
Jith Veeravalli (Board Member)
Francesco Ferlaino (Board Member (Chairman), Audit Committee, Compensation Governance & Nominating Committee (Chairman))
Dimitris Tzanis (Board Member)
Jan Petzel (Board Member, Audit Committee)
Steven Splinter (Board Member) (Non-Independent)
Terry Booth (Board Member)

**Officers**

Denis Taschuk, CA (President and Chief Executive Officer)
Mike Cabigon (Chief Operating Officer)
Steven Splinter, PhD (Chief Technology Officer and Corporate Secretary)
Prakash Hariharan, (Chief Financial Officer)

**Corporate Counsel**

Fasken Martineau DuMoulin LLP, 2900 – 550 Burrard Street, Vancouver BC

**Auditors**

Grant Thornton LLP, Chartered Accountants, 1701 Scotia Place 2, 10060-Jasper Avenue, Edmonton AB

**Trust Agent**

AST Trust Company (Canada), 600 Dome Tower, 333-7th Avenue S.W., Calgary, AB

**Contacts (780-465-1318)**

Corporate & Strategic – Denis Taschuk
Investor Relations – Mike Cabigon
Administration & Finance – Prakash Hariharan

Management's Discussion and Analysis
For the year ended March 31, 2018
Radient Technologies Inc.
Page 53 of 53