Kevin H. Marino
John D. Tortorella
MARINO, TORTORELLA & BOYLE P.C.
437 Southern Boulevard
Chatham, NJ 07928-1488
Phone: 973-824-9300
Fax: 973-824-8425
kmarino@khmarino.com
jtortorella@khmarino.com

Stephen L. Ascher (*pro hac vice*)
Andrew J. Lichtman
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022-3908
Phone: 212-891-1600
Fax: 212-891-1699
sascher@jenner.com
alichtman@jenner.com

Howard S. Suskin (*pro hac vice*)
Theo A. Lesczynski (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654-3456
Phone: 312-222-9350
Fax: 312-527-0484
hsuskin@jenner.com
tlesczynski@jenner.com

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re AURORA CANNABIS INC. SECURITIES LITIGATION | Case No. 2:19-cv-20588-JMV-JBC |
| This Document Relates To: ALL ACTIONS | **CERTIFICATE OF SERVICE** |

JOHN D. TORTORELLA, of full age, hereby certifies and states:

1.    I am an attorney at law of the State of New Jersey and a member of the law firm of Marino, Tortorella & Boyle, P.C., attorneys for Defendants Aurora Cannabis, Inc., Terry Booth, Stephen Dobler, Glen Ibbott, Cameron Battley,

Michael Singer, Jason Dyck, and Allan Cleiren (collectively, "Defendants") in this matter.

2.     On this date, I caused to be filed with the Clerk of the Court and all counsel of record, via the Court's electronic filing system, Defendants' Reply Memorandum of Law in Support of Their Motion to Dismiss The Second Amended Class Action Complaint

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 25, 2022
Chatham, New Jersey                    _____
                                              JOHN D. TORTORELLA