Kevin H. Marino
John D. Tortorella
MARINO, TORTORELLA & BOYLE, P.C.
437 Southern Boulevard
Chatham, NJ  07928
Phone:  (973) 824-9300
Fax: (973) 824-8425
kmarino@khmarino.com
jtororella@khmarino.com

Stephen L. Ascher†
Andrew J. Lichtman
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036-2711
Phone: (212) 891-1600
Fax: (212) 891-1699
sascher@jenner.com
alichtman@jenner.com

Howard S. Suskin†
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654-3456
Phone: (312) 222-9350
Fax: (312) 527-0484
hsuskin@jenner.com

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re AURORA CANNABIS INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Case 2:19-cv-20588-JMV-JBC<br>Honorable John M. Vazquez, U.S.D.J.<br><br>Oral Argument Requested<br>Motion Date: April 17, 2023<br>*Document filed electronically*<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED CLASS ACTION COMPLAINT** |

TO:   James E. Cecchi                     Samuel H. Rudman
        Lindsey H. Taylor                   Alan I. Ellman
        Donald A. Ecklund

---

† Admitted *pro hac vice.*

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Phone: (973) 994-1700
Fax: (973) 994-1744
jcecchi@carellabyrne.com
ltaylor@carellabyrne.com
decklund@carellabyrne.com

*Local Counsel for Lead Plaintiffs*

ROBBINS GELLER RUDMAN
& DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Phone: (631) 367-7100
Fax: (631) 367-1173
srudman@rgrdlaw.com
aellman@rgrdlaw.com

Steve W. Berman
Shayne C. Stevenson
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Phone: (206) 268-9340
Fax (206) 623-0594
steve@hbsslaw.com
shaynes@hbsslaw.com

*Co-Lead Counsel for Lead Plaintiffs*

**PLEASE TAKE NOTICE** that at 9:00 a.m. on April 17, 2023, or such other time and date set by the Court, Defendants Aurora Cannabis, Inc., Terry Booth, and Allan Cleiren (collectively, "Defendants"), by and through their undersigned counsel, will move before the Honorable John Michael Vazquez, U.S.D.J., United States District Court for the District of New Jersey, Frank R. Lautenberg U.S.P.O & Courthouse, Room 417, 2 Federal Sq., Newark, NJ 07102, for entry of an Order granting Defendants' Motion to Dismiss Plaintiffs' Third Amended Class Action Complaint [ECF No. 68], pursuant to Federal Rules of Civil Procedure 12(b)(6) and the Private Securities Litigation Reform Act.

**PLEASE TAKE FURTHER NOTICE** that in support of their motion, Defendants will rely on the Memorandum of Law and the accompanying Certification of Kevin H. Marino and attached exhibits, submitted herewith. A proposed form of Order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendants respectfully request oral argument on this motion.

Dated:  January 6, 2023                Respectfully submitted,

MARINO, TORTORELLA & BOYLE, P.C.

_____

Kevin H. Marino
John D. Tortorella
437 Southern Boulevard
Chatham, NJ  07928
Telephone:  (973) 824-9300
Fax: (973) 824-8425
kmarino@khmarino.com
jtororella@khmarino.com

Stephen L. Ascher[†]
Andrew J. Lichtman
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036-2711
Phone: (212) 891-1600
Fax: (212) 891-1699
sascher@jenner.com
alichtman@jenner.com

Howard S. Suskin[†]
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654-3456

Phone: (312) 222-9350
Fax: (312) 527-0484
hsuskin@jenner.com

*Attorneys for Defendants*