Kevin H. Marino
John D. Tortorella
MARINO, TORTORELLA & BOYLE P.C.
437 Southern Boulevard
Chatham, NJ 07928-1488
Phone: 973-824-9300
Fax: 973-824-8425
kmarino@khmarino.com
jtortorella@khmarino.com

Stephen L. Ascher
Andrew J. Lichtman
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036-2711
Phone: 212-891-1600
Fax: 212-891-1699
sascher@jenner.com
alichtman@jenner.com

Howard S. Suskin
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654-3456
Phone: 312-222-9350
Fax: 312-527-0484
hsuskin@jenner.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re AURORA CANNABIS INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Case No. 2:19-cv-20588-JMV-JBC<br><br>Hon. John M. Vazquez, U.S.D.J. |

**CERTIFICATION OF KEVIN H. MARINO IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS THE
THIRD AMENDED CLASS ACTION COMPLAINT**

KEVIN H. MARINO, of full age, hereby certifies and states:

1

1.      I am an attorney at law of the State of New Jersey and a member of the law firm of Marino, Tortorella & Boyle, P.C., attorneys for Defendants Aurora Cannabis, Inc. ("Aurora"), Terry Booth, and Allan Cleiren (collectively, "Defendants"), in the above-captioned matter.  I am fully familiar with the facts set forth in this Certification, which I submit in support of Defendants' Motion to Dismiss the Third Amended Class Action Complaint.

2.      Attached hereto as Exhibit A is a true and correct copy of a tweet by TheCannalyst's posted at 9:23 a.m. ET on October 9, 2019, linking an article by Craig Wiggins.

3.      Attached hereto as Exhibit B is a true and correct copy of the historical stock price data for Aurora Cannabis, Inc. (ACB) from September 11, 2019, through November 14, 2019, published by *Yahoo Finance*.

4.      Attached hereto as Exhibit C is a true and correct copy of an article titled *Weed stocks plummet after Canadian cannabis company Hexo withdraws its profit guidance for 2020* published by *Markets Insider on* October 10, 2019.

5.      Attached hereto as Exhibit D is a true and correct copy of the historical stock price data for Hexo Corp. (HEXO) from October 9, 2019, through October 10, 2019, published by *Yahoo Finance*.

2

6. Attached hereto as Exhibit E is a true and correct copy of the historical stock price data for Canopy Growth Corporation (CGC) from September 11, 2019, through November 14, 2019, published by *Yahoo Finance*.

7. Attached hereto as Exhibit F is a true and correct copy of the historical stock price data for Cronos Group Inc. (CRON) from September 11, 2019, through November 14, 2019, published by *Yahoo Finance*.

8. Attached hereto as Exhibit G is a true and correct copy of the historical stock price data for Tilray Brands, Inc. (TLRY) from September 11, 2019, through November 14, 2019, published by *Yahoo Finance*.

9. Attached hereto as Exhibit H is a true and correct copy of the historical stock price data for Aphria (APHA) from September 11, 2019, through November 14, 2019, published by *Investing.com*.

10. Attached hereto as Exhibit I is a true and correct copy of an article titled *Aurora Cannabis ties to extraction firm raise questions about potential for 'fluffing sales'* published by *Yahoo Finance Canada* on October 17, 2019.

11. Attached hereto as Exhibit J is a true and correct copy of an article titled *One year after Canada legalized weed, figures suggest a large number of Canadians still buy their cannabis on the black market* published by *Insider* on October 17, 2019.

12. Attached hereto as Exhibit K is a true and correct copy of an article titled *Displacing Canada cannabis black market will take years: Trudeau* published by *Yahoo!* on October 17, 2019.

13. Attached hereto as Exhibit L is a true and correct copy of an article titled *'Vibrant' black market persists as legal pot marks its first full year in Canada* published by *CBC* on October 17, 2019.

14. Attached hereto as Exhibit M is a true and correct copy of an article titled *Aurora's $20 Million Wholesale Revenue from Q4 F2019 and the Radient Relationship – Lingering Questions* published by TheCannalysts on October 9, 2019.

I certify under penalty of perjury that the foregoing is true and correct. Executed on January 6, 2023

_____
Kevin H. Marino

4

**EXHIBITS CITED IN DEFENDANT'S MEMORANDUM OF
LAW IN SUPPORT OF THEIR MOTION TO DISMISS
PLAINTIFF'S THIRD AMENDED COMPLAINT**

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| A | TheCannalyst tweet from 9:23 a.m. ET on October 9, 2019 |
| B | Historical stock price data for Aurora Cannabis, Inc. (ACB) |
| C | *Weed stocks plummet after Canadian cannabis company Hexo withdraws its profit guidance for 2020*, Markets Insider, Oct. 10, 2019 |
| D | Historical stock price data for Hexo Corp. (HEXO) |
| E | Historical stock price data for Canopy Growth Corporation (CGC) |
| F | Historical stock price data for Cronos Group Inc. (CRON) |
| G | Historical stock price data for Tilray Brands, Inc. (TLRY) |
| H | Historical stock price data for Aphria (APHA) |
| I | *Aurora Cannabis ties to extraction firm raise questions about potential for 'fluffing sales'*, Yahoo!Finance, Oct. 17, 2019 |
| J | *One year after Canada legalized weed, figures suggest a large number of Canadians still buy their cannabis on the black market*, Insider, Oct. 17, 2019 |
| K | *Displacing Canada cannabis black market will take years: Trudeau*, Yahoo!, Oct. 17, 2019 |
| L | *Vibrant' black market persists as legal pot marks its first full year in Canada*, CBC, Oct. 17, 2019 |
| M | *Aurora's $20 Million Wholesale Revenue from Q4 F2019 and the Radient Relationship – Lingering Questions*, TheCannalysts, Oct. 9, 2019 |

# EXHIBIT A



**TheCannalysts**
@thecannalysts

We have released an article for subscribers on website concerning the relationship btwn $ACB and $RTI. Article outlines potential for re-interpretation of June 30/19 Sales, GM & EBITDA of ACB dependant on need for further disclosure by parties. Analysis not Advice

9:23 AM · Oct 9, 2019

4 Retweets   2 Quote Tweets   6 Likes



**TheCannalysts** @thecannalysts · Oct 9, 2019
Replying to @thecannalysts
Website thecannalysts.blog/auroras-20-mil...

1      1      1

# EXHIBIT B

**yahoo!** finance

Sign in    Mail

Finance Home    News    Video    Watchlists    My Portfolio    Real Estate    My Screeners    Tech

Canada markets closed

S&P/TSX
19,814.51
+307.67 (+1.58%)

S&P 500
3,895.08
+86.98 (+2.28%)

DOW
33,630.61
+700.53 (+2.13%)

CAD/USD
0.7439
+0.0065 (+0.89%)

## Aurora Cannabis Inc. (ACB)
NasdaqGS - NasdaqGS Real Time Price. Currency in USD

Add to watchlist

**0.8810** -0.0150 (-1.67%)    **0.8900** +0.01 (+1.02%)
At close: 04:00PM EST    After hours: 05:57PM EST

Summary    Chart    Conversations    Statistics    Historical Data    Profile    Financials    Analysis    Options    Holders    Sustainability

Time Period: Jan 06, 2022 - Jan 06, 2023    Show: Historical Prices    Frequency: Daily

Currency in USD    Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Nov 14, 2019 | 41.0400 | 41.1600 | 37.3200 | 39.4800 | 39.4800 | 2,389,450 |
| Nov 13, 2019 | 42.8400 | 42.9600 | 42.0000 | 42.6000 | 42.6000 | 1,223,250 |
| Nov 12, 2019 | 43.2000 | 44.4000 | 42.6000 | 42.8400 | 42.8400 | 1,133,350 |
| Nov 11, 2019 | 45.0000 | 45.4800 | 43.2000 | 43.4400 | 43.4400 | 1,071,892 |
| Nov 08, 2019 | 43.4400 | 45.8400 | 42.7200 | 45.7200 | 45.7200 | 1,582,667 |
| Nov 07, 2019 | 45.4800 | 45.8400 | 42.9600 | 42.9600 | 42.9600 | 1,014,092 |
| Nov 06, 2019 | 45.6000 | 47.0400 | 44.6400 | 44.7600 | 44.7600 | 1,067,108 |
| Nov 05, 2019 | 43.2000 | 46.0800 | 43.0800 | 45.1200 | 45.1200 | 1,143,717 |
| Nov 04, 2019 | 43.3200 | 43.9920 | 42.9600 | 43.2000 | 43.2000 | 670,517 |
| Nov 01, 2019 | 42.9600 | 43.6800 | 42.6000 | 42.9600 | 42.9600 | 487,183 |
| Oct 31, 2019 | 43.6800 | 43.8000 | 42.1200 | 43.0800 | 43.0800 | 705,825 |
| Oct 30, 2019 | 43.2000 | 44.2800 | 42.9600 | 43.3200 | 43.3200 | 522,917 |
| Oct 29, 2019 | 44.0400 | 44.0400 | 42.9600 | 43.2000 | 43.2000 | 807,733 |
| Oct 28, 2019 | 46.2000 | 47.2800 | 44.1600 | 44.2800 | 44.2800 | 1,100,192 |
| Oct 25, 2019 | 44.4000 | 45.9600 | 43.6800 | 45.6000 | 45.6000 | 1,091,208 |
| Oct 24, 2019 | 44.1600 | 44.8800 | 43.2000 | 44.6400 | 44.6400 | 774,908 |
| Oct 23, 2019 | 42.6000 | 44.7600 | 42.0000 | 44.0400 | 44.0400 | 1,103,383 |
| Oct 22, 2019 | 43.3200 | 43.9200 | 42.6000 | 42.9600 | 42.9600 | 986,083 |
| Oct 21, 2019 | 44.4000 | 44.8800 | 42.1200 | 44.2800 | 44.2800 | 1,222,250 |
| Oct 18, 2019 | 46.6800 | 46.9200 | 43.9200 | 44.1600 | 44.1600 | 1,302,542 |
| Oct 17, 2019 | 45.7200 | 46.9200 | 44.4000 | 46.6800 | 46.6800 | 1,762,142 |

### People Also Watch

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| CGC Canopy Growth Corporation | 2.3800 | -0.0100 | -0.42% |
| TLRY Tilray Brands, Inc. | 2.9500 | +0.0100 | +0.34% |
| CRON Cronos Group Inc. | 2.5400 | +0.0300 | +1.20% |
| HEXO HEXO Corp. | 1.1400 | -0.0400 | -3.39% |
| SNDL SNDL Inc. | 2.1300 | +0.0100 | +0.47% |

