Kevin H. Marino
John D. Tortorella
MARINO, TORTORELLA & BOYLE, P.C.
437 Southern Boulevard
Chatham, NJ  07928
Phone:  (973) 824-9300
Fax: (973) 824-8425
kmarino@khmarino.com
jtororella@khmarino.com

Stephen L. Ascher†
Andrew J. Lichtman
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036-2711
Phone: (212) 891-1600
Fax: (212) 891-1699
sascher@jenner.com
alichtman@jenner.com

Howard S. Suskin†
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654-3456
Phone: (312) 222-9350
Fax: (312) 527-0484
hsuskin@jenner.com

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re AURORA CANNABIS INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case 2:19-cv-20588-JMV-JBC<br><br>Hon. John M. Vazquez, U.S.D.J.<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED CLASS-ACTION COMPLAINT** |

THIS MATTER having come before the Court on the motion of Defendants

Aurora Cannabis, Inc., Terry Booth, and Allan Cleiren (collectively, "Defendants"),

pursuant to Federal Rule of Civil Procedure 12(b)(6) and the Private Securities

—————————————

† Admitted *pro hac vice.*

Litigation Reform Act, for an Order granting Defendants' Motion to Dismiss Plaintiffs' Third Amended Class Action Complaint [ECF No. 68], and the Court having read and considered the submissions of the parties and the pleadings in this matter, and having heard oral argument, and for good cause shown;

IT IS on this _____ day of _____, 2023

ORDERED that Defendants' Motion to Dismiss Plaintiffs' Third Amended Class Action Complaint [ECF No. 68] is GRANTED; and

IT IS FURTHER ORDERED that Plaintiffs' claims are DISMISSED in their entirety and with prejudice.

_____
Honorable John Michael Vazquez, U.S.D.J.