Kevin H. Marino
John D. Tortorella
MARINO, TORTORELLA & BOYLE, P.C.
437 Southern Boulevard
Chatham, NJ  07928
Phone:  (973) 824-9300
Fax: (973) 824-8425
kmarino@khmarino.com
jtororella@khmarino.com

Stephen L. Ascher†
Andrew J. Lichtman
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036-2711
Phone: (212) 891-1600
Fax: (212) 891-1699
sascher@jenner.com
alichtman@jenner.com

Howard S. Suskin†
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654-3456
Phone: (312) 222-9350
Fax: (312) 527-0484
hsuskin@jenner.com

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re AURORA CANNABIS INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case 2:19-cv-20588-JMV-JBC<br><br>Hon. John M. Vazquez, U.S.D.J.<br><br>**CERTIFICATE OF SERVICE** |

JOHN D. TORTORELLA, of full age, hereby certifies and states:

1.      I am an attorney at law of the State of New Jersey and a member of the

law firm of Marino, Tortorella & Boyle, P.C., attorneys for Defendants Aurora

---

† Admitted *pro hac vice.*

Cannabis, Inc., Terry Booth, and Allan Cleiren (collectively, "Defendants") in this matter.

2.    On this date, I caused to be filed with the Clerk of the Court and all counsel of record, via the Court's electronic filing system, the following documents:

a.  Notice of Motion to Dismiss Plaintiffs' Third Amended Class Action Complaint;

b.  Defendants' Memorandum of Law in Support of Their Motion to Dismiss The Third Amended Class Action Complaint;

c.  Certification of Kevin H. Marino and Exhibits A through M thereto; and

d.  Proposed Form of Order.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 6, 2023
Chatham, New Jersey                          _____
                                                      JOHN D. TORTORELLA