**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re AURORA CANNABIS INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Civil Action No. 19-20588(JMV)(JBC)<br><br>Honorable John M. Vazquez, U.S.D.J.<br><br>Oral Argument Requested<br><br>Motion Date:<br><br>*Document filed electronically* |

**NOTICE OF MOTION FOR PARTIAL RECONSIDERATION AND/OR
CLARIFICATION OF THE COURT'S AUGUST 24, 2023 OPINION**

James E. Cecchi
Donald A. Ecklund
CARELLA, BYRNE, CECCHI, OLSTEIN,
  BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Telephone: 973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com
ltaylor@carellabyrne.com
decklund@carellabyrne.com

*Local Counsel for Lead
Plaintiffs*

Samuel H. Rudman
Alan I. Ellman
ROBBINS GELLER RUDMAN
   & DOWD LLP
58 South Service Road,
Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
aellman@rgrdlaw.com

Steve W. Berman
Shayne C. Stevenson
HAGENS BERMAN SOBOL
   SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: 206/268-9340
206/623-0594 (fax)
steve@hbsslaw.com
shaynes@hbsslaw.com

*Co-Lead Counsel for Lead
Plaintiffs*

*[Additional counsel appear on
signature page.]*

- 1 -

**TO:  Kevin H. Marino**
      **John D. Tortorella**
      **Stephen L. Ascher**
      **Andrew J. Lichtman**
      **Howard S. Suskin**

| | |
|---|---|
| Kevin H. Marino<br>John D. Tortorella<br>MARINO, TORTORELLA & BOYLE,<br>P.C. 437 Southern Boulevard<br>Chatham, NJ  07928<br>Phone:  (973) 824-9300<br>Fax: (973) 824-8425<br>kmarino@khmarino.com<br>jtororella@khmarino.com | Stephen L. Ascher<br>Andrew J. Lichtman<br>JENNER & BLOCK LLP<br>1155 Avenue of the Americas<br>New York, NY 10036-2711<br>Phone: (212) 891-1600<br>Fax: (212) 891-1699<br>sascher@jenner.com<br>alichtman@jenner.com<br><br>Howard S. Suskin<br>JENNER & BLOCK LLP<br>353 N. Clark St.<br>Chicago, IL 60654-3456<br>Phone: (312) 222-9350<br>Fax: (312) 527-0484<br>hsuskin@jenner.com |

**PLEASE TAKE NOTICE** that at 9:00 a.m. on October 2, 2023, or such other time and date set by the Court, Lead Plaintiffs Doug Daulton, Francisco Quintana, Donald S. Parish, and Quang Ma ("Plaintiffs"), by and through their undersigned counsel, will move before the Honorable John Michael Vazquez, U.S.D.J., United States District Court for the District of New Jersey, Frank R. Lautenberg U.S.P.O. & Courthouse, Room 417, 2 Federal Sq., Newark, NJ 07102, for entry of an Order granting Plaintiffs' Motion for Partial Reconsideration and/or Clarification of the Court's August 24, 2023 Opinion [ECF Nos. 75 and 76].

**PLEASE TAKE FURTHER NOTICE** that in support of their motion, Plaintiffs will rely on the Memorandum of Law in Support of

- 2 -

Plaintiffs' Motion for Partial Reconsideration and/or Clarification of the Court's August 24, 2023 Opinion.  A proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs respectfully request oral argument on this motion.

Dated: September 8, 2023        Respectfully submitted,

CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.

By      */s/ James E. Cecchi*
   James E. Cecchi
Donald A. Ecklund
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com
ltaylor@carellabyrne.com
decklund@carellabyrne.com

*Local Counsel for Lead Plaintiffs*

Samuel H. Rudman
Alan I. Ellman
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
aellman@rgrdlaw.com

Steve W. Berman
Shayne C. Stevenson
HAGENS BERMAN SOBOL
SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: 206/268-9340
206/623-0594 (fax)
steve@hbsslaw.com

- 3 -

shaynes@hbsslaw.com

*Co-Lead Counsel for Lead Plaintiffs*

Brian Schall
SCHALL LAW FIRM
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: 310/301-3335
310/338-0192 (fax)
brian@schallfirm.com

*Additional Plaintiffs' Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2023, I electronically filed the foregoing Notice of Motion for Partial Reconsideration and/or Clarification of the Court's August 24, 2023 Opinion with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

<u>    /s/ James E. Cecchi    </u>
James E. Cecchi