James E. Cecchi
Donald A. Ecklund
CARELLA, BYRNE, CECCHI, OLSTEIN,
 BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com
ltaylor@carellabyrne.com
decklund@carellabyrne.com

*Local Counsel for Lead Plaintiffs*

Samuel H. Rudman
Alan I. Ellman
ROBBINS GELLER RUDMAN
   & DOWD LLP
58 South Service Road,
Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
aellman@rgrdlaw.com

Steve W. Berman
Shayne C. Stevenson
HAGENS BERMAN SOBOL
   SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: 206/268-9340
206/623-0594 (fax)
steve@hbsslaw.com
shaynes@hbsslaw.com

*Co-Lead Counsel for Lead Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re AURORA CANNABIS INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Civil Action No. 19-20588(JMV)(JBC)<br><br>Honorable John M. Vazquez, U.S.D.J.<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL RECONSIDERATION AND/OR CLARIFICATION OF THE COURT'S AUGUST 24, 2023 OPINION** |

THIS MATTER having come before the Court on the motion of Plaintiffs for an Order granting Plaintiffs' Motion for Partial Reconsideration and/or Clarification of the Court's August 24, 2023 Opinion [ECF No.75 and 76], and the Court having read and

- 1 -

considered the submissions of the parties and the pleadings in this matter, and having heard oral argument, and for good cause shown:

IT IS on this ____ day of _____, 2023

ORDERED that Plaintiffs' Motion for Partial Reconsideration and/or Clarification of the Court's August 24, 2023 Opinion is GRANTED; and it is further

ORDERED that the Opinion is hereby amended to clarify that the Third Amended Complaint sufficiently pleads loss causation for the Defendants' September 11, 2019 Statements; and it is further

ORDERED that the Opinion is amended to clarify that Lead Plaintiffs alleged that the September 11, 2019 Statements were corrective of the false August 6, 2019 statements that Aurora continued to track toward positive EBITDA and that Defendants did not address this argument in their Motion to Dismiss and, thus, Defendants waived the argument that the September 11, 2019 Statements were corrective.

_____
Honorable John Michael Vazquez,
U.S.D.J.