# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

————————

CHARLES C. CARELLA
JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

DONALD F. MICELI
CARL R. WOODWARD, III
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
STEPHEN R. DANEK
MICHAEL A. INNES
MEGAN A. NATALE

**5 BECKER FARM ROAD**
**ROSELAND, N.J.  07068-1739**
PHONE (973) 994-1700
FAX (973) 994-1744
www.carellabyrne.com

PETER G. STEWART
FRANCIS C. HAND
JAMES A. O'BRIEN, III
JOHN G. ESMERADO
STEVEN G. TYSON
MATTHEW J. CERES
ZACHARY A. JACOBS***
JASON H. ALPERSTEIN+ +

OF COUNSEL

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
**MEMBER NY BAR
***MEMBER IL BAR
+MEMBER FL BAR
+ + MEMBER NY & FL BAR

RAYMOND J. LILLIE
GREGORY G. MAROTTA
KEVIN G. COOPER
MARYSSA P. GEIST
JORDAN M. STEELE**
BRIAN F. O'TOOLE
SEAN M. KILEY
ROBERT J. VASQUEZ
BRITTNEY M. MASTRANGELO

November 30, 2023

**<u>Via ECF</u>**
Honorable Brian R. Martinotti, U.S.D.J.
U.S. Post Office & Courthouse
2 Federal Square
Courtroom: PO 01
Newark, NJ 07102

# <u>ORDER</u>

Re:     *In re Aurora Cannabis, Inc. Sec. Litig.,*
        <u>Civil Action No. 19-20588 (BRM)(JBC)</u>

Dear Judge Martinotti:

We, along with Lead Counsel, write on behalf of all parties in the above-captioned action. On November 16, 2023, the Court held a status conference.  ECF No. 91.  During the conference, the Court ordered counsel to meet and confer by November 30, 2023 regarding the status of Plaintiffs' pending motion for reconsideration of Judge Vazquez's Order granting in part, and denying in part, Defendants' motion to dismiss.  ECF No. 80.

Plaintiffs have decided to withdraw the motion for reconsideration and instead move for leave to amend the Third Amended Complaint.  On November 27, 2023, the parties met and conferred on this subject and agreed that Plaintiffs will send a draft proposed Fourth Amended Complaint to Defendants by December 18, 2023, and Defendants will inform Plaintiffs whether or not they consent to the filing of the amendment by January 5, 2024.

The parties will inform the Court of Defendants' decision on January 8, 2024, and propose a briefing schedule on either Plaintiffs' motion to amend or Defendants' motion to dismiss.

We thank the Court for its attention to this matter.

Very truly yours,

*/s/James E. Cecchi*
James E. Cecchi

**SO ORDERED.**
**Date: December 1, 2023**

*/s/Brian R. Martinotti*
**United States District Judge**