James E. Cecchi
Donald A. Ecklund
CARELLA, BYRNE, CECCHI,
  OLSTEIN, BRODY
  & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com
decklund@carellabyrne.com

*Local Counsel for Lead Plaintiffs*

Samuel H. Rudman
Alan I. Ellman
Magdalene Economou
ROBBINS GELLER RUDMAN &
  DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
aellman@rgrdlaw.com
meconomou@rgrdlaw.com

Steve W. Berman
Shayne C. Stevenson
HAGENS BERMAN SOBOL
  SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: 206/268-9340
206/623-0594 (fax)
steve@hbsslaw.com
shaynes@hbsslaw.com

*Lead Counsel for Lead Plaintiffs*

[Additional counsel appear on signature page.]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re AURORA CANNABIS INC. SECURITIES LITIGATION | ) ) ) ) No. 2:19-cv-20588-BRM-JBC |
| | ) ) CLASS ACTION |
| This Document Relates To: | ) ) ) NOTICE OF MOTION FOR LEAVE |
| ALL ACTIONS. | ) ) TO AMEND PURSUANT TO FED. |
| | ) R. CIV. P. 15 |
| | ) |

**PLEASE TAKE NOTICE** that at 9:00 a.m. on March 4, 2024, or such other time and date set by the Court, Lead Plaintiffs Doug Daulton, Francisco Quintana, Donald S. Parish, and Quang Ma ("Plaintiffs"), by and through their undersigned counsel, will move before the Honorable Brian R. Martinotti, U.S.D.J., at the United States District Court for the District of New Jersey, U.S. Post Office & Courthouse, Room PO 01, 2 Federal Sq., Newark, NJ 07102, for entry of an Order granting Plaintiffs' Motion for Leave to Amend Pursuant to Federal Rule of Civil Procedure 15.

**PLEASE TAKE FURTHER NOTICE** that in support of their motion, Plaintiffs will rely on the Memorandum of Law in Support of Plaintiffs' Motion for Leave to Amend Pursuant to Federal Rule of Civil Procedure 15.  A proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs respectfully request oral argument on this motion.

DATED:  January 22, 2024

CARELLA, BYRNE, CECCHI, OLSTEIN,
  BRODY & AGNELLO, P.C.
JAMES E. CECCHI
DONALD A. ECKLUND

_/s/ James E. Cecchi_
JAMES E. CECCHI

5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com
decklund@carellabyrne.com

*Local Counsel*

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
ALAN I. ELLMAN
MAGDALENE ECONOMOU
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
aellman@rgrdlaw.com
meconomou@rgrdlaw.com

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN
SHAYNE C. STEVENSON
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone:  206/623-7292
206/623-0594 (fax)
steveb@hbsslaw.com
shaynes@hbsslaw.com

*Lead Counsel for Lead Plaintiffs and the Proposed Class*

- 2 -

SCHALL LAW FIRM
BRIAN SCHALL
1880 Century Park East, Suite 404
Los Angeles, CA  90067
Telephone:  310/301-3335
310/338-0192 (fax)
brian@schallfirm.com

*Additional Plaintiffs' Counsel*