James E. Cecchi
Donald A. Ecklund
CARELLA, BYRNE, CECCHI,
OLSTEIN,  BRODY &
AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com
decklund@carellabyrne.com

*Local Counsel for Lead Plaintiffs*

Samuel H. Rudman
Alan I. Ellman
Magdalene Economou
ROBBINS GELLER RUDMAN &
  DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
aellman@rgrdlaw.com
meconomou@rgrdlaw.com

Steve W. Berman
Shayne C. Stevenson
HAGENS BERMAN SOBOL
  SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: 206/268-9340
206/623-0594 (fax)
steve@hbsslaw.com
shaynes@hbsslaw.com

*Lead Counsel for Lead Plaintiffs*

[Additional counsel appear on signature page.]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re AURORA CANNABIS INC. SECURITIES LITIGATION | ) No. 2:19-cv-20588-BRM-JBC |
| | ) |
| | ) <u>CLASS ACTION</u> |
| This Document Relates To: | ) **DECLARATION OF** |
| | ) **ALAN I. ELLMAN IN SUPPORT** |
| ALL ACTIONS. | ) **OF MOTION FOR LEAVE TO** |
| | ) **AMEND** |
| | ) |

I, Alan I. Ellman, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1.      I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, attorneys for Lead Plaintiffs Doug Daulton, Francisco Quintana, Donald S. Parish, and Quang Ma ("Plaintiffs") along with our co-counsel.  I respectfully submit this declaration in support of Plaintiffs' Motion for Leave to Amend Pursuant to Federal Rule of Civil Procedure 15.

2.      Attached as Exhibit A is a true and correct copy of the proposed Fourth Amended Complaint.

3.      Attached as Exhibit B is a true and correct copy of a "redline" version of the proposed Fourth Amended Complaint, which demonstrates how the proposed Fourth Amended Complaint differs from the Third Amended Complaint (ECF 68).

Dated: January 22, 2024

_/s/ Alan I. Ellman_
Alan I. Ellman