James E. Cecchi
Donald A. Ecklund
CARELLA, BYRNE, CECCHI,
 OLSTEIN, BRODY
 & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com
decklund@carellabyrne.com

*Local Counsel for Lead Plaintiffs*

Samuel H. Rudman
Alan I. Ellman
Magdalene Economou
ROBBINS GELLER RUDMAN &
 DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
aellman@rgrdlaw.com
meconomou@rgrdlaw.com

Steve W. Berman
Shayne C. Stevenson
HAGENS BERMAN SOBOL
 SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: 206/268-9340
206/623-0594 (fax)
steve@hbsslaw.com
shaynes@hbsslaw.com

*Lead Counsel for Lead Plaintiffs*

[Additional counsel appear on signature page.]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re AURORA CANNABIS INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:19-cv-20588-BRM-JBC<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO AMEND PURSUANT TO FED. R. CIV. P. 15** |

Having considered the papers filed in support of the Motion for Leave to Amend Pursuant to Fed. R. Civ. P. 15 (the "Motion"), submitted by Lead Plaintiffs Doug Daulton, Francisco Quintana, Donald S. Parish, and Quang Ma ("Plaintiffs"), and for good cause shown, the Court hereby GRANTS the Motion.  Plaintiffs shall file the proposed Fourth Amended Complaint within two business days of the date of this Order.

IT IS SO ORDERED.

\*     \*     \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____          _____
                                                                THE HONORABLE
                                                                BRIAN R. MARTINOTTI
                                                                UNITED STATES DISTRICT JUDGE