## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused a true and correct copy of the foregoing documents to be filed electronically with the Clerk of the Court and served upon all counsel of record through the Court's CM/ECF system.

Dated: *February 12, 2024*

JOHN D. TORTORELLA