CARELLA, BYRNE, CECCHI,
  BRODY & AGNELLO, P.C.
JAMES E. CECCHI
DONALD A. ECKLUND
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com
decklund@carellabyrne.com

Local Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re AURORA CANNABIS INC. SECURITIES LITIGATION | ) ) ) | No. 2:19-cv-20588-BRM-JBC |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) ) | NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF |
| ALL ACTIONS. | ) ) ) | PLAN OF ALLOCATION |

Motion Return Date: January 28, 2025

4913-4139-1113.v1

PLEASE TAKE NOTICE that on January 28, 2025, or such other date as the Court may set, Lead Plaintiffs Doug Daulton, Francisco Quintana, Donald S. Parrish, and Quang Ma, on behalf of the Settlement Class, through counsel, shall move the Honorable James B. Clark, III, pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice entered on October 10, 2024 (ECF 120), for entry of orders granting final approval of the proposed settlement and approving the proposed Plan of Allocation.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Lead Plaintiffs will rely upon: Memorandum of Law in Support of Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation; Declaration of Alan I. Ellman in Support of (I) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees, Expenses, and Awards to Lead Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4); Declarations of Lead Plaintiffs; Declaration of Luiggy Segura; Stipulation of Settlement; and all other proceedings herein.

Lead Plaintiffs seek oral argument on this motion.

Proposed orders will be submitted with Lead Plaintiffs' reply submission on January 17, 2025.

- 1 -

4913-4139-1113.v1

DATED: December 23, 2024

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
  BRODY & AGNELLO, P.C.
JAMES E. CECCHI
DONALD A. ECKLUND


*s/ James E. Cecchi*
JAMES E. CECCHI

5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com
decklund@carellabyrne.com

*Local Counsel*

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
ALAN I. ELLMAN
(admitted *pro hac vice*)
MAGDALENE ECONOMOU
(admitted *pro hac vice*)
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
aellman@rgrdlaw.com
meconomou@rgrdlaw.com

- 2 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART
(admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com

HAGENS BERMAN SOBOL
  SHAPIRO LLP
REED R. KATHREIN
LUCUS GILMORE
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone:  510/725-3000
510/725-3001 (fax)
reed@hbsslaw.com
lucusg@hbsslaw.com

HAGENS BERMAN SOBOL
  SHAPIRO LLP
STEVE W. BERMAN
(admitted *pro hac vice*)
SHAYNE C. STEVENSON
(admitted *pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone:  206/623-7292
206/623-0594 (fax)
steveb@hbsslaw.com
shaynes@hbsslaw.com

*Lead Counsel for Lead Plaintiffs and the Proposed Class*

- 3 -

SCHALL LAW FIRM
BRIAN SCHALL
1880 Century Park East, Suite 404
Los Angeles, CA  90067
Telephone:  310/301-3335
310/338-0192 (fax)
brian@schallfirm.com

*Additional Counsel*

- 4 -

4913-4139-1113.v1