CARELLA, BYRNE, CECCHI,
  BRODY & AGNELLO, P.C.
JAMES E. CECCHI
DONALD A. ECKLUND
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com
decklund@carellabyrne.com

Local Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re AURORA CANNABIS INC. SECURITIES LITIGATION | ) ) ) | No. 2:19-cv-20588-BRM-JBC |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) ) | NOTICE OF MOTION FOR AN AWARD OF ATTORNEYS' FEES, |
| ALL ACTIONS. | ) ) ) ) | EXPENSES, AND AWARDS TO LEAD PLAINTIFFS PURSUANT TO 15 U.S.C. §78u-4(a)(4) |

Motion Return Date: January 28, 2025

4906-3510-9641.v1

PLEASE TAKE NOTICE that on January 28, 2025, or such other date as the Court may set, the undersigned counsel for Lead Plaintiffs ("Lead Plaintiffs' Counsel") shall move before the Honorable James B. Clark, III, pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice entered on October 10, 2024 (ECF 120), for the entry of an order awarding attorneys' fees, payment of litigation expenses, and awards to Lead Plaintiffs.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Lead Plaintiffs' Counsel will rely upon: Memorandum of Law in Support of Motion for an Award of Attorneys' Fees, Expenses, and Awards to Lead Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4); Declaration of Alan I. Ellman in Support of: (I) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees, Expenses, and Awards to Lead Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4); Declarations of Lead Plaintiffs; Declaration of Luiggy Segura; Declaration of Alan I. Ellman Filed on Behalf of Robbins Geller Rudman & Dowd LLP; Declaration of Shayne C. Stevenson Filed on Behalf of Hagens Berman Sobol Shapiro LLP; Declaration of James E. Cecchi Filed on Behalf of Carella, Bryne, Cecchi, Brody & Agnello, P.C.; Stipulation of Settlement; and all other proceedings herein.

Lead Plaintiffs' Counsel seek oral argument on this motion.

- 1 -

4906-3510-9641.v1

A proposed order will be submitted with Lead Plaintiffs' Counsel's reply submission on or before January 17, 2025.

DATED:  December 23, 2024              Respectfully submitted,

CARELLA, BYRNE, CECCHI,
  BRODY & AGNELLO, P.C.
JAMES E. CECCHI
DONALD A. ECKLUND


                                      *s/ James E. Cecchi*
                                      JAMES E. CECCHI

5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com
decklund@carellabyrne.com

*Local Counsel*

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
ALAN I. ELLMAN
(admitted *pro hac vice*)
MAGDALENE ECONOMOU
(admitted *pro hac vice*)
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
aellman@rgrdlaw.com
meconomou@rgrdlaw.com

- 2 -

4906-3510-9641.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART
(admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com

HAGENS BERMAN SOBOL
  SHAPIRO LLP
REED R. KATHREIN
LUCUS GILMORE
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone:  510/725-3000
510/725-3001 (fax)
reed@hbsslaw.com
lucusg@hbsslaw.com

HAGENS BERMAN SOBOL
  SHAPIRO LLP
STEVE W. BERMAN
(admitted *pro hac vice*)
SHAYNE C. STEVENSON
(admitted *pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone:  206/623-7292
206/623-0594 (fax)
steveb@hbsslaw.com
shaynes@hbsslaw.com

*Lead Counsel for Lead Plaintiffs and the
Proposed Class*

- 3 -

4906-3510-9641.v1

SCHALL LAW FIRM
BRIAN SCHALL
1880 Century Park East, Suite 404
Los Angeles, CA  90067
Telephone:  310/301-3335
310/338-0192 (fax)
brian@schallfirm.com

*Additional Counsel*

- 4 -

4906-3510-9641.v1