UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re AURORA CANNABIS INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | No. 2:19-cv-20588-BRM-JBC<br><br>CLASS ACTION<br><br>SUPPLEMENTAL DECLARATION OF LUIGGY SEGURA REGARDING: (A) CONTINUED DISSEMINATION OF NOTICE; (B) UPDATE ON CALL CENTER SERVICES AND WEBSITE; AND (C) REQUESTS FOR EXCLUSION RECEIVED TO DATE |

I, Luiggy Segura, declare as follows:

1.     I am the Vice President of Securities Operations at JND Legal Administration ("JND").  Pursuant to paragraph 10 of the Court's October 10, 2024 Order Preliminarily Approving Settlement and Providing for Notice (ECF 120) (the "Preliminary Approval Order"), JND was authorized to act as the Claims Administrator in connection with the above-captioned action (the "Action").[1]  I submit this Declaration as a supplement to my previously filed declaration, the Declaration of Luiggy Segura Regarding: (A) Dissemination of Notice; (B) Publication/Transmission of the Summary Notice; (C) Establishment of Call Center Services and Website; and (D) Requests for Exclusion Received to Date, dated December 20, 2024 (ECF 122-7) (the "Initial Mailing Declaration"). The following statements are based on my personal

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation of Settlement, dated June 7, 2024 (ECF 112-2) ("Stipulation"), the Preliminary Approval Order, or the Initial Mailing Declaration (defined herein).

knowledge and information provided to me by other experienced JND employees, and, if called as a witness, I could and would testify competently thereto.

**<u>CONTINUED DISSEMINATION OF NOTICE</u>**

2.       Since the initial mailing of the Postcard Notice and the commencement of the E-mail Notice campaign on October 31, 2024 ("Initial Mailing"), JND has undertaken substantial efforts to ensure that nominees responded in a timely manner either by providing JND with the names and addresses of potential eligible Settlement Class Members or by requesting Postcard Notices, in bulk, to forward directly onto their clients. To that end, following the Initial Mailing, JND caused reminder postcards to be mailed to the nominees who did not respond to the Initial Mailing, advising these entities of their obligation to facilitate notice of the Settlement to their clients who purchased Aurora common stock on the New York Stock Exchange during the Class Period. JND also reached out via telephone to the top 100 nominees.

3.       Since the Initial Mailing, JND has continued to disseminate copies of the Postcard Notice and Notice Packet in response to requests from potential eligible Settlement Class Members and nominees. Through January 16, 2025, JND has mailed a total of 495,947 Postcard Notices to potential Settlement Class Members and nominees as well as a total of 4,419 Notice Packets to Settlement Class Members and nominees via First-Class mail. Additionally, JND has sent 22,820 Postcard Notices and 1,766 Notice Packets per request via e-mail to potential eligible Settlement Class Members.[2]

---

[2] JND has also re-mailed a total of 54 Postcard Notices to persons whose original mailings were returned by the United States Postal Service ("USPS") and for whom updated addresses were provided to JND by the USPS or were obtained through other means.

**UPDATE ON CALL CENTER SERVICES AND SETTLEMENT WEBSITE**

4.      JND continues to maintain the toll-free telephone number (877-495-6308) and Interactive Voice Recording ("IVR") to accommodate inquiries about the Settlement from potential eligible Settlement Class Members. Through January 16, 2025, there have been a total of 6,042 calls to the toll-free telephone number, 2,165 of which have been handled by a live operator. JND also monitors the case-dedicated e-mail address info@AuroraCannabisSecuritiesLitigation.com. JND has promptly responded to each telephone and e-mail inquiry and will continue to respond to Settlement Class Member inquiries until the conclusion of the administration.

5.      JND also continues to maintain the website dedicated to the Settlement, www.AuroraCannabisSecuritiesLitigation.com (the "Settlement Website"), to assist potential eligible Settlement Class Members. Following Lead Counsel's filing of their briefing in support of the Settlement on December 23, 2024, JND posted to the Settlement Website copies of the papers in support of the Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation and the Motion for an Award of Attorneys' Fees, Expenses, and Awards to Lead Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4). During this administration, the Settlement Website has received a total of 355,877 visitors. JND will continue operating, maintaining and, as appropriate, updating the Settlement Website until the conclusion of the administration of this Settlement.

**REQUESTS FOR EXCLUSION RECEIVED TO DATE**

6.      The Notice and Settlement Website informed potential eligible Settlement Class Members that requests for exclusion from the Settlement Class were to be sent by First-Class mail to *Aurora Cannabis Securities Litigation*, Claims Administrator, c/o JND Legal Administration,

EXCLUSIONS, P.O. Box 91320, Seattle, Washington 98111, postmarked no later than January 6, 2025. JND has monitored all mail delivered to the P.O. Box for the Settlement.

7.    As of January 16, 2025, JND has received twenty-one (21) requests for exclusion. Copies of the requests for exclusion are attached as Exhibit A.

I declare under penalty of perjury that the above is true and correct.

Executed this 17th day of January 2025, at New Hyde Park, New York.

_____
LUIGGY SEGURA

# EXHIBIT A

 Outlook

---

**Exclude from Settlement Class**

---

**From** Mark Norris < ███████████ >

**Date** Sun 11/10/2024 3:24 PM

**To** info@auroracannabissecuritieslitigation.com <info@auroracannabissecuritieslitigation.com>

Ref:
AUR ████████
AUR ████████

I looked at the online forms and did not see the "Exclude" so I assume this will qualify as my, exclude myself from the settlement class.

