CARELLA, BYRNE, CECCHI,
  BRODY & AGNELLO, P.C.
JAMES E. CECCHI
DONALD A. ECKLUND
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com
decklund@carellabyrne.com

Local Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re AURORA CANNABIS INC. SECURITIES LITIGATION | ) ) ) | No. 2:19-cv-20588-BRM-JBC |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) ) | [PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE |
| ALL ACTIONS. | ) ) ) | |

This matter came before the Court pursuant to the Order Preliminarily Approving Settlement and Providing for Notice ("Notice Order") dated October 10, 2024, on the application of the parties for approval of the Settlement set forth in the Stipulation of Settlement dated June 7, 2024 (the "Stipulation"). Due and adequate notice having been given to the Settlement Class as required in said Notice Order, and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Judgment incorporates by reference the definitions in the Stipulation, and all capitalized terms used herein shall have the same meanings as set forth in the Stipulation, unless otherwise set forth herein.

2. This Court has jurisdiction over the subject matter of the Litigation and over all parties to the Litigation, including all Members of the Settlement Class.

3. Pursuant to Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure, and for purposes of this Settlement only, the Litigation is hereby certified as a class action on behalf of all Persons who purchased the common stock of Aurora Cannabis Inc. ("Aurora") on the New York Stock Exchange between October 23, 2018 and February 28, 2020, inclusive (the "Class Period"). Excluded from the Settlement Class are: (i) Defendants and the Former Defendants and members of their immediate families; (ii) the current and former officers and directors of Aurora

- 1 -

and members of their immediate families; (iii) any entity in which any Defendant or Former Defendant has a controlling interest or which is related to or affiliated with any Defendant or Former Defendant; (iv) Aurora's subsidiaries and affiliates or other entities owned or controlled by it; and (v) the legal representatives, agents, heirs, successors, administrators, executors, and assigns of each Defendant and Former Defendant.  To the extent any Aurora employee benefit plan receives a distribution from the Net Settlement Fund, no portion shall be allocated to any person or entity who is excluded from the Settlement Class by definition.

4.    Also excluded from the Settlement Class is any Person who would otherwise be a Member of the Settlement Class but who validly and timely requested exclusion in accordance with the requirements set by the Court, as identified in Exhibit 1 hereto.

5.    The Court finds, for the purpose of the Settlement only, that the prerequisites for a class action under Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure have been satisfied in that: (a) the number of Settlement Class Members is so numerous that joinder of all members is impracticable; (b) there are questions of law and fact common to the Settlement Class; (c) Lead Plaintiffs' claims are typical of the claims of the Settlement Class they seek to represent; (d) Lead Plaintiffs and Lead Counsel have and will fairly and adequately represent the interests of the Settlement Class; (e) the questions of law and fact common to

- 2 -

Members of the Settlement Class predominate over any questions affecting only individual Settlement Class Members; and (f) a class action is superior to other methods for the fair and efficient adjudication of the Litigation.

6.      Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Doug Daulton, Francisco Quintana, Donald S. Parrish, and Quang Ma are finally certified as the Class Representatives and Robbins Geller Rudman & Dowd LLP and Hagens Berman Sobol Shapiro LLP are finally certified as Class Counsel.

7.      Pursuant to Federal Rule of Civil Procedure 23, the Court hereby approves the Settlement set forth in the Stipulation and finds that:

(a)      said Stipulation and the Settlement contained therein are, in all respects, fair, reasonable, and adequate and in the best interest of the Settlement Class;

(b)      there was no collusion in connection with the Stipulation;

(c)      the Stipulation was the product of informed, arm's-length negotiations among competent, able counsel; and

(d)      the record is sufficiently developed and complete to have enabled Lead Plaintiffs and Defendants to have adequately evaluated and considered their positions.

8.      Accordingly, the Court authorizes and directs implementation and performance of all the terms and provisions of the Stipulation, as well as the terms

and provisions hereof.  Except as to any individual claim of those Persons (identified in Exhibit 1 attached hereto) who have validly and timely requested exclusion from the Settlement Class, the Court hereby dismisses the Litigation and all claims asserted therein with prejudice.  The Settling Parties are to bear their own costs, except as and to the extent provided in the Stipulation and herein.

9.    Upon the Effective Date, and as provided in the Stipulation, Lead Plaintiffs shall, and each of the Settlement Class Members shall be deemed to have, and by operation of this Judgment shall have, fully, finally, and forever waived, released, relinquished, and discharged all Released Claims (including Unknown Claims) against the Released Defendant Parties, whether or not such Settlement Class Member executes and delivers the Proof of Claim and Release form or shares in the Net Settlement Fund.  Claims to enforce the terms of the Stipulation or any order of the Court in the Litigation are not released.

10.    Upon the Effective Date, and as provided in the Stipulation, all Settlement Class Members and anyone claiming through or on behalf of any of them, will be forever barred and enjoined from commencing, instituting, asserting, maintaining, enforcing, prosecuting, or continuing to prosecute any action or other proceeding in any forum (including, but not limited to, any state or federal court of law or equity, arbitration tribunal, or administrative forum), asserting any of the Released Claims against any of the Released Defendant Parties, regardless of

- 4 -

whether such Settlement Class Member executes and delivers a Proof of Claim and Release form.

11.    Upon the Effective Date, and as provided in the Stipulation, each of the Released Defendant Parties shall be deemed to have, and by operation of this Judgment shall have, fully, finally, and forever released, relinquished, and discharged all Released Defendants' Claims (including Unknown Claims) against the Lead Plaintiffs, each and all of the Settlement Class Members, and Lead Counsel. Claims to enforce the terms of the Stipulation are not released.

12.    The notice of the pendency and proposed Settlement given to the Settlement Class was the best notice practicable under the circumstances, including the individual notice to all Members of the Settlement Class who could be identified through reasonable effort.  Said notice provided the best notice practicable under the circumstances of those proceedings and of the matters set forth therein, including the proposed Settlement set forth in the Stipulation, to all Persons entitled to such notice, and said notice fully satisfied the requirements of Federal Rule of Civil Procedure 23 and the requirements of due process.  No Settlement Class Member is relieved from the terms of the Settlement, including the releases provided for therein, based upon the contention or proof that such Settlement Class Member failed to receive actual or adequate notice.  A full opportunity has been offered to the Settlement Class Members to object to the proposed Settlement and to participate in

the hearing thereon.  The Court further finds that the notice provisions of the Class Action Fairness Act, 28 U.S.C. §1715, were fully discharged and that the statutory waiting period has elapsed.  Thus, the Court hereby determines that all Settlement Class Members are bound by this Judgment.