### Similar to ACB

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| CGC Canopy Growth Corporation | 2.3800 | -0.0100 | -0.42% |
| TLRY Tilray Brands, Inc. | 2.9500 | +0.0100 | +0.34% |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| Oct 16, 2019 | 45.6000 | 45.7200 | 43.0800 | 43.3200 | 43.3200 | 1,274,783 |
| Oct 15, 2019 | 43.5600 | 46.2000 | 42.2400 | 45.1200 | 45.1200 | 2,278,167 |
| Oct 14, 2019 | 43.6800 | 44.1600 | 40.8000 | 42.1200 | 42.1200 | 1,516,100 |
| Oct 11, 2019 | 44.8800 | 46.4400 | 43.6800 | 44.1600 | 44.1600 | 1,699,375 |
| Oct 10, 2019 | 48.3600 | 48.7080 | 44.6400 | 44.6400 | 44.6400 | 2,454,417 |
| Oct 09, 2019 | 50.0400 | 51.3600 | 49.0200 | 49.3200 | 49.3200 | 1,063,325 |
| Oct 08, 2019 | 48.9600 | 51.0000 | 47.4000 | 49.8000 | 49.8000 | 1,233,442 |
| Oct 07, 2019 | 52.3200 | 52.4640 | 49.3200 | 49.3200 | 49.3200 | 1,226,050 |
| Oct 04, 2019 | 55.4400 | 55.6800 | 52.3200 | 52.8000 | 52.8000 | 1,194,317 |
| Oct 03, 2019 | 50.7600 | 54.2400 | 48.8400 | 54.1200 | 54.1200 | 1,714,917 |
| Oct 02, 2019 | 48.6000 | 51.9600 | 45.6000 | 49.8000 | 49.8000 | 2,309,875 |
| Oct 01, 2019 | 51.9600 | 52.6800 | 48.6000 | 49.4400 | 49.4400 | 2,011,850 |
| Sept 30, 2019 | 54.9600 | 55.2000 | 51.9600 | 52.6800 | 52.6800 | 1,536,283 |
| Sept 27, 2019 | 56.4000 | 58.0800 | 55.2000 | 55.4400 | 55.4400 | 904,183 |
| Sept 26, 2019 | 58.8000 | 59.0400 | 56.1600 | 56.8800 | 56.8800 | 1,039,842 |
| Sept 25, 2019 | 56.7600 | 58.4400 | 54.1200 | 57.1200 | 57.1200 | 1,342,850 |
| Sept 24, 2019 | 60.6000 | 60.8400 | 56.6400 | 57.1200 | 57.1200 | 1,481,183 |
| Sept 23, 2019 | 59.1600 | 62.8800 | 59.1600 | 60.9600 | 60.9600 | 1,017,450 |
| Sept 20, 2019 | 61.2000 | 61.2000 | 59.0520 | 60.2400 | 60.2400 | 1,456,692 |
| Sept 19, 2019 | 63.2400 | 63.4800 | 61.8000 | 61.9200 | 61.9200 | 785,842 |
| Sept 18, 2019 | 63.1200 | 65.0400 | 62.2800 | 63.2400 | 63.2400 | 1,070,942 |
| Sept 17, 2019 | 64.8000 | 66.4800 | 61.6800 | 63.2400 | 63.2400 | 2,279,558 |
| Sept 16, 2019 | 69.0000 | 69.9600 | 65.4000 | 65.4000 | 65.4000 | 2,831,775 |
| Sept 13, 2019 | 71.0400 | 72.0000 | 69.6000 | 71.4000 | 71.4000 | 1,039,617 |
| Sept 12, 2019 | 70.4400 | 72.4800 | 69.1200 | 70.6800 | 70.6800 | 2,097,242 |
| Sept 11, 2019 | 76.0800 | 78.0000 | 74.0400 | 77.8800 | 77.8800 | 1,894,442 |

*Close price adjusted for splits.     **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

**HEXO** 1.1400 -0.0400 -3.39%
HEXO Corp.

**CRON** 2.5400 +0.0300 +1.20%
Cronos Group Inc.

**SNDL** 2.1300 +0.0100 +0.47%
SNDL Inc.

Data Disclaimer  Help  Suggestions  Terms
(Updated)  Privacy
Privacy Dashboard

About Our Ads

© 2023 Yahoo. All rights reserved.

# EXHIBIT C



MY Watchlist

# Weed stocks plummet after Canadian cannabis company Hexo withdraws its profit guidance for 2020

**Carmen Reinicke**  Oct 10, 2019, 2:19 PM

Download the app



FILE - This Nov. 27, 2015 file photo shows two marijuana buds displayed for a customer in Denver. A government report released on Tuesday, June 17, 2019 shows that pot use in pregnancy has doubled among U.S. women and is most common during the first trimester. (AP Photo/David Zalubowski, File)  Associated Press

**Weed stocks fell on Thursday after <u>Hexo</u>, a Canadian cannabis company, withdrew its full-year revenue guidance at an investor event Thursday, citing market uncertainty.**

**Shares of Hexo fell as much as 26% on the news. The stocks of Tilray, Aurora Cannabis, Canopy Growth, and Cronos also slipped.**

**The weed industry is facing increased uncertainty and the environment will likely continue to be difficult, according to W. Andrew Carter, an analyst at Stifel.**

**<u>Sign up here to get our cannabis newsletter Cultivated in your inbox every Friday</u>.**

---

**Sign up for our newsletter to get the inside scoop on what traders are talking about — delivered daily to your inbox.**

Email address
Email address

SIGN UP

By clicking 'Sign up', you agree to receive marketing emails from Insider as well as other partner offers and accept our <u>Terms of Service</u> and <u>Privacy Policy</u>.

Weed stocks are not going high today.

Shares of <u>Tilray</u>, <u>Canopy Growth</u>, <u>Aurora Cannabis</u>, and <u>Cronos</u> fell sharply after <u>Hexo</u>,

another Canadian cannabis company, withdrew its revenue guidance for the year because of uncertainty and difficulty in the  market.

**Here's how much each company is down today:**

- **Hexo:** - 24%

- **Tilray:** -10%
- **Canopy Growth:** -8.2%

- **Aurora Cannabis:** -5.2%

- **Cronos:** -6.2%

Hexo's <u>Thursday announcement</u> is "another headline damaging the industry's credibility," wrote W. Andrew Carter of Stifel in a Thursday note on the cannabis industry. "We believe the macro environment will continue to be difficult."

There've been a number of <u>events recently</u> that have weighed down shares of cannabis company stock, Carter wrote.

One is that companies are facing increasing pricing pressure as competition ramps up, which

is impacting sales. In its preliminary update for the full year, Hexo suggested it now expects C$14.5 million to C416.5 million in revenue, below the consensus estimate of C$24.8 million and the guidance of C$25.9 million it offered earlier in the year.

In addition, the vaping epidemic in the US has spilled over into Canada, Carter wrote, especially after some regulators in the US banned or implemented harsher rules around vapor products. "Now, all eyes are on Health Canada to see how the federal regulator will handle this category," Carter wrote.

While there's limited potential for a long term ban of vapes, Carter writes that Health Canada will likely scrutinize vapes more, which could add costs or delays. The provinces could call for regulatory action as well, he said.

There are two companies that Carter thinks stand a better chance of weathering the storm of sector weakness — they are Canopy Growth and Cronos Group. Both have strong cash positions, Carter wrote, of roughly C$3 billion and C$2 billion, respectively. This allows "each company to continue investing aggressively behind their businesses and to capitalize on any opportunities," Carter said.

Canopy Growth also recently named David Klein, the executive vice president and chief financial officer of Constellation Brands, as Chairman of its Board of Directors. This is a positive, Carter writes, as Constellation has affirmed its commitment to the cannabis company after a few rocky months that led to the abrupt exit of former CEO Bruce Linton.

"In this difficult category with a tainted history, the governance models for both Canopy Growth and Cronos Group are differentiators with boards that provide key assurances to other investors," Carter wrote. They also sport the ability to take quick, decisive action, he said.

***Read more****: An expert who studies venture capital says the WeWork 'smackdown' won't change the way the industry works — but he's telling investors how they can avoid the same mistake*

## Read next

Marijuana    weed    Cannabis    More...



# EXHIBIT D

## HEXO Corp. (HEXO)
NasdaqCM - NasdaqCM Real Time Price. Currency in USD

Follow

Visitors trend  2W ↓  10W ↑  9M ↑

Quote Lookup

**1.1800** +0.1100 (+10.28%)   **1.1800** 0.00 (0.00%)
At close: 04:00PM EST   After hours: 07:59PM EST

Summary   Company Insights Y+   Chart   Conversations   Statistics   **Historical Data**   Profile   Financials   Analysis   Options   Holders   Sustainability

Time Period: Jan 05, 2022 - Jan 05, 2023 ⌄   Show: Historical Prices ⌄   Frequency: Daily ⌄

Apply

Currency in USD   ↓ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Oct 10, 2019 | 166.8800 | 172.4800 | 151.7600 | 159.6000 | 159.6000 | 219,555 |
| Oct 09, 2019 | 204.9600 | 212.2400 | 203.5600 | 206.0800 | 206.0800 | 51,336 |

*Close price adjusted for splits.   **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

Search for

Ad | Business Infoline


yahoo! finance
**What's a strong buy today?**
Get expert stock picks built on data
Try 14 days free*

### People Also Watch

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **OGI** Organigram Holdings Inc. | 0.8206 | +0.0118 | +1.46% |
| **ACB** Aurora Cannabis Inc. | 0.8960 | -0.0567 | -5.95% |
| **CRON** Cronos Group Inc. | 2.5100 | -0.0900 | -3.46% |
| **CURLF** Curaleaf Holdings, Inc. | 4.3000 | +0.1500 | +3.61% |
| **CGC** Canopy Growth Corporation | 2.3900 | -0.1200 | -4.78% |

### Similar to HEXO

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **ACB** Aurora Cannabis Inc. | 0.8960 | -0.0567 | -5.95% |
| **OGI** Organigram Holdings Inc. | 0.8206 | +0.0118 | +1.46% |
| **CGC** Canopy Growth Corporation | 2.3900 | -0.1200 | -4.78% |
| **TLRY** Tilray Brands, Inc. | 2.9400 | -0.0200 | -0.68% |
| **SNDL** SNDL Inc. | 2.1200 | -0.0900 | -4.07% |

Finance Home    Watchlists    My Portfolio    Crypto    Yahoo Finance Plus    News    Screeners    Markets    ...    y!finance+    Upgrade now

Data Disclaimer  Help  Suggestions
Terms and Privacy Policy
Privacy Dashboard
About Our Ads  Sitemap
© 2023 Yahoo. All rights reserved.