Please contact me via email if more action is required.

Thank You,

Mark or Yvonne Norris
████████████████████
Oshawa, ON L1G 0B8
Canada

To:
Aurora Cannabis Securities Litigation
Claims Administrator
EXCLUSIONS

November 8 2024

I request **exclusion** from the Settlement Class in the "Aurora Cannabis Securities Litigation."  My purchases of Aurora common stock show in the documents inclosed, including the dates and number of shares of Aurora common stock purchased.

Sincerely,

Leendert Dehek

Edmonton, AB T5Y 1N2
CANADA

Received
NOV 1 8 2024
by JNDLA



| Account #: | ▓▓▓▓ | **Dealer:** | Questrade, Inc. |
| --- | --- | --- | --- |
| **Client:** | Leendert Dehek | | |
| Order execution only account | | | |

## Summary

| Stocks and Options | Canadian securities | U.S. securities |
| --- | --- | --- |
| Purchase | (752.40) | 0.00 |
| Sales | 0.00 | 0.00 |
| **Total gross** | **(752.40)** | **0.00** |
| Commission | (15.20) | 0.00 |
| Sec fees | 0.00 | 0.00 |
| Interest amount | 0.00 | 0.00 |
| **Total fees** | **(15.20)** | **0.00** |
| **Total amount** | **(767.60)** | **0.00** |

 

Report generated on  04:25:45 PM 11.08.2024                                                    TRAD



**QUESTRADE**®

5700 Yonge Street, Unit G1 - Ground Floor, Toronto, ON M2M 4K2
Phone: 416.227.9876   Web: questrade.com

| | | |
|---|---|---|
| **Account #:** ▉▉▉▉▉ | **Dealer:** | Questrade, Inc. |
| **Client:** | Leendert Dehek | |
| Order execution only account | | |

**Canadian stocks and options - Account 5175003010**

| Trade Date | Settlement date | Trade # | Action | Quantity | Symbol | T B | EX | Price (CAD) | Gross amount (CAD) | Comm (CAD) | SEC fees (CAD) | Interes amoun (CAD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-12-17 | 05-12-17 | QTT42A | Buy | 50 | .ACB | A | T | 7.68 | (384.00) | (5.12) | 0.00 | 0.0 |
| **Description** | AURORA CANNABIS INC, COM | | | | | | | | | | | |
| 05-12-17 | 07-12-17 | QTV4RH | Buy | 30 | .ACB | A | T | 7.42 | (222.60) | (5.06) | 0.00 | 0.0 |
| **Description** | AURORA CANNABIS INC, COM | | | | | | | | | | | |
| 11-12-17 | 13-12-17 | QTXXUV | Buy | 20 | .ACB | A | T | 7.29 | (145.80) | (5.02) | 0.00 | 0.0 |
| **Description** | AURORA CANNABIS INC, COM | | | | | | | | | | | |
| | | | | | | | | **Totals** | **(752.40)** | **(15.20)** | **0.00** | **0.0** |

Report generated on  04:25:45 PM 11.08.2024

TRADE



**QUESTRADE®**

5700 Yonge Street, Unit G1 - Ground Floor, Toronto, ON M2M 4K2
Phone: 416.227.9876    Web: questrade.com

| Account #: | ▮▮▮▮▮ | Dealer: | Questrade, Inc. |
|---|---|---|---|
| Client: | Leendert Dehek | | |
| Order execution only account | | | |

**Explanation of codes**

**TB - Transaction Basis**

A   As agents, we have bought or sold for your account.
T   As agents, we have bought or sold through you.
N   As agents, we have bought from you or sold to you.
P   As principals, we have bought from you or sold to you.

**EX - Exchange**

| AL | Alpha / Alpha ATS |
| AY | NYSE American |
| BDP | Bourse du Pacifique |
| BSE | Boston Stock Exchange |
| CB/NQ | US over-the-counter / CBOE / Nasdaq |
| CH | CHI-X / CHI-X ATS |
| CQ | CNQ |
| CU | Other Canadian Markets |
| CX2 | CX2 Canada ATS |
| CXD | Nasdaq CXD |
| DE | DirectEdge |
| FOTC | Foreign over-the-counter |
| FX | Foreign Exchange |
| ICX | Instinet Cross Ltd. ATS |
| ME | Montreal EX / Montreal OTC / Options and Options Assigned & Exercise |

| MF | Mutual funds - |
| NI | New Issue |
| NY | NYSE / NYSE ov |
| OM | Omega / Ome |
| OT | Other US OTC |
| PR | Pure Trading / |
| SF | Seg-funds - Ot |
| SL | TMX Select |
| SX | Goldman Sach |
| T | TSX |
| TR | TRIACT / TRIA |
| UU | Manual Trade |
| V | TSX Venture Ex |
| X | Converted Trad |

Please indicate your account number on all documents and instructions sent to us. All cheques etc. should be sent to the office servicing yo
retention of this contract for income tax purposes.