13.     The Escrow Agent shall maintain the Settlement Fund in accordance with the requirements set forth in the Stipulation.  No Released Defendant Party shall have any liability, obligation, or responsibility whatsoever for the administration of the Settlement or disbursement of the Net Settlement Fund.

14.     Any Plan of Allocation submitted by Lead Counsel or any order entered regarding any attorneys' fee and expense application shall in no way disturb or affect this Judgment and shall be considered separate from this Judgment.

15.     Neither the Stipulation nor the Settlement contained therein, nor any act performed or document executed pursuant to or in furtherance of the Stipulation or the Settlement: (a) is, or may be deemed to be, or may be used as an admission of, or evidence of, the validity of any Released Claim, or of any wrongdoing or liability of the Defendants or Defendants' Released Persons, or (b) is, or shall be deemed to be, or shall be used as an admission of any fault or omission of any Released Defendant Party in any statement, release, or written documents issued, filed, or made, or (c) is, or may be deemed to be, or may be used as an admission of, or evidence of, any fault or omission of any of the Defendants or Defendants'

- 6 -

Released Persons in any civil, criminal, or administrative proceeding in any court, administrative agency, or other tribunal. The Defendants and/or their respective Released Persons may file the Stipulation and/or this Judgment from this Litigation in any other action that may be brought against them in order to support a defense or counterclaim based on principles of *res judicata*, collateral estoppel, release, good faith settlement, judgment bar or reduction, or any theory of claim preclusion or issue preclusion or similar defense or counterclaim.

16.    Without affecting the finality of this Judgment in any way, this Court hereby retains continuing jurisdiction over: (a) implementation of this Settlement and any award or distribution of the Settlement Fund, including interest earned thereon; (b) disposition of the Settlement Fund; (c) hearing and determining applications for attorneys' fees, expenses, and interest in the Litigation; and (d) all parties herein for the purpose of construing, enforcing, and administering the Stipulation.

17.    The Court finds that during the course of the Litigation, the Settling Parties and their respective counsel at all times complied with the requirements of Federal Rule of Civil Procedure 11.

18.    The Court's orders entered during the course of the Litigation relating to the confidentiality of information shall survive this Settlement.

19. In the event that the Settlement does not become effective in accordance with the terms of the Stipulation, or the Effective Date does not occur, or in the event that the Settlement Fund, or any portion thereof, is returned to the Defendants or their insurers, then this Judgment shall be rendered null and void to the extent provided by and in accordance with the Stipulation and shall be vacated and, in such event, all orders entered and releases delivered in connection herewith shall be null and void to the extent provided by and in accordance with the Stipulation, and the Settling Parties shall revert to their respective positions in the Litigation as of March 4, 2024, as provided in the Stipulation.

20. Without further order of the Court, the Settling Parties may agree to reasonable extensions of time to carry out any of the provisions of the Stipulation.

21. The Court directs immediate entry of this Judgment by the Clerk of the Court.

IT IS SO ORDERED.

DATED: _____        _____
                             THE HONORABLE JAMES B. CLARK, III
                             UNITED STATES MAGISTRATE JUDGE

# EXHIBIT 1

**Outlook**

---

**Exclude from Settlement Class**

---

**From** Mark Norris < ████████████ >

**Date** Sun 11/10/2024 3:24 PM

**To**     info@auroracannabissecuritieslitigation.com <info@auroracannabissecuritieslitigation.com>

Ref:
AUR  ████████
AUR  ████████

I looked at the online forms and did not see the "Exclude" so I assume this will qualify as my, exclude myself from the settlement class.

Please contact me via email if more action is required.

Thank You,

Mark or Yvonne Norris
████████████████
Oshawa, ON L1G 0B8
Canada

To:
Aurora Cannabis Securities Litigation                    November 8 2024
Claims Administrator
EXCLUSIONS

I request **exclusion** from the Settlement Class in the "Aurora Cannabis Securities
Litigation."  My purchases of Aurora common stock show in the documents inclosed,
including the dates and number of shares of Aurora common stock purchased.

Sincerely,

Leendert Dehek

Edmonton, AB T5Y 1N2
CANADA

Received
NOV 18 2024
by JNDLA



5700 Yonge Street, Unit G1 - Ground Floor, Toronto, ON M2M 4K2
Phone: 416.227.9876   Web: questrade.com

| Account #: | ■■■■■ | Dealer: | Questrade, Inc. |
| Client: | Leendert Dehek | | |
| Order execution only account | | | |

## Summary

| Stocks and Options | Canadian securities | U.S. securities |
|---|---|---|
| Purchase | (752.40) | 0.00 |
| Sales | 0.00 | 0.00 |
| **Total gross** | **(752.40)** | **0.00** |
| Commission | (15.20) | 0.00 |
| Sec fees | 0.00 | 0.00 |
| Interest amount | 0.00 | 0.00 |
| **Total fees** | **(15.20)** | **0.00** |
| **Total amount** | **(767.60)** | **0.00** |





Report generated on  04:25:45 PM 11.08.2024                                    TRAD



**QUESTRADE®**

5700 Yonge Street, Unit G1 - Ground Floor, Toronto, ON M2M 4K2
Phone: 416.227.9876    Web: questrade.com

| Account #: | ▓▓▓▓ | **Dealer:** | Questrade, Inc. |
|---|---|---|---|
| **Client:** | Leendert Dehek | | |
| Order execution only account | | | |