# EXHIBIT E



**U.S. markets closed**

| S&P 500 | Dow 30 | Nasdaq | Russell 2000 |
|---|---|---|---|
| **3,895.08** | **33,630.61** | **10,569.29** | **1,792.80** |
| +86.98 (+2.28%) | +700.53 (+2.13%) | +264.05 (+2.56%) | +39.61 (+2.26%) |

**Canopy Growth Corporation (CGC)**
NasdaqGS - NasdaqGS Real Time Price. Currency in USD

2W  10W  9M

**2.3800** -0.0100 (-0.42%)    **2.3600** -0.02 (-0.84%)
At close: 04:00PM EST                After hours: 06:46PM EST

Summary   Company Insights ☐   Chart   Conversations   Statistics   **Historical Data**   Profile   Financials   Analysis   Options   Holders   Sustainability

Time Period:  Jan 06, 2022 - Jan 06, 2023      Show:  Historical Prices      Frequency: Daily

Currency in USD

Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Nov 14, 2019 | 16.4000 | 16.6200 | 15.1900 | 15.8400 | 15.8400 | 24,356,800 |
| Nov 13, 2019 | 19.1100 | 19.3800 | 18.4100 | 18.5000 | 18.5000 | 7,356,200 |
| Nov 12, 2019 | 20.2400 | 20.5600 | 19.0530 | 19.2500 | 19.2500 | 7,556,800 |
| Nov 11, 2019 | 21.0300 | 21.2000 | 20.1230 | 20.3000 | 20.3000 | 8,241,800 |
| Nov 08, 2019 | 19.0100 | 21.6800 | 18.8900 | 21.4600 | 21.4600 | 10,908,700 |
| Nov 07, 2019 | 19.7800 | 19.9300 | 19.0200 | 19.0800 | 19.0800 | 3,724,800 |
| Nov 06, 2019 | 19.7500 | 20.2000 | 19.3600 | 19.4200 | 19.4200 | 3,575,700 |
| Nov 05, 2019 | 20.2000 | 20.5100 | 19.8400 | 19.8600 | 19.8600 | 3,482,300 |
| Nov 04, 2019 | 19.7100 | 20.3320 | 19.5300 | 20.1500 | 20.1500 | 3,995,200 |
| Nov 01, 2019 | 19.6800 | 20.1800 | 19.5200 | 19.7100 | 19.7100 | 3,441,700 |
| Oct 31, 2019 | 20.0500 | 20.0900 | 19.4200 | 19.9600 | 19.9600 | 3,774,500 |
| Oct 30, 2019 | 20.5200 | 20.8800 | 20.0500 | 20.1600 | 20.1600 | 2,653,300 |
| Oct 29, 2019 | 21.3500 | 21.4000 | 20.5500 | 20.5700 | 20.5700 | 3,226,000 |
| Oct 28, 2019 | 22.0500 | 22.4800 | 21.6200 | 21.6400 | 21.6400 | 3,041,700 |
| Oct 25, 2019 | 21.5400 | 22.3100 | 21.3200 | 21.9200 | 21.9200 | 3,254,700 |
| Oct 24, 2019 | 21.7500 | 22.0250 | 21.3500 | 21.6600 | 21.6600 | 3,095,100 |
| Oct 23, 2019 | 21.0100 | 21.8960 | 20.7200 | 21.7500 | 21.7500 | 3,947,300 |
| Oct 22, 2019 | 20.2500 | 21.1800 | 20.0400 | 21.1500 | 21.1500 | 3,760,700 |



What's a strong buy today

**People Also Watch**

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **CRON** Cronos Group Inc. | 2.5400 | +0.0300 | +1.20% |
| **ACB** Aurora Cannabis Inc. | 0.8810 | -0.0150 | -1.67% |
| **TLRY** Tilray Brands, Inc. | 2.9500 | +0.0100 | +0.34% |
| **CURLF** Curaleaf Holdings, Inc. | 4.2200 | -0.0800 | -1.86% |
| **HEXO** HEXO Corp. | 1.1400 | -0.0400 | -3.39% |

**Similar to CGC**

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **TLRY** | 2.9500 | +0.0100 | +0.34% |

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Oct 21, 2019 | 20.2500 | 20.5700 | 19.7200 | 20.3500 | 20.3500 | 3,839,700 |
| Oct 18, 2019 | 20.8700 | 20.8900 | 19.6100 | 20.2100 | 20.2100 | 5,133,600 |
| Oct 17, 2019 | 20.7500 | 20.9100 | 19.8600 | 20.7600 | 20.7600 | 6,977,400 |
| Oct 16, 2019 | 20.1300 | 20.1900 | 19.1400 | 19.7300 | 19.7300 | 4,098,400 |
| Oct 15, 2019 | 19.1100 | 20.4300 | 19.0200 | 20.1000 | 20.1000 | 6,730,900 |
| Oct 14, 2019 | 19.2500 | 19.4600 | 17.8900 | 18.8600 | 18.8600 | 9,525,500 |
| Oct 11, 2019 | 20.0000 | 20.8800 | 19.2600 | 19.4300 | 19.4300 | 10,824,000 |
| Oct 10, 2019 | 22.1500 | 22.3200 | 20.4200 | 20.4200 | 20.4200 | 9,245,800 |
| Oct 09, 2019 | 22.8000 | 23.1700 | 22.3800 | 22.8300 | 22.8300 | 2,472,500 |
| Oct 08, 2019 | 21.9200 | 23.0900 | 21.3800 | 22.7200 | 22.7200 | 4,751,100 |
| Oct 07, 2019 | 22.6900 | 22.7600 | 21.9100 | 22.2300 | 22.2300 | 3,313,400 |
| Oct 04, 2019 | 23.6000 | 23.7500 | 22.7300 | 22.9200 | 22.9200 | 4,076,500 |
| Oct 03, 2019 | 21.9800 | 23.4300 | 21.5200 | 23.3800 | 23.3800 | 5,657,000 |
| Oct 02, 2019 | 21.4600 | 22.5800 | 20.5200 | 21.9800 | 21.9800 | 8,130,100 |
| Oct 01, 2019 | 22.6400 | 22.9100 | 21.6200 | 21.8300 | 21.8300 | 5,837,800 |
| Sep 30, 2019 | 23.7500 | 23.7500 | 22.4100 | 22.9300 | 22.9300 | 5,400,600 |
| Sep 27, 2019 | 23.9500 | 25.1200 | 23.7100 | 23.8300 | 23.8300 | 5,284,300 |
| Sep 26, 2019 | 25.3700 | 25.4100 | 24.1000 | 24.7400 | 24.7400 | 3,435,400 |
| Sep 25, 2019 | 24.0100 | 24.7200 | 23.1000 | 24.6900 | 24.6900 | 3,816,100 |
| Sep 24, 2019 | 25.6000 | 25.6500 | 23.8500 | 24.0100 | 24.0100 | 4,786,500 |
| Sep 23, 2019 | 25.2400 | 26.0500 | 25.0200 | 25.6000 | 25.6000 | 2,859,100 |
| Sep 20, 2019 | 26.1500 | 26.4000 | 25.0000 | 25.5600 | 25.5600 | 5,559,100 |
| Sep 19, 2019 | 28.6300 | 28.7500 | 26.2700 | 26.3400 | 26.3400 | 5,696,400 |
| Sep 18, 2019 | 28.3500 | 28.8900 | 28.2200 | 28.7900 | 28.7900 | 2,816,700 |
| Sep 17, 2019 | 28.3000 | 28.6300 | 27.7800 | 28.3700 | 28.3700 | 3,134,700 |
| Sep 16, 2019 | 27.2900 | 28.7400 | 27.1900 | 27.7600 | 27.7600 | 3,847,700 |
| Sep 13, 2019 | 26.7500 | 27.4800 | 26.5400 | 27.4600 | 27.4600 | 2,552,000 |
| Sep 12, 2019 | 26.7200 | 27.2580 | 26.5200 | 26.5300 | 26.5300 | 2,498,400 |
| Sep 11, 2019 | 27.3700 | 27.8900 | 26.9700 | 27.4000 | 27.4000 | 2,919,000 |

*Close price adjusted for splits.     **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

Tilray Brands, Inc.

| | | | |
|---|---|---|---|
| **ACB** Aurora Cannabis Inc. | 0.8810 | -0.0150 | -1.67% |
| **CRON** Cronos Group Inc. | 2.5400 | +0.0300 | +1.20% |
| **HEXO** HEXO Corp. | 1.1400 | -0.0400 | -3.39% |
| **CURLF** Curaleaf Holdings, Inc. | 4.2200 | -0.0800 | -1.86% |

Data Disclaimer  Help  Suggestions
Terms  and  Privacy Policy
Privacy Dashboard ▷
About Our Ads  Sitemap

© 2023 Yahoo. All rights reserved.

# EXHIBIT F

## Cronos Group Inc. (CRON)
NasdaqGM - NasdaqGM Real Time Price. Currency in USD

Follow    Visitors trend  2W ↑  10W ↑  9M ↑

Quote Lookup

**2.5195** -0.0805  (-3.0961%)
As of 02:17PM EST. Market open.

Summary    Company Insights Y+    Chart    Conversations    Statistics    **Historical Data**    Profile    Financials    Analysis    Options    Holders    Sustainability

Time Period: Jan 05, 2022 - Jan 05, 2023 ⌄        Show: Historical Prices ⌄        Frequency: Daily ⌄

Apply



When You Eat Avocado Every Day, This Is What Happens

GundryMD        Learn More ❯

Currency in USD        ↓ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Nov 14, 2019 | 6.9600 | 7.0700 | 6.6500 | 6.8200 | 6.8200 | 10,223,300 |
| Nov 13, 2019 | 7.8000 | 7.8000 | 7.1800 | 7.2600 | 7.2600 | 11,374,400 |
| Nov 12, 2019 | 8.0500 | 8.5000 | 7.6000 | 7.8300 | 7.8300 | 11,799,100 |
| Nov 11, 2019 | 8.5000 | 8.6700 | 7.9000 | 8.0800 | 8.0800 | 10,111,800 |
| Nov 08, 2019 | 7.9500 | 8.6000 | 7.8600 | 8.5200 | 8.5200 | 7,910,300 |
| Nov 07, 2019 | 8.4000 | 8.5200 | 7.8600 | 7.9300 | 7.9300 | 6,158,600 |
| Nov 06, 2019 | 8.3100 | 8.4800 | 8.1650 | 8.3300 | 8.3300 | 3,645,200 |
| Nov 05, 2019 | 8.1200 | 8.4300 | 8.0800 | 8.2300 | 8.2300 | 3,597,000 |
| Nov 04, 2019 | 8.2000 | 8.3000 | 8.0750 | 8.0800 | 8.0800 | 4,312,300 |
| Nov 01, 2019 | 8.1700 | 8.3800 | 8.1000 | 8.2200 | 8.2200 | 3,022,000 |
| Oct 31, 2019 | 8.2600 | 8.2900 | 7.9300 | 8.2100 | 8.2100 | 4,579,200 |
| Oct 30, 2019 | 8.3500 | 8.5480 | 8.2300 | 8.3000 | 8.3000 | 2,676,300 |
| Oct 29, 2019 | 8.6700 | 8.7390 | 8.3000 | 8.3700 | 8.3700 | 4,483,900 |
| Oct 28, 2019 | 8.9700 | 9.1200 | 8.7200 | 8.7500 | 8.7500 | 5,892,600 |
| Oct 25, 2019 | 9.0100 | 9.1900 | 8.8850 | 8.9600 | 8.9600 | 5,591,400 |
| Oct 24, 2019 | 8.7500 | 9.3700 | 8.6000 | 9.1000 | 9.1000 | 13,238,700 |
| Oct 23, 2019 | 8.3100 | 8.7900 | 8.2300 | 8.7700 | 8.7700 | 4,792,000 |
| Oct 22, 2019 | 8.4400 | 8.5500 | 8.2500 | 8.3000 | 8.3000 | 3,964,700 |
| Oct 21, 2019 | 8.2600 | 8.6400 | 8.0600 | 8.5100 | 8.5100 | 6,203,700 |
| Oct 18, 2019 | 9.1400 | 9.1410 | 8.2750 | 8.3200 | 8.3200 | 12,832,000 |