Without limiting in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:

* This transaction, if it has been made on a stock exchange, is subject to the bylaws, rules, regulations and customs of such stock exchang
  involved; in the case of an exchange transaction, the name of the exchange (and clearing house, if any) and of the other broker will be f

* All securities and property (hereinafter called "securities") held or carried by us for you or on your account, shall, so long as any indebtedr
  time to time exist, be held as collateral securities for such indebtedness and we shall have the right, without notice to you, to use such se
  substitutions, to loan such securities and raise money on them and to pledge and re-pledge them either separately or in our general loan
  any securities belonging to us or to others. The whole in such manner and on such terms and conditions and for such amount whether or I
  and for such purposes as we may deem advisable;

* If we deem necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securit
  belong, the whole publically or privately and without demand for margin or tender to you and without notice;

* This transaction is subject to the by-laws and customs of the securities industry;

* Delivery of securities purchased is subject to availability in deliverable form. Notwithstanding the foregoing, payment is due on settlement

Report generated on  04:25:45 PM 11.08.2024                                                TRAD



5700 Yonge Street, Unit G1 - Ground Floor, Toronto, ON M2M 4K2
Phone: 416.227.9876    Web: questrade.com

| | | | |
|---|---|---|---|
| **Account #:** | ▮▮▮▮ | **Dealer:** | Questrade, Inc. |
| **Client:** | Leendert Dehek | | |
| Order execution only account | | | |

- The client agrees that notices made available online in myQuestrade or sent to his/her designated email address shall be deemed received

- If payment in full is not received on settlement date, interest will be charged on the unpaid balance until such balance is paid;

- When acting as agent, we will furnish the name of the other broker or brokers involved in the transaction on request.

- Your trade may have been executed by another dealer for liquidity purposes and as such, the dealer may have received a commission. In the best execution possible at the time of your trade

**Restricted share terms:**
- SUB-VTG: subordinate voting shares

- REST-VTG: restricted voting shares

- NON-VTG: non-voting shares

**Member CIPF**
Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and lim upon request. Our Statement of Financial Condition as of our most recent financial year and a list of our directors and senior officers is availa in British Columbia are entitled to certain additional information about us, including information about commissions and fees that we charge, proceedings that may relate to the firm or our staff.

© Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of

© Questrade Wealth Management Inc. and Questrade, Inc. are wholly owned subsidiaries of Questrade Financial Group Inc. Questrade, Inc. dealer, member of the Investment Industry Regulatory Organization of Canada and a member of Canadian Investor Protection Fund. Quest is a registered portfolio manager.

Questrade Wealth Management Inc. manages and issues the Questrade Wealth Management family of exchange traded funds. As such, Qu Inc. is a related and/or connected issuer of Questrade, Inc.





Report generated on   04:25:45 PM 11.08.2024                                                      TRADI



QUESTRADE®

5700 Yonge Street, Unit G1 - Ground Floor, Toronto, ON M2M 4K2
Phone: 416.227.9876    Web: questrade.com

| Account #: | ██████ | Dealer: | Questrade, Inc. |
|---|---|---|---|
| Client: | Leendert Dehek | | |
| Order execution only account | | | |

Report generated on  04:25:45 PM 11.08.2024                                        TRAD

Edmonton, AB T5Y 1N2

AUR
9

NOV 18 2024

Aurora Cannabis Securities Litigation
Claims Administrator
c/o JND Legal Administration
Exclusions
PO Box 91320
Seattle WA 98111-9420



CANADA 140

November 06, 2024

Aurora Cannabis Securities Litigation
c/o JND Legal Administration
P.O. Box 91320
Seattle, WA 98111



Received
NOV 2 1 2024
by JNDLA

Dear Sir/Madam:

Please exclude me from the Aurora Cannabis Securities Litigation settlement. This litigation settlement applied only to **"All Persons who purchased Aurora common stock on the New York Stock Exchange between October 23, 2018 and February 28, 2020, inclusive."** Although I held Aurora shares during this period I purchased them on the Toronto Stock Exchange.

Yours sincerely,

Dennis Andrews

Trout Creek, ON P0H 2L0
Canada

Dennis & Gail Andrews
Trout Creek ON  P0H 2L0

NOV 2 1 2024

AVR 3

AURORA CANNABIS SECURITIES LITIGATION
C/O JND LEGAL ADMINISTRATION
P.O. BOX 91320
SEATTLE, WA 98111

CANADA 115

 Outlook

## Re: claim eligibility

**From** Eric Loo < ███████████████ >

**Date** Tue 11/26/2024 2:11 PM

**To** info@auroracannabissecuritieslitigation.com <info@auroracannabissecuritieslitigation.com>

Thank you.  I will exclude myself from this litigation then and follow up with the other one on the TSX.

Eric Loo

On Tue, Nov 26, 2024 at 10:08 AM info@auroracannabissecuritieslitigation.com <info@auroracannabissecuritieslitigation.com> wrote:

> Dear Eric,
>
> Thank you for your inquiry. To qualify for this litigation, you need to have purchased Aurora common stock on the New York Stock Exchange between October 23, 2018 and February 28, 2020, inclusive.
>
> There is a separate litigation, Landry v. Aurora Cannabis Inc., et al, for the Toronto Stock Exchange. We are unable to provide information on that litigation as it is unrelated to our case.
>
> Please let us know if you have any further questions.
>
> Regards,
>
> Claims Administrator ██
> Aurora Cannabis Securities Litigation
> 877-495-6308
> www.auroracannabissecuritieslitigation.com

> **From:** Eric Loo < ███████████████ >
> **Sent:** Monday, November 25, 2024 9:40 PM
> **To:** info@auroracannabissecuritieslitigation.com <info@auroracannabissecuritieslitigation.com>
> **Subject:** claim eligibility
>
> Hello,
>
> I am a Canadian who held Aurora Cannabis shares in the time period indicated on the class action lawsuit. I purchased my shares on the Toronto Stock Exchange rather than the New York Stock Exchange.
>
> Am I still eligible to be one of the claimants? I was filling out the online claim form and it asks for American social security number, which as a Canadian I do not have.
>
> Eric Loo