**Canadian stocks and options - Account 5175003010**

| Trade Date | Settlement date | Trade # | Action | Quantity | Symbol | T B | EX | Price (CAD) | Gross amount (CAD) | Comm (CAD) | SEC fees (CAD) | Interest amount (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-12-17 | 05-12-17 | QTT42A | Buy | 50 | .ACB | A | T | 7.68 | (384.00) | (5.12) | 0.00 | 0.0 |
| **Description** | AURORA CANNABIS INC, COM | | | | | | | | | | | |
| 05-12-17 | 07-12-17 | QTV4RH | Buy | 30 | .ACB | A | T | 7.42 | (222.60) | (5.06) | 0.00 | 0.0 |
| **Description** | AURORA CANNABIS INC, COM | | | | | | | | | | | |
| 11-12-17 | 13-12-17 | QTXXUV | Buy | 20 | .ACB | A | T | 7.29 | (145.80) | (5.02) | 0.00 | 0.0 |
| **Description** | AURORA CANNABIS INC, COM | | | | | | | | | | | |
| | | | **Totals** | | | | | | **(752.40)** | **(15.20)** | **0.00** | **0.00** |

Report generated on  04:25:45 PM 11.08.2024

TRADE



**QUESTRADE** ®

5700 Yonge Street, Unit G1 - Ground Floor, Toronto, ON M2M 4K2
Phone: 416.227.9876   Web: questrade.com

| Account #: | ▮▮▮▮▮ | Dealer: | Questrade, Inc. |
|---|---|---|---|
| Client: | Leendert Dehek | | |
| Order execution only account | | | |

**Explanation of codes**

**TB - Transaction Basis**

A   As agents, we have bought or sold for your account.
T   As agents, we have bought or sold through you.
N   As agents, we have bought from you or sold to you.
P   As principals, we have bought from you or sold to you.

**EX - Exchange**

| AL | Alpha / Alpha ATS | MF | Mutual funds - |
|---|---|---|---|
| AY | NYSE American | NI | New Issue |
| BDP | Bourse du Pacifique | NY | NYSE / NYSE ov |
| BSE | Boston Stock Exchange | OM | Omega / Omeg |
| CB/NQ | US over-the-counter / CBOE / Nasdaq | OT | Other US OTC |
| CH | CHI-X / CHI-X ATS | PR | Pure Trading / |
| CQ | CNQ | SF | Seg-funds - Ot |
| CU | Other Canadian Markets | SL | TMX Select |
| CX2 | CX2 Canada ATS | SX | Goldman Sachs |
| CXD | Nasdaq CXD | T | TSX |
| DE | DirectEdge | TR | TRIACT / TRIA |
| FOTC | Foreign over-the-counter | UU | Manual Trade |
| FX | Foreign Exchange | V | TSX Venture Ex |
| ICX | Instinet Cross Ltd. ATS | X | Converted Trad |
| ME | Montreal EX / Montreal OTC / Options and Options Assigned & Exercise | | |

Please indicate your account number on all documents and instructions sent to us. All cheques etc. should be sent to the office servicing you
retention of this contract for income tax purposes.

Without limiting in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:

* This transaction, if it has been made on a stock exchange, is subject to the bylaws, rules, regulations and customs of such stock exchang
  involved; in the case of an exchange transaction, the name of the exchange (and clearing house, if any) and of the other broker will be f

* All securities and property (hereinafter called "securities") held or carried by us for you or on your account, shall, so long as any indebted
  time to time exist, be held as collateral securities for such indebtedness and we shall have the right, without notice to you, to use such se
  substitutions, to loan such securities and raise money on them and to pledge and re-pledge them either separately or in our general loan
  any securities belonging to us or to others. The whole in such manner and on such terms and conditions and for such amount whether or l
  and for such purposes as we may deem advisable;

* If we deem necessary for our protection, we shall have the right to buy in securities of which your account may be short and to sell securit
  belong, the whole publically or privately and without demand for margin or tender to you and without notice;

* This transaction is subject to the by-laws and customs of the securities industry;

* Delivery of securities purchased is subject to availability in deliverable form. Notwithstanding the foregoing, payment is due on settlement

Report generated on  04:25:45 PM 11.08.2024                                                                 TRAD



**QUESTRADE** ®

5700 Yonge Street, Unit G1 - Ground Floor, Toronto, ON M2M 4K2
Phone: 416.227.9876   Web: questrade.com

| Account #: | ⬛ | Dealer: | Questrade, Inc. |
|---|---|---|---|
| Client: | Leendert Dehek | | |
| Order execution only account | | | |

- The client agrees that notices made available online in myQuestrade or sent to his/her designated email address shall be deemed received

- If payment in full is not received on settlement date, interest will be charged on the unpaid balance until such balance is paid;

- When acting as agent, we will furnish the name of the other broker or brokers involved in the transaction on request.

- Your trade may have been executed by another dealer for liquidity purposes and as such, the dealer may have received a commission. In the best execution possible at the time of your trade

**Restricted share terms:**
- SUB-VTG: subordinate voting shares

- REST-VTG: restricted voting shares

- NON-VTG: non-voting shares

**Member CIPF**
Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and lim
upon request. Our Statement of Financial Condition as of our most recent financial year and a list of our directors and senior officers is availa
in British Columbia are entitled to certain additional information about us, including information about commissions and fees that we charge,
proceedings that may relate to the firm or our staff.

© Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of

© Questrade Wealth Management Inc. and Questrade, Inc. are wholly owned subsidiaries of Questrade Financial Group Inc. Questrade, Inc.
dealer, member of the Investment Industry Regulatory Organization of Canada and a member of Canadian Investor Protection Fund. Quest
is a registered portfolio manager.

Questrade Wealth Management Inc. manages and issues the Questrade Wealth Management family of exchange traded funds. As such, Qu
Inc. is a related and/or connected issuer of Questrade, Inc.