What's a strong buy today?
Get expert stock picks built on data
Try 14 days free*

### People Also Watch

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **CGC** Canopy Growth Corporation | 2.4050 | -0.1050 | -4.1833% |
| **ACB** Aurora Cannabis Inc. | 0.9010 | -0.0517 | -5.4267% |
| **TLRY** Tilray Brands, Inc. | 2.9350 | -0.0250 | -0.8446% |
| **HEXO** HEXO Corp. | 1.0585 | -0.0115 | -1.0748% |
| **CURLF** Curaleaf Holdings, Inc. | 4.2000 | +0.0500 | +1.20% |

### Similar to CRON

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **CGC** Canopy Growth Corporation | 2.4050 | -0.1050 | -4.1833% |
| **ACB** Aurora Cannabis Inc. | 0.9010 | -0.0517 | -5.4267% |
| **CURLF** Curaleaf Holdings, Inc. | 4.2000 | +0.0500 | +1.20% |
| **HEXO** HEXO Corp. | 1.0585 | -0.0115 | -1.0748% |
| **OGI** Organigram Holdings Inc. | 0.8103 | +0.0015 | +0.1855% |

Finance Home    Watchlists    My Portfolio    Crypto    Yahoo Finance Plus    News    Screeners    Markets

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Oct 17, 2019 | 10.5200 | 10.5600 | 8.3300 | 8.8600 | 8.8600 | 40,880,300 |
| Oct 16, 2019 | 8.3300 | 8.5600 | 7.8200 | 8.4000 | 8.4000 | 6,420,900 |
| Oct 15, 2019 | 8.0000 | 8.4600 | 7.9100 | 8.3200 | 8.3200 | 5,426,800 |
| Oct 14, 2019 | 7.7600 | 7.9500 | 7.4000 | 7.8650 | 7.8650 | 3,977,700 |
| Oct 11, 2019 | 7.8700 | 8.1500 | 7.7000 | 7.8450 | 7.8450 | 5,617,700 |
| Oct 10, 2019 | 8.2900 | 8.5750 | 7.8890 | 7.9500 | 7.9500 | 6,787,400 |
| Oct 09, 2019 | 8.5400 | 8.7640 | 8.4500 | 8.5700 | 8.5700 | 2,923,700 |
| Oct 08, 2019 | 8.7000 | 8.8500 | 8.5300 | 8.5500 | 8.5500 | 4,593,800 |
| Oct 07, 2019 | 8.9800 | 9.0600 | 8.7490 | 8.8700 | 8.8700 | 2,019,700 |
| Oct 04, 2019 | 9.3300 | 9.4400 | 8.8800 | 9.0150 | 9.0150 | 2,744,800 |
| Oct 03, 2019 | 8.8600 | 9.3100 | 8.8330 | 9.3000 | 9.3000 | 3,748,600 |
| Oct 02, 2019 | 8.8100 | 9.1600 | 8.3970 | 8.8950 | 8.8950 | 4,563,700 |
| Oct 01, 2019 | 8.9800 | 9.3100 | 8.8600 | 8.9600 | 8.9600 | 4,056,000 |
| Sep 30, 2019 | 9.1100 | 9.2150 | 8.8400 | 9.0500 | 9.0500 | 3,917,200 |
| Sep 27, 2019 | 9.2000 | 9.5500 | 9.0600 | 9.1450 | 9.1450 | 2,912,900 |
| Sep 26, 2019 | 9.9100 | 9.9700 | 9.2500 | 9.3600 | 9.3600 | 3,230,300 |
| Sep 25, 2019 | 9.3800 | 9.6100 | 8.9300 | 9.5700 | 9.5700 | 4,099,400 |
| Sep 24, 2019 | 10.1800 | 10.2000 | 9.3400 | 9.3650 | 9.3650 | 5,202,800 |
| Sep 23, 2019 | 10.1500 | 10.4600 | 10.0900 | 10.2500 | 10.2500 | 1,828,600 |
| Sep 20, 2019 | 10.2500 | 10.4700 | 10.0400 | 10.2900 | 10.2900 | 3,134,800 |
| Sep 19, 2019 | 10.8900 | 10.9600 | 10.2200 | 10.2300 | 10.2300 | 5,334,300 |
| Sep 18, 2019 | 11.1400 | 11.2700 | 10.7800 | 10.9600 | 10.9600 | 3,829,700 |
| Sep 17, 2019 | 11.4400 | 11.5670 | 11.1300 | 11.1500 | 11.1500 | 1,893,300 |
| Sep 16, 2019 | 11.5100 | 11.7700 | 11.3600 | 11.4500 | 11.4500 | 2,253,200 |
| Sep 13, 2019 | 11.3700 | 11.6200 | 11.3400 | 11.5300 | 11.5300 | 2,048,200 |
| Sep 12, 2019 | 11.3100 | 11.6300 | 11.2800 | 11.3800 | 11.3800 | 2,096,000 |
| Sep 11, 2019 | 11.7200 | 11.7500 | 11.1660 | 11.5400 | 11.5400 | 3,318,100 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

Web Page Blocked

Data Disclaimer  Help  Suggestions
Terms and Privacy Policy
Privacy Dashboard
About Our Ads  Sitemap

© 2023 Yahoo. All rights reserved.

# EXHIBIT G

Finance Home    Watchlists    My Portfolio    Crypto    Yahoo Finance Plus    News    Screeners    Markets    …    yahoo finance    Upgrade now

## Tilray Brands, Inc. (TLRY)

NasdaqGS - NasdaqGS Real Time Price. Currency in USD

Follow

Visitors trend  2W ↑  10W ↑  9M ↑

### 2.9400 -0.0200 (-0.6757%)

As of 02:39PM EST. Market open.

Summary    Company Insights Y+    Chart    Conversations    Statistics    **Historical Data**    Profile    Financials

Time Period: Jan 05, 2022 - Jan 05, 2023 ⌄    Show: Historical Prices ⌄    Frequency: Daily ⌄

Apply

Currency in USD    ↓ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Nov 14, 2019 | 20.5500 | 20.8400 | 19.5000 | 19.8100 | 19.8100 | 2,666,100 |
| Nov 13, 2019 | 21.2600 | 22.1600 | 20.9200 | 20.9300 | 20.9300 | 2,433,000 |
| Nov 12, 2019 | 21.7100 | 21.9000 | 20.8000 | 21.5700 | 21.5700 | 3,273,000 |
| Nov 11, 2019 | 23.5800 | 23.6300 | 21.8000 | 21.9200 | 21.9200 | 1,976,500 |
| Nov 08, 2019 | 22.3500 | 24.1000 | 22.1500 | 23.4200 | 23.4200 | 2,218,200 |
| Nov 07, 2019 | 23.0300 | 23.4000 | 21.7600 | 22.2400 | 22.2400 | 1,190,400 |
| Nov 06, 2019 | 22.7400 | 23.7500 | 22.1900 | 22.8900 | 22.8900 | 1,339,800 |
| Nov 05, 2019 | 22.1000 | 23.0800 | 21.6600 | 22.4300 | 22.4300 | 1,104,400 |
| Nov 04, 2019 | 21.7200 | 22.1900 | 21.3000 | 22.1000 | 22.1000 | 896,100 |
| Nov 01, 2019 | 22.2000 | 22.6500 | 21.5000 | 21.6200 | 21.6200 | 1,025,200 |
| Oct 31, 2019 | 22.0600 | 22.5400 | 21.5100 | 22.3100 | 22.3100 | 906,700 |
| Oct 30, 2019 | 22.1800 | 22.8000 | 22.1200 | 22.2100 | 22.2100 | 628,800 |
| Oct 29, 2019 | 22.8500 | 23.1100 | 21.9500 | 22.1500 | 22.1500 | 1,005,100 |
| Oct 28, 2019 | 23.7500 | 24.7500 | 22.8500 | 23.0900 | 23.0900 | 1,297,200 |
| Oct 25, 2019 | 24.0200 | 24.4400 | 23.4200 | 23.6700 | 23.6700 | 1,652,000 |
| Oct 24, 2019 | 22.7200 | 25.6900 | 22.5200 | 24.3800 | 24.3800 | 3,160,500 |
| Oct 23, 2019 | 22.1700 | 22.8000 | 22.0300 | 22.6300 | 22.6300 | 870,500 |
| Oct 22, 2019 | 22.4000 | 22.8600 | 22.0500 | 22.1500 | 22.1500 | 849,400 |
| Oct 21, 2019 | 21.3800 | 22.6500 | 21.0300 | 22.4400 | 22.4400 | 916,200 |
| Oct 18, 2019 | 22.4000 | 22.4900 | 21.2500 | 21.3700 | 21.3700 | 911,400 |

yahoo finance

**What's a strong buy today?**

Get expert stock picks built on data

Try 14 days free*

**People Also Watch**

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| CGC Canopy Growth Corporation | 2.4050 | -0.1050 | -4.1833% |
| ACB Aurora Cannabis Inc. | 0.9010 | -0.0517 | -5.4267% |
| CRON Cronos Group Inc. | 2.5101 | -0.0899 | -3.4577% |
| SNDL SNDL Inc. | 2.1350 | -0.0750 | -3.3937% |
| AMC AMC Entertainment Holdings, Inc. | 3.9800 | -0.1100 | -2.6895% |

**Similar to TLRY**

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| CGC Canopy Growth Corporation | 2.4050 | -0.1050 | -4.1833% |
| ACB Aurora Cannabis Inc. | 0.9010 | -0.0517 | -5.4267% |
| SNDL SNDL Inc. | 2.1350 | -0.0750 | -3.3937% |
| HEXO HEXO Corp. | 1.0585 | -0.0115 | -1.0748% |
| KALA Kala Pharmaceuticals, Inc. | 45.05 | +2.96 | +7.03% |