Mail - info@auroracannabissecuritieslitigation.com - Outlook

 Outlook

## AUR - Aurora Cannabis Securities Litigation Contact Request

**From** donotreply@jnd.legal <donotreply@jnd.legal>

**Date** Sat 11/30/2024 5:27 PM

**To** info@auroracannabissecuritieslitigation.com <info@auroracannabissecuritieslitigation.com>

| | |
|---|---|
| **Name** | Mr. Dale Merlin Hughston |
| **Address** | ███████████████ |
| **City** | Edmonton |
| **State/Province** | Alberta |
| **Zip/Postal Code** | T5L 1E6 |
| **Telephone** | ████████ |
| **Email Address** | ██████████████ |
| **Choose a Reason for Contact** | Other Questions |
| **Questions / Comments** | I wish to be excluded from this Aurora Cannabis Securities Litigation class action lawsuit. Thank you |

To unsubscribe from this list, please click on the following link: [%tag_unsubscribe_url%]unsubscribe

 **Outlook**

---

## Canadian Resident Exclusion Letter

---

**From** Lucas Picco <​██████████████​>

**Date** Tue 12/3/2024 5:03 PM

**To** info@auroracannabissecuritieslitigation.com <info@auroracannabissecuritieslitigation.com>

Hello

I want to ask that for my situation I want to be excluded from the Aurora Litigation lawsuit and I have prepared a letter for mail. Since I'm from Canada and our mail service is on strike currently (other services like UPS and FedEx don't ship to a Washington PO Box address from Canada) can you provide any other options if I can send my letter by email instead or I have to drive across the border to mail a letter USPS?

Thanks,

Lucas Picco

 **Outlook**

---

**Claimant Status Exclusion; Jackie king resigns from the lawsuit as a participant of an ongoing legal battle challenging case resolved by this court in settlement to settle my claim of discrimination against me by Aurora Cannabis Company, thanks for you...**

---

**From** Jackie King <█████████████>

**Date** Thu 12/5/2024 4:31 AM

**To** info@auroracannabissecuritieslitigation.com <info@auroracannabissecuritieslitigation.com>

Sent from my iPhone

 Outlook

## FW: Aurora Cannabis Inc. Sec. Litig. REQUEST EXCLUSION from the Settlement Class

**From** Lucas Gilmore ‹ ███████████ ›

**Date** Fri 12/13/2024 8:19 PM

**To** ████████████████████████

**Cc** ████████████████████████



**Security Notice:** This email originated outside of JND. Use caution when clicking links or opening attachments.

████ I received the below request for exclusion from the Settlement Class. Would you be able to address? Thanks

--

**Lucas Gilmore |** Hagens Berman Sobol Shapiro LLP | ████████████

**From:** ctodd1@telus.net <ctodd1@telus.net>
**Sent:** Friday, December 13, 2024 8:36 AM
**To:** Lucas Gilmore <LucasG@hbsslaw.com>
**Subject:** Aurora Cannabis Inc. Sec. Litig. REQUEST EXCLUSION from the Settlement Class
**Importance:** High

Hello Mr. Gilmore,

Due to the mail disruption in Canada I am writing to you to request exclusion from the settlement class for the Aurora Cannabis Inc. Sec. Litig.

Caroline Todd

████████████

Edmonton, Alberta  Canada
T6K 0A7

████████████

Please send confirmation of receipt of this request and that I will be excluded.

Thank you,

Caroline Todd.

PRIVILEGED & CONFIDENTIAL: This e-mail message (and any attachments) is for the exclusive use of the intended recipient(s) and likely contains confidential and privileged information. It is the property of the law firm Hagens Berman Sobol Shapiro LLP. Do not disseminate this email, its content, or any attachments without approval of Hagens Berman. If you are not the intended recipient, please do not read, distribute, or take any other action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return e-mail and promptly

delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.



Received

DEC 16 2024

by JNDLA

December 12, 2024

James T. Maddux

█████████████

Bellevue, WA 98006

█████████████

Re: Aurora Cannabis Securities Litigation Exclusion

To whom it may concern,

I wish to be excluded from the Aurora Cannabis Securities Litigation. Attached you will find my trade confirmations for ACB (Aurora Cannabis) from my broker during the class period for my Individual account and my IRA.

Kindest regards,

Page 1 of 3



## Activity

JAMES THOMAS MADDUX - INDIVIDUAL - T  D

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/ 8 | AURORA CANNABIS INC COM NPV ISIN #CA05156X1087 SEDOL #BTGWJY9 | 05156X108 | You Bought | 400.000 | $6.81990 | | - | -$2,727.96 |
| 08/08 | AURORA CANNABIS INC COM NPV ISIN #CA05156X1087 SEDOL #BTGWJY9 | 05156X108 | You Bought | 800.000 | 6.81500 | | -4.95 | -5,456 95 |
| 08/08 | AURORA CANNABIS INC COM NPV ISIN #CA05156X1087 SEDOL #BTGWJY9 | 05156X108 | You Bought | 31,800.000 | 6.82000 | | - | -216 876.00 |
| 08/15 | AURORA CANNABIS INC COM NPV ISIN #CA05156X1087 SEDOL #BTGWJY9 | 05156X108 | You Sold *Long-term loss: $40,369.56* *Long-term disallowed loss: $5,519.94* *Wash sale of: 08/13/2019 $5,519.94* | -8,260.000 | 6.52410 | 94,252.56† | -6.07 | 53,883.00 |
| 08/29 | AURORA CANNABIS INC COM NPV ISIN #CA05156X1087 SEDOL #BTGWJY9 | 05156X108 | You Sold *Short-term loss: $40,064.24* *Long-term loss: $32,560.13* | -24,740.000 | 5.67000 | 212,892.31† | -7.86 | 140,267 94 |
| Total Securities Bought | | | | | | - | -$4.95 | -$225,060.91 |
| Total Securities Sold | | | | | | $307,144.87 | -$13.93 | $194,150.94 |
| **Net Securities Bought & Sold** | | | | | | | **-$18.88** | **-$30,909.97** S |

### Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | | | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

### Other Activity In

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

James T. Maddox

Bellevue, WA 98006

SEATTLE WA 980

12 DEC 2024  PM 2  L

HAPPY

DEC 16 2024

Aurora Cannabis Securities Litigation
Claim Administrator
c/o JND Legal Administration
Exclusions
P.O. Box 91320
Seattle, WA 98111

98111-942020

December 12, 2024

James T. Maddux



Bellevue, WA 98006

Received

DEC 16 2024

by JNDLA

Re: Aurora Cannabis Securities Litigation Exclusion

To whom it may concern,

I wish to be excluded from the Aurora Cannabis Securities Litigation. Attached you will find my trade confirmations for ACB (Aurora Cannabis) from my broker during the class period for my Individual account and my IRA.

Kindest regards,

Page 1 of 3

# Activity

Account #
JAMES THOMAS MADDUX - IRA

## Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Cost | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/08 | AURORA CANNABIS INC COM NPV ISIN #CA05156X1087 SEDOL #BTGWJY9 | 05156X108 | You Bought | 100.000 | $6.82500 | | -$4.95 | -$687.45 |
| 08/08 | AURORA CANNABIS INC COM NPV ISIN #CA05156X1087 SEDOL #BTGWJY9 | 05156X108 | You Bought | 1,000.000 | 6.82900 | | - | -6,829.00 |
| 08/08 | AURORA CANNABIS INC COM NPV ISIN #CA05156X1087 SEDOL #BTGWJY9 | 05156X108 | You Bought | 68,900.000 | 6.83000 | | - | -470,587.00 |
| 08/15 | AURORA CANNABIS INC COM NPV ISIN #CA05156X1087 SEDOL #BTGWJY9 | 05156X108 | You Sold *Transaction Loss: $8,775.47* | -25,800.000 | 6.49000 | 176,214.00 | -3.47 | 167,438.53 |
| 08/15 | AURORA CANNABIS INC COM NPV ISIN #CA05156X1087 SEDOL #BTGWJY9 | 05156X108 | You Sold *Transaction Loss: $6,440.63* | -18,400.000 | 6.48010 | 125,672.00 | -2.47 | 119,231.37 |
| 08/15 | AURORA CANNABIS INC COM NPV ISIN #CA05156X1087 SEDOL #BTGWJY9 | 05156X108 | You Sold *Transaction Loss: $3,329.43* | -9,509.000 | 6.48000 | 64,946.47 | -1.28 | 61,617.04 |
| 08/15 | AURORA CANNABIS INC COM NPV ISIN #CA05156X1087 SEDOL #BTGWJY9 | 05156X108 | You Sold *Transaction Loss: $2,440.84* | -7,368.000 | 6.50000 | 50,326.89 | -5.95 | 47,886.05 |
| 08/15 | AURORA CANNABIS INC COM NPV ISIN #CA05156X1087 SEDOL #BTGWJY9 | 05156X108 | You Sold *Transaction Loss: $2,113.26* | -6,123.000 | 6.48500 | 41,820.09 | -0.83 | 39,706.83 |
| 08/15 | AURORA CANNABIS INC COM NPV ISIN #CA05156X1087 SEDOL #BTGWJY9 | 05156X108 | You Sold *Transaction Loss: $872.84* | -2,500.000 | 6.48100 | 17,075.00 | -0.34 | 16,202.16 |
| 08/15 | AURORA CANNABIS INC COM NPV ISIN #CA05156X1087 SEDOL #BTGWJY9 | 05156X108 | You Sold *Transaction Loss: $100.55* | -300.000 | 6.49500 | 2,049.00 | -0.05 | 1,948.45 |
| | **Total Securities Bought** | | | | | - | -$4.95 | -$478,103.45 |
| | **Total Securities Sold** | | | | | $478,103.45 | -$14.39 | $454,030.43 |
| | **Net Securities Bought & Sold** | | | | | | -$19.34 | -$24,073.02 |

## Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |
| **Total Dividends, Interest & Other Income** | | | | | | $4,828.39 |

Case 2:19-cv-20588-BRM-MAH   Document 124-1   Filed 01/17/25   Page 26 of 50   PageID: 4688



December 24, 2024


Melody Fu

███████████████

Seattle, WA 98117




Request to have my account excluded from this Aurora Cannabis Security
Litigation.




Sincerely,

Melody Fu

Melody Fu
Seattle, WA 98117

DEC 30 2024

SEATTLE WA 980
26 DEC 2024 PM 6 L

Aurora Cannabis Securities Litigation
C/O JND Legal Administration
P.O. Box 91320
Seattle, WA 98111

98111-942020



Received

JAN 02 2025

by JNDLA

12/26/24

Dear Claims Administrator,

   I, Donald L. Savidge, request exclusion from the Settlement Class in the Aurora Cannabis Securities Litigation.  I purchased 200 shares of Aurora Cannabis stock at $9.32 per share on 3/26/19.