  

Report generated on   04:25:45 PM 11.08.2024                                                                    TRADE



**QUESTRADE**®

5700 Yonge Street, Unit G1 - Ground Floor, Toronto, ON M2M 4K2
Phone: 416.227.9876    Web: questrade.com

| Account #: | ▇▇▇▇ | **Dealer:** | Questrade, Inc. |
| **Client:** | Leendert Dehek | | |
| Order execution only account | | | |

Report generated on  04:25:45 PM 11.08.2024                                          TRAD

Edmonton, AB T5Y 1N2

AUR
9

NOV 1 8 2024

Aurora Cannabis Securities Litigation
Claims Administrator
c/o JND Legal Administration
Exclusions
PO Box 91320
Seattle WA 98111-9420



CANADA 140

November 06, 2024

Aurora Cannabis Securities Litigation
c/o JND Legal Administration
P.O. Box 91320
Seattle, WA 98111



Received
NOV 21 2024
by JNDLA

Dear Sir/Madam:

Please exclude me from the Aurora Cannabis Securities Litigation settlement. This litigation settlement applied only to **"All Persons who purchased Aurora common stock on the New York Stock Exchange between October 23, 2018 and February 28, 2020, inclusive."** Although I held Aurora shares during this period I purchased them on the Toronto Stock Exchange.

Yours sincerely,

Dennis Andrews

Trout Creek, ON P0H 2L0
Canada

Dennis & Gail Andrews
Trout Creek ON  P0H 2L0

NOV 2 1 2024

AVR
3

AURORA CANNABIS SECURITIES LITIGATION
C/O JND LEGAL ADMINISTRATION
P.O. BOX 91320
SEATTLE, WA 98111

CANADA
115

 Outlook

**Re: claim eligibility**

| | |
|---|---|
| **From** | Eric Loo <█████████████> |
| **Date** | Tue 11/26/2024 2:11 PM |
| **To** | info@auroracannabissecuritieslitigation.com <info@auroracannabissecuritieslitigation.com> |

Thank you.  I will exclude myself from this litigation then and follow up with the other one on the TSX.

Eric Loo

On Tue, Nov 26, 2024 at 10:08 AM info@auroracannabissecuritieslitigation.com <info@auroracannabissecuritieslitigation.com> wrote:

> Dear Eric,
>
> Thank you for your inquiry. To qualify for this litigation, you need to have purchased Aurora common stock on the New York Stock Exchange between October 23, 2018 and February 28, 2020, inclusive.
>
> There is a separate litigation, Landry v. Aurora Cannabis Inc., et al, for the Toronto Stock Exchange. We are unable to provide information on that litigation as it is unrelated to our case.
>
> Please let us know if you have any further questions.
>
> Regards,
>
> Claims Administrator ██
> Aurora Cannabis Securities Litigation
> 877-495-6308
> www.auroracannabissecuritieslitigation.com
>
> ---
>
> **From:** Eric Loo <█████████████>
> **Sent:** Monday, November 25, 2024 9:40 PM
> **To:** info@auroracannabissecuritieslitigation.com <info@auroracannabissecuritieslitigation.com>
> **Subject:** claim eligibility
>
> Hello,
>
> I am a Canadian who held Aurora Cannabis shares in the time period indicated on the class action lawsuit. I purchased my shares on the Toronto Stock Exchange rather than the New York Stock Exchange.
>
> Am I still eligible to be one of the claimants? I was filling out the online claim form and it asks for American social security number, which as a Canadian I do not have.
>
> Eric Loo

 Outlook

## AUR - Aurora Cannabis Securities Litigation Contact Request

**From** donotreply@jnd.legal <donotreply@jnd.legal>

**Date** Sat 11/30/2024 5:27 PM

**To** info@auroracannabissecuritieslitigation.com <info@auroracannabissecuritieslitigation.com>

| | |
|---|---|
| **Name** | Mr. Dale Merlin Hughston |
| **Address** | ██████████████ |
| **City** | Edmonton |
| **State/Province** | Alberta |
| **Zip/Postal Code** | T5L 1E6 |
| **Telephone** | ██████ |
| **Email Address** | ████████████ |
| **Choose a Reason for Contact** | Other Questions |
| **Questions / Comments** | I wish to be excluded from this Aurora Cannabis Securities Litigation class action lawsuit. Thank you |

To unsubscribe from this list, please click on the following link: [%tag_unsubscribe_url%]unsubscribe

 Outlook

## Canadian Resident Exclusion Letter

**From** Lucas Picco < ███████████████ >

**Date** Tue 12/3/2024 5:03 PM

**To** info@auroracannabissecuritieslitigation.com <info@auroracannabissecuritieslitigation.com>

Hello

I want to ask that for my situation I want to be excluded from the Aurora Litigation lawsuit and I have prepared a letter for mail. Since I'm from Canada and our mail service is on strike currently (other services like UPS and FedEx don't ship to a Washington PO Box address from Canada) can you provide any other options if I can send my letter by email instead or I have to drive across the border to mail a letter USPS?


Thanks,

Lucas Picco

Mail - info@auroracannabissecuritieslitigation.com - Outlook

 Outlook

---

**Claimant Status Exclusion; Jackie king resigns from the lawsuit as a participant of an ongoing legal battle challenging case resolved by this court in settlement to settle my claim of discrimination against me by Aurora Cannabis Company, thanks for you...**

---

**From** Jackie King <​⬛⬛⬛⬛⬛⬛⬛​>

**Date** Thu 12/5/2024 4:31 AM

**To** info@auroracannabissecuritieslitigation.com <info@auroracannabissecuritieslitigation.com>

Sent from my iPhone

 Outlook

## FW: Aurora Cannabis Inc. Sec. Litig. REQUEST EXCLUSION from the Settlement Class

**From** Lucas Gilmore ‹████████████████›

**Date** Fri 12/13/2024 8:19 PM

**To** ████████████████████████████

**Cc** ████████████████████████████



> **Security Notice:** This email originated outside of JND. Use caution when clicking links or opening attachments.

████ I received the below request for exclusion from the Settlement Class. Would you be able to address? Thanks

--

**Lucas Gilmore** | Hagens Berman Sobol Shapiro LLP | ████████████

**From:** ctodd1@telus.net <ctodd1@telus.net>
**Sent:** Friday, December 13, 2024 8:36 AM
**To:** Lucas Gilmore <LucasG@hbsslaw.com>
**Subject:** Aurora Cannabis Inc. Sec. Litig. REQUEST EXCLUSION from the Settlement Class
**Importance:** High

Hello Mr. Gilmore,

Due to the mail disruption in Canada I am writing to you to request exclusion from the settlement class for the Aurora Cannabis Inc. Sec. Litig.