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|------|------|------|-----|--------|-------------|--------|
| Oct 17, 2019 | 22.4900 | 22.7300 | 21.6600 | 22.4900 | 22.4900 | 1,211,700 |
| Oct 16, 2019 | 22.2000 | 22.4500 | 21.5000 | 21.7300 | 21.7300 | 1,120,600 |
| Oct 15, 2019 | 21.4500 | 22.5000 | 21.0500 | 22.1200 | 22.1200 | 2,133,300 |
| Oct 14, 2019 | 20.9600 | 21.3500 | 20.2000 | 20.6600 | 20.6600 | 1,323,800 |
| Oct 11, 2019 | 21.0900 | 21.5100 | 20.6600 | 20.9600 | 20.9600 | 1,817,900 |
| Oct 10, 2019 | 23.5500 | 23.9000 | 20.5900 | 20.6500 | 20.6500 | 3,796,400 |
| Oct 09, 2019 | 24.0000 | 24.5300 | 23.6000 | 23.8700 | 23.8700 | 561,200 |
| Oct 08, 2019 | 23.6100 | 24.9600 | 23.5000 | 23.9400 | 23.9400 | 771,500 |
| Oct 07, 2019 | 24.0000 | 24.5800 | 23.3400 | 24.2600 | 24.2600 | 697,500 |
| Oct 04, 2019 | 24.8000 | 25.4900 | 24.0100 | 24.0600 | 24.0600 | 905,600 |
| Oct 03, 2019 | 24.0400 | 24.9800 | 23.1200 | 24.8800 | 24.8800 | 1,251,000 |
| Oct 02, 2019 | 23.8000 | 24.8700 | 22.6000 | 24.0500 | 24.0500 | 1,876,100 |
| Oct 01, 2019 | 24.6000 | 24.8900 | 23.6800 | 24.1800 | 24.1800 | 1,195,500 |
| Sep 30, 2019 | 25.9300 | 25.9500 | 24.3200 | 24.7400 | 24.7400 | 1,294,500 |
| Sep 27, 2019 | 26.3700 | 27.2100 | 25.7500 | 25.9400 | 25.9400 | 1,444,500 |
| Sep 26, 2019 | 27.0000 | 27.2400 | 26.0000 | 26.7100 | 26.7100 | 1,170,400 |
| Sep 25, 2019 | 26.6600 | 26.9200 | 25.8700 | 26.6000 | 26.6000 | 1,045,000 |
| Sep 24, 2019 | 28.2600 | 28.3100 | 26.1200 | 26.7300 | 26.7300 | 1,732,500 |
| Sep 23, 2019 | 28.9300 | 29.5000 | 27.9200 | 28.1900 | 28.1900 | 791,100 |
| Sep 20, 2019 | 30.2300 | 31.0600 | 28.9800 | 29.0000 | 29.0000 | 1,171,100 |
| Sep 19, 2019 | 30.4100 | 31.0700 | 29.5800 | 29.9600 | 29.9600 | 1,654,000 |
| Sep 18, 2019 | 30.6200 | 30.8400 | 30.1500 | 30.4800 | 30.4800 | 1,001,500 |
| Sep 17, 2019 | 31.0400 | 31.8800 | 30.2800 | 30.5000 | 30.5000 | 1,194,400 |
| Sep 16, 2019 | 31.7000 | 32.7700 | 30.6000 | 30.7900 | 30.7900 | 1,864,100 |
| Sep 13, 2019 | 30.8800 | 31.8500 | 30.6900 | 31.6500 | 31.6500 | 1,404,400 |
| Sep 12, 2019 | 29.9900 | 31.3900 | 29.9000 | 30.5700 | 30.5700 | 1,098,900 |
| Sep 11, 2019 | 30.2000 | 31.0000 | 29.2900 | 30.7100 | 30.7100 | 1,587,500 |

*Close price adjusted for splits.      **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

Privacy Dashboard
About Our Ads  Sitemap

Web
Page
Bl... ...1

yahoo! finance
**What's a strong
buy today?**
Get expert stock picks built on data
Try 14 days free*

**People Also Watch**

| Symbol | Last Price | Change | % Change |
|--------|-----------|--------|----------|
| **CGC** Canopy Growth Corporation | 2.4050 | -0.1050 | -4.1833% |
| **ACB** Aurora Cannabis Inc. | 0.9010 | -0.0517 | -5.4267% |
| **CRON** Cronos Group Inc. | 2.5101 | -0.0899 | -3.4577% |
| **SNDL** SNDL Inc. | 2.1350 | -0.0750 | -3.3937% |
| **AMC** AMC Entertainment Holdings, Inc. | 3.9800 | -0.1100 | -2.6895% |

**Similar to TLRY**

| Symbol | Last Price | Change | % Change |
|--------|-----------|--------|----------|
| **CGC** Canopy Growth Corporation | 2.4050 | -0.1050 | -4.1833% |
| **ACB** Aurora Cannabis Inc. | 0.9010 | -0.0517 | -5.4267% |
| **SNDL** SNDL Inc. | 2.1350 | -0.0750 | -3.3937% |
| **HEXO** HEXO Corp. | 1.0585 | -0.0115 | -1.0748% |
| **KALA** Kala Pharmaceuticals, Inc. | 45.05 | +2.96 | +7.03% |

Web
Page
Bl... ...1



# EXHIBIT H

# Aphria Inc Historical Price Data (APHA)

Inv investing.com/equities/aphria-inc-historical-data

| Date | Price | Open | High | Low | Vol. | Change% |
|------|-------|------|------|-----|------|---------|
| 11/14/2019 | 5.830 | 5.630 | 5.910 | 5.410 | 2.87M | -1.52% |
| 11/13/2019 | 5.920 | 6.250 | 6.340 | 5.860 | 2.25M | -5.58% |
| 11/12/2019 | 6.270 | 6.490 | 6.570 | 6.210 | 2.12M | -4.13% |
| 11/11/2019 | 6.540 | 6.670 | 6.720 | 6.500 | 1.25M | -2.97% |
| 11/08/2019 | 6.740 | 6.410 | 6.740 | 6.260 | 3.33M | +5.81% |
| 11/07/2019 | 6.370 | 6.600 | 6.650 | 6.330 | 1.49M | -2.60% |
| 11/06/2019 | 6.540 | 6.780 | 6.870 | 6.500 | 2.20M | -3.25% |
| 11/05/2019 | 6.760 | 6.790 | 6.960 | 6.610 | 2.06M | +0.45% |
| 11/04/2019 | 6.730 | 7.060 | 7.120 | 6.710 | 2.16M | -1.17% |
| 11/01/2019 | 6.810 | 6.600 | 6.830 | 6.520 | 1.56M | +3.18% |
| 10/31/2019 | 6.600 | 6.750 | 6.750 | 6.460 | 1.35M | -0.75% |
| 10/30/2019 | 6.650 | 6.550 | 6.810 | 6.540 | 1.06M | +0.91% |
| 10/29/2019 | 6.590 | 6.800 | 6.830 | 6.580 | 1.56M | -4.08% |
| 10/28/2019 | 6.870 | 7.350 | 7.420 | 6.860 | 2.56M | -5.63% |
| 10/25/2019 | 7.280 | 6.640 | 7.340 | 6.610 | 3.82M | +8.49% |
| 10/24/2019 | 6.710 | 6.630 | 6.730 | 6.470 | 1.69M | +1.21% |
| 10/23/2019 | 6.630 | 6.260 | 6.630 | 6.130 | 2.02M | +5.07% |
| 10/22/2019 | 6.310 | 6.330 | 6.390 | 6.160 | 2.00M | +0.64% |
| 10/21/2019 | 6.270 | 6.080 | 6.400 | 5.930 | 2.38M | +0.48% |
| 10/18/2019 | 6.240 | 6.490 | 6.500 | 6.080 | 2.61M | -3.26% |
| 10/17/2019 | 6.450 | 6.540 | 6.670 | 6.410 | 2.83M | +0.62% |
| 10/16/2019 | 6.410 | 7.050 | 7.050 | 6.400 | 5.89M | -10.60% |
| 10/15/2019 | 7.170 | 6.920 | 7.330 | 6.770 | 8.16M | +15.46% |

| Date | Close | Open | High | Low | Volume | Change |
|---|---|---|---|---|---|---|
| 10/11/2019 | 6.210 | 6.130 | 6.440 | 6.110 | 2.82M | +0.32% |
| 10/10/2019 | 6.190 | 6.950 | 6.990 | 5.900 | 5.89M | -13.55% |
| 10/09/2019 | 7.160 | 7.030 | 7.230 | 6.980 | 1.27M | +1.85% |
| 10/08/2019 | 7.030 | 7.000 | 7.130 | 6.770 | 2.41M | -1.68% |
| 10/07/2019 | 7.150 | 7.100 | 7.350 | 6.880 | 1.86M | +0.14% |
| 10/04/2019 | 7.140 | 7.200 | 7.350 | 7.060 | 1.52M | -0.28% |
| 10/03/2019 | 7.160 | 6.930 | 7.160 | 6.760 | 2.94M | +4.37% |
| 10/02/2019 | 6.860 | 6.570 | 7.220 | 6.440 | 3.98M | +2.39% |
| 10/01/2019 | 6.700 | 6.900 | 7.090 | 6.520 | 2.69M | -2.62% |
| 09/30/2019 | 6.880 | 7.180 | 7.240 | 6.750 | 2.60M | -4.84% |
| 09/27/2019 | 7.230 | 7.410 | 7.500 | 7.200 | 1.51M | -2.95% |
| 09/26/2019 | 7.450 | 7.500 | 7.540 | 7.220 | 1.38M | +1.50% |
| 09/25/2019 | 7.340 | 7.520 | 7.650 | 7.110 | 1.99M | -2.78% |
| 09/24/2019 | 7.550 | 8.050 | 8.060 | 7.500 | 2.26M | -5.74% |
| 09/23/2019 | 8.010 | 8.050 | 8.270 | 8.000 | 1.31M | -1.72% |
| 09/20/2019 | 8.150 | 8.000 | 8.260 | 7.870 | 2.18M | +1.37% |
| 09/19/2019 | 8.040 | 8.310 | 8.340 | 8.020 | 1.13M | -3.83% |
| 09/18/2019 | 8.360 | 8.280 | 8.430 | 8.120 | 1.32M | +0.97% |
| 09/17/2019 | 8.280 | 8.740 | 8.770 | 8.160 | 1.89M | -5.59% |
| 09/16/2019 | 8.770 | 8.850 | 8.940 | 8.710 | 1.18M | -2.12% |
| 09/13/2019 | 8.960 | 8.800 | 9.040 | 8.680 | 1.47M | +2.05% |
| 09/12/2019 | 8.780 | 8.930 | 9.060 | 8.750 | 1.32M | -3.41% |
| 09/11/2019 | 9.090 | 9.100 | 9.260 | 9.020 | 1.26M | -0.44% |

# EXHIBIT I

# Aurora Cannabis ties to extraction firm raise questions about potential for 'fluffing sales'

**y!** sports.yahoo.com/aurora-cannabis-ties-to-bc-firm-raise-questions-about-fluffedup-sales-162644302.html

Jeff Lagerquist



Jeff Lagerquist

October 17, 2019, 11:26 AM·6 min read

Formulation technician Petra Miner of MedPharm Research is making a tincture at the lab in Denver. December 7, 2018. (Photo by Hyoung Chang/The Denver Post via Getty Images)

Close ties between Aurora Cannabis Inc. (ACB.TO)(ACB) and a cannabis extraction company are raising questions about the potential for the pot producer to artificially inflate quarterly sales and profit figures by leveraging that relationship.