Thank you,

Donald L. Savidge

New Cumberland, PA  17070



DONALD SAVIDGE

NEW CUMBERLAND, PA 17070

HARRISBURG PA    171

27 DEC 2024   PM 1   L



Aurora Cannibus Securities Litigation
Claims Administrator
c/o JND Legal Administration
EXCLUSIONS
P.O. Box 91320
Seattle, WA   98111

JAN 0 2 2025

98111-942020

Gregory P White

███████████████

Battle Ground, WA 98604

12/30/2024

Received
JAN 06 2025
by JNDLA

*Aurora Cannabis Securities Litigation*
Claims Administrator
c/o JND Legal Administration
EXCLUSIONS
P.O. Box 91320
Seattle, WA 98111

I hereby request exclusion from the Settlement Class in the *"Aurora Cannabis Securities Litigation.*

Here is the list of purchases of Aurora Common Stock on the New York Stock Exchange during the Class Period. I have never sold them, however, Aurora reverse split all of them until they were worth zero.

Purchased on 04/19/2019 - 745 Shares at $8.68 per share Through Vanguard Cusip #05156X884

Purchased on 01/13/2020 – 3922 Shares at $1.80 per share through Vanguard Cusip # 05156X884

Sincerely,

Gregory P White

███████████████

Battle Ground, WA 98604

Tel: ███████████

**John L. Scott**
REAL ESTATE

PORTLAND OR RPDC 972

4 JAN 2025    PM 6   L

FREEDOM

P.O. 866 WHITE

BATTLE Ground, WA. 98604

Aurora Cannabis Securities Litigation
CLAIMS ADMINISTRATOR
C/O JND Legal Administration
EXCLUSIONS
P.O. BOX 91320
Seattle, WA. 98111

JND 01/06/25

98111-942020

Ridgefield, WA 98642

Clark County West Branch

JOHN L. SCOTT   SINCE
CELEBRATING 1931
OVER 90+ YEARS

John L. Scott
REAL ESTATE

Sherri L White

████████████████

Battle Ground, WA 98604

12/30/2024

*Aurora Cannabis Securities Litigation*
Claims Administrator
c/o JND Legal Administration
EXCLUSIONS
P.O. Box 91320
Seattle, WA  98111

Received
JAN 06 2025
by JNDLA

I hereby request exclusion from the Settlement Class in the "*Aurora Cannabis Securities Litigation.*

Here is the list of purchases of Aurora Common Stock on the New York Stock Exchange during the Class Period.  I have never sold them, however, Aurora reverse split all of them until they were worth zero.

Purchased on 04/15/2019 - 737 Shares at $8.82 per share Through Vanguard Cusip #05156X884

Sincerely,

Sherri L White

████████████████

Battle Ground, WA 98604
TEL: ████████████

John L. Scott
REAL ESTATE

Gregg White

PORTLAND OR RPDC 972

4 JAN 2025    PM 6  L

FREEDOM

Aurora Cannabis Securities Litigation
CLAIMS ADMINISTRATOR
c/o JND Legal Administration
EXCLUSIONS
PO BOX 91320
SEATLE, WA   98111
98111-942020

JND 01/06/25

 **Outlook**

## AUR - Aurora Cannabis Securities Litigation Contact Request

**From** donotreply@jnd.legal <donotreply@jnd.legal>

**Date** Wed 1/8/2025 11:59 AM

**To** info@auroracannabissecuritieslitigation.com <info@auroracannabissecuritieslitigation.com>

| | |
|---|---|
| **Name** | Jacob Daniel Nezry |
| **Address** | ▇▇▇▇▇▇▇▇▇▇▇▇ |
| **City** | Montreal |
| **State/Province** | QC |
| **Zip/Postal Code** | H3W 3B7 |
| **Telephone** | ▇▇▇▇▇▇▇ |
| **Email Address** | ▇▇▇▇▇▇▇▇▇ |
| **Choose a Reason for Contact** | Other Questions |
| **Questions / Comments** | Dear to whom this may concern I am writing to inform you about my intent to opt out of the settlement class associated with Aurora Cannabis despite missing the exclusion deadline of January 6, 2025. Due to circumstances beyond my control, including the ongoing strike by Canada Post, I only received the notice of this settlement on January 7, 2025, one day after the deadline had passed. As a result, I was unable to submit my exclusion request on time. Please consider this letter as my formal request to opt out of the settlement class. I understand the implications of this decision, including the forfeiture of any benefits from the settlement, and my intent is to preserve my legal rights. For your records, my information is as follows: Full Name: Jacob Daniel Nezry Address: ▇▇▇▇▇▇▇▇▇ Phone Number: ▇▇▇ ▇▇▇▇ Email Address: ▇▇▇▇▇▇▇ If any additional documentation or actions are required to process my request, please let me know at your earliest convenience. I appreciate your understanding given the postal service delays and look forward to your confirmation of receipt of this request. Thank you for your attention to this matter. Sincerely, Jacob Daniel Nezry |

To unsubscribe from this list, please click on the following link: [%tag_unsubscribe_url%]unsubscribe

January 6, 2025

Request Exclusion from Settlement in the Aurora Cannabis Securities Litigation

Claims Administrator
c/o JND Legal Administration
EXCLUSIONS
Po Box 91320
Seattle, WA 98111

Received
JAN 14 2025
by JNDLA

I am requesting exclusion from the settlement class in the Aurora Cannabis Securities Litigation.