Caroline Todd
████████████████
Edmonton, Alberta  Canada
T6K 0A7

████████████████

Please send confirmation of receipt of this request and that I will be excluded.

Thank you,

Caroline Todd.

PRIVILEGED & CONFIDENTIAL: This e-mail message (and any attachments) is for the exclusive use of the intended recipient(s) and likely contains confidential and privileged information. It is the property of the law firm Hagens Berman Sobol Shapiro LLP. Do not disseminate this email, its content, or any attachments without approval of Hagens Berman. If you are not the intended recipient, please do not read, distribute, or take any other action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return e-mail and promptly

delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.



Received
DEC 16 2024
by JNDLA

December 12, 2024

James T. Maddux

███████████

Bellevue, WA 98006

███████████

Re:  Aurora Cannabis Securities Litigation Exclusion

To whom it may concern,

I wish to be excluded from the Aurora Cannabis Securities Litigation.  Attached you will find my trade confirmations for ACB (Aurora Cannabis) from my broker during the class period for my Individual account and my IRA.

Kindest regards,

Page 1 of 3

## Activity

Account # X
JAMES THOMAS MADDUX - INDIVIDUAL - T D

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/ 8 | AURORA CANNABIS INC COM NPV ISIN #CA05156X1087 SEDOL #BTGWJY9 | 05156X108 | You Bought | 400.000 | $6.81990 | | - | -$2,727.96 |
| 08/08 | AURORA CANNABIS INC COM NPV ISIN #CA05156X1087 SEDOL #BTGWJY9 | 05156X108 | You Bought | 800.000 | 6.81500 | | -4.95 | -5,456 95 |
| 08/08 | AURORA CANNABIS INC COM NPV ISIN #CA05156X1087 SEDOL #BTGWJY9 | 05156X108 | You Bought | 31,800.000 | 6.82000 | | - | -216 876.00 |
| 08/15 | AURORA CANNABIS INC COM NPV ISIN #CA05156X1087 SEDOL #BTGWJY9 | 05156X108 | You Sold Long-term loss: $40,369.56 Long-term disallowed loss: $5,519.94 Wash sale of: 08/13/2019 $5,519.94 | -8,260.000 | 6.52410 | 94,252.56† | -6.07 | 53,883.00 |
| 08/29 | AURORA CANNABIS INC COM NPV ISIN #CA05156X1087 SEDOL #BTGWJY9 | 05156X108 | You Sold Short-term loss: $40,064.24 Long-term loss: $32,560.13 | -24,740.000 | 5.67000 | 212,892.31† | -7.86 | 140,267 94 |
| | Total Securities Bought | | | | | | -$4.95 | -$225,060.91 |
| | Total Securities Sold | | | | | $307,144.87 | -$13.93 | $194,150.94 |
| | **Net Securities Bought & Sold** | | | | | | **-$18.88** | **-$30,909.97** s |

### Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |

### Other Activity In

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

James T. Maddox
████████████
Bellevue, WA 98006

SEATTLE WA 980
12 DEC 2024  PM 2  L
HAPPY

DEC 16 2024

Aurora Cannabis Securities Litigation
Claim Administrator
c/o JND Legal Administration
Exclusions
P.O. Box 91320
Seattle, WA 98111

98111-942020

December 12, 2024

James T. Maddux
█████████████
Bellevue, WA 98006
█████████████



Received
DEC 16 2024
by JNDLA

Re: Aurora Cannabis Securities Litigation Exclusion

To whom it may concern,

I wish to be excluded from the Aurora Cannabis Securities Litigation. Attached you will find my trade confirmations for ACB (Aurora Cannabis) from my broker during the class period for my Individual account and my IRA.

Kindest regards,

Jim

Page 1 of 3

Case 2:19-cv-20588-BRM-MAH   Document 124-4   Filed 01/17/25   Page 31 of 55 PageID: 4752

# Activity

Account #  ███
JAMES THOMAS MADDUX - IRA   [

## Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Cost | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/08 | AURORA CANNABIS INC COM NPV ISIN #CA05156X1087 SEDOL #BTGWJY9 | 05156X108 | You Bought | 100.000 | $6.82500 | | -$4.95 | -$687.45 |
| 08/08 | AURORA CANNABIS INC COM NPV ISIN #CA05156X1087 SEDOL #BTGWJY9 | 05156X108 | You Bought | 1,000.000 | 6.82900 | | - | -6,829.00 |
| 08/08 | AURORA CANNABIS INC COM NPV ISIN #CA05156X1087 SEDOL #BTGWJY9 | 05156X108 | You Bought | 68,900.000 | 6.83000 | | - | -470,587.00 |
| 08/15 | AURORA CANNABIS INC COM NPV ISIN #CA05156X1087 SEDOL #BTGWJY9 | 05156X108 | You Sold *Transaction Loss: $8,775.47* | -25,800.000 | 6.49000 | 176,214.00 | -3.47 | 167,438.53 |
| 08/15 | AURORA CANNABIS INC COM NPV ISIN #CA05156X1087 SEDOL #BTGWJY9 | 05156X108 | You Sold *Transaction Loss: $6,440.63* | -18,400.000 | 6.48010 | 125,672.00 | -2.47 | 119,231.37 |
| 08/15 | AURORA CANNABIS INC COM NPV ISIN #CA05156X1087 SEDOL #BTGWJY9 | 05156X108 | You Sold *Transaction Loss: $3,329.43* | -9,509.000 | 6.48000 | 64,946.47 | -1.28 | 61,617.04 |
| 08/15 | AURORA CANNABIS INC COM NPV ISIN #CA05156X1087 SEDOL #BTGWJY9 | 05156X108 | You Sold *Transaction Loss: $2,440.84* | -7,368.000 | 6.50000 | 50,326.89 | -5.95 | 47,886.05 |
| 08/15 | AURORA CANNABIS INC COM NPV ISIN #CA05156X1087 SEDOL #BTGWJY9 | 05156X108 | You Sold *Transaction Loss: $2,113.26* | -6,123.000 | 6.48500 | 41,820.09 | -0.83 | 39,706.83 |
| 08/15 | AURORA CANNABIS INC COM NPV ISIN #CA05156X1087 SEDOL #BTGWJY9 | 05156X108 | You Sold *Transaction Loss: $872.84* | -2,500.000 | 6.48100 | 17,075.00 | -0.34 | 16,202.16 |
| 08/15 | AURORA CANNABIS INC COM NPV ISIN #CA05156X1087 SEDOL #BTGWJY9 | 05156X108 | You Sold *Transaction Loss: $100.55* | -300.000 | 6.49500 | 2,049.00 | -0.05 | 1,948.45 |
| | Total Securities Bought | | | | | - | -$4.95 | -$478,103.45 |
| | Total Securities Sold | | | | | $478,103.45 | -$14.39 | $454,030.43 |
| | **Net Securities Bought & Sold** | | | | | | **-$19.34** | **-$24,073.02** |

## Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| | **Total Dividends, Interest & Other Income** | | | | | **$4,828.39** |



December 24, 2024


Melody Fu

<span style="background:black">████████████</span>

Seattle, WA 98117

Received
DEC 30 2024
by JNDLA


Request to have my account excluded from this Aurora Cannabis Security
Litigation.


Sincerely,

Melody Fu

Melody Fu

Seattle, WA 98117

DEC 3 0 2024



SEATTLE WA 980

26 DEC 2024 PM 6 L

Aurora Cannabis Securities Litigation
C/O JND Legal Administration
P. O. Box 91320
Seattle, WA 98111

98111-942020

Received

JAN 02 2025

by JNDLA

12/26/24

Dear Claims Administrator,

I, Donald L. Savidge, request exclusion from the Settlement Class in the Aurora Cannabis Securities Litigation. I purchased 200 shares of Aurora Cannabis stock at $9.32 per share on 3/26/19.

Thank you,

Donald L. Savidge

New Cumberland, PA 17070



**DONALD SAVIDGE**

NEW CUMBERLAND, PA 17070

HARRISBURG PA    171

27 DEC 2024  PM 1  L



Aurora Cannibus Securities Litigation
Claims Administrator
c/o JND Legal Administration
EXCLUSIONS
P.O. Box 91320
Seattle, WA    98111

JAN 0 2 2025

98111-942020

Gregory P White

█████████████

Battle Ground, WA 98604

12/30/2024

Received
JAN 06 2025
by JNDLA

*Aurora Cannabis Securities Litigation*

Claims Administrator

c/o JND Legal Administration

EXCLUSIONS

P.O. Box 91320

Seattle, WA 98111

I hereby request exclusion from the Settlement Class in the *"Aurora Cannabis Securities Litigation.*

Here is the list of purchases of Aurora Common Stock on the New York Stock Exchange during the Class Period. I have never sold them, however, Aurora reverse split all of them until they were worth zero.

Purchased on 04/19/2019 - 745 Shares at $8.68 per share Through Vanguard Cusip #05156X884

Purchased on 01/13/2020 – 3922 Shares at $1.80 per share through Vanguard Cusip # 05156X884

Sincerely,

Gregory P White

████████████

Battle Ground, WA 98604

Tel: ████████

John L. Scott
REAL ESTATE

SINCE 1931
JOHN L. SCOTT
CELEBRATING
OVER 90+ YEARS

Clark County West Branch
Ridgefield, WA 98642

John L. Scott
REAL ESTATE

B.O.FOGUWHITE
BATTLE Ground, WA. 98604

PORTLAND OR RPDC 972
4 JAN 2025    PM 6 L

FREEDOM

Aurora Cannabis Securities Litigation
CLAIMS ADMINISTRATOR
c/o JND Legal Administration
EXCLUSIONS
P.O. Box 91320
Seattle, WA. 98111

98111-942020

Sherri L White

███████████████

Battle Ground, WA 98604

12/30/2024

Received
JAN 06 2025
by JNDLA

*Aurora Cannabis Securities Litigation*
Claims Administrator
c/o JND Legal Administration
EXCLUSIONS
P.O. Box 91320
Seattle, WA  98111

I hereby request exclusion from the Settlement Class in the "*Aurora Cannabis Securities Litigation.*

Here is the list of purchases of Aurora Common Stock on the New York Stock Exchange during the Class Period.  I have never sold them, however, Aurora reverse split all of them until they were worth zero.

Purchased on 04/15/2019 - 737 Shares at $8.82 per share Through Vanguard Cusip #05156X884

Sincerely,

Sherri L White

███████████████

Battle Ground, WA 98604

TEL: ███████████

John L. Scott
REAL ESTATE

Gregg White

SINCE 1931    JOHN L. SCOTT CELEBRATING OVER 90+ YEARS

Clark County West Branch

Ridgefield, WA 98642

John L. Scott
REAL ESTATE

PORTLAND OR RPDC 972
4 JAN 2025    PM 6 L

FREEDOM

Aurora Cannabis Securities Litigation
Claims Administrator
c/o JND Legal Administration
EXCLUSIONS
PO BOX 91320
SEATTLE, WA 98111
98111-942020

1/10/25, 1:34 PM

Case 2:19-cv-20588-BRM-MAH Mail - info@auroracannabissecuritieslitigation.com - Outlook Filed 01/17/25 Page 41 of 55
PageID: 4762

 **Outlook**

## AUR - Aurora Cannabis Securities Litigation Contact Request

From donotreply@jnd.legal <donotreply@jnd.legal>

Date Wed 1/8/2025 11:59 AM

To info@auroracannabissecuritieslitigation.com <info@auroracannabissecuritieslitigation.com>

| | |
|---|---|
| **Name** | Jacob Daniel Nezry |
| **Address** | ███████████████████ |
| **City** | Montreal |
| **State/Province** | QC |
| **Zip/Postal Code** | H3W 3B7 |
| **Telephone** | ███████████ |
| **Email Address** | ███████████████ |
| **Choose a Reason for Contact** | Other Questions |
| **Questions / Comments** | Dear to whom this may concern I am writing to inform you about my intent to opt out of the settlement class associated with Aurora Cannabis despite missing the exclusion deadline of January 6, 2025. Due to circumstances beyond my control, including the ongoing strike by Canada Post, I only received the notice of this settlement on January 7, 2025, one day after the deadline had passed. As a result, I was unable to submit my exclusion request on time. Please consider this letter as my formal request to opt out of the settlement class. I understand the implications of this decision, including the forfeiture of any benefits from the settlement, and my intent is to preserve my legal rights. For your records, my information is as follows: Full Name: Jacob Daniel Nezry Address: ████████████████ Phone Number: ████████ ██████ Email Address: ██████████████ If any additional documentation or actions are required to process my request, please let me know at your earliest convenience. I appreciate your understanding given the postal service delays and look forward to your confirmation of receipt of this request. Thank you for your attention to this matter. Sincerely, Jacob Daniel Nezry |