Craig Wiggins of the cannabis industry research group TheCannalysts recently published a report raising concerns about dealings between the two companies.

Edmonton-based Aurora owns a roughly 12 per cent stake in Radient Technologies Inc. (RTI.V) and is referred to in company press releases as a "strategic partner." Allan Cleiren, Aurora's chief operational officer, sits on Radient's board. Terry Booth, Aurora's chief

1/4

executive officer, previously held a board position.

During the quarter ended June 30, Radient entered into agreements with licenced producers, including Aurora, to purchase $19.5 million worth of dried cannabis biomass, building its inventory from zero at the start of the quarter. Meanwhile, Aurora booked $20.1 million in wholesale bulk cannabis net revenue in its fiscal fourth quarter, a more than $18 million, or 869 per cent, increase over the previous quarter.

Wiggins said an Aurora executive recently confirmed to him a sale of cannabis to Radient, without giving a dollar figure, and explained there is no formal agreement to purchase back the extract. The response did not close the door on a future purchase by Aurora outside of that type of agreement.

*Yahoo Finance Canada* asked Aurora and Radient to address TheCannalysts' report. In response to questions from *Yahoo Finance Canada*, Radient said it has nothing to add to what it has disclosed publicly, and affirmed the company is compliant with regulatory requirements. Aurora did not answer emailed questions, but issued a statement.

"In June, RTI purchased their initial inventory from Aurora and other LPs to commence their commercial extractions runs. RTI has purchased from other licenced producers and can sell its products to Aurora or any other licenced producers," the statement read in part. "Aurora's disclosure is compliant with its IFRS obligations."

"If Aurora sells product to Radient and Aurora repurchases it, Aurora gets to claim a sale and then reacquire the extracted biomass in inventory, and then they resell it again. Essentially there's potential to double dip on sales," Wiggins told *Yahoo Finance Canada*.

"I think you have to put a big asterisk beside a material chunk of Aurora's sales, gross margin and EBITDA until we get answers on this."

The fact that a sale took place while the two companies have a "tolling agreement" where Radient can simply process the raw material for a fee is a red flag if Aurora buys back the extract, Wiggins added.

"If you have this much economic influence over this company, do you really need a written buyback agreement?"

The cannabis sector is under mounting pressure to deliver stronger financial results to satisfy pent-up demand for profitability and sustainable growth one year into Canadian recreational legalization. Shares of several big Canadian players are trading near 52-week lows as regulatory uncertainty, health concerns around vaping, and fallout from the ongoing troubles at CannTrust Holdings Inc. (TRST.TO)(CTST) dampen investor enthusiasm.

In its most recent quarter, Aurora reported revenue that fell short of its own guidance and an adjusted loss before interest, taxes and depreciation of $11.7 million.

Bulk wholesale revenue, including the sale to Radient, was a bright spot in an otherwise challenging three-month period. Speaking on the company's conference call with analysts, Aurora's chief corporate officer Cam Battley noted a "very attractive margin" that exceeds overall gross margin, which includes sales for recreational users and to medical patients.

"We caution against expecting bulk sales of the magnitude we achieved in Q4 2019 to be consistent or repeatable," Battley told analysts.

Chief financial officer Glen Ibbot clarified on the call that Aurora's EBITDA loss was actually a heftier $25 million, due to year-end audit adjustments. That still an improvement of over 32 per cent from the previous quarter, he said.

Wiggins wrote in his report that Aurora's stronger wholesale gross margin "would have contributed substantially" to the company's shrinking EBITDA loss. He also suspects Radient would not have been able to buy $21.7 million worth of cannabis, from Aurora or elsewhere, without generous credit terms.

"The thing that drew my attention is someone gave Radient, who only had $61,000 in sales last quarter, $21 million in trade credit. That's astonishing," he said, noting that licenced producers typically require down payments, and often full payment within about 30 days.

"If you assume all of that biomass, or the majority of that biomass, came from Aurora, Aurora then becomes their biggest vendor, their biggest supplier and biggest creditor," Wiggins said.

"The company's relationship (with Aurora) you could argue is arms length, and it is not 'related parties' as per the definition in Aurora's financial statements. But do they exercise significant financial control over this entity? I think the answer comes back yes. This is an item that requires further disclosure."

Purpose Investments chief investment officer Greg Taylor holds Aurora shares in his firm's Marijuana Opportunities Fund. He said wholesale deals are ramping up between licenced producers with excess supply, and others that are finding it tough to make good on contracts to provinces and retailers.

"What we are hearing is, some guys are buying massively above market rates to meet demands and keep purchase contracts," he told *Yahoo Finance Canada*. "A lot of companies are also selling wholesale."

At the same time, he sees producers increasingly under the gun to expand sales each quarter. He said investors battered by negative headlines want more disclosure from the companies they are buying into.

"Everyone has raised money and promised on their business plans to come up with massive growth, and they haven't been able to deliver it. I think we are starting to see different companies trying to stretch either the accounting rules or break the law, like we saw with

CannTrust, in an attempt to show some growth," he said. "I'm always in favour of more disclosure. We don't need any more negatives."

Asked about the contents of Wiggins' report, Taylor said he will "definitely do more work digging into this." He added that he is "not yet" considering paring back his position in Aurora, which amounts to under five per cent of the $39 million Marijuana Opportunities Fund.

Chris MacDonald, chair of the law and business department at Ryerson University's Ted Rogers School of Management, and an expert in business ethics, said clarity from Aurora and Radient on this matter, and improved disclosures in general, would go a long way with the investing public during a turbulent period for the cannabis sector.

"To an uninformed outsider, it just looks like fluffing sales," he said, referring to Aurora's dealings with Radient. "That in itself is a problem."

Wiggins agrees.

"This industry doesn't need another kick in the nuts," he said. "I'm hoping that I'm wrong. My gut tells me I'm not."

Yahoo Finance Canada

.

# EXHIBIT J



≡  🔍                               **INSIDER**                              Subscribe

HOME  >  FINANCE

# One year after Canada legalized weed, figures suggest a large number of Canadians still buy their cannabis on the black market

**Sahar Esfandiari**  Oct 17, 2019, 11:58 AM

🔖    ↗                                                                          📱 Read in app

<HOMEPAGE                                                                        Subscribe

**Canada legalized cannabis in October 2018.** 613rd420th/Shutterstock

**Canada legalized cannabis in October 2018, becoming the first G7 country to do so.**

**Figures show that a large number of Canadians still buy their weed from the black market one year after legalization.**

**Sales from the legal market are expected to total $1 billion — a figure significantly less than the illegal market, which is estimated to be worth between $5 billion and $7 billion,**

**according to the Associated Press.**

**42.7% of Canadians who smoke weed also told the country's national statistics agency earlier this year that they still get some of their cannabis from illegal sources.**

**According to the AP, people are still turning to the black market because legal vendors are more expensive, or have fewer selections or stores in certain areas of the country.**

**Visit Business Insider's homepage for more stories.**

< HOMEPAGE                                                    Subscribe

A large number of Canadians still buy weed on the black market despite their country legalizing it one year ago, recent statistics have revealed.

Legal sales of cannabis in Canada are expected to total $1 billion — a significantly smaller figure than the illegal market, which is estimated to be between $5 billion to $7 billion, according to the Associated Press (AP).

August 2019 figures from Statistics Canada, the country's national statistics agency, also showed that 42.7% of people who smoke weed still get some of their cannabis from illegal sources.

**Read more:** *Twice as many Canadians are trying marijuana for the first time since it was legalized*

‹  HOMEPAGE                                                                              Subscribe

**Many Canadians still buy weed from the black market rather than legal vendors.** Anthony Bolante/Reuters

Mike Serr, the head of the Association of Chiefs of Police, told the Canadian Broadcasting Corporation (CBC) in an interview published Thursday: "We haven't disrupted the black market significantly."

"If there is a strong vibrant dark market out there selling illegal drugs, people will go to that and we need to direct them to the legal market," he said.

Serr didn't give details on how police would disrupt the black market, but noted that the government should invest in fighting illegal sales online.

According to the AP, people are still turning to the black market likely because of higher prices, limited selection, and a scarcity of licensed stores in their area.

❮ HOMEPAGE

Subscribe

Jeremy Jacob, the co-owner of a Vancouver weed store, told the AP: "One customer told me: 'I love you and I want to support you, but I can't buy all my cannabis here. It's too expensive."

"The black-market producers are being well rewarded by legalization," he added.

**_Read more:_** _20 colleges where students smoke the most weed_

**A worker checks a cannabis plant at a greenhouse in Pesca, Colombia, Colombia, on October 2, 2019.**
REUTERS/Luisa Gonzalez

‹  HOMEPAGE                                                    Subscribe

About 4.9 million of Canadians aged 15 and older reported using cannabis in the previous three months, the same figure that was reported by the survey one year earlier— before legalization, according to Statistics Canada.

Canada became the first G7 country to legalize cannabis in October 2018.

The government's main aim behind the move was to prohibit criminals from profiting from the industry and limit children's access to the drug.

On Thursday Canada launched the second stage of their legalization program, which will see edibles containing cannabis and cannabis concentrates become legal for sale.

---

**Read next**

**NOW WATCH: Here's why the recent stock market sell-off could save us from a repeat of "Black Monday"**

< HOMEPAGE                                                Subscribe

# EXHIBIT K

**yahoo!**  Mail  News  Finance  Sports  Entertainment  Life  Shopping  Yahoo Plus  More...

Sign in  Mail

  **AFP**

# Displacing Canada cannabis black market will take years: Trudeau

f

October 17, 2019

🐦

✉



Government statistics show that about 13 percent of Canadians are pot users (AFP Photo/Chris Roussakis ) (AFP/File)

Montreal (AFP) - Canada's cannabis market -- beset by complaints of high retail prices and huge investor losses -- will take "several more years" to get its footing, Prime Minister Justin Trudeau said Thursday on the anniversary of pot's legalization.

"We have made progress when it comes to making cannabis less accessible to young people and eliminating some of the profits that go to the black market, but we also know it will take several years before that is completely successful," Trudeau told reporters while campaigning for re-election ahead of the October 21 ballot.

Also Thursday, cannabis-infused edibles became legal, but are not expected to hit store shelves until December.

## TRENDING

1. Kevin McCarthy loses 7th, 8th, 9th, 10th and 11th votes for House speaker

2. 'Gut-wrenching': Rising star state lawmaker killed in crash

3. Cartel lays siege to Mexican city after recapture of the son of 'El Chapo'

4. Deadly bomb cyclone washes away popular California beach

5. Idaho killings: Suspect Bryan Kohberger linked through DNA, cellphone data and witness

Under federal regulations, cannabis-infused food or drink will not be permitted to contain more than 10 milligrams of THC -- the principal psychoactive compound in cannabis. For extracts and topicals the maximum will be 1,000 mg per package.