Aurora Cannabis (ACB)
Purchase date: 7/18/2019
Shares: 10
Purchase price: $875.38 per share ($8,753.83 total)
Sale date: NONE

Signed _____     Date  1/6/2025

Martin B. Main

Gainesville, FL 32608
Phone:
Email:

Cc: Martin B. Main



 Outlook

---

### Re: Aurora Cannabis Inc. Securities Litigation. No. 2:19-cv-20588-BRM-JBC

---

**From** Irene Voaklander <​███████████████████​>

**Date** Tue 11/26/2024 9:15 PM

**To** info@auroracannabissecuritieslitigation.com <info@auroracannabissecuritieslitigation.com>

I am opting out. I have no document to prove purchase. They were destroyed.
Good Luck
Irene🦋

On Thu, Nov 21, 2024, 1:37 a.m. Irene Voaklander ███████████████████> wrote:

> Thank you for replying with directions.
> Irene 🦋
>
> On Wed, Nov 20, 2024, 10:03 a.m. info@auroracannabissecuritieslitigation.com <info@auroracannabissecuritieslitigation.com> wrote:
>
>> Dear Irene,
>>
>> Thank you for your email. We do not have access to your financial information. We are mandated to send these notices to potentially affected claimants by court order. In order to participate, you will need to fill out a claim form which can be found on our website. Please note that any submission without the required supporting documentation will be rejected. Feel free to reach out if you have any questions.
>>
>> Regards,
>>
>> Claims Administrator (██)
>> Aurora Cannabis Securities Litigation
>> 877-495-6308
>> www.auroracannabissecuritieslitigation.com
>>
>> ---
>>
>> **From:** Irene Voaklander <​██████████████████​>
>> **Sent:** Friday, November 15, 2024 7:28 PM
>> **To:** info@auroracannabissecuritieslitigation.com <info@auroracannabissecuritieslitigation.com>
>> **Subject:** Re: Aurora Cannabis Inc. Securities Litigation. No. 2:19-cv-20588-BRM-JBC
>>
>> My documents no longer exist.  Presuming you have access to these and dates required given this email invitation.
>>
>> Please advise.
>>
>> Regards,
>> Irene

Mail - info@auroracannabissecuritieslitigation.com - Outlook

On Wed, Nov 13, 2024, 10:36 a.m. <info@auroracannabissecuritieslitigation.com> wrote:

*In re Aurora Cannabis Inc. Securities Litigation* **No. 2:19-cv-20588-BRM-JBC (N.J)**

Name of Security: Aurora Cannabis Inc. common stock

Class Period:October 23, 2018 and February 28, 2020, both dates inclusive.

Settlement Class Criteria: **ALL PERSONS AND ENTITIES WHO PURCHASED AURORA CANNABIS INC. ("AURORA" OR THE "COMPANY") COMMON STOCK ON THE NEW YORK STOCK EXCHANGE BETWEEN OCTOBER 23, 2018 AND FEBRUARY 28, 2020, INCLUSIVE (THE "SETTLEMENT CLASS")**

To Whom It May Concern,

The Court directed that the Postcard be provided to you because you or someone in your family or an investment account for which you serve as a custodian may have purchased or otherwise acquired Aurora Cannabis Inc. common stock. The Court has directed us to send you the Notice because, as a potential Settlement Class Member, you have a right to know about your options before the Court rules on the proposed Settlement. Additionally, you have the right to understand how the Action and the proposed Settlement generally affects your legal rights. Please Note: The Court may approve the proposed Settlement with such modifications as the Parties may agree to, if appropriate, without further notice to the Settlement Class.

**PLEASE READ THE NOTICE CAREFULLY AND IN ITS ENTIRETY. The Notice explains how members of the Settlement Class will be affected by the Settlement. The following table provides a brief summary of the rights you have as a Settlement Class Member, and the relevant deadlines, which are described in more detail later in the Notice.**

**If you have any questions about the Notice, the Settlement, or your eligibility to participate in the Settlement, please DO NOT contact the Court, The Clerk's Office, the Defendants, or Defendant's counsel. All questions should be directed to Lead Counsel (*see* page 11 of the Notice of Pendency found**

on the case website) or the Claims Administrator (see below).

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
| --- | --- |
| **SUBMIT A CLAIM FORM ON OR BEFORE FEBUARY 27, 2025** | The only way to be eligible to receive a payment from the Settlement. **Proofs of Claim must be postmarked or submitted online on or before February 27, 2025. The Proof of Claim is available on the website.** |
| **EXCLUDE YOURSELF FROM THE SETTLEMENT CLASS ON OR BEFORE JANUARY 6, 2025** | Get no payment. This is the only option that potentially allows you to ever be part of any other lawsuit against the Defendants or any other Defendants' Released Persons about the legal claims being resolved by this Settlement. Should you elect to exclude yourself from the Settlement Class, you should understand that Defendants and the other Released Defendant Parties will have the right to assert any and all defenses they may have to any claims that you may seek to assert, including, without limitation, the defense that any such claims are untimely under applicable statutes of limitations and statutes of repose. **Exclusions must be postmarked on or before January 6, 2025.** |
| **OBJECT ON OR BEFORE JANUARY 6, 2025** | Write to the Court about why you do not like the Settlement, the Plan of Allocation, and/or the request for attorneys' fees and expenses. You will still be a Member of the Settlement Class. **Objections must be *received* by the Court and counsel on or before January 6, 2025. If you submit a written objection, you may (but do not have to) attend the hearing.** |
| **GO TO THE HEARING ON JANUARY 28, 2025 AT 2:00 P.M.** | Ask to speak in Court about the fairness of the Settlement. **Requests to speak must be received by the Court and counsel on or before January 6, 2025.** |
| **DO NOTHING** | Receive no payment. You will, however, still be a Member of the Settlement Class, which means that you give up your right to ever be part of any other lawsuit against the Defendants or any other Released Defendant Parties about the legal claims being resolved by this Settlement and you will be bound by any judgments or orders entered by the Court in the Litigation. |