To unsubscribe from this list, please click on the following link: [%tag_unsubscribe_url%]unsubscribe

January 6, 2025


Request Exclusion from Settlement in the Aurora Cannabis Securities Litigation


Claims Administrator
c/o JND Legal Administration
EXCLUSIONS
Po Box 91320
Seattle, WA 98111

```
Received
JAN 14 2025
by JNDLA
```

I am requesting exclusion from the settlement class in the Aurora Cannabis Securities
Litigation.

Aurora Cannabis (ACB)
Purchase date: 7/18/2019
Shares: 10
Purchase price: $875.38 per share ($8,753.83 total)
Sale date: NONE


_____          1/6/2025
Signed                                    Date



Martin B. Main
▮▮▮▮▮▮▮▮▮▮▮▮
Gainesville, FL 32608
Phone: ▮▮▮▮▮▮▮▮
Email: ▮▮▮▮▮▮▮▮▮▮

Cc: Martin B. Main



M MAN

Gainesville, FL 32609

JAN 1 4 2025

JACKSONVILLE FL 320

6 JAN 2025    PM 1   L

usa forever

Aurora Cannabis Securities Litigation
Claims Administrator
c/o JND Legal Administration
Exclusions
P.O Box 91320
Seattle, WA 98111

JND 01/14/25

Case 2:19-cv-20588-BRM-MAH  Document 124-4  Filed 01/17/25  Page 44 of 55 PageID: 4765

 Outlook

## Re: Aurora Cannabis Inc. Securities Litigation. No. 2:19-cv-20588-BRM-JBC

**From** Irene Voaklander < ████████████████ >

**Date** Tue 11/26/2024 9:15 PM

**To** info@auroracannabissecuritieslitigation.com <info@auroracannabissecuritieslitigation.com>

I am opting out. I have no document to prove purchase. They were destroyed.
Good Luck
Irene🦋

On Thu, Nov 21, 2024, 1:37 a.m. Irene Voaklander █████████████████ > wrote:

> Thank you for replying with directions.
> Irene 🦋
>
> On Wed, Nov 20, 2024, 10:03 a.m. info@auroracannabissecuritieslitigation.com <info@auroracannabissecuritieslitigation.com> wrote:
>> Dear Irene,
>>
>> Thank you for your email. We do not have access to your financial information. We are mandated to send these notices to potentially affected claimants by court order. In order to participate, you will need to fill out a claim form which can be found on our website. Please note that any submission without the required supporting documentation will be rejected. Feel free to reach out if you have any questions.
>>
>> Regards,
>>
>> Claims Administrator (███)
>> Aurora Cannabis Securities Litigation
>> 877-495-6308
>> www.auroracannabissecuritieslitigation.com
>>
>> ---
>>
>> **From:** Irene Voaklander <██████████████████>
>> **Sent:** Friday, November 15, 2024 7:28 PM
>> **To:** info@auroracannabissecuritieslitigation.com <info@auroracannabissecuritieslitigation.com>
>> **Subject:** Re: Aurora Cannabis Inc. Securities Litigation. No. 2:19-cv-20588-BRM-JBC
>>
>> My documents no longer exist.  Presuming you have access to these and dates required given this email invitation.
>>
>> Please advise.
>>
>> Regards,
>> Irene

On Wed, Nov 13, 2024, 10:36 a.m. <info@auroracannabissecuritieslitigation.com> wrote:

*In re Aurora Cannabis Inc. Securities Litigation* **No. 2:19-cv-20588-BRM-JBC (N.J)**

Name of Security: Aurora Cannabis Inc. common stock

Class Period:October 23, 2018 and February 28, 2020, both dates inclusive.

Settlement Class Criteria: **ALL PERSONS AND ENTITIES WHO PURCHASED AURORA CANNABIS INC. ("AURORA" OR THE "COMPANY") COMMON STOCK ON THE NEW YORK STOCK EXCHANGE BETWEEN OCTOBER 23, 2018 AND FEBRUARY 28, 2020, INCLUSIVE (THE "SETTLEMENT CLASS")**

To Whom It May Concern,

> The Court directed that the Postcard be provided to you because you or someone in your family or an investment account for which you serve as a custodian may have purchased or otherwise acquired Aurora Cannabis Inc. common stock. The Court has directed us to send you the Notice because, as a potential Settlement Class Member, you have a right to know about your options before the Court rules on the proposed Settlement. Additionally, you have the right to understand how the Action and the proposed Settlement generally affects your legal rights. Please Note: The Court may approve the proposed Settlement with such modifications as the Parties may agree to, if appropriate, without further notice to the Settlement Class.