One of the government's stated goals for the legal cannabis market was to undercut and eventually displace illicit sales.

But new government data shows only 29 percent of Canadians are buying pot from licensed retailers who, despite a small first-time price drop in the third quarter, charge an average of Can$10.23 per gram, or double the black market rate for cannabis.

Cannabis stocks, meanwhile, have lost half their value since peaking last year over missed revenue expectations blamed on a shortage of retail outlets and growing pains of a new industry.

Many companies are hoping that higher-margin cannabis-infused foods and drinks will turn around their earnings slump.

One year on, the proportion of Canadians who use cannabis has remained unchanged at about 4.9 million out of a total population of 37.6 million, or about 13 percent, according to Statistics Canada.

Men and youth continue to be the biggest consumers of pot.

Canada became only the second nation to legalize recreational cannabis, after Uruguay, on October 17, 2018.

Our goal is to create a safe and engaging place for users to connect over interests and passions. In order to improve our community experience, we are temporarily suspending article commenting

## LATEST STORIES

USA TODAY

# EXHIBIT L

 **CBC**

Q Search          👤 Sign In

**Politics**

# 'Vibrant' black market persists as legal pot marks its first full year in Canada

Cost, location choice to blame, say industry watchers

Catharine Tunney · CBC News · Posted: Oct 17, 2019 4:00 AM ET | Last Updated: October 17, 2019



Most Canadians have been able to smoke legal marijuana since Oct. 17, 2018. (Joe Mahoney/The Canadian Press)

comments

A year after Canada introduced the legal, recreational cannabis market, the "vibrant" black market for marijuana remains a problem, says the Canadian Association of Chiefs of Police.

"We haven't disrupted the black market significantly at this point, but that was to be expected," said Abbotsford Police Chief Mike Serr, who chairs the Canadian Association of Chiefs of Police drug advisory committee.

"If there is a strong, vibrant dark market out there selling illegal drugs, people will go to that and we need to direct them to the legal market."

When the Liberal government legalized recreational marijuana use exactly one year ago, it promised to siphon away the black market's customer base and keep their money out of the hands of organized crime.

But a year later, the government's own figures show that illegal market isn't dead yet.

Given its illegal nature, it's hard to get a handle on the size and value of the black market — but according to Statistics Canada, just 29 per cent of cannabis users say they get all of their product from a legal source.

And four in 10 Canadians told StatsCan they bought at least some of their cannabis from illegal sources, including street dealers, between April and June of this year, according to the agency's most recent figures.

Serr said whoever forms government after Monday's federal election will have to start putting more resources into fighting online sales.

"The public don't know that when they're going online, typically the first three or four sites that will come up online will be illegal sites to purchase cannabis," said Serr. "We're working nationally to try to find some solutions."

## Cost, location, supply

Economics professor Michael Armstrong has been studying the cannabis market. He said three factors — cost, location and supply — have kept the black market booming.

"[In] Ontario, we had no stores for six months. Now we've got 25 and we're still waiting for the next 50. That means the legal industry is missing an opportunity to sell product and take a bigger bite out of the black market," he said

- **Canadian baby boomers being banned from U.S. for admitting they used pot years ago, lawyer says**

- **Prairies 'bright spot' in Canadian cannabis market as legalization anniversary nears, expert says**

Using crowdsourced data, Statistics Canada reported that a gram of cannabis purchased from government-approved retailers cost $10.23 in the third quarter.

During that same period, the price for a gram of marijuana from an illegal source was about $5.59.

Statistics Canada has urged caution when interpreting its cannabis numbers, since the data are self-submitted.

Until the legal industry matures, the black market will flourish, said Toronto lawyer Daniel Brown.

"People find that the black market is servicing them a lot better than the legal marijuana stores," said Brown, vice-president of the Criminal Lawyers Association.

"You can still on the black market buy a larger variety of marijuana for much cheaper."

## 'More or less uneventful'

While the black market persists, Serr said other worries about legalization — such as fears of a spike in impaired driving stats — have turned out to be overblown.

"Overall, I think we can say it was more or less uneventful," he said. "The sky didn't fall, as some may have predicted."

Statistics Canada doesn't provide a breakdown of marijuana-related driving offences, making it hard to describe the impact of cannabis legalization on drug-impaired driving.

- **As cannabis vaping set to become legal, public health experts urge strict control**

- **What small-town New Brunswick has to say about the 1st anniversary of legal weed**

Kyla Lee, founder of the Canadian Impaired Driving Lawyers Association, has been monitoring the impaired driving caseload and said there hasn't been a marked increase in cannabis-impaired driving since legalization.

Under the new impaired driving law, police can demand a breathalyzer test from any driver pulled over for violating traffic laws or at a check stop.

"When this legislation was introduced, and as we were approaching legalization, I was really critical ... of what the police might do with the new powers that were given to them," she said, adding police have been using those expanded powers "in a very appropriate way."

"I don't see any systemic overuse of their authority when it comes to impaired driving investigations," she added. "And that gives me a lot of comfort as a defence lawyer and as a citizen."

*CBC's Journalistic Standards and Practices*  |  *About CBC News*

*Corrections and clarifications*  |  *Submit a news tip*  |  *Report error* ❮

**⬤CBC**NEWS
# Minority Report

Your weekly guide to what you need to know about federal politics and the minority Liberal government. Get the latest news and sharp analysis delivered to your inbox every Sunday morning.

Email address:

Enter your email address

Subscribe

# EXHIBIT M

# Aurora's $20 Million Wholesale Revenue from Q4 F2019 and the Radient Relationship – Lingering Questions

🌐 **thecannalysts.blog**/auroras-20-million-wholesale-revenue-from-q4-f2019-and-the-radient-relationship-lingering-questions

October 9, 2019

This article will explore the **potential** for Aurora to inflate Sales, Gross Margin and EBITDA by wholesaling to Radient Technologies and buying back extract outside of their tolling agreement. The article will also suggest disclosure needed to reduce the risks arising from operating outside of the tolling agreement.

**Author's Note:** I have tried to keep the below factual, noting when I am providing an opinion and where "potential" for impropriety exists. The information below is incomplete.  As, although we did receive a reply from Aurora, there was not complete closure on the risk windows that I perceive in the Aurora-Radient relationship.  The reply did clarify that there is no buyback agreement on wholesale biomass sold in the Q ended June 30, 2019, but the reply did not eliminate the latitude to potentially exploit the Aurora-Radient relationship without much improved disclosure by both parties.  The texture of information that I would require to satisfy my inquiry would likely fall into selective disclosure, and thus not be made available outside a public disclosure.  I am hoping Aurora and Radient improve disclosure around this area in the September 30, 2019 reporting quarter, and this matter can be put to rest.

In the quarter ended June 30, 2019 Aurora reported wholesale revenue of $20 million on the sale of 5,570 KGs.  This "bulk wholesale cannabis trim" was sold at a Gross Margin of 61% with revenue of $3.61/gram.  The customers for this wholesale trim were not disclosed in MDA.

Wholesale was the strongest segment Gross Margin ("GM") for Aurora in the Q, surpassing the 55% GM and 60% GM of Recreational and Medical cannabis, respectively.  The Wholesale GM allowed Aurora to post Quarter over Quarter ("QoQ") improvement in GM% from 55.6% to 55.7%, and Cannabis GM from 55% to 58%.

The Wholesale Gross Margin of $12.3 million, an $11 million QoQ increase, would have contributed substantially to the Adjusted EBITDA improvement of $9 million for the Q. [**Note**: I am using the negative $25 million Adjusted EBITDA cited by their CFO in the Conference Call and not the reported $11.7 million in their MDA. The negative $11.7 million reported does not take into account the 4th Quarter "true-ups" to reconcile accounting restatements from Q1-3 F2019 which were loaded into Q4F19 in the MDA.]

Aurora did disclose to us that Radient was a customer for trim sales and that Aurora can use either the tolling agreement or sell directly via wholesale. We didn't get confirmation as to why the tolling agreement was not used in the June Q biomass sales, although it was indicated that Radient may be pursuing extract sales to LP's like MediPharm and Valens business model. Aurora selling to Radient outside tolling agreement was confirmed. No comment as to whether Aurora will be buying from Radient outside tolling agreement was provided.

**To summarize... without the Wholesale Revenue figure and the accompanying Gross Margin contribution Aurora would have had a much different Quarter, with Cannabis Sales of $74.6 million versus $94.6 million and likely back sliding on Adj EBITDA QoQ instead of improving. If sales of biomass to Radient outside the tolling agreement by Aurora are then repurchased in extract form by Aurora and restocked as extraction inventory at a later date for resale, it raises concerns around why a sale took place in lieu of using the tolling agreement. The issue we are raising is not the sale of trim, but potential future repurchases of that biomass in extracted form outside of the tolling agreement.**

In the same Q ended June 30, 2019, Radient Technologies, which is +12% owned by Aurora and Aurora Chief Operating Officer sits on Radient board, purchased biomass which resulted in an inventory of dried cannabis of $21.7 million at the end of June. Radient started the Q with $0 dried cannabis biomass. For the Q, Radient had total revenue of $61K, of which 100% is contract manufacturing (I would assume "tolling" contracts). Radient also evidenced a negative EBITDA greater than $5.0 million for the quarter, and their cash reserves of $24 million (decreased QoQ from $32 million) are less than their Accounts Payable and Accrued Liabilities of $27 million.

From June 30, 2019 Radient MDA:

> During the quarter ended June 30, 2019, **Radient delivered its first commercial batch of cannabis extract products to Aurora**. This was completed under the terms of the **MSA** [Master Sales Agreement], **which provides Radient with a tolling fee for processing Aurora's product**.

> As disclosed in the Company's annual financial statements, in addition to tolling arrangements, Radient began purchasing cannabis for its own account. During the quarter ended June 30, 2019, **the Company entered into agreements with Licensed Producers, including Aurora, to purchase approximately $21.7 million of dried cannabis biomass.**

The above does indicate that more than one LP provided biomass, but there is no mention of split of purchased amounts.  Consider this... it appears whoever sold Radient the biomass availed trade terms, as Accounts Payable increased by $23.9 million to $27.4 million.

There are certain provisions in Canada's bankruptcy laws that allow trade creditors rights to repossess inventory sold, so long as its form hasn't been transformed. Those protections would fall away if biomass was transformed to extracts.  Accordingly, the creditworthiness of the Buyer is particularly important.  As such, biomass providers to extractors would likely be providing limited days of credit availability.

I reached out to two LPs to determine what sample credit terms are in the industry for biomass sales.

- LP #1 indicated 50% down payment and 50% due within 30 days, with credit amount availed fully dependent on financial condition of buyer.
- LP #2 indicated they look to get a down payment, the amount of which depends on the buyer's credit quality, with 30 days as their maximum terms for payment.

One of the big differences between tolling and extract sales for an extractor is the capital requirement changes substantially.  Tolling you do not purchase the inventory; you service the biomass, return it to the customer, and collect your service fee.  If you are going to do third party extraction, you now need capital to purchase inventory, then capital to bridge the processing, shipment and to carry the trade terms you offer customers.  A much greater amount of working capital is required in the latter business model.

My **opinion** is that Radient's present capital structure does not allow them extract large dollar volumes of biomass **without** preferred trade payable terms from vendors **and** very short trade credit terms offered to customers.

In the **opinion** of this credit guy, availing +$20 million in credit to a company with $61k in sales, with a quarterly EBITDA of negative $5 million, and a cash balance of $23.4 million is very generous, unless you have plans to buy back extracted product to extinguish the obligation, and/or you are very close to the operation.  As we have seen of late in this industry raising credit is extremely difficult and expensive.  A, presumably, unsecured $20 million trade credit does cause me pause.  **[I wish to emphasize again that the foregoing is my opinion from simply a credit perspective].** And consider... if a vendor is owed more than $6.5 million in trade payables by Radient they would become Radient's largest creditor.

**But is Aurora planning on buying back biomass from Radient in near term?**

On October 3, 2019 Aurora issued a <u>corporate update</u> which included the following statement:

**Radient Technologies Inc. ("RTI")**

> Radient is **currently extracting/processing a large inventory of cannabis biomass for Aurora** at its Edmonton I cannabis processing facility (designed for 56,000 kg / year throughput capacity).

I do note that the corporate update falls after the September 30, 2019 quarter ends for Aurora and Radient.  As such, Radient may be processing a different biomass than was reported at end of June 30, 2019.

**Radient has an Account Payable for greater than $20 million at June 30, 2019, does Aurora have an Account Receivable for over $20 million?**

From note 26a in Aurora's Audited June 30, 2019 Financial Statements:

> Credit risk for non-government wholesale customers is assessed on a case-by-case basis and a provision is recorded where required. As of June 30, 2019, **$25.1 million of accounts receivable are from non-government wholesale customers.**

Since medical sales are largely cash (sales reimbursed by Veteran Affairs would be non-cash but also governmental, thus excluded from the $25.1 million), and recreational provincial sales are largely to governmental agencies, this $25.1 million is likely owing from whomever purchased the wholesale, any sale of medical cannabis sold through a redistributor, or those provinces where the LP can sell direct to retail. The above bullet is a new addition to financial statements, as it was not included last quarter.

There is no comment about concentration risk in these non-governmental sales, which is something I am used to seeing in notes to financial statements. 20% of last Q sales were wholesale and 29% of receivables are owing to non-government.  If the majority of non-government receivables are owed by a single entity, concentration disclosure should be included in my **opinion**.

So, we have confirmation of Aurora selling biomass to Radient and receiving a "large inventory" of biomass back from Radient. The above does raise questions:

- How much of the $20 million in wholesale that Aurora sold in Q4F2019 was sold (or on-sold) to Radient?
- Will Aurora be buying any of that wholesale biomass extracted product back from Radient?
- And if so, why wouldn't the Master Sales Agreement (which includes the tolling agreement), mentioned above, be used?

Aurora has confirmed to us that **if** there was a buy back agreement, they would not have booked the sale as revenue. They indicate that **sales** to Radient under tolling **and** wholesale to Radient are "two separate things".  No mention if buying under tolling agreement and outside of agreement are two different things, and that is the concern of this article.

In my **opinion**, the comment provided doesn't preclude Aurora from circumventing the tolling agreement in order to potentially artificially boost their wholesale revenue and repurchasing Aurora extracted biomass inventory at a later date. And if Aurora is the only company willing to provide significant trade credit to Radient, couple that with their investment, board seat, the fact Aurora will be Radient's largest customer, and if they provide greater than $6.5million in credit they would be their largest creditor (and one could easily argue Radient would not be in existence without Aurora support)… **there is simply far too much opportunity for financial engineering in this relationship.**

**Should sales to Radient be disclosed by Aurora as a Related Party?**

From Aurora Notes to June 30, 2019 Financial Statements

Note 21 Related Party Transactions:

> Accounting Policy: The Company considers a person or entity as a related party if they are a member of key management personnel including their close relatives, an associate or joint venture, those having significant influence over the Company ["Company" would be Aurora not Radient], as well as entities that are under common control or controlled by related parties.

Under this policy, any sales to Radient are not considered "Related Party" transactions, unless they considered them a joint venture and not an investment.  Radient is accounted for in notes to Financial statements as a "Strategic Investment" under Level 1 hierarchy.  As such, they would not report sales to Radient as "related".

I do note that Aurora's June 30, 2019 statements were audited by a big four firm, as it was year-end. **I am not an accountant and I am unsure if Radient should be treated as a Related Party. The above is my interpretation of their definition offered in the notes to the financial statements.**

[And – tinfoil hat adjusted tightly – in order to circumvent any related party (note not capitalized) the product could always be sold to a third party before resale to Radient if Radient were a "Related Party". **So, in the opinion of the author** there are avenues available to circumvent even "Related Party" disclosures. **There is absolutely no evidence of the foregoing taking place in the transactions above, it is cited simply to establish a potential route to circumvent "Related Party" disclosure.**]

What I am getting at, **and this is opinion**, even without a legal buyback agreement Aurora wields significant economic influence over Radient:

- Investment of +12%,
- Board seat,
- Largest customer,
- **And IF**

      they provided more than $6.5 million of the +$20 million in trade credit, the largest creditor to Radient,
      they provided over 50% of the biomass, the largest supplier to Radient.

In my **opinion** there does not need to be a written buyback agreement when you have a de facto captive supplier in a potential financial bearhug. Would Radient say "no" to the opportunity to take revenue from $61k a quarter to multi-millions if their investor and biggest client were to agree to bankroll a transaction by availing the supply of inventory and the trade credit necessary to accomplish it?

While Radient might be outside the definition of Related Party to Aurora their economic influence over Radient is considerable, thus the need for disclosure. I recognize that there is an audit opinion by a big-4 firm, but the potential for perception issues are present. And we have recently had a big-4 firm <u>retract an audit opinion </u>in this very industry. Aurora uses the same audit firm.

As such, tolling, wholesale, and buying back extracts outside of tolling in my **opinion** SHOULD BE SEPARATED AND DISCLOSED by both parties to avoid possible perception of impropriety. The separation for Aurora should be in sales disclosure, accounts receivable disclosure and gross margin disclosure (gross margin, as the credit risk of Radient should be isolated from commercial transactions and priced distinctly).  Radient should also be stepping up disclosure measurably.  Including the terms offered by material vendors to them, especially while their Accounts Payable exceed their cash position.

Lord Denning once said, "**Not only must justice be done it must be perceived to be done**". The present scenario and its disclosure would not pass the "perceived to be done" test if issues arose.

We have often praised Aurora for their disclosure both on segmentation and in their capital structure.  They really do an excellent job. We hope that they step up their disclosure to remove the risk windows that are presently open for potential manipulation in this relationship.

On the heels of the CannTrust bomb crater, previous intercompany transparency issues at Aphria, and the present negative industry sentiment, transparency is very important in this industry.

I am truly hoping that the biomass at Radient at June 30, 2019 isn't substantially the $20 million Aurora wholesale trim from the June 30, 2019 Q.  And if Aurora does buy inventory from Radient outside of the tolling agreement, they disclose same in the future.

**To summarize:**

What we know from Financial statements, MDA, press releases and correspondence with Aurora:

- Aurora has a +12% investment in Radient
- Aurora has a board seat at Radient
- Aurora and Radient have a tolling agreement to process biomass
- As confirmed to us, the Aurora June 30, 2019 Q sale of biomass to Radient was outside of the tolling agreement
- Aurora also has the ability to sell/purchase to/from Radient outside the tolling agreement
- Last quarter 20% or $20 million of Aurora sales were wholesale – we consider that a material amount
- Radient purchased $21.7 million in biomass trim from Aurora and other LPs in Q ending June 30, 2019
- Radient was granted +$20 million in trade credit this past Q
- Aurora has $25 million in non-governmental trade receivables
- Aurora indicated on October 3, 2019 that Radient is working on "**large**" extraction contract for Aurora

What we don't know:

- The $ amount of Radient's purchase from Aurora in June/19 Q
- The amount of trade credit extended by Aurora to Radient, if any.
- Is Radient presently "extracting/processing a large inventory of cannabis biomass" for Aurora **under the tolling agreement OR are they repurchasing product sold by Aurora**?
  - If it is the latter, will Aurora disclose the repurchase and set off against previous sales?
  - Better yet, Aurora should simply not be buying back inventory processed from Radient outside of the tolling agreement, it creates to much room for financial engineering.
- Based on the credit profile of Radient at June 30, 2019, who thought Radient was credit worthy for trade terms (Accounts Payable or A/P) of +$20 million and how many days does Radient have to repay the invoices, as their A/P now exceeds cash reserves?

- **If** Aurora did extend that level of credit to Radient, is taking that credit risk the reason the Gross Margin was 60% (was the purchase price of trim risk adjusted for credit risk of repayment?).

  **IF** Aurora has advanced in excess of $6.5 million in trade credit then Aurora would be Radient's largest creditor.

## Why is this important?

**IF** Aurora sells product to Radient and Aurora repurchases it, Aurora get to claim a Sale and then reacquire the extracted biomass in inventory, and then they resell it again. Essentially the **potential** to double dip on sales.

By doing this Aurora would get the benefit of the Sale, the Gross Margin in $'s, and the contribution to EBITDA in the quarter the biomass is sold not when extracted biomass is sold into recreational or medical channels.

By using the tolling agreement this potential is averted.

**IF** Radient was an arm's length company, not reliant on Aurora economically, then this would not be as big a potential issue.

Is the extension of credit (by Aurora or whomever extended the $20 million to Radient) above a dollar level of what would be considered "normal terms"? And when is it due to be repaid?

If whoever extended the trade credit is not buying back extracted product, they are taking the business risk of Radient.  They are not taking simple production risk of being delivered extracted product.  In my opinion, with Radient's current financial condition the business risk of being repaid $20 million in Trade Payable in normal course of business is considerably more than taking back extracted product.

Without a blanket commitment that Aurora will not purchase any extracted product outside of their tolling agreement from Radient (which would be restrictive), and when selling biomass to Radient Aurora would extend prudent trade credit reflective of the transaction, the door of potential impropriety will not be fully closed.

In closing and in our **opinion**, given the investment by Aurora into Radient and the economic clout they wield over Radient it would be beneficial if Aurora increased disclosure on their transactions between Radient: with a clearer demarcation of what is happening under the tolling agreement and what Radient has amassed under their own efforts [including using Radient's own access to arms-length credit terms] and resold.  As presently disclosed there exists potential for impropriety and it will continue if disclosure is not enhanced substantially.

GoBlue

The author has no position in Aurora or Radient and doesn't intend to open one in the next five days. Nor does any member of TheCannalysts Inc. or TheCannalysts Inc.