Regards,

*Aurora Cannabis Securities Litigation*
*Claims Administrator*
c/o JND Legal Administration
P.O. Box 91320
Seattle, WA 98111
Email: info@AuroraCannabisSecuritiesLitigation.com
Website: www.AuroraCannabisSecuritiesLitigation.com
Phone: 1-877-495-6308


To unsubscribe click: unsubscribe

Nathalie Hess

██████████████

Candiac, Quebec Canada
J5R4C2

Received
JAN 13 2025
by JNDLA

Friday November 8, 2024

Aurora Cannabis Securities Litigation
c/o JND Legal Administration
P.O. Box 91320
Seattle, WA 98111

To whom it may concern,

We received the Court-Ordered Legal Notice (AUR NSZR8AT9H3) and I request to be excluded from the Settle Class.

Best regards,

*N. Hess*

Nathalie Hess

CANADA 140

106516

2024-12-20
BUREAU DE POSTE / POST OFFICE
CANDIAC, QUEBEC
J5R 3L0

241221121Z
3991

Aurora Cannabis Securities Litigation
c/o JND Legal Administration
PO Box 91320
Seattle, WA 98111

Air Mail   Par avion
43-074-038 (02-12)

Air Mail   Par avion

JAN 1 3 2025

D. Hess

Candiac, QC J5R 4C2
Canada

Nathalie Hess and William Valantin

█████████

Candiac, Quebec Canada
J5R4C2



Friday November 8, 2024

Aurora Cannabis Securities Litigation
c/o JND Legal Administration
P.O. Box 91320
Seattle, WA 98111

To whom it may concern,

We received the Court-Ordered Legal Notice (AUR N7RUTXABJY) and we request to be excluded
from the Settle Class.

Best regards,

*N. Hess*
*W. Valantin*


Nathalie Hess and William Valantin

N. Hess

Candiac, QC J5H 4C2
Canada

Aurora Cannabis Securities Litigation
c/o JND Legal Administration
PO Box 91320
Seattle, WA 98111

JAN 1 3 2025

2412211212

3881 H4T

2024-12-

BUREAU DE POSTE / POST
CANDIAC, QUÉBEC
J5R 3L0

Air Mail   Par avion
43-074-038 (02-12)

Air Mail   Par avion
43-074-038 (02-12)

Received
JAN 13 2025
by JNDLA

Date: January 2, 2025

To: Aurora Cannabis Securities Litigation, Claims Administrator, c/o JND Legal Administration,
EXCLUSIONS, P.O. Box 91320, Seattle, Washington 98111

From: John Savaglio, ███████████████ Pickering, Ontario, Canada L1V 6L2  Tel.:
████████ Email: ███████████████████

Re: Aurora Cannabis Securities Litigation- Exclusion Request

To Whom It May Concern:

JS LOA.docx - Google Docs

I, John Savaglio, hereby request exclusion from the Settlement Class in the Aurora Cannabis
Securities Litigation.  Set out below, are the particulars of my purchases of Aurora Cannabis
shares:
- August 16, 2018, 3,350 shares purchased at $5.82 per share CAD;
- September 7, 2018, 1,650 shares purchased at $9.10 per share CAD;
- September 24, 2018, 1,650 shares purchased at $11.62 per share CAD;
- October 10, 2018, 1,850 shares purchased at $11.47 per share CAD.

I wish to retain my rights to be a part of any future litigation against Aurora Cannabis, should it
arise.

Yours truly,

John Savaglio

JOHN SAVAGLIO

████████████

PICKERING, ON
L1V 6L2
CANADA



JAN 1 3 2025

AURORA CANNABIS SECURITIES
LITIGATION,
CLAIMS ADMINISTRATOR,
 c/o JND LEGAL ADMINISTRATION,
EXCLUSIONS,
P.O. BOX 91320
SEATTLE, WASHINGTON  98111

January 6, 2025


Aurora Cannabis Securities Settlement
Claims Administrator
c/o JND Legal Administration
P.O. Box 91320
Seattle, WA 98111

Received
JAN 16 2025
by JNDLA

To whom it may concern:

I received a court-ordered legal notice regarding Aurora Cannabis Inc. Sec. Litig. No. 2:19-cv-20588-BRM-JBC (D.N.J.)

I would like to exclude myself from the the Settlement Class.

*Murielle Gallant*

Ms. Murielle Gallant

Toronto, Ontario
M4S 2N5
CANADA

JAN 16 2025

AUR

=26

U.S.A.

Aurora Cannabis Securities Settlement
  Claims Administrator
c/o JND Legal Administration
 P.O. Box 91320
 Seattle, WA 98111
    U.S.A.

2501090228

3807 M4L

JND 01/1