**PLEASE READ THE NOTICE CAREFULLY AND IN ITS ENTIRETY. The Notice explains how members of the Settlement Class will be affected by the Settlement. The following table provides a brief summary of the rights you have as a Settlement Class Member, and the relevant deadlines, which are described in more detail later in the Notice.**

**If you have any questions about the Notice, the Settlement, or your eligibility to participate in the Settlement, please DO NOT contact the Court, The Clerk's Office, the Defendants, or Defendant's counsel. All questions should be directed to Lead Counsel (*see* page 11 of the Notice of Pendency found**

**on the case website) or the Claims Administrator (see below).**

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM FORM ON OR BEFORE FEBUARY 27, 2025** | The only way to be eligible to receive a payment from the Settlement. **Proofs of Claim must be postmarked or submitted online on or before February 27, 2025. The Proof of Claim is available on the website.** |
| **EXCLUDE YOURSELF FROM THE SETTLEMENT CLASS ON OR BEFORE JANUARY 6, 2025** | Get no payment. This is the only option that potentially allows you to ever be part of any other lawsuit against the Defendants or any other Defendants' Released Persons about the legal claims being resolved by this Settlement. Should you elect to exclude yourself from the Settlement Class, you should understand that Defendants and the other Released Defendant Parties will have the right to assert any and all defenses they may have to any claims that you may seek to assert, including, without limitation, the defense that any such claims are untimely under applicable statutes of limitations and statutes of repose. **Exclusions must be postmarked on or before January 6, 2025.** |
| **OBJECT ON OR BEFORE JANUARY 6, 2025** | Write to the Court about why you do not like the Settlement, the Plan of Allocation, and/or the request for attorneys' fees and expenses. You will still be a Member of the Settlement Class. **Objections must be *received* by the Court and counsel on or before January 6, 2025. If you submit a written objection, you may (but do not have to) attend the hearing.** |
| **GO TO THE HEARING ON JANUARY 28, 2025 AT 2:00 P.M.** | Ask to speak in Court about the fairness of the Settlement. **Requests to speak must be received by the Court and counsel on or before January 6, 2025.** |
| **DO NOTHING** | Receive no payment. You will, however, still be a Member of the Settlement Class, which means that you give up your right to ever be part of any other lawsuit against the Defendants or any other Released Defendant Parties about the legal claims being resolved by this Settlement and you will be bound by any judgments or orders entered by the Court in the Litigation. |

Regards,

*Aurora Cannabis Securities Litigation*
*Claims Administrator*
c/o JND Legal Administration
P.O. Box 91320
Seattle, WA 98111
Email: info@AuroraCannabisSecuritiesLitigation.com
Website: www.AuroraCannabisSecuritiesLitigation.com
Phone: 1-877-495-6308


To unsubscribe click: unsubscribe

Nathalie Hess

███████████

Candiac, Quebec Canada
J5R4C2

Received

JAN 13 2025

by JNDLA

Friday November 8, 2024

Aurora Cannabis Securities Litigation
c/o JND Legal Administration
P.O. Box 91320
Seattle, WA 98111

To whom it may concern,

We received the Court-Ordered Legal Notice (AUR NSZR8AT9H3) and I request to be excluded from the Settle Class.

Best regards,

*N. Hess*

Nathalie Hess

2024-12-20
BUREAU DE POSTE / POST OFFICE
CANDIAC, QUEBEC
J5R 3L0

106510

Aurora Cannabis Securities Litigation
c/o JND Legal Administration
PO Box 91320
Seattle, WA 98111

Air Mail    Par avion

Air Mail    Par avion
43-074-038 (02-12)

JAN 1 3 2025

D. Hess
Candiac, QC J5K 4C2
Canada

Nathalie Hess and William Valantin

███████████████

Candiac, Quebec Canada
J5R4C2



Friday November 8, 2024

Aurora Cannabis Securities Litigation
c/o JND Legal Administration
P.O. Box 91320
Seattle, WA 98111

To whom it may concern,

We received the Court-Ordered Legal Notice (AUR N7RUTXABJY) and we request to be excluded
from the Settle Class.

Best regards,

*N. Hess*
*W. Valantin*


Nathalie Hess and William Valantin

N. Hess

Candiac, QC J5H 4C2
Canada

Aurora Cannabis Securities Litigation
c/o JND Legal Administration
PO Box 91320
Seattle, WA 98111

JAN 1 3 2025

2024-12-

BUREAU DE POSTE / POST
CANDIAC, QUÉBEC
J5R 3L0

Air Mail   Par avion
43-074-038 (02-12)

Air Mail   Par avion
43-074-038 (02-12)

Received
JAN 13 2025
by JNDLA

Date: January 2, 2025

To: Aurora Cannabis Securities Litigation, Claims Administrator, c/o JND Legal Administration, EXCLUSIONS, P.O. Box 91320, Seattle, Washington 98111

From: John Savaglio, ████████████████ Pickering, Ontario, Canada L1V 6L2  Tel.: ████████ Email: ████████████████

Re: Aurora Cannabis Securities Litigation- Exclusion Request

To Whom It May Concern:

I, John Savaglio, hereby request exclusion from the Settlement Class in the Aurora Cannabis Securities Litigation.  Set out below, are the particulars of my purchases of Aurora Cannabis shares:

- August 16, 2018, 3,350 shares purchased at $5.82 per share CAD;
- September 7, 2018, 1,650 shares purchased at $9.10 per share CAD;
- September 24, 2018, 1,650 shares purchased at $11.62 per share CAD;
- October 10, 2018, 1,850 shares purchased at $11.47 per share CAD.

I wish to retain my rights to be a part of any future litigation against Aurora Cannabis, should it arise.

Yours truly,

John Savaglio

JOHN SAVAGLIO

██████████████

PiCKERING, ON
L1V 6L2
CANADA



CANADA 1.40

JAN 1 3 2025

AURORA CANNABiS SECURiTiES
LiTiGATiON,
CLAiMS ADMiNiSTRATOR,
  c/o JND LEGAL ADMINiSTRATiON,
EXCLUSiONS,
P.O. BOX 91320
SEATTLE, WASHiNGTON 98111

January 6, 2025

Aurora Cannabis Securities Settlement
Claims Administrator
c/o JND Legal Administration
P.O. Box 91320
Seattle, WA 98111

Received
JAN 16 2025
by JNDLA

To whom it may concern:

I received a court-ordered legal notice regarding Aurora Cannabis Inc. Sec. Litig. No. 2:19-cv-20588-BRM-JBC (D.N.J.)

I would like to exclude myself from the the Settlement Class.

Ms. Murielle Gallant

Toronto, Ontario
M4S 2N5
CANADA

JAN 16 2025

AUR

=76

Aurora Cannabis Securities Settlement
  Claims Administrator
c/o JND Legal Administration
P.O. Box 91320
Seattle, WA 98111
  U.S.A.

U.S.A.

JND 01